B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Haggen Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**27-4647558** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2211 Rimland Drive**<br>**Bellingham, Washington**<br>ZIP CODE **98226** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Whatcom County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| **Chapter 15 Debtors** | **Tax-Exempt Entity** (Check box, if applicable.) | **Nature of Debts** (Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☒ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | $100,000,001-$500 million | $500,000,001-$1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | $100,000,001-$500 million | $500,000,001-$1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Haggen Holdings, LLC** | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
| Location<br>Where Filed:  **N/A** | Case Number: | | Date Filed: |
| Location<br>Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | | |
| Name of Debtor:<br>**See Schedule 1.** | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

<table>
<tr>
<td>

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor—Venue
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s)   Haggen Holdings, LLC |
|---|---|

**Signatures**

| Signature(s) of Debtor(s)<br>(Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b)<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition<br><br>(Check only one box.)<br><br>☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>_____<br>  (Printed Name of Foreign Representative)<br><br>_____<br>  Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>  Signature of Attorney for Debtor(s)<br><br>**Matthew B. Lunn** (No. 4119)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br><br>Date:  September **8**, 2015<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  **Blake Barnett**<br>  Title:  **Chief Financial Officer**<br><br>Date:  September **8**, 2015 | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

01:17646115.4

## SCHEDULE 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "**Debtors**"), including the Debtor in this chapter 11 case, will file or has filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only under the case number assigned to the chapter 11 case of Haggen Holdings, LLC.

- Haggen Holdings, LLC (Lead Debtor)
- Haggen Acquisition, LLC
- Haggen, Inc.
- Haggen Opco South, LLC
- Haggen Opco North, LLC
- Haggen Operations Holdings, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | Case No. 15-_____ (____) |
| Debtors. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS
## OF HAGGEN HOLDINGS, LLC

The following lists the equity security holders of Haggen Holdings, LLC as of the date hereof.  This list is being filed pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Debtor | Name and Address of Equity Interest Holder | Percentage of Interests Held |
|---|---|---|
| Haggen Holdings, LLC | HHI Corp | 20% |
| | Comvest Haggen Holdings III, LLC | 16.80% |
| | Comvest Haggen Holdings IV, LLC | 63.20% |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583).  The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 15-_____ (____) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

## DECLARATION CONCERNING LIST OF EQUITY
## SECURITY HOLDERS OF HAGGEN HOLDINGS, LLC

I, Blake Barnett, Chief Financial Officer of Haggen Holdings, LLC, one of the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the *List of Equity Security Holders of Haggen Holdings, LLC*, submitted herewith, and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Date:  September 8, 2015

HAGGEN HOLDINGS, LLC, on behalf of itself and its affiliated Debtors and Debtors in Possession

*/s/ Blake Barnett*
Blake Barnett, Chief Financial Officer

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583).  The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 15-_____ (____) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT
## OF HAGGEN HOLDINGS, LLC

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Interest Holder | Percentage of Interests Held |
|---|---|
| HHI Corp | 20% |
| Comvest Haggen Holdings III, LLC | 16.80% |
| Comvest Haggen Holdings IV, LLC | 63.20% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583).  The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 15-_____ (____) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

## DECLARATION CONCERNING CORPORATE
## OWNERSHIP STATEMENT OF HAGGEN HOLDINGS, LLC

I, Blake Barnett, Chief Financial Officer of Haggen Holdings, LLC, one of the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the *List of Equity Security Holders of Haggen Holdings, LLC*, submitted herewith, and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Date:  September 8, 2015

HAGGEN HOLDINGS, LLC, on behalf of itself and its affiliated Debtors and Debtors in Possession

*/s/ Blake Barnett*
Blake Barnett, Chief Financial Officer

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583).  The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 15-_____ (____) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## DEBTORS' CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

Haggen Holdings, LLC and its above-captioned affiliated debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") have filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**").  The following is the consolidated list of the Debtors' creditors holding the thirty (30) largest unsecured claims (the "**List**") based on the Debtors' books and records as of approximately September 8, 2015.  The List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases.  The List does not include (a) persons who come within the definition of "insider" set forth in section 101(31) of the Bankruptcy Code or (b) secured creditors.  The information contained herein shall neither constitute an admission of liability by nor bind the Debtors or their estates.  The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the rights of the Debtors or their estates to contest the validity, priority, or amount of any claim.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583).  The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 1 | UNIFIED GROCERS - CORPORATE | UNIFIED GROCERS - CORPORATE 5200 SHEILA ST COMMERCE, CA 90040 PHONE: 323-264-5200 FAX: 323-262-1950 | TRADE PAYABLE | | $14,873,746 |
| 2 | TOPCO ASSOCIATES INC | TOPCO ASSOCIATES INC 150 NORTHWEST POINT BLVD ELK GROVE VILLAGE, IL 60007 PHONE: 847-676-3030 FAX: 847-676-4949 | TRADE PAYABLE | | $5,724,438 |
| 3 | MERLONE GEIER | MERLONE GEIER 425 CALIFORNIA ST TENTH FLOOR SAN FRANCISCO, CA 94104 PHONE: 415-693-9000 FAX: 415-693-0480 | CONTRACT LIABILITY | | $5,666,768 |
| 4 | DALE C. HENLEY | DALE C. HENLEY (Address Redacted) | DEFERRED COMPENSATION | | $4,894,437 |
| 5 | CHARLIES PRODUCE INC | CHARLIES PRODUCE INC 4103 2ND AVE S SEATTLE, WA 98134 PHONE: 206-625-1412 FAX: 206-442-9023 | TRADE PAYABLE | | $3,477,536 |
| 6 | MONEYGRAM | MONEYGRAM 2828 NORTH HARWOOD ST 15TH FLOOR DALLAS, TX 75201 PHONE: 214-999-7552 FAX: 214-999-7670 | TRADE PAYABLE | CONTINGENT | $2,509,145 |
| 7 | PEPSI-COLA. | PEPSI-COLA. 700 ANDERSON HILL ROAD PURCHASE, NY 10577 PHONE: 914-253-2000 FAX: 914-253-2070 | TRADE PAYABLE | | $1,710,473 |

[1] The Debtors and their estates reserve their right to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim |
|---|---|---|---|---|---|
| 8 | COCA COLA | COCA COLA<br>1 COCA-COLA PLAZA<br>ATLANTA, GA 30313-2499<br>PHONE: 404-676-2121<br>FAX: 404-676-6792 | TRADE PAYABLE | | $1,625,839 |
| 9 | DPI SPECIALTY FOODS | DPI SPECIALTY FOODS<br>601 ROCKFELLER AVE<br>ONTARIO, CA 91761<br>PHONE: 909-975-1019<br>FAX: 909-975-7238 | TRADE PAYABLE | | $1,409,110 |
| 10 | FINTECH | FINTECH<br>3109 W. DR. MARTIN LUTHER KING JR.<br>BLVD. SUITE 200<br>TAMPA, FL 33607<br>PHONE: 800-572-0854<br>FAX: 813-289-5599 | TRADE PAYABLE | CONTINGENT | $1,180,673 |
| 11 | SUPERVALU INC | SUPERVALU INC<br>11840 VALLEY VIEW ROAD<br>EDEN PRAIRIE, MN 55344<br>PHONE: 952-828-4000<br>FAX: 952-828-8998 | TRADE PAYABLE | | $1,010,909 |
| 12 | STEVE JULIUS CONSTRUCTION INC | STEVE JULIUS CONSTRUCTION INC<br>230 CALLE PINTORESCO<br>SAN CLEMENTE, CA 92673<br>PHONE: 949-369-7820<br>FAX: 949-369-7821 | TRADE PAYABLE | | $984,918 |
| 13 | MGP X PROPERTIES LLC | MGP X PROPERTIES LLC<br>C/O MERLONE GEIER-ATTN:LEASE<br>ADMIN.<br>425 CALIFORNIA STREET ELEVENTH<br>FLOOR<br>SAN FRANCISCO, CA 94104 | TRADE PAYABLE | | $919,812 |

2

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 14 | FRITO LAY INCORPORATED | FRITO LAY INCORPORATED<br>75 REMITTANCE DR STE 1844<br>CHICAGO, IL 60675-1844<br>PHONE: 972-334-7000<br>FAX: 972-334-2019 | TRADE PAYABLE | | $785,158 |
| 15 | STARBUCKS CORPORATION | STARBUCKS CORPORATION<br>2401 UTAH AVE S<br>SEATTLE, WA 38134-1436<br>PHONE: 206-447-1575<br>FAX: 206-447-3432 | TRADE PAYABLE | | $722,649 |
| 16 | DESIGN FABRICATIONS | DESIGN FABRICATIONS<br>1100 E MANDOLINE AVE<br>MADISON HEIGHTS, MI 48071<br>PHONE: 248-597-0988<br>FAX: 248-597-0989 | TRADE PAYABLE | | $717,910 |
| 17 | WOODMAN CONSTRUCTION INC | WOODMAN CONSTRUCTION INC<br>10910 117TH PLACE NE BLDG 6<br>KIRKLAND, WA 98033<br>PHONE: 425-454-3621<br>FAX: 425-454-6918 | TRADE PAYABLE | | $710,223 |
| 18 | SANTA MONICA SEAFOOD | SANTA MONICA SEAFOOD<br>18531 S BROADWICK STREET<br>RANCHO DOMINGUEZ, CA 90220<br>PHONE: 310-886-7900<br>FAX: 310-886-3333 | TRADE PAYABLE | | $687,837 |
| 19 | TNG GP. | TNG GP.<br>3995 70TH AVE E STE B<br>FIFE, WA 98424-3616<br>PHONE: 253-952-7150<br>FAX: 253-952-7151 | TRADE PAYABLE | | $665,358 |
| 20 | BUNZL SEATTLE | BUNZL SEATTLE<br>4501 WEST VALLEY HWY E STE A<br>SUMNER, WA 98390<br>PHONE: 253-321-3300<br>FAX: 253-321-3302 | TRADE PAYABLE | | $649,234 |

3

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 21 | PALISADES MEDIAGROUP | PALISADES MEDIAGROUP<br>1620 26TH ST SUITE 200 S<br>SANTA MONICA, CA 90404<br>PHONE: 310-564-5400<br>FAX: 310-453-8370 | TRADE PAYABLE | | $555,610 |
| 22 | BON SUISSE | BON SUISSE<br>11860 COMMUNITY ROAD SUITE 100<br>POWAY, CA 92064-8887<br>PHONE: 858-391-9222<br>FAX: 858-391-9299<br>EMAIL: info@bonsuisse.com | TRADE PAYABLE | | $503,623 |
| 23 | FRANZ FAMILY BAKERIES | FRANZ FAMILY BAKERIES<br>PO BOX 742654<br>LOS ANGELES, CA 90074-2654<br>PHONE: 503-232-2191<br>FAX: 503-731-5680 | TRADE PAYABLE | | $493,983 |
| 24 | MONDELEZ GLOBAL LLC | MONDELEZ GLOBAL LLC<br>100 DEFOREST AVE<br>EAST HANOVER, NJ 07936<br>PHONE: 855-535-5648<br>EMAIL: carol.ward@mdlz.com | TRADE PAYABLE | | $472,318 |
| 25 | ELEVEN WESTERN BUILDERS INC. | ELEVEN WESTERN BUILDERS INC.<br>2862 EXECUTIVE PL<br>ESCONDIDO, CA 92029-1524<br>PHONE: 760-796-6346<br>FAX: 760-796-6360 | TRADE PAYABLE | | $468,690 |
| 26 | BIMBO BAKERIES USA | BIMBO BAKERIES USA<br>255 BUSINESS CENTER DRIVE<br>HORSHAM, PA 19044<br>PHONE: 800-984-0989<br>FAX: 610-320-9286 | TRADE PAYABLE | | $453,711 |
| 27 | MISSION FOODS | MISSION FOODS<br>1159 COTTONWOOD LANE, SUITE 200<br>IRVING, TX 75038<br>PHONE: 972-232-5000<br>FAX: 972-232-5167 | TRADE PAYABLE | | $429,911 |

4

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 28 | OCEAN BEAUTY SEAFOODS LLC | OCEAN BEAUTY SEAFOODS LLC<br>1100 WEST EWING STREET<br>SEATTLE, WA 98119<br>PHONE: 206-285-6800<br>FAX: 206-285-9190<br>EMAIL: info@oceanbeauty.com | TRADE PAYABLE | | $416,022 |
| 29 | COLUMBIA DISTRIBUTING CO | COLUMBIA DISTRIBUTING CO<br>13017 LA DANA COURT<br>SANTA FE SPRINGS, ID 90670<br>PHONE: 503-289-9600<br>FAX: 503-240-8389<br>EMAIL: customerservice@coldist.com | TRADE PAYABLE | | $414,007 |
| 30 | ALBERTSON'S LLC AND ALBERTSON'S HOLDINGS LLC | ALBERTSON'S LLC AND ALBERTSON'S HOLDINGS LLC<br>ATTN: GEOFFREY G. GRIVNER<br>BUCHANAN INGERSOL & ROONEY PC<br>919 NORTH MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801<br>PHONE: 302-552-4200<br>FAX: 302-552-4295<br>EMAIL: GEOFFREY.GRIVNER@BIPC.COM | LITIGATION | CONTINGENT, UNLIQUIDATED, DISPUTED | UNDETERMINED |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 15-_____ (____) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

### DECLARATION CONCERNING DEBTORS' CONSOLIDATED LIST
### OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, Blake Barnett, Chief Financial Officer of Haggen Holdings, LLC, one of the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Debtors' Consolidated List of Creditors Holding 30 Largest Unsecured Claims* submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Date: September 8, 2015

HAGGEN HOLDINGS, LLC, on behalf of itself and its affiliated Debtors and Debtors in Possession

*/s/ Blake Barnett*
Blake Barnett, Chief Financial Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

01:17649843.4

# UNANIMOUS WRITTEN CONSENT OF

# THE BOARD OF MANAGERS OF

# HAGGEN HOLDINGS, LLC

THE UNDERSIGNED, being all of the managers of Haggen Holdings, LLC (the "**Company**"), a Delaware limited liability company, hereby consents that the actions recited herein shall be deemed the actions of the Board of Managers of the Company pursuant to 6 *Del. C. § 18-404(d)*:

WHEREAS, the Board of Managers has reviewed and considered the financial and operational condition of the Company and the Company's and its subsidiaries' business on the date hereof, including the historical performance of the Company and its subsidiaries, the assets of the Company and its subsidiaries, the current and long-term liabilities of the Company and its subsidiaries, the market for the Company's and its subsidiaries' products and services, and credit market conditions; and

WHEREAS, the Board of Managers has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board of Managers, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition (the "**Petition**") be filed with the United States Bankruptcy Court for the District of Delaware by the Company, and its subsidiaries (i) Haggen Operations Holdings, LLC, (ii) Haggen Opco South, LLC, (iii) Haggen Opco North, LLC, (iv) Haggen Acquisition, LLC, and (v) Haggen, Inc. (collectively, the "Operating Subsidiaries") under the provisions of Chapter 11 of Title 11 of the United States Code; and it is further

RESOLVED, that the Company and each of the Operating Subsidiaries shall be, and it hereby is, directed and authorized to execute and file on behalf of the Company and the Operating Subsidiaries, as applicable, all consents, petitions, schedules, lists and other papers or documents, and to take any and all action which they deem reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief; and it is further

RESOLVED, that John Clougher, in his capacity as Chief Executive Officer of the Company and Blake Barnett, in his capacity as Chief Financial Officer of the Company and any of their designees (collectively the "**Designated Persons**"), be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware commencing a case (the "**Bankruptcy Case**") and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications

and other papers or documents necessary or desirable in connection with the foregoing; and it is further

RESOLVED, that the law firm of Stroock & Stroock & Lavan LLP ("**Stroock**") be, and hereby is, authorized and empowered to represent the Company as bankruptcy co-counsel to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Stroock; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**") be, and hereby is, authorized and empowered to represent the Company as bankruptcy co-counsel to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that Alvarez & Marsal North America, LLC ("**A&M**") be, and hereby is, authorized and empowered to serve as the financial advisor to represent and assist the Company in carrying out its duties under the Title 11 of the United States Code; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of A&M; and it is further

RESOLVED, that Kurtzman Carson Consultants LLC ("**KCC**") be, and hereby is, authorized and empowered to serve as the notice, claims, solicitation and balloting agent in connection with the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of KCC; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and in connection therewith, the

Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered, on behalf of and in the name of the Company to obtain post-petition financing according to terms substantially similar to those presented to the Board of Managers on the date hereof (the "**DIP Financing**"), including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the Designated Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to secure the payment and performance of such DIP Financing by (i) pledging or granting liens or mortgages on, or security interests in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the Company, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into such credit agreements, guarantees, other debt instruments, security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate, or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone or in any combination is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to perform the obligations of the Company under Title 11 of the United States Code, with all such actions to be performed in such manner, and all such certificates, notices and similar documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone or in any combination is, hereby authorized, directed and empowered from time to time in the name of and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such

Designated Persons, shall be necessary, proper and desirable to perform the obligations of the Company under Title 11 of the United States Code; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned has executed this Unanimous Written Consent of the Board of Managers effective as of September 8 , 2015.

By: _____
Name: John Caple

By: _____
Name: Cecilio Rodriguez

By: _____
Name: Michael Niegsch

By: _____
Name: John Clougher

4

IN WITNESS WHEREOF, the undersigned has executed this Unanimous Written Consent of the Board of Managers effective as of September  8 , 2015.

By: _____
Name: John Caple


By: _____
Name: Cecilio Rodriguez


By: _____
Name: Michael Niegsch


By: _____
Name: John Clougher

4