**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 15-11874 (KG) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Ref. Docket No. 12** |

**NOTICE OF FILING OF EXHIBIT IN CONNECTION WITH EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS: (I) AUTHORIZING THE DEBTORS TO ASSUME THE DISPOSITION AGREEMENT; (II) AUTHORIZING AND APPROVING THE CONDUCT OF STORE CLOSING OR SIMILAR THEMED SALES, WITH SUCH SALES TO BE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on September 9, 2015, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Emergency Motion for Interim and Final Orders: (I) Authorizing the Debtors to Assume the Consulting Agreement; (II) Authorizing and Approving the Conduct of Store Closing or Similar Themed Sales, with Such Sales to be Free and Clear of All Liens, Claims and Encumbrances; and (III) Granting Related Relief* [Docket No. 12] (the "**Motion**").[2] Attached as Exhibit 1 to the Interim Order was a copy of the Agreement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto is Exhibit A to the Agreement.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

| | |
|---|---|
| Dated: September 9, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Ian J. Bambrick (No. 5455)<br>Ashley E. Jacobs (No. 5635)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1256<br><br>-and-<br><br>STROOCK & STROOCK & LAVAN LLP<br>Frank A. Merola (*pro hac vice* pending)<br>Sayan Bhattacharyya (*pro hac vice* pending)<br>Matthew G. Garofalo (*pro hac vice* pending)<br>180 Maiden Lane<br>New York, New York 10038<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006<br><br>*PROPOSED COUNSEL TO THE DEBTORS*<br>*AND DEBTORS-IN-POSSESSION* |

**Haggen**
**Exhibit A**

**Store List**

| Store # | Name | Address | City | State | Zip | Selling Sq. Ft. |
|---|---|---|---|---|---|---|
| 61 | 61- Tualatin | 8515 SW Tualatin-Sherwood Rd | Tualatin | OR | 97062 | 43,264 |
| 2068 | 02068 Spanaway | 15805 Pacific Ave. S. | Spanaway | WA | 98444 | 22,805 |
| 2088 | 02088 Keizer | 5450 River Rd. N. | Keizer | OR | 97303 | 27,180 |
| 2114 | 02114 Klamath Falls - N. 8th | 211 North Eighth Street | Klamath Falls | OR | 97601 | 11,269 |
| 2121 | 02121 Grants Pass - Beacon | 340 N E Beacon Drive | Grants Pass | OR | 97526 | 34,465 |
| 2122 | 02122 Klamath Falls - S. 6th | 2740 S. 6th | Klamath Falls | OR | 97603 | 27,625 |
| 2154 | 02154 Newbury Park | 2100 Newbury Road | Newbury Park | CA | 91320 | 17,397 |
| 2157 | 02157 Simi Valley - Cochran | 2800 Cochran | Simi Valley | CA | 93065 | 28,493 |
| 2183 | 02183 El Cajon - Fletcher Pkwy | 2800 Fletcher Pkwy | El Cajon | CA | 92020 | 23,714 |
| 2185 | 02185 La Mesa - Lake Murray Blvd | 5630 Lake Murray Blvd | La Mesa | CA | 91942 | 12,457 |
| 2191 | 02191 San Marcos | 671 Rancho Santa Fe | San Marcos | CA | 92078 | 17,945 |
| 2193 | 02193 Chula Vista - Telegraph | 505 Telegraph Canyon Rd | Chula Vista | CA | 91910 | 21,384 |
| 2194 | 02194 Chula Vista - Third Ave | 870 Third Ave | Chula Vista | CA | 91911 | 14,130 |
| 2197 | 02197 Tucson | 10380 East Broadway Boulevard | Tucson | AZ | 85748 | 29,826 |
| 2198 | 02198 Tucson - E. Broadway | 8740 East Broadway | Tucson | AZ | 85710 | 27,722 |
| 2199 | 02199 Simi Valley - Los Angeles - West | 660 E. Los Angeles Ave | Simi Valley | CA | 93065 | 24,107 |
| 2201 | 02201 Irvine | 3901 Portola Pkwy | Irvine | CA | 92620 | 25,416 |
| 2203 | 02203 Mission Viejo - Los Alisos | 28751 Los Alisos Blvd. | Mission Viejo | CA | 92692 | 20,587 |
| 2207 | 02207 San Ysidro | 350 W San Ysidro Blvd | San Ysidro | CA | 92173 | 25,219 |
| 2208 | 02208 Bakersfield - Stockdale | 8200 E Stockdale Hwy | Bakersfield | CA | 93311 | 29,468 |
| 2210 | 02210 Los Osos | 1130 Los Osos Valley Road | Los Osos | CA | 93402 | 10,032 |
| 2213 | 02213 Santa Clarita | 27095 Mcbean Parkway | Santa Clarita | CA | 91355 | 29,189 |
| 2215 | 02215 Tustin - 17th Street | 17662 17th Street | Tustin | CA | 92780 | 18,362 |
| 2216 | 02216 Tustin - E. First | 550 E. First St. | Tustin | CA | 92780 | 29,449 |
| 2221 | 02221 Anthem | 3655 W. Anthem Way | Anthem | AZ | 85086 | 29,161 |
| 2222 | 02222 Flagstaff | 1416 E Route 66 | Flagstaff | AZ | 86001 | 33,615 |
| 2223 | 02223 Prescott Valley | 7450 E Highway 69 | Prescott Valley | AZ | 86314 | 26,920 |
| **27** | | | | | | **24,489** |

Hilco Merchant Resources, LLC                                                                                                      8/21/2015