## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
HAGGEN HOLDINGS, LLC, *et al.*,[1]                        :    Case No. 15-11874 (KG)
                                                          :
                  Debtors.    :    (Joint Administration Requested)
------------------------------------------------------------x

### NOTICE OF ENTRY OF APPEARANCE
### AND REQUEST FOR NOTICES

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), the undersigned counsel hereby enter their appearance as counsel (the "Appearance") for Spirit SPE HG 2015-1, LLC ("Spirit") and requests that Spirit be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

| | |
|---|---|
| Craig Solomon Ganz, Esquire | Matthew G. Summers, Esquire |
| BALLARD SPAHR LLP | Leslie C. Heilman, Esquire |
| 1 East Washington Street, Suite 2300 | BALLARD SPAHR LLP |
| Phoenix, AZ 85004-2555 | 919 North Market Street, 11th Floor |
| Telephone: (602) 798-5427 | Wilmington, Delaware 19801 |
| Facsimile: (602) 798-5595 | Telephone: (302) 252-4465 |
| E-mail: ganzc@ballardspahr.com | Facsimile: (302) 252-4466 |
| | E-mail: summersm@ballardspahr.com |
| |          heilmanl@ballardspahr.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

    David L. Pollack, Esquire
    BALLARD SPAHR LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103
    Telephone: (215) 864-8325
    Facsimile: (215) 864-8999
    E-mail: pollack@ballardspahr.com

    PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

    PLEASE TAKE FURTHER NOTICE that neither this Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Spirit's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Spirit is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: September 10, 2015<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Matthew G. Summers, Esquire (No. 5533)<br>Leslie C. Heilman, Esquire (No. 4716)<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: summersm@ballardspahr.com<br>        heilmanl@ballardspahr.com |

                        and

David L. Pollack, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8325
Facsimile: (215) 864-8999
E-mail: pollack@ballardspahr.com

    and

Craig Solomon Ganz, Esquire
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5427
Facsimile: (602) 798-5595
E-mail: ganzc@ballardspahr.com

*Counsel for the Spirit SPE HG 2015-1, LLC*