**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HAGGEN HOLDINGS, LLC, *et al*.,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 15-11874 (KG)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS** |

      Vestar California XXI, L.L.C. ("Landlord") hereby appears in these proceedings, by and through its counsel, Dickinson Wright PLLC, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests that the party be added to the Master Service List and included in the CM/ECF:

William Novotny
DICKINSON WRIGHT PLLC
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone:  (602) 285-5000
Fax:  (602) 285-5100
E-Mail: wnovotny@dickinsonwright.com

      Pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Landlord's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlord is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly hereby reserved.

DATED: September 10, 2015.

**DICKINSON WRIGHT PLLC**

By: /s/ WN
_____
William Novotny
1850 North Central Avenue
Suite 1400
Phoenix, Arizona 85004
Arizona Bar No. 004239
Phone: (602) 285-5000
Fax: (602) 285-5100
E-Mail: wnovotny@dickinsonwright.com
*Attorneys for Vestar California XXI, L.L.C.*

PHOENIX 53563-95 244661v1