IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
HAGGEN HOLDINGS, LLC, *et al.*,[1]                  :     Case No. 15-11874 (KG)
                                                    :
         Debtors.                                   :     (Joint Administration Requested)
---------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), the undersigned counsel hereby enter their appearance as counsel (the "Appearance") for Fairview Center, L.L.C. ("Fairview") and requests that Fairview be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

| | |
|---|---|
| Dustin P. Branch, Esquire | Matthew G. Summers, Esquire |
| Jessica Mickelsen Simon, Esquire | Leslie C. Heilman, Esquire |
| Katten Muchin Rosenman LLP | BALLARD SPAHR LLP |
| 2029 Century Park East, Suite 2600 | 919 North Market Street, 11th Floor |
| Los Angeles, CA 90067-3012 | Wilmington, Delaware 19801 |
| Telephone: (310) 788-4400 | Telephone: (302) 252-4465 |
| Facsimile: (310) 788-4471 | Facsimile: (302) 252-4466 |
| E-mail: dustin.branch@kattenlaw.com | E-mail: summersm@ballardspahr.com |
| jessica.mickelsensimon@kattenlaw.com | heilmanl@ballardspahr.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Fairview's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Fairview is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 10, 2015
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Matthew G. Summers, Esquire (No. 5533)
Leslie C. Heilman, Esquire (No. 4716)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone:  (302) 252-4465
Facsimile:  (302) 252-4466
E-mail:  summersm@ballardspahr.com
              heilmanl@ballardspahr.com

and

Dustin P. Branch, Esquire
Jessica Mickelsen Simon, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
E-mail:  dustin.branch@kattenlaw.com
              jessica.mickelsensimon@kattenlaw.com

*Counsel for Fairview Center L.L.C.*