UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>HAGGEN HOLDINGS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11874 (KG)<br><br>(Jointly Administration Requested) |

## REQUEST FOR NOTICES AND OTHER PAPERS
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Moss Building I, LLC, Moss Building II, LLC, and Moss Building V, LLC ("Moss Group"), landlords and a parties in interest in the above-captioned cases, hereby request special notice of all pleadings, motions, applications, and other documents and papers pertaining to the above-referenced cases, or any adversary proceeding, contested or uncontested matter therein, including all notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, the debtor, or other parties in interest.

Moss Group requests that all such pleadings, notices and other papers or communications

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hagen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

be directed to the following persons:

>David S. Kupetz, Esq.
>**Sulmeyer**Kupetz
>333 South Hope Street, 35th Floor
>Los Angeles, CA 90071
>Telephone: (213) 626-2311
>Facsimile: (213) 629-4520
>Email: dkupetz@sulmeyerlaw.com

DATED: September 10, 2015

**Sulmeyer**Kupetz
A Professional Corporation

By: _____
DAVID S. KUPETZ
Attorneys for Moss Building I, LLC,
Moss Building II, LLC, and
Moss Building V, LLC

DAP\ 2454231.1