IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 15-11874 (KG) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Supervalu Inc. ("Supervalu") hereby appears in the above-captioned cases through its counsel, Faegre Baker Daniels LLP and Ashby & Geddes, P.A., and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| | |
|---|---|
| **FAEGRE BAKER DANIELS LLP** | **ASHBY & GEDDES, P.A.** |
| Dennis M. Ryan, Esq. | William P. Bowden, Esq. |
| Christopher J. Harayda, Esq. | F. Troupe Mickler IV, Esq. |
| 2200 Wells Fargo Center | 500 Delaware Avenue, 8th Floor |
| 90 S. Seventh Street | P.O. Box 1150 |
| Minneapolis, MN 55402-3901 | Wilmington, DE 19899 |
| Tel: (612) 766-7000 | Tel: (302) 654-1888 |
| Fax: (612) 766-1600 | Fax: (302) 654-2067 |
| Email: dennis.ryan@FaegreBD.com | Email: wbowden@ashby-geddes.com |
| Email: cj.harayda@FaegreBD.com | Email: tmickler@ashby-geddes.com |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558); Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

{01042570;v1 }

or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Supervalu intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Supervalu is or may be entitled under agreements in law or in equity.

Dated: September 10, 2015

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
William P. Bowden (#2553)
F. Troupe Mickler IV (#5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

-and-

**FAEGRE BAKER DANIELS LLP**
Dennis M. Ryan, Esq.
Christopher J. Harayda, Esq.
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600

*Counsel for Supervalu Inc.*