# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAGGEN HOLDINGS, LLC, *et al.*, | ) | Case No. 15-11874 (KG) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves the admission *pro hac* vice of Christopher J. Harayda to represent Supervalu Inc. in the above-captioned cases.

Dated: September 10, 2015        **ASHBY & GEDDES, P.A.**

  */s/ William P. Bowden*
 William P. Bowden (I.D. #2553)
 F. Troupe Mickler IV (I.D. #5361)
 500 Delaware Avenue, 8th Floor
 P.O. Box 1150
 Wilmington, Delaware 19899
 Telephone: (302) 654-1888
 Facsimile: (302) 654-2067

 *Co-Counsel to Supervalu Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised on March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

       */s/ Christopher J. Harayda*
Christopher J. Harayda, Esq.
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: cj.harayda@FaegreBD.com