# **EXHIBIT 1**

## DEBTORS' BANK ACCOUNTS

| Account Holder | Bank | Last Four Digits of Account No. | Description |
|---|---|---|---|
| Haggen Holdings, LLC | U.S. Bank | 8804 | Stand Alone Account |
| Haggen Opco North, LLC | PNC | 2725 | Pharmacy Receipts |
| Haggen Opco North, LLC | PNC | 1562 | EPS Deposits |
| Haggen Opco North, LLC | PNC | 1677 | Cash Deposits |
| Haggen Opco North, LLC | PNC | 4253 | RX Medicare/Medicaid |
| Haggen Opco North, LLC | Wells Fargo | 7563 | Solutran |
| Haggen Opco North, LLC | Citizens Alliance | 5617 | Solutran - Store Check Depository |
| Haggen Opco North, LLC | U.S. Bank | 9056 | Cash Deposits |
| Haggen Opco North, LLC | Bank of America | 9224 | Liquor Distribution |
| Haggen Opco North, LLC | U.S. Bank | 7433 | Store Cash Account |
| Haggen Opco South, LLC | PNC | 1642 | EPS Deposits |
| Haggen Opco South, LLC | PNC | 2717 | Pharmacy Receipts |
| Haggen Opco South, LLC | PNC | 1685 | Cash Deposits |
| Haggen Opco South, LLC | PNC | 4245 | RX Medicare/Medicaid |
| Haggen Opco South, LLC | Wells Fargo | 7571 | Solutran |
| Haggen Opco South, LLC | Citizens Alliance | 5633 | Solutran - Store Check Depository |
| Haggen Opco South, LLC | U.S. Bank | 9064 | Cash Deposits |
| Haggen Opco South, LLC | Bank of America | 9465 | Liquor Distribution |
| Haggen Opco South, LLC | U.S. Bank | 7441 | Store Cash Account |
| Haggen Operations Holdings, LLC | BMO Harris Bank | 9712 | Secured Account |
| Haggen Operations Holdings, LLC | BMO Harris Bank | 4936 | Payroll Account |
| Haggen Operations Holdings, LLC | PNC | 1634 | Master Concentration Account |
| Haggen Operations Holdings, LLC | U.S. Bank | 5087 | Misc. Check Receipts |
| Haggen Operations Holdings, LLC | PNC | 1618 | State & Local Tax |
| Haggen Operations Holdings, LLC | PNC | 1589 | Liquor |
| Haggen Operations Holdings, LLC | PNC | 1597 | Lottery |
| Haggen Operations Holdings, LLC | Bank of America | 9200 | Payroll |
| Haggen Operations Holdings, LLC | Bank of America | 9205 | Payroll |
| Haggen Operations | Bank of America | 7860 | Disbursement Master |

01:17661342.1

LA 51907775v1

| Account Holder | Bank | Last Four Digits of Account No. | Description |
|---|---|---|---|
| Holdings, LLC | | | |
| Haggen Operations Holdings, LLC | PNC | 1626 | Disbursement Account |
| Haggen Operations Holdings, LLC | U.S. Bank | 5079 | Operating Expenses |
| Haggen Operations Holdings, LLC | Wells Fargo | 5570 | Payroll Direct Deposit |
| Haggen, Inc. | BMO Harris Bank | 0401 | Pharmacy Account |
| Haggen, Inc. | BMO Harris Bank | 9720 | Operating Account |
| Haggen, Inc. | BMO Harris Bank | 5099 | Liquor |
| Haggen, Inc. | BMO Harris Bank | 5178 | City of Bellingham |
| Haggen, Inc. | BMO Harris Bank | 5228 | Liquor |
| Haggen, Inc. | BMO Harris Bank | 4985 | Operating Expenses |
| Haggen, Inc. | BMO Harris Bank | 5123 | Coinstar and Coupon Inflows |
| Haggen, Inc. | PNC | 5117 | EPS Deposits |
| Haggen, Inc. | U.S. Bank | 6123 | Concentration Account |
| Haggen, Inc. | U.S. Bank | 3045 | FPP Master Account |
| Haggen, Inc. | U.S. Bank | 6131 | Store Purchase Account |
| Haggen, Inc. | U.S. Bank | 3052 | Corporate OFC |
| Haggen, Inc. | U.S. Bank | 3060 | Return Items |
| Haggen, Inc. | U.S. Bank | 3078 | Meridian Store No. 11 |
| Haggen, Inc. | U.S. Bank | 3644 | Burlington Store No. 15 |
| Haggen, Inc. | U.S. Bank | 3750 | NWF Store No. 17 |
| Haggen, Inc. | US Bank | 1117 | Fairhaven Market Store No. 25 |
| Haggen, Inc. | US Bank | 3169 | Olympia Store No. 29 |
| Haggen, Inc. | US Bank | 3094 | 36th St Store No. 43 |
| Haggen, Inc. | US Bank | 3768 | Puyallup Top Foods Store No. 47 |
| Haggen, Inc. | US Bank | 3102 | Woburn Store No. 53 |
| Haggen, Inc. | US Bank | 3677 | Stanwood Store No. 55 |
| Haggen, Inc. | US Bank | 3792 | Snohomish Store No. 57 |
| Haggen, Inc. | US Bank | 3128 | Tualatin Store No. 61 |
| Haggen, Inc. | US Bank | 3136 | Ferndale Store No. 63 |
| Haggen, Inc. | US Bank | 3818 | Woodinville Store No. 67 |
| Haggen, Inc. | US Bank | 3669 | Mount Vernon Store No. 69 |

| Account Holder | Bank | Last Four Digits of Account No. | Description |
|---|---|---|---|
| Haggen, Inc. | US Bank | 3651 | Lake Stevens Store No. 71 |
| Haggen, Inc. | US Bank | 3144 | Cordata Pharmacy Store No. 73 |
| Haggen, Inc. | US Bank | 3727 | Grays Harbor Top Foods Store No. 75 |
| Haggen, Inc. | US Bank | 3776 | Marysville Store No. 77 |
| Haggen, Inc. | US Bank | 3151 | Oregon City Store No. 79 |
| Haggen, Inc. | US Bank | 2980 | Arlington Store No. 23 |
| Haggen, Inc. | US Bank | 3701 | Edmonds Top Foods Store No. 45 |
| Haggen, Inc. | US Bank | 8248 | Haggen Catering 921 |
| Haggen, Inc. | Lake Region Bank | 6526 | Return Items – WIC & Checks |