IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 15-11874 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 12 and 34** |

**CERTIFICATION OF COUNSEL
REGARDING *PROPOSED* ORDER (1) AUTHORIZING
THE OPERATING DEBTORS TO CONTINUE THE STORE
CLOSING SALES IN ACCORDANCE WITH THE AGREEMENT AND
(2) SCHEDULING INTERIM HEARING WITH RESPECT TO EMERGENCY MOTION
FOR INTERIM AND FINAL ORDERS: (I) AUTHORIZING THE DEBTORS TO
ASSUME THE DISPOSITION AGREEMENT; (II) AUTHORIZING AND
APPROVING THE CONDUCT OF STORE CLOSING OR SIMILAR
THEMED SALES, WITH SUCH SALES TO BE FREE AND CLEAR
OF ALL LIENS, CLAIMS AND ENCUMBRANCES; AND
<u>(III) GRANTING RELATED RELIEF</u>**

On September 9, 2015, the above-captioned debtors and debtors-in-possession (each, a "**Debtor**," and collectively, the "**Debtors**") filed the *Emergency Motion for Interim and Final Orders: (I) Authorizing the Debtors to Assume the Disposition Agreement; (II) Authorizing and Approving the Conduct of Store Closing or Similar Themed Sales, with Such Sales to be Free and Clear of All Liens, Claims and Encumbrances; and (III) Granting Related Relief* [Docket No. 12] (the "**Motion**").[2]

On September 10, 2015, the Court held a hearing (the "**First Day Hearing**") at which it considered the Motion solely as it pertains to the Debtors' request for the Court's entry

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

of the Interim Order. At the conclusion of the First Day Hearing, for the reasons set forth on the record, the Court (i) denied the entry of the Interim Order at this time and scheduled a hearing on September 24, 2015 at 1:00 p.m. (prevailing Eastern Time) to consider the entry of the Interim Order, and (ii) instructed the Debtors to submit an order under certification of counsel that authorizes the Operating Debtors and the Agent to immediately continue and conduct the Store Closing Sales at the Closing Stores to the extent authorized by the Court at the First Day Hearing.

Attached hereto as Exhibit 1 is a proposed form of order consistent with the Court's ruling at the First Day Hearing (the "**Proposed Order**"). Counsel for the Office of the United States Trustee for the District of Delaware and the Agent have consented to the Court's entry of the Proposed Order. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.

| | |
|---|---|
| Dated: September 11, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ian J. Bambrick*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Ian J. Bambrick (No. 5455)<br>Ashley E. Jacobs (No. 5635)<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600  Facsimile: (302) 571-1256<br><br>-and-<br><br>STROOCK & STROOCK & LAVAN LLP<br>Frank A. Merola (*pro hac vice* pending)<br>Sayan Bhattacharyya (*pro hac vice* pending)<br>Matthew G. Garofalo (*pro hac vice* pending)<br>180 Maiden Lane<br>New York, New York 10038<br><br>*PROPOSED COUNSEL TO THE DEBTORS*<br>*AND DEBTORS-IN-POSSESSION* |