IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| HAGGEN HOLDINGS, LLC, et al., | ) ) ) | Case No. 15-11874 (KG) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of creditors, Regency Centers L.P. and Weingarten Realty Investors (collectively referred to as "Landlords), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

> Robert L. LeHane, Esq.
> Gilbert R. Saydah Jr., Esq.
> Jennifer Raviele, Esq.
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, New York 10178
> Tel: 212-808-7800
> Fax: 212-808-7897
> E-mail:  KDWBankruptcyDepartment@kelleydrye.com
>              rlehane@kelleydrye.com
>              gsaydah@kelleydrye.com
>              jraviele@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Landlords' (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlords are or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: September 11, 2015
New York, New York

        KELLEY DRYE & WARREN LLP

        By: */s/ Robert L. LeHane*
            Robert L. LeHane, Esq.
        101 Park Avenue
        New York, New York 10178
        Tel: (212) 808-7800
        Fax: (212) 808-7897

        Attorneys for the Landlords