UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
PHONE (302) 573-6491 / FAX (302) 573-6497

| ANDREW R. VARA | T. PATRICK TINKER |
|---|---|
| ACTING UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

_____

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN CHAPTER 11 CASES.
_____

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following cases:

**DEBTORS**:       Haggen Holdings, LLC., *et al*

**LEAD CASE NO:**   15-11874 (KG)
**RELATED CASE NOs:**  15-11875 through 15-11879

**DATE:**           Thursday, October 15, 2015

**TIME:**           9:30 a.m.

**LOCATION:**       J. Caleb Boggs Federal Building
                    844 N. King Street
                    5th Floor, Room 5209
                    Wilmington, DE 19801

By: *Timothy J. Fox*
    Timothy J. Fox
    Trial Attorney

Dated:  September 14, 2015

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME PRESCRIBED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:    Matthew B. Lunn, Esquire;   (Debtors' counsel)