**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) Case No. 15-11874 (KG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Requested Hearing Date:** |
|  | ) **September 24, 2015 at 1:00 p.m. (ET)** |
|  | ) |
|  | ) **Requested Objection Deadline:** |
|  | ) **September 23, 2015 at 12:00 p.m. (Noon) (ET)** |
|  | ) |

**NOTICE OF MOTION**

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS' THIRTY (30) LARGEST UNSECURED CREDITORS; (III) COUNSEL TO PNC BANK, AS AGENT UNDER THE DEBTORS' CREDIT FACILITY AND DIP FACILITY; (IV) ALL PARTIES THAT, AS OF THE FILING OF THIS NOTICE, HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002; (V) ALL APPLICABLE FEDERAL, STATE AND LOCAL TAXING AND REGULATORY AUTHORITIES HAVING JURISDICTION OVER THE ASSETS; (VI) ALL PARTIES KNOWN TO THE DEBTORS TO HAVE EXPRESSED IN THE POSSIBLE PURCHASE OF THE ASSETS; AND (VII) ALL KNOWN PERSONS ASSERTING ANY CLAIMS AGAINST THE ASSETS

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (each, a "**Debtor**," and collectively, the "**Debtors**") have filed the **Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363 and 365 for Entry of an Order (I) Approving Assumption of Asset Purchase Agreement, (II) Authorizing the Sale of Certain of The Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, and (III) Granting Related Relief** (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Motion, the Debtors have also filed a motion (the "**Motion to Shorten**") requesting that a hearing to the consider the Motion be held on **September 24, 2015 at 1:00 p.m. (ET)** before the Honorable Kevin Gross, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583).  The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Motion to Shorten, the Debtors have requested that any objections to the Motion must be filed on or before **September 23, 2015 at 12:00 p.m. (Noon) (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must serve a copy of the objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION ON A FINAL BASIS WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: September 16, 2015
     Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*

Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (*pro hac vice* pending)
Sayan Bhattacharyya (*pro hac vice* pending)
Matthew G. Garofalo (*pro hac vice* pending)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION*