**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HAGGEN HOLDINGS, LLC, *et al.*, | Case No. 15-11874 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES,**
**MEETING OF CREDITORS, AND FIXING OF CERTAIN DATES**

On September 8, 2015, Haggen Holdings, LLC and certain affiliated debtor entities (each, a "**Debtor**," and collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"). The Debtors and their respective chapter 11 case numbers (collectively, the "**Chapter 11 Cases**"), and the last four digits of their respective federal tax identification numbers, are set forth immediately below. The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

| **DEBTOR** (Other names, if any, used by the Debtor in the last 8 years) | **CASE NO.** | **TAX ID NO.** |
|---|---|---|
| Haggen Holdings, LLC | 15-11874[1] | 7558 |
| Haggen Operations Holdings, LLC (Haggen Acquisition II, LLC) | 15-11875 | 6341 |
| Haggen Opco South, LLC | 15-11876 | 7257 |
| Haggen Opco North, LLC | 15-11877 | 5028 |
| Haggen Acquisition, LLC | 15-11878 | 7687 |
| Haggen, Inc. (Haggen; Haggen Food and Pharmacy; Haggen Foods; Redmond Supermarket; Top Foods) | 15-11879 | 4583 |

**DATE, TIME AND LOCATION OF MEETING OF CREDITORS**. **OCTOBER 15, 2015 AT 9:30 A.M. (ET),** J. CALEB BOGGS FEDERAL BUILDING, 844 NORTH KING STREET, 5TH FLOOR, ROOM 5209, WILMINGTON, DE 19801.

**MEETING OF CREDITORS**. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time-to-time by notice at the meeting, without further written notice to creditors.

**COMMENCEMENT OF CHAPTER 11 CASES**. Petitions under chapter 11 of the Bankruptcy Code have been filed in the United States Bankruptcy Court for the District of Delaware (the "**Court**") by the Debtors, and orders for relief have been entered. *You will not receive notice of all documents filed in the Chapter 11 Cases*. All documents filed with the Court in the Chapter 11 Cases, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Court (the "**Clerk's Office**"). In addition, such documents may be available at www.deb.uscourts.gov. A PACER password is needed to access these documents and can be obtained from the PACER Service Center at www.pacer.psc.uscourts.gov. In addition, such documents are available through the website of Kurtzman Carson Consultants LLC ("**KCC**"), the claim and noticing agent in the Chapter 11 Cases, at www.kccllc.net/haggen, or by contacting KCC at (877) 634-7180.

**DEADLINE TO FILE A PROOF OF CLAIM**. Notice of this deadline will be sent by and through a separate notice.

---

[1] The Chapter 11 Cases are jointly administered under this case number.

**THE DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS IS DECEMBER 14, 2015.**

**NAME, ADDRESS, AND TELEPHONE NUMBER OF CHAPTER 11 TRUSTEE.** None appointed to date.

**COUNSEL FOR THE DEBTORS.**

| | |
|---|---|
| STROOCK & STROOCK & LAVAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Frank A. Merola, Esq. | Matthew B. Lunn, Esq. |
| Sayan Bhattacharyya, Esq. | Robert F. Poppiti, Jr., Esq. |
| Matthew G. Garofalo, Esq. | Ian J. Bambrick, Esq. |
| 180 Maiden Lane | Ashley E. Jacobs, Esq. |
| New York, NY 10038 | Rodney Square, 1000 North King Street |
| Telephone: (212) 806-5400 | Wilmington, DE 19801 |
| Facsimile: (212) 806-6006 | Telephone: (302) 576-3222 |
| | Facsimile: (302) 571-1253 |

**PURPOSE OF CHAPTER 11 FILING.** Chapter 11 of the Bankruptcy Code enables debtors to reorganize or liquidate pursuant to a plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of the Chapter 11 Cases are dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate their business as debtors-in-possession unless a chapter 11 trustee is appointed.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS.** A creditor is anyone to whom the Debtors owe money or property. Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. Common examples of prohibited actions by creditors are contacting the Debtors to demand repayment, taking action against the Debtors to collect money owed to creditors or to take property of the Debtors, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor which is considering taking action against the Debtors or their property should review section 362 of the Bankruptcy Code and may wish to seek legal advice. *The staff of the Clerk's Office is not permitted to give legal advice.*

**CLAIMS.** Schedules of creditors will be filed by the Debtors in the Chapter 11 Cases pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim, which is not listed as disputed, contingent, or unliquidated as to amount, may, but is not required to, file a proof of claim in the Chapter 11 Cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and which desire to participate in the Chapter 11 Cases or share in any distribution in the Chapter 11 Cases must file a proof of claim. A creditor which desires to rely on the schedules of creditors has the sole responsibility for determining that its claim is accurately listed therein. *Separate notice of the deadlines to file proofs of claim in the Chapter 11 Cases and proof of claim forms will be provided to the Debtors' known creditors.* Proof of claim forms also are available in the Clerk's Office of any United States Bankruptcy Court, from the Court's website at www.deb.uscourts.gov, or from the website of KCC at www.kccllc.net/haggen.

**DISCHARGE OF DEBTS.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* 11 U.S.C. § 1141(d). A discharge means that you may never try to collect the debt from the Debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under section 1141(d)(6)(A) of the Bankruptcy Code, you must start a lawsuit by filing a complaint in the Clerk's Office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debtors" listed above. The Clerk's Office must receive the complaint and any required filing fee by that deadline.

| | |
|---|---|
| Dated: September 17, 2015 | For the Court: */s/ David D. Bird* |
| | Clerk of the United States Bankruptcy |
| | Court for the District of Delaware |