# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | Case No. 15-11874 (KG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 76** |

## NOTICE OF FILING OF REVISED PROPOSED ORDER FOR DEBTORS' MOTION FOR ORDER, PURSUANT TO SECTIONS 105, 365(a) AND 554 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 6006 AND 9014, AUTHORIZING AND APPROVING PROCEDURES FOR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that on September 14, 2015, Haggen Holdings, LLC and its above-captioned affiliated debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") filed the *Debtors' Motion for Order, Pursuant to Sections 105, 365(a) and 554 of the Bankruptcy Code, and Bankruptcy Rules 6006 and 9014, Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases* [Docket No. 76] (the "**Motion**").[2]

**PLEASE TAKE FURTHER NOTICE** that subsequent to the filing of the Motion, the Debtors revised the Proposed Order to address comments from various parties in interest. A copy of the revised Proposed Order (the "**Revised Proposed Order**") is attached hereto as Exhibit A and, for ease of reference, a copy of the Revised Proposed Order marked against the Proposed Order is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of the Revised Proposed Order at the hearing (the "**Hearing**") on the Motion currently scheduled for October 5, 2015 at 11:00 a.m. (ET). The Debtors reserve all rights to modify the Revised Proposed Order at or prior to the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:17763279.1

| | |
|---|---|
| Dated: October 2, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Ian J. Bambrick (No. 5455)<br>Ashley E. Jacobs (No. 5635)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1256<br><br>-and-<br><br>STROOCK & STROOCK & LAVAN LLP<br>Frank A. Merola<br>Sayan Bhattacharyya<br>Matthew G. Garofalo<br>180 Maiden Lane<br>New York, New York 10038<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006<br><br>*PROPOSED COUNSEL TO THE DEBTORS*<br>*AND DEBTORS-IN-POSSESSION* |