IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )
) Case No. 15-11874 (KG)
)
) (Jointly Administered)
) |
| HAGGEN HOLDINGS, LLC, *et al.*, | |
| Debtors. | |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Court hereby schedules the following omnibus hearing date:

**November 13, 2015 at 2:00 p.m. (ET)**