**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HAGGEN HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 15-11874 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **503(b)(9) Claim Filing Deadline:**<br>) **December 14, 2015 at 4:00 p.m. (ET)**<br>)<br>) **Ref. Docket No. 387** |

**NOTICE OF ENTRY OF ORDER ESTABLISHING (I) EXCLUSIVE PROCEDURES
FOR THE ASSERTION, RESOLUTION, ALLOWANCE, AND SATISFACTION OF
CLAIMS ARISING UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE AND
(II) BAR DATE FOR FILING PROOFS OF CLAIM FOR CLAIMS ASSERTED
PURSUANT TO SECTION 503(b)(9) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on September 8, 2015 (the "**Petition Date**"), Haggen Holdings, LLC and its above-captioned affiliated debtors and debtors in possession identified in footnote 1 herein (collectively, the "**Debtors**") each filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE** that on October 13, 2015, the Bankruptcy Court entered an order [Docket No. 387] (the "**Order**")[2] establishing exclusive procedures (the "**503(b)(9) Procedures**") for the assertion, resolution, allowance, and satisfaction of claims asserted pursuant to section 503(b)(9) of the Bankruptcy Code in these chapter 11 cases ("**Asserted 503(b)(9) Claims**"). Pursuant to the Order, any person or entity (a "**503(b)(9) Claimant**") asserting a claim pursuant to section 503(b)(9) of the Bankruptcy Code shall prepare a proof of claim (a "**Proof of 503(b)(9) Claim**"), using the form attached hereto (the "**Proof of 503(b)(9) Claim Form**"), that is written in the English language and sets forth (a) the alleged value (in denominated lawful currency of the United States) of the goods that the 503(b)(9) Claimant contends that the Debtors received within twenty days prior to the Petition Date; (b) documentation, including invoices, receipts, bills of lading and the like, identifying the goods for which the claim is being asserted; (c) documentation identifying which of the Debtors such goods were shipped to, the date such goods were received by such Debtors, and the alleged value of such goods; and (d) a statement indicating (i) whether the value of such goods listed in the Proof of 503(b)(9) Claim represents a combination of services and goods, (ii) if applicable, the percentage of alleged value related to services and related to goods, and (iii) whether the 503(b)(9) Claimant has filed any other claim against any Debtor regarding the goods underlying the Proof of 503(b)(9) Claim.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order. To the extent any summary of, or reference to the terms and conditions of, the Order provided in this notice conflicts with the actual terms and conditions of the Order, the actual terms and conditions of the Order shall control.

01:17840583.3

**PLEASE TAKE FURTHER NOTICE** that except as otherwise provided in the Order, effective as of the Petition Date, the 503(b)(9) Procedures shall be the sole and exclusive method for the assertion, resolution, allowance, and satisfaction of any Asserted 503(b)(9) Claims, and any 503(b)(9) Claimants shall be prohibited from utilizing any other means for the assertion, resolution, allowance, and satisfaction of any Asserted 503(b)(9) Claims, including, without limitation, the filing of a motion for allowance or to compel payment of any Asserted 503(b)(9) Claims.

**PLEASE TAKE FURTHER NOTICE** that all Proofs of 503(b)(9) Claims shall be filed with (i) Haggen Claims Processing Center, c/o KCC, 2335 Alaska Avenue, El Segundo, CA 90245, (ii) proposed co-counsel to the Debtors, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 (Attn: Elizabeth Taveras), and Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Rodney Square, Wilmington, DE 19801 (Attn: Ian J. Bambrick), and (iii) proposed counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn.: Robert J. Feinstein), and 919 North Market Street, 17th Floor, Wilmington, DE 19801 (Attn.: Bradford J. Sandler), **so as to be received no later than December 14, 2015 at 4:00 p.m. (ET)** (the "**503(b)(9) Claim Filing Deadline**"). **All 503(b)(9) Claimants shall be forever barred from asserting a claim against the Debtors and their estates pursuant to section 503(b)(9) of the Bankruptcy Code after the expiration of the 503(b)(9) Claim Filing Deadline**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Order and the Proof of 503(b)(9) Claim Form can be obtained free of charge on the website of KCC at www.kccllc.net/haggen.

*PLEASE TAKE FURTHER NOTICE that the fact that you have received this notice does not mean that you have a claim pursuant to section 503(b)(9) of the Bankruptcy Code in these chapter 11 cases or that the Debtors believe you have a claim*.

Dated: October 14, 2015  
       Wilmington, DE

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ian J. Bambrick*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-5038  Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Elizabeth Taveras (admitted *pro hac vice*)
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400  Facsimile: (212) 806-6006

*PROPOSED COUNSEL TO THE DEBTORS
AND DEBTORS-IN-POSSESSION*

01:17840583.3

# Proof of 503(b)(9) Claim Form

Haggen Holdings, LLC, et al., Case No. 15-11874 (KG), Jointly Administered

11 U.S.C. § 503(b)(9) provides that "[a]fter notice and a hearing, there shall be allowed administrative expenses. . . including . . . the value of any goods received by the debtor within 20 days before the date of commencement of a [bankruptcy case] in which the goods have been sold to the debtor in the ordinary course of such debtor's business." Your receipt of this form does not mean you hold a claim that is entitled to treatment pursuant to this section.

**Claimants should submit a signed original of this form in order to assert a claim pursuant to section 503(b)(9) of the Bankruptcy Code, together with the accompanying documentation required pursuant to the order of the Bankruptcy Court establishing procedures for the assertion, resolution, allowance and satisfaction of any claims asserted pursuant to section 503(b)(9) of the Bankruptcy Code [Docket No. 387], in person or by mail, hand delivery, or overnight courier, to the following address:**

Haggen Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

**With copies to:**

(a) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 (Attn: Elizabeth Taveras); and

(b) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Rodney Square, Wilmington, DE 19801 (Attn: Ian J. Bambrick)

**Debtor against which claim is asserted: (Check Only One)**

- ☐ Haggen Holdings, LLC (Case No. 15-11874)
- ☐ Haggen Operations Holdings, LLC (Case No. 15-11875)
- ☐ Haggen Opco South, LLC (Case No. 15-11876)
- ☐ Haggen Opco North, LLC (Case No. 15-11877)
- ☐ Haggen Acquisition, LLC (Case No. 15-11878)
- ☐ Haggen, Inc. (Case No. 15-11879)

**NOTE: This form must be served upon KCC, Stroock & Stroock & Lavan LLP, and Young Conaway Stargatt & Taylor, LLP at the above-referenced addresses on or prior to December 14, 2015 at 4:00 p.m. (ET). This form may be submitted in person or by mail, hand delivery, or overnight courier. Facsimile, email or other electronic submissions will not be accepted. Requests shall be deemed filed when actually received by KCC.**

**Name of Creditor:**
*(the person or other entity to whom the debtor owes money or property)*

**Name and Address Where Notices Should Be Sent:**

**Telephone No.:**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you have asserted a reclamation demand for any of the goods referenced on this claim form. Attach statement identifying any such goods.

☐ Check this box if you have filed any other claim against any of the Debtors regarding the goods underlying your claim asserted herein.

☐ Check this box if the alleged value of the goods underlying your claim asserted herein represents a combination of goods and services. If you checked this box, provide the percentage of alleged value related to services and to goods on the following line: _____

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: _____

Check here if this claim:  ☐ replaces  ☐ amends
a previously filed claim, dated: _____

**1. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $_____.**

**2. DATE GOODS WERE RECEIVED BY THE DEBTOR: _____.**
Attach proof of delivery of such goods.

**3. BRIEF DESCRIPTION OF CLAIM AND GOODS:**

Attach particular invoices for which any of the amounts described in this form was applied.

4. **SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as invoices, receipts, bills of lading and the like, identifying the goods for which the claim is being asserted, which of the Debtors such goods were shipped to, the date such goods were received by such Debtors, and the alleged value of such goods. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. Any attachments must be 8-1/2" by 11".

5. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

6. **ORDINARY COURSE CERTIFICATION:** By signing this claim form, you are certifying that the goods, for which payment is sought hereby, were sold to the Debtors in the ordinary course of the Debtors' business and were received by the Debtors within twenty days prior to September 8, 2015, as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

Print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

_____     _____     _____     _____
Date                            Name                                                    Title                                                    Signature