# EXHIBIT 1

# BUDGET

Haggen Operations Holding LLC and Subsidiaries
DIP Budget

($ in 000's)

| Week Ending xx> | 09-Oct Forecast | 16-Oct Forecast | 23-Oct Forecast | 30-Oct Forecast | 06-Nov Forecast | 13-Nov Forecast | 20-Nov Forecast | 27-Nov Forecast | 04-Dec Forecast | 11-Dec Forecast | 18-Dec Forecast | 25-Dec Forecast | 01-Jan Forecast | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Receipts | $ 32,851 | $ 32,455 | $ 37,856 | $ 37,996 | $ 42,268 | $ 41,773 | $ 33,583 | $ 32,563 | $ 13,420 | $ 13,675 | $ 13,779 | $ 14,338 | $ 13,779 | $ 360,434 |
| Grocery & Other | 25,141 | 21,212 | 20,397 | 16,004 | 14,296 | 13,598 | 9,493 | 10,722 | 10,248 | 10,592 | 9,375 | 8,937 | 8,094 | 178,610 |
| Payroll & Benefits | 5,733 | 7,911 | 12,737 | 6,700 | 4,200 | 6,700 | 4,200 | 14,400 | 3,627 | 5,655 | 2,322 | 5,244 | 2,306 | 81,735 |
| Rent | 6,975 | 5,699 | | | 8,549 | | | | 8,252 | | 2,013 | | 2,234 | 33,723 |
| Taxes and Other Pass-Throughs | 3,706 | 473 | | 473 | 473 | 473 | 473 | | 473 | 473 | 473 | 4,571 | 473 | 24,158 |
| Freight, GCs, Corporate & Other | 3,493 | 4,994 | 5,589 | 3,284 | 2,537 | 1,831 | 1,693 | 1,148 | 1,813 | 3,856 | 2,595 | 1,589 | 1,590 | 35,200 |
| Professional Fees [1] | 6,453 | 1,353 | 4,778 | 1,378 | 1,378 | 828 | 828 | 828 | 828 | 792 | 642 | 642 | 642 | 17,946 |
| Restructuring items | 212 | 3,000 | 1,353 | | | | | 3,000 | | 1,500 | 9,500 | 1,500 | 1,000 | 19,712 |
| Total Disbursements | $ 51,713 | $ 44,641 | $ 44,854 | $ 27,840 | $ 31,433 | $ 23,429 | $ 16,687 | $ 36,138 | $ 25,241 | $ 22,867 | $ 26,920 | $ 22,483 | $ 16,338 | $ 391,083 |
| Total Cash Flow | $ (18,862) | $ (12,186) | $ (6,998) | $ 10,157 | $ 10,835 | $ 18,344 | $ 16,896 | $ (3,476) | $ (12,321) | $ (9,192) | $ (13,142) | $ (8,145) | $ (2,559) | $ (30,649) |
| Beginning Bank Cash Balance | $ 5,345 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 5,545 |
| +/- Cash Flow | (18,862) | (12,186) | (6,998) | 10,157 | 10,835 | 18,344 | 16,896 | (3,476) | (12,321) | (9,192) | (13,142) | (8,145) | (2,559) | (30,649) |
| +/- BMO Funding | | | | | | | | | | | | | | - |
| +/- US Bank Funding | | | | | | | | | | | | | | - |
| +/- BoA Funding | | | | | | | | | | | | | | - |
| +/- Wells Funding | 7,572 | 27,431 | 5,293 | | | | | | | | 84,770 | | | 125,066 |
| +/- Transaction | 6,745 | (15,245) | 1,704 | (10,157) | (10,835) | (18,344) | (16,896) | 3,476 | 12,321 | 9,192 | (71,628) | 8,145 | 2,559 | (98,963) |
| +/- DIP Facility Draw / (Repayment) | | | | | | | | | | | | | | - |
| Ending Bank Cash Balance | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 1,000 |
| Beginning DIP Facility | $ 141,619 | $ 149,166 | $ 133,921 | $ 135,625 | $ 125,468 | $ 115,365 | $ 97,022 | $ 80,126 | $ 83,602 | $ 96,471 | $ 105,663 | $ 34,035 | $ 42,179 | 141,619 |
| +/- DIP Facility Draw / (Repayment) | 6,745 | (15,245) | 1,704 | (10,157) | (10,835) | (18,344) | (16,896) | 3,476 | 12,321 | 9,192 | (71,628) | 8,145 | 2,559 | (98,963) |
| +/- Fees and Interest | 801 | | | | 732 | | | | 548 | | | | 414 | 2,496 |
| Ending DIP Facility Balance (excluding LCs) | $ 149,166 | $ 133,921 | $ 135,625 | $ 125,468 | $ 115,365 | $ 97,022 | $ 80,126 | $ 83,602 | $ 96,471 | $ 105,663 | $ 34,035 | $ 42,179 | $ 45,153 | 45,153 |

[1] Per schedule identifying amounts for Debtor professionals, DIP Lender professionals and Committee & Other professionals