**Exhibit A**
Budget

See Attached

**Haggen Operations Holding LLC and Subsidiaries**
**DIP Budget**

(S in 000's)

| Week Ending → | 11-Sep Forecast | 18-Sep Forecast | 25-Sep Forecast | 02-Oct Forecast | 09-Oct Forecast | 16-Oct Forecast | 23-Oct Forecast | 30-Oct Forecast | 06-Nov Forecast | 13-Nov Forecast | 20-Nov Forecast | 27-Nov Forecast | 04-Dec Forecast | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Receipts** | $ 46,114 | $ 42,862 | $ 41,602 | $ 46,788 | $ 41,690 | $ 47,867 | $ 49,122 | $ 46,329 | $ 42,704 | $ 14,926 | $ 15,389 | $ 13,390 | $ 13,390 | $ 458,252 |
| Grocery & Other | 25,498 | 25,109 | 18,618 | 24,668 | 24,583 | 8,630 | 7,520 | 8,798 | 8,064 | 5,626 | 6,988 | 7,236 | 7,242 | 179,581 |
| Payroll & Benefits | 7,041 | 6,333 | 14,014 | 8,033 | 6,741 | 8,137 | 12,964 | 5,643 | 3,523 | 2,481 | 1,105 | 10,288 | 1,110 | 87,411 |
| Rent | 41 | 2,768 | 2,768 | 8,549 | | | | | 8,549 | 2,013 | | | 2,003 | 26,690 |
| Taxes and Other Pass-Throughs | 3,533 | 2,771 | 10,325 | 562 | 562 | 1,982 | 8,199 | 562 | 562 | 562 | 1,182 | 5,098 | 1,690 | 37,332 |
| Freight, GCs, Corporate & Other | 8,255 | 4,202 | 4,536 | 4,535 | 4,541 | 3,544 | 3,513 | 3,282 | 2,534 | 1,839 | 1,690 | 1,146 | 1,810 | 45,466 |
| Professional Fees [1] | 1,793 | 1,346 | 1,296 | 1,457 | 1,457 | 1,353 | 1,353 | 1,378 | 1,378 | 828 | 828 | 828 | 828 | 16,124 |
| Restructuring items [2] | 4,968 | 4,785 | 5,877 | (6,100) | 2,235 | 2,235 | (29,398) | 6,723 | 617 | (37,785) | 1,032 | | | (44,792) |
| **Total Disbursements** | $ 51,128 | $ 47,314 | $ 57,235 | $ 41,795 | $ 40,158 | $ 25,781 | $ 4,150 | $ 26,407 | $ 25,248 | $ (23,406) | $ 12,825 | $ 24,579 | $ 14,622 | $ 347,813 |
| **Total Cash Flow** | $ (5,015) | $ (4,512) | $ (15,633) | $ 4,993 | $ 1,492 | $ 22,086 | $ 44,971 | $ 19,122 | $ 17,456 | $ 38,332 | $ 2,564 | $ (11,180) | $ (1,232) | $ 110,439 |
| Beginning Bank Cash Balance | 272 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 272 |
| +/- Cash Flow | (5,015) | (4,512) | (15,633) | 4,993 | 1,492 | 22,086 | 44,971 | 19,122 | 17,456 | 38,332 | 2,564 | (11,180) | (1,232) | 110,439 |
| +/- DIP Facility Draw / (Repayment) | 5,742 | 4,512 | 15,633 | (1,993) | (1,492) | (22,086) | (44,971) | (19,122) | (17,456) | (38,332) | (2,564) | 11,186 | 1,232 | (109,711) |
| **Ending Bank Cash Balance** | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Beginning DIP Facility | 164,466 | 170,455 | 174,967 | 190,600 | 188,607 | 188,153 | 166,167 | 121,196 | 102,074 | 85,537 | 47,205 | 44,641 | 55,827 | 164,466 |
| +/- DIP Facility Draw / (Repayment) | 5,742 | 4,512 | 15,633 | (1,993) | (1,492) | (22,086) | (44,971) | (19,122) | (17,456) | (38,332) | (2,564) | 11,186 | 1,232 | (109,711) |
| +/- Fees and Interest | 246 | | | | 1,138 | | | | 920 | | | | 489 | 2,793 |
| **Ending DIP Facility Balance (excluding LCs)** | $ 170,455 | $ 174,967 | $ 190,600 | $ 188,607 | $ 188,253 | $ 166,167 | $ 121,196 | $ 102,074 | $ 85,537 | $ 47,205 | $ 44,641 | $ 55,827 | $ 57,548 | $ 57,548 |

[1] Per schedule identifying amounts for Debtor professionals, DIP Lender professionals and Committee & Other professionals
[2] Negative amounts indicate certain transactions subject to Court approval. Not intended for covenant measurement purposes.