**Exhibit C**
Budget Variance Report


See Attached

**Exhibit 1.2(a)**
Borrowing Base Certificate

See Attached

**Borrowing Base Certificate**
**Haggen, Inc.**

**Filing date:**                                  9/8/2015

Collateral Dates:

| | Haggen | OpCo N.S. | | |
|---|---|---|---|---|
| Credit Card Receivables | | | Weekly/Weekly | Daily/Daily |
| Trade AR | PE: 08/08/15 | PE: 08/13/15 | Weekly/Period | |
| Pharmacy AR | | | Weekly/Weekly | Changing daily because we are capturing |
| Inventory | PE: 08/08/15 | PE: 08/13/15 | Period/Period | |
| GL Balances | PE: 08/08/15 | PE: 08/13/15 | Period/Period | |

*To induce PNC Bank, National Association ("Agent") to make a loan advance pursuant to the Revolving Credit, Term Loan and Security Agreement dated as of          as well as amendments between the undersigned and Lender, we hereby certify as of the above date, the following:*

| Description | Haggen | OpCo N.S. | Total | Comments & Footnote References |
|---|---|---|---|---|
| **Credit Card Receivables  HGN02** | **$4,391,745.85** | **$  1,646,104.96** | **$6,037,850.81** | |
| Credit Card Fee Reserve | ($483,092.04) | ($181,071.55) | ($664,163.59) | B:  Based on Actual paid per month for Haggen and 11% of receivable for OpCo |
| Total ineligible Credit Card A/R | ($483,092.04) | ($181,071.55) | ($664,163.59) | |
| Eligible Credit Card Receivables | $3,908,653.81 | $1,465,033.41 | $5,373,687.22 | |
| Advance Rate | 90.0% | 90.0% | | |
| Credit Card Receivables Availability | $3,517,788.00 | $1,318,530.00 | $4,836,318.00 | |
| **Description** | **Haggen** | **OpCo N.S.** | **Total** | **Comments & Footnote References** |
| **Trade AR  HGN01** | **$105,965.47** | **$110,383.76** | **$216,349.23** | Based on the Great Plains Trade AR aging. |
| Non-Trade AR | $0.00 | | $0.00 | B-1 |
| Past Due Balances | ($479.86) | | ($479.86) | Balances aged greater than 60 days past due.  All customers have payment terms of 30 days; therefore, the reserve should also cover any balances aged greater than 90 days from invoice date. |
| Aged Credits | $0.00 | | $0.00 | Credits aged greater than 60 days past due.  Zero at Period 12, 2014. |
| Cross Age - 50% Taint Factor | $0.00 | | $0.00 | Balances aged less than 60 days past due, if more than 50% of the customers' balances were aged greater than 60 days past due. |
| Affiliate AR | ($595.09) | | ($595.09) | Amounts due from related parties. |
| Contra AR | $0.00 | | $0.00 | Outstanding AP balances due to AR customers, to the extent of the respective customers' AR balances, less amounts already reserved. |
| State/Local Government AR | $0.00 | | $0.00 | Balances due from state and local government entities such as public schools and public colleges. |
| Total Ineligible A/R | ($1,074.95) | $0.00 | ($1,074.95) | |
| Eligible Trade AR | $104,890.52 | $110,383.76 | $215,274.28 | |
| Advance Rate | 85.0% | 85.0% | | Provided by PNC. |
| Trade AR Availability | $89,157.00 | $93,826.00 | $182,983.00 | |
| **Description** | **Haggen** | **OpCo N.S.** | **Total** | **Comments & Footnote References** |
| **Pharmacy AR Availability  HGN06** | **$  2,040,579.66** | **$  22,127,179.06** | **$24,167,758.72** | C |
| Over 60 Days (Past Billing Date) | ($45,722.42) | ($1,205,493.38) | ($1,251,215.80) | Balances aged greater than 60 days past billing date. |
| Aged Credits | ($22,095.66) | ($23,243.95) | ($45,339.61) | Credits aged greater than 60 days past billing date. |
| Cross Age - 50% Taint Factor | ($28,528.55) | ($492,159.10) | ($520,687.65) | Balances aged less than 60 days past billing date, if more than 50% of the |
| Employee Receivables | $0.00 | | $0.00 | Balances due from employees. |
| Unapplied Cash/Unposted Checks | ($1,597,522.68) | ($5,336,295.31) | ($6,933,817.99) | D |
| Overpayments | $0.00 | | $0.00 | Customer overpayments not yet applied to the aging. Based on the GL balances. |
| Customer Deposits | $0.00 | | $0.00 | Customer deposits not yet applied to the aging. Based on the GL balances. |

*Exhibit D - Borrowing Base Certificate (2)*

Borrowing Base Certificate
Haggen, Inc.

| Will Call Sales | $0.00 | | $0.00 | E |
|---|---|---|---|---|
| Rx PDX System Clearing | $0.00 | | $0.00 | Safeway only.  Interface errors between |
| Total Ineligible Pharmacy A/R | ($1,693,869.31) | ($7,057,191.74) | ($8,751,061.05) | |
| Eligible Pharmacy AR | $346,710.35 | $15,069,987.32 | $15,416,697.67 | |
| Advance Rate | 85.0% | 85.0% | | Provided by PNC. |
| Pharmacy AR Availability | $294,703.80 | $12,809,489.22 | $13,104,193.02 | |
| **Description** | **Haggen** | **OpCo N-S** | **Total** | **Comments & Footnote References** |
| Number of Scripts Filled | 955,875 | 3,913,954 | 4,869,829 | F |
| Total Net Valuation | $12.01 | $12.01 | | Provided by PNC. |
| Gross Scrips collateral   HGN07 | $11,480,058.75 | $47,006,587.54 | $58,486,646.29 | |
| Advance Rate | 90.0% | 90.0% | | Provided by PNC. |
| Gross Script Availability | $10,332,052.88 | $42,305,929.00 | $52,637,981.88 | Capped at 30% of total availability. |
| **Description** | **Haggen** | **OpCo N-S** | **Total** | **Comments & Footnote References** |
| **Perishable Inventory  HGN03** | $5,057,821.99 | 23,843,362.66 | $28,901,184.65 | G |
| Catering Department | ($12,057.00) | | ($12,057.00) | Haggen department #2600. |
| Food Service Department | ($705,246.60) | | ($705,246.60) | Haggen department #5010; Safeway department #306. |
| Orient Express Department | ($62,095.39) | $0.00 | ($62,095.39) | Haggen department #5210. |
| Supply Inventory | $0.00 | $0.00 | $0.00 | Based on Albertson's estimate of on-hand supply inventory of $4M per store multiplied by 99 stores. |
| Jamba Juice | $0.00 | | $0.00 | Safeway department #341. |
| Shrink Reserve | $0.00 | $0.00 | $0.00 | Based on the Safeway GL shrink reserve. |
| Total Ineligible Perishable inventory | ($779,398.99) | $0.00 | ($779,398.99) | |
| Eligible Perishable Inventory | $4,278,423.00 | $23,843,362.66 | $28,121,785.66 | |
| Advance Rate | 54.6% | 54.6% | | Provided by PNC.  Lesser of 70.0% or 85.0% of the NOLV. |
| Gross Perishable Inventory Availability | $2,336,018.96 | $13,018,476.01 | $15,354,494.97 | Capped at 25% of total availability. |
| **Description** | **Haggen** | **OpCo N-S** | **Total** | **Comments & Footnote References** |
| **Non-Perishable Inventory  HGN04** | $15,769,393.89 | 110,763,439.82 | $126,532,833.71 | G |
| Shrink/Margin Reserve | $0.00 | | $0.00 | Based on the Safeway GL shrink reserve. |
| Coffee Bar Inventory | $0.00 | | $0.00 | Albertson's Coffee Bar department; Safeway department #328. |
| Photo and Video | $0.00 | | $0.00 | Safeway department #310. |
| Gasoline | $0.00 | | $0.00 | Safeway department #339. |
| Total Ineligible Non-Perishable inventory | $0.00 | $0.00 | $0.00 | |
| Eligible Non-Perishable Inventory | $15,769,393.89 | $110,763,439.82 | $126,532,833.71 | |
| Advance Rate | 57.8% | 57.8% | | Provided by PNC.  Lesser of 70.0% or 90.0% of the NOLV. |
| Non-Perishable Inventory Availability | $9,114,709.67 | $64,021,268.22 | $73,135,977.89 | |
| **Description** | **Haggen** | **OpCo N-S** | **Total** | **Comments & Footnote References** |
| **Pharmacy Inventory  HGN05** | $    5,387,880.69 | 29,178,945.02 | $34,566,825.71 | G |
| Unprocessed RTVs | $0.00 | | $0.00 | H |
| Shrink Reserve | $0.00 | $0.00 | $0.00 | Based on the Safeway GL shrink reserve. |
| Total Ineligible pharmacy inventory | $0.00 | $0.00 | $0.00 | |
| Eligible Pharmacy Inventory | $5,387,880.69 | $29,178,945.02 | $34,566,825.71 | |
| Advance Rate | 75.0% | 75.0% | | Provided by PNC.  Lesser of 75.0% or 90.0% of the NOLV. |
| Pharmacy Inventory Availability | $4,040,910.52 | $21,884,208.77 | $25,925,119.29 | |
| Total Borrowing Base Before Sublimits | $29,725,340.83 | $155,451,727.22 | $185,177,068.05 | Before any sublimits. |
| **Description** | **Haggen** | **OpCo N-S** | **Total** | **Comments & Footnote References** |
| **Availability Reserves** | | | | |
| PACA Reserve - Fresh Produce | ($1,503,027.47) | ($2,794,802.84) | ($4,297,830.31) | Outstanding amounts due to PACA vendors based on AP aging, unmatched receipts and outstanding checks balances. |
| PACA Reserve - Frozen Produce | ($50,000.00) | ($150,000.00) | ($200,000.00) | Outstanding amounts due to PACA vendors for frozen produce.  Note that Albertson's and Safeway did not quantify at the time of the exam, but will be able to do so going forward. |

**Borrowing Base Certificate**
**Haggen, Inc.**

| | | | | |
|---|---|---|---|---|
| Scan-Based Trade (SBT) | ($249,847.89) | ($1,024,524.12) | ($1,274,372.01) | Outstanding amounts due to SBT vendors based on AP aging, unmatched receipts and outstanding checks balances. |
| Sushi Vendors (Lease Department) | ($104,417.93) | | ($104,417.93) | Outstanding amounts due to sushi vendors based on the GL balances. |
| Third Party Payables | ($95,911.13) | ($875.00) | ($96,786.13) | Outstanding amounts due to organizations on behalf of whom Haggen has collected funds during promotions in the stores (e.g., Toys for Tots). Based on the GL balances. |
| Royalty Payable | $0.00 | ($224,236.71) | ($224,236.71) | Haggen only. Zero at the end of Period 12, 2014. |
| Gift Cards (50%) | ($258,981.56) | ($38,286.08) | ($297,267.63) | 50% of the GL balances. |
| Customer Deposits (100%) | ($168,400.98) | | ($168,400.98) | 100% of the GL balances. |
| Rent Reserve | $0.00 | $0.00 | $0.00 | Reserve for two months of rent for all leased locations in Washington. |
| Lottery Payables | ($109,914.66) | ($213,811.63) | ($323,726.29) | 100% of the GL balance. |
| Monies in Trust | ($188,386.08) | ($399,004.94) | ($587,391.02) | Various monies collected on behalf of third parties. Refer to the following page for a detail. |
| Coinstar | $0.00 | ($2,754.87) | ($2,754.87) | 100% of the GL balance. |
| | ($2,728,887.69) | ($4,848,296.19) | ($7,577,183.88) | |
| | | | $0.00 | |
| Reserve before Sublimit | ($2,728,887.69) | ($4,848,296.19) | ($7,577,183.88) | |
| Total Availability, Before Sublimit Adjustment | $26,996,453.14 | $150,603,431.03 | $177,599,884.17 | Sublimits are calculated independently for each entity. |
| *Perishable inventory sublimit 25%* | *$6,749,113.28* | *$37,650,857.76* | *$44,399,971.04* | *If perishable availability < sublimit use perishable availability* |
| **Perishable inventory sublimit adjustment** | **$0.00** | **$0.00** | **$0.00** | Amount over the perishable inventory sublimit |
| *Scripts sublimit 30%* | *$8,098,935.94* | *$45,181,029.31* | *$53,279,965.25* | *If script availability < sublimit use script availability else use sublimit, adj is sublimit less availability from above.* |
| Scripts sublimit adjustment | ($2,233,116.94) | $0.00 | ($2,233,116.94) | Amount over the script sublimit |
| Total Reserve After Sublimit Adjustment | ($4,962,004.63) | ($4,848,296.19) | ($9,810,300.82) | |
| Total Availability, After Sublimit Adjustment | $24,763,336.20 | $150,603,431.03 | $175,366,767.23 | Before and loan balance |
| *Last week>>* | *$22,831,219* | *$150,497,720* | *$173,328,938* | *Before and loan balance* |

**LOAN:**

| | | |
|---|---|---|
| Revolver Loan Balance per Previous Certificate: | | $0.00 |
| | | |
| Net Collections since last Certificate | - | $0.00 |
| Non-AR Collections since last Certificate | - | $0.00 |
| Advances Requested (HGN001, HGN0L1) | + | 154,607,263.52 |
| Miscellaneous Loan Adjustments | +/- | $0.00 |
| New Loan Balance | | $154,607,263.52 |
| Reserves for Letters of Credit & Mandated PNC additional block | + | $10,100,000.00  Added Additional PNC Block of $2.5M |
| Other Reserves  HGN0RS (already included in Line 110: Info only) | + | $9,810,300.82 |
| | | |
| Revolver Loan & Reserves | | $174,517,564.34 |
| Loan Availability (Excess Availability) | | |
| Remaining Line Availability ($210M-Revolver Loan and Reserves) | | $35,482,435.66 |

| |
|---|
| **$10,659,503.71** |

*The undersigned hereby certifies that the above representations are true and correct and subject to all conditions of the Loan and Security Agreement. We*

_____
**Authorized Signature, Title**


*Blake Barnett - Chief Financial Officer*
_____
**Name of Authorized Signer**

*Exhibit D - Borrowing Base Certificate (2)*

**EXHIBIT 2.1(a)**

**FORM OF REVOLVING CREDIT NOTE**

$_____                                                    _____, 2015

      **FOR VALUE RECEIVED, HAGGEN, INC.**, a Washington corporation ("Haggen"), **HAGGEN OPCO NORTH, LLC**, a Delaware limited liability company ("Haggen Opco North"), and **HAGGEN OPCO SOUTH, LLC**, a Delaware limited liability company ("Haggen Opco South" and, together with Haggen Opco North and Haggen, collectively, the "Borrowers", and each a "Borrower"), hereby jointly and severally promise to pay to the order of _____ (the "Holder"), at the office of Agent (as defined below) at the address set forth in the Loan Agreement (as defined below) or at such other place as Agent may from time to time designate to Borrowers in writing: the lesser of the principal amount of _____ ($_____) or such amount which then represents the Holder's Revolving Commitment Percentage of the aggregate unpaid principal amount of all Revolving Advances made or extended to Borrowers by Lenders pursuant to the Loan Agreement, in lawful money of the United States of America in immediately available funds, together with interest on the principal amount hereunder remaining unpaid from time to time, at the rate or rates from time to time in effect under the Loan Agreement; provided, however, that the entire unpaid principal balance of this Revolving Credit Note shall be due and payable in full at the end of the Term, or earlier as provided in the Loan Agreement.

      **THIS REVOLVING CREDIT NOTE** is executed and delivered under and pursuant to the terms of that certain Debtor-in-Possession Revolving Credit and Security Agreement, dated as of the date hereof (as the same may be amended, restated, supplemented or otherwise modified from time to time, the "Loan Agreement"), by and among Borrowers, the Debtor Guarantors party thereto from time to time, the various financial institutions named therein or which hereafter become a party thereto as lenders (the "Lenders") and PNC Bank, National Association, in its capacity as agent for the Lenders (in such capacity, "Agent") and in its capacity as a Lender. Capitalized terms used herein and not otherwise defined herein shall have the meanings provided in the Loan Agreement.

      Each Borrower hereby waives diligence, presentment, demand, protest and notice of any kind whatsoever as further set forth in the Loan Agreement.

      This Revolving Credit Note is one of the Notes referred to in the Loan Agreement, which among other things, contains provisions for the acceleration of the maturity hereof upon the happening of certain events, for optional and mandatory prepayments of the unpaid principal hereof prior to the maturity hereof and for the amendment or waiver of certain terms and conditions therein specified.

      **THIS REVOLVING CREDIT NOTE SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK APPLIED TO CONTRACTS TO BE PERFORMED WHOLLY WITHIN THE STATE OF NEW YORK.**

*[signature page follows]*

IN WITNESS WHEREOF, the undersigned have executed this Revolving Credit Note the day and year first written above intending to be legally bound hereby.

**HAGGEN, INC.**

By: _____

Name: _____

Title: _____

**HAGGEN OPCO NORTH, LLC**

By: _____

Name: _____

Title: _____

**HAGGEN OPCO SOUTH, LLC**

By: _____

Name: _____

Title: _____

**EXHIBIT 2.4(a)**

**FORM OF SWING LOAN NOTE**

$_____                                                _____, 2015

      **FOR VALUE RECEIVED, HAGGEN, INC.**, a Washington corporation ("Haggen"), **HAGGEN OPCO NORTH, LLC**, a Delaware limited liability company ("Haggen Opco North"), and **HAGGEN OPCO SOUTH, LLC**, a Delaware limited liability company ("Haggen Opco South" and, together with Haggen Opco North and Haggen, collectively, the "Borrowers", and each a "Borrower"), hereby, jointly and severally, promise to pay to the order of PNC BANK, NATIONAL ASSOCIATION ("Swing Loan Lender"), at the office of Agent (as defined below) at the address set forth in the Loan Agreement (as defined below) or at such other place as Agent may from time to time designate to Borrowers in writing: (i) at the end of the Term, or (ii) earlier as provided in the Loan Agreement, the principal sum of _____ ($_____) or such lesser sum which then represents the aggregate unpaid principal amount of all Swing Loans made or extended to Borrowers by Swing Loan Lender pursuant to the Loan Agreement, in lawful money of the United States of America in immediately available funds, together with interest on the principal amount hereunder remaining unpaid from time to time, at the rate or rates from time to time in effect under the Loan Agreement, provided, however, that the entire unpaid principal balance of this Revolving Credit Note shall be due and payable in full at the end of the Term, or earlier as provided in the Loan Agreement.

      **THIS SWING LOAN NOTE** is executed and delivered under and pursuant to the terms of that certain Debtor-in-Possession Revolving Credit and Security Agreement, dated as of the date hereof (as the same may be amended, restated, supplemented or otherwise modified from time to time, the "Loan Agreement"), by and among Borrowers, the Debtor Guarantors party thereto from time to time, the various financial institutions named therein or which hereafter become a party thereto as lenders (the "Lenders"), and PNC Bank, National Association, in its capacity as agent for the Lenders (in such capacity, "Agent") and in its capacity as a Lender. Capitalized terms used herein and not otherwise defined herein shall have the meanings provided in the Loan Agreement.

      Each Borrower hereby waives diligence, presentment, demand, protest and notice of any kind whatsoever as further set forth in the Loan Agreement.

      This Swing Loan Note is one of the Notes referred to in the Loan Agreement, which among other things, contains provisions for the acceleration of the maturity hereof upon the happening of certain events, for optional and mandatory prepayments of the unpaid principal hereof prior to the maturity hereof and for the amendment or waiver of certain terms and conditions therein specified.

      THIS SWING LOAN NOTE SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK APPLIED TO CONTRACTS TO BE PERFORMED WHOLLY WITHIN THE STATE OF NEW YORK.

*[signature page follows]*

IN WITNESS WHEREOF, the undersigned have executed this Swing Loan Note the day and year first written above intending to be legally bound hereby.

**HAGGEN, INC.**

By: _____
Name: _____
Title: _____


**HAGGEN OPCO NORTH, LLC**

By: _____
Name: _____
Title: _____


**HAGGEN OPCO SOUTH, LLC**

By: _____
Name: _____
Title: _____

**EXHIBIT 4.8(e)**

**FORM OF PROCESSOR LETTER**

*PREPARE ON BORROWER LETTERHEAD - ONE FOR EACH PROCESSOR*

_____, 2015

To:   **[Name and Address of Credit Card Processor]**
      (the "Processor")

      Re:   **[Haggen, Inc. (or other Borrower, as applicable)]**
            Security Agreement - Assignment of Credit Card Receivables

Dear Sir/Madam:

     **Haggen, Inc.**, a Washington corporation (the "Company"), among others, has recently entered into a new credit facility with **PNC BANK, NATIONAL ASSOCIATION**, as agent for certain lenders (the "Secured Party"). In accordance with the terms of that credit facility, the Company and certain of its affiliates granted to Secured Party a security interest in substantially all of the Company's and its affiliates' now owned or hereafter acquired personal property, including, without limitation, all rights of the Company to receive payments in respect of credit or charge card sales ("Card Sales") processed or otherwise paid by **[Name of Credit Card Processor]** (the "Processor") to the Company pursuant to that certain **[Title of Credit Card Processing Agreement]** between the Processor and the Company in effect as of the date hereof (the "Agreement").

     Pursuant to the facility and in connection with the security interest granted to the Secured Party in the Company's rights to receive payments in respect of the Card Sales, the Company has agreed that Secured Party shall have the right to directly collect all amounts due to the Company from the Processor. In furtherance thereof, the Company is obligated to arrange for the proceeds of Card Sales to be routed by the Processor to a deposit account under the control of the Secured Party, regardless of the account routing instructions that are presently in place. Accordingly, by this letter the Company and the Secured Party instruct the Processor to route, no less frequently than daily, all proceeds of Card Sales and any other amounts due to the Company from the Processor to the following deposit account (the "Account"):

        PNC Bank, National Association
        East Brunswick, New Jersey
        Routing Number: 031207607
        Account Number: 8026321634
        For credit to: Haggen, Inc. FBO PNC Business Credit

     All payments under the Agreement should continue to be made to the Account and to no other account unless and until you receive written notification from Secured Party. The Company acknowledges and agrees that, except as expressly set forth herein, all of the terms of the Agreement continue to be in full force and effect.

     The Company will indemnify and hold harmless Processor from any and all liabilities, claims, demands, actions or judgments, including but not limited to attorneys' fees, arising out of or resulting

from the acts or omissions of the Processor, its employees, officers or agents in complying with the terms of this letter agreement.

The Company and the Secured Party appreciate the Processor's anticipated cooperation and assistance in effectuating this change. Should you have any questions concerning this matter, please do not hesitate to contact the Company or the Secured Party at:

**Haggen, Inc.**
2211 Rimland Drive
Billingham, WA 98226
Attention:     Blake Barnett
Telephone:   949-683-8584
Facsimile:    360-650-8260

**PNC Bank, National Association**
4720 Piedmont Row Drive, Suite 300
Charlotte, NC 28210
Attention:     Portfolio Manager
Telephone:   704-551-8508
Facsimile:    704-643-7918

[SIGNATURES TO APPEAR ON FOLLOWING PAGE]

Very truly yours,

**PNC BANK, NATIONAL ASSOCIATION**
**("Secured Party")**

By:_____
Name:_____
Title: _____

**HAGGEN, INC.**
**("Company")**

By:_____
Name:_____
Title: _____

ACKNOWLEDGED AND AGREED TO:

**[credit card processor]**
**("Processor")**

By:_____
Name:_____
Title: _____

[Signature Page to Processor Letter (Haggen)]

**Exhibit 16.3**

**FORM OF COMMITMENT TRANSFER SUPPLEMENT**

COMMITMENT TRANSFER SUPPLEMENT, dated as of _____, 20__, among _____ (the "Transferor Lender"), _____ ("Purchasing Lender"), and **PNC BANK, NATIONAL ASSOCIATION**, as agent for the Lenders under the Loan Agreement (as defined below) (in such capacity, the "Agent").

W I T N E S S E T H

WHEREAS, this Commitment Transfer Supplement is being executed and delivered in accordance with Section 16.3 of that certain Debtor-in-Possession Revolving Credit and Security Agreement dated as of September [__], 2015 (as amended, restated, supplemented or modified from time to time, the "Loan Agreement"), by and among **HAGGEN, INC.**, a Washington corporation ("Haggen"), **HAGGEN OPCO NORTH, LLC**, a Delaware limited liability company ("Haggen Opco North"), **HAGGEN OPCO SOUTH, LLC**, a Delaware limited liability company ("Haggen Opco South" and, together with Haggen Opco North, Haggen, and each Person joined hereto as a borrower from time to time, collectively, the "Borrowers", and each a "Borrower"), the Debtor Guarantors party thereto from time to time, Agent, and the financial institutions party thereto from time to time as lenders (referred to herein, collectively, as the "Lenders" and each, individually, a "Lender"), and Agent.

WHEREAS, Purchasing Lender wishes to become a Lender party to the Loan Agreement; and

WHEREAS, the Transferor Lender is selling and assigning to Purchasing Lender rights, obligations and commitments under the Loan Agreement;

NOW, THEREFORE, the parties hereto hereby agree as follows:

1.      All capitalized terms used herein which are not defined shall have the meanings given to them in the Loan Agreement.

2.      Upon receipt by the Agent of four counterparts of this Commitment Transfer Supplement, to each of which is attached a fully completed Schedule I, and each of which has been executed by the Transferor Lender and Agent, Agent will transmit to Transferor Lender and Purchasing Lender a Transfer Effective Notice, substantially in the form of Schedule II to this Commitment Transfer Supplement (a "Transfer Effective Notice"). Such Transfer Effective Notice shall set forth, inter alia, the date on which the transfer effected by this Commitment Transfer Supplement shall become effective (the "Transfer Effective Date"), which date unless otherwise noted therein, shall not be earlier than the first Business Day following the date such Transfer Effective Notice is received. From and after the Transfer Effective Date, Purchasing Lender shall be a Lender party to the Loan Agreement for all purposes thereof.

3.      At or before 12:00 Noon (New York time) on the Transfer Effective Date Purchasing Lender shall pay to Transferor Lender, in immediately available funds, an amount equal to the purchase price, as agreed between Transferor Lender and such Purchasing Lender (the "Purchase Price"), of the portion of the Advances being purchased by such Purchasing Lender (such Purchasing Lender's "Purchased Percentage") of the outstanding Advances and other amounts owing to the Transferor Lender under the Loan Agreement, and the Note(s). Effective upon receipt by Transferor Lender of the Purchase Price from a Purchasing Lender, Transferor Lender hereby irrevocably sells, assigns and transfers to such Purchasing Lender, without recourse, representation or warranty, and Purchasing Lender hereby irrevocably purchases, takes and assumes from Transferor Lender, such Purchasing Lender's Purchased Percentage of the Advances and other amounts owing to the Transferor Lender under the Loan Agreement and the Note(s) together with all instruments, documents and collateral security pertaining thereto.

4.      Transferor Lender has made arrangements with Purchasing Lender with respect to (i) the portion, if any, to be paid, and the date or dates for payment, by Transferor Lender to such Purchasing Lender of any fees heretofore received by Transferor Lender pursuant to the Loan Agreement prior to the Transfer Effective Date and (ii) the portion, if any, to be paid, and the date or dates of payment, by such Purchasing Lender to Transferor Lender of fees or interest received by such Purchasing Lender pursuant to the Loan Agreement from and after the Transfer Effective Date.

5.      (a)     All principal payments that would otherwise be payable from and after the Transfer Effective Date to or for the account of Transferor Lender pursuant to the Loan Agreement and the Note(s) shall, instead, be payable to or for the account of Transferor Lender and Purchasing Lender, as the case may be, in accordance with their respective interests as reflected in this Commitment Transfer Supplement.

(b)     All interest, fees and other amounts that would otherwise accrue for the account of Transferor Lender from and after the Transfer Effective Date pursuant to the Loan Agreement and the Note(s) shall, instead, accrue for the account of, and be payable to, Transferor Lender and Purchasing Lender, as the case may be, in accordance with their respective interests as reflected in this Commitment Transfer Supplement. In the event that any amount of interest, fees or other amounts accruing prior to the Transfer Effective Date was included in the Purchase Price paid by any Purchasing Lender, Transferor Lender and Purchasing Lender will make appropriate arrangements for payment by Transferor Lender to such Purchasing Lender of such amount upon receipt thereof from Borrowers.

6.      Concurrently with the execution and delivery hereof, Transferor Lender will provide to Purchasing Lender conformed copies of the Loan Agreement and all related documents delivered to Transferor Lender.

7.      Each of the parties to this Commitment Transfer Supplement agrees that at any time and from time to time upon the written request of any other party, it will execute and deliver such further documents and do such further acts and things as such other party may reasonably request in order to effect the purposes of this Commitment Transfer Supplement.

2

8.     By executing and delivering this Commitment Transfer Supplement, Transferor Lender and Purchasing Lender confirm to and agree with each other and Agent and Lenders as follows: (i) other than the representation and warranty that it is the legal and beneficial owner of the interest being assigned hereby free and clear of any adverse claim, Transferor Lender makes no representation or warranty and assumes no responsibility with respect to any statements, warranties or representations made in or in connection with the Loan Agreement or the execution, legality, validity, enforceability, genuineness, sufficiency or value of the Loan Agreement, the Note(s) or any other instrument or document furnished pursuant thereto; (ii) Transferor Lender makes no representation or warranty and assumes no responsibility with respect to the financial condition of Borrowers or the performance or observance by Borrowers of any of their Obligations under the Loan Agreement, the Note(s) or any other instrument or document furnished pursuant hereto; (iii) Purchasing Lender confirms that it has received a copy of the Loan Agreement, together with copies of such financial statements and such other documents and information as it has deemed appropriate to make its own credit analysis and decision to enter into this Commitment Transfer Supplement; (iv) Purchasing Lender will, independently and without reliance upon Agent, Transferor Lender or any other Lenders and based on such documents and information as it shall deem appropriate at the time, continue to make its own credit decisions in taking or not taking action under the Loan Agreement; (v) Purchasing Lender appoints and authorizes Agent to take such action as agent on its behalf and to exercise such powers under the Loan Agreement as are delegated to the Agent by the terms thereof; (vi) Purchasing Lender agrees that it will perform all of its respective obligations as set forth in the Loan Agreement to be performed by each as a Lender; and (vii) Purchasing Lender represents and warrants to Transferor Lender, Lenders, Agent and Borrowers that it is either (x) entitled to the benefits of an income tax treaty with the United States of America that provides for an exemption from the United States withholding tax on interest and other payments made by Borrowers under the Loan Agreement and Other Documents or (y) is engaged in trade or business within the United States of America.

9.     Schedule I hereto sets forth the revised Commitment Percentages of Transferor Lender and the Commitment Percentage of Purchasing Lender as well as administrative information with respect to Purchasing Lender.

10.    This Commitment Transfer Supplement shall be governed by, and construed in accordance with, the laws of the State of New York.

[Signatures Begin on Next Page]

074658.14086/101416960v.1

IN WITNESS WHEREOF, the parties hereto have caused this Commitment Transfer Supplement to be executed by their respective duly authorized officers on the date set forth above.

[_____]
as Transferor Lender


By:_____
Name:_____
Title:_____


[_____]
as Purchasing Lender

By: _____
Name: _____
Title: _____


**PNC BANK, NATIONAL ASSOCIATION**
as Agent

By:_____
Name:_____
Title:_____

SCHEDULE I TO COMMITMENT TRANSFER SUPPLEMENT

LIST OF OFFICES, ADDRESSES FOR NOTICES AND COMMITMENT AMOUNTS

| Transferor Lender | Revised Revolving Commitment Amount | $_____ |
|---|---|---|
| | Revised Revolving Commitment Percentage | _____% |
| Purchasing Lender | Revolving Commitment Amount | $_____ |
| | Revolving Commitment Percentage | _____% |

Addresses for Notices for Purchasing Lender


Attention:
Telephone:
Fax:

[Commitment Transfer Supplement (Haggen)]

SCHEDULE II TO COMMITMENT TRANSFER SUPPLEMENT

[Form of Transfer Effective Notice]


To: _____, as Transferor Lender and _____, as
Purchasing Lender:

The undersigned, as Agent under the Debtor-in-Possession Revolving Credit and Security Agreement dated as of September [__], 2015 among **HAGGEN, INC., HAGGEN OPCO NORTH, LLC, HAGGEN OPCO SOUTH, LLC, PNC BANK, NATIONAL ASSOCIATION** ("PNC"), the Debtor Guarantors party thereto from time to time, each of the financial institutions party thereto from time to time as lenders (PNC and such other financial institutions, the "Lenders"), and PNC as agent for the Lenders, acknowledges receipt of four (4) executed counterparts of a completed Commitment Transfer Supplement in the form attached hereto. [Note: Attach copy of Commitment Transfer Supplement.] Terms defined in such Commitment Transfer Supplement are used herein as therein defined.

Pursuant to such Commitment Transfer Supplement, you are advised that the Transfer Effective Date will be [Insert date of Transfer Effective Notice].

PNC BANK, NATIONAL ASSOCIATION,
as Agent

By: _____
Name: _____
Title: _____

ACCEPTED FOR RECORDATION
IN REGISTER:

**SCHEDULE 1.1(a)**

**COMMITMENTS**

| Lender | Revolving Commitment Amount | Revolving Commitment Percentage |
|---|---|---|
| PNC Bank, National Association | $71,666,666.66 | 33.333333333% |
| KeyBank, N.A. | $35,833,333.33 | 16.666666667% |
| JPMorgan Chase Bank, N.A. | $35,833,333.33 | 16.666666667% |
| U.S. Bank National Association | $25,595,238.10 | 11.904761905% |
| CIT Finance LLC | $25,595,238.10 | 11.904761905% |
| Signature Bank | $20,476,190.48 | 9.523809524% |

Schedule 1.2(a)

Permitted Encumbrances

Nestles Dreyer's Ice Cream Company Filing Number 2011-355-7991-5 dated 12/20/2016

Hewlett-Packard Financial Services Company Filing Number 2012-264-4061-2 dated 9/20/2012

Unified Grocers, Inc. Filing Number 2009-040-3588-1 dated 2/09/2009

Topco Security Agreement

Jordano's Inc. and Pacific Beverage Company Filing Number 157482215833 dated 8/26/2015 with the Secretary of State of the State of California against Haggen Opco South, LLC, a Delaware limited liability company (it being understood the Borrowers believe the filing of this financing statement did not result in the perfection of whatever Liens, if any, may have been granted by any Loan Party to these creditors prior to the Petition Date and that the Borrowers will use commercially reasonable efforts to terminate such financing statement or avoid such Lien in connection with the Case). The amount owing to these creditors by the Loan Parties as of the Petition Date did not exceed $170,000.

Schedule 4.4

Equipment and Inventory Locations; Place of Business, Chief Executive Office, Real Property

The Chief Executive Office of each Credit Party is 2211 Rimland Drive, Bellingham, Washington 98226

| Credit Party | Name of Bailee | Address of Bailee (Where Property Located) | Type of Property |
|---|---|---|---|
| Haggen, Inc. and Haggen Operations Holdings, LLC | Triple "B" Corporation DBA Charlie's Produce | 3800 Building 3800 First Avenue South Seattle, WA 98124 | Warehouse – storage for liquor |

Existing Leased Property Leased to Haggen, Inc.:

| Credit Party | Address | City, State, Zip | Landlord | Current Rent | Agmt Expires | Term/ Renewal | Nature of Use |
|---|---|---|---|---|---|---|---|
| Haggen, Inc. | 2814 Meridian | Bellingham, WA 98225 | MGP X Properties, LLC | 54,159 | 6/30/2022 | 4 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 757 Haggen Drive | Burlington, WA 98233 | MGP X Properties, LLC | 126,100 | 1/31/2017 | 4 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 1406 Lake Tapps Parkway East | Auburn, WA 98092 | Lakeland Town Center II, LLC | 113,498 | 2/7/2021 | 5 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 1401 12th Street | Bellingham, WA 98225 | MGP X Properties, LLC | 21,703 | 5/18/2024 | 4 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 1313 Cooper Point Road SW | Olympia, WA 98502 | Carr-Gottstein | 73,125 | 12/31/2019 | 5 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 210 36th Street | Bellingham, WA 98225 | MGP X Properties, LLC | 60,467 | 8/3/2019 | 4 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 201 37th Avenue SE | Puyallup, WA 98374 | Barclay's Realty & Mgmt. Company | 121,549 | 7/14/2027 | 5 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 2900 Woburn Street | Bellingham, WA 98226 | Barkley Village Partners | 134,004 | 7/16/2020 | 5 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 26603 72nd Avenue NW | Stanwood, WA 98292 | MGP X Properties, LLC | 74,557 | 2/24/2017 | 4 options, 5yr ea | Retail Grocery |

LA 5190754406

| Tenant | Address | City/State | Landlord | Sq Ft | Date | Options | Type |
|---|---|---|---|---|---|---|---|
| Haggen, Inc. | 1301 Avenue D | Snohomish, WA 98290 | Skodal Enterprises Inc. | 90,520 | 7/31/2021 | 4 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 8515 SW Tualatin-Sherwood Road | Tualatin, OR 97062 | Zian Limited Partnership | 69,136 | 7/31/2016 | 5 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 1815 Main Street | Ferndale, WA 98248 | MGP X Properties, LLC | 72,416 | 9/16/2023 | 4 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 17641 Garden Way NE | Woodinville, WA 98072 | Woodinville Block "C" | 103,472 | 9/22/2023 | 5 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 2601 East Division | Mount Vernon, WA 98273 | MGP X Properties, LLC | 112,460 | 12/6/2019 | 4 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 8915 Market Place NE | Lake Stevens, WA 98258 | ROIC Washington LLC | 69,686 | 12/7/2024 | 5 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 4545 Cordata Parkway | Bellingham, WA 98226 | PeaceHealth Medical Group | 1,826 | 6/13/2014 | 4 options, 5yr ea | Pharmacy |
| Haggen, Inc. | 1213 East Wishkah | Aberdeen, WA 98520 | Stewart Foods, Inc. | 30,623 | 6/15/2019 | 4 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 3711 88th Street NE | Marysville, WA 98270 | MGP X Properties, LLC | 51,041 | 7/1/2015 | 4 options, 5yr ea | Retail Grocery |
| Haggen, Inc. | 19701 Highway 213 | Oregon City, OR 97045 | Trails End Marketplace LLC | 92,880 | 4/24/2020 | 4 options, 5yr ea | Retail Grocery |

Existing Leased Property Leased to Haggen Operations Holdings, LLC:

| ADDRESS | CITY | ST | ZIP CODE | COUNTY |
|---|---|---|---|---|
| 19981 SR 2 | Monroe | WA | 98272 | Snohomish County |
| 114 E Lauridsen Blvd | Port Angeles | WA | 98362 | Clallam County |
| 1128 N. Miller | Wenatchee | WA | 98801 | Chelan County |
| 15532 Aurora Ave N | Shoreline | WA | 98133 | King County |
| 450 N. Wilbur Avenue | Walla Walla | WA | 99362 | Walla Walla County |
| 7601 Evergreen Way | Everett | WA | 98203 | Snohomish County |
| 17520 SR 9 Southeast | Snohomish | WA | 98290 | Snohomish County |
| 4300ne 4th | Renton | WA | 98059 | King County |
| 31565 Sr 20 #1 | Oak Harbor | WA | 98277 | Island County |
| 2222 NW Bucklin Hill Road | Silverdale | WA | 98383 | Kitsap County |
| 3355 Bethel Rd. S.e. | Port Orchard | WA | 98366 | Kitsap County |
| 7860 El Camino Real | Carlsbad | CA | 92009 | San Diego County |
| 3925 236Th Ave N E | Redmond | WA | 98053 | King County |
| 12725 First Ave. S. | Burien | WA | 98168 | King County |
| 4831 Point Fosdick Dr Nw | Gig Harbor | WA | 98335 | Pierce County |
| 11012 Canyon Rd. East | Puyallup | WA | 98373 | Pierce County |
| 3520 Pacific Ave S.E | Olympia | WA | 98501 | Thurston County |
| 111 S. 38Th Street | Tacoma | WA | 98408 | Pierce County |
| 8611 Steilacoom Blvd SW | Tacoma | WA | 98498 | Pierce County |
| 15805 Pacific Ave. S. | Tacoma | WA | 98444 | Pierce County |
| 13439 Camino Canada | El Cajon | CA | 92021 | San Diego County |
| 1608 Broadway St | El Cajon | CA | 92021 | San Diego County |
| 730 Turquoise St | San Diego | CA | 92109 | San Diego County |
| 2235 University Ave | San Diego | CA | 92104 | San Diego County |
| 360 East H St | Chula Vista | CA | 91910 | San Diego County |
| 16199 Boones Ferry Road | Lake Oswego | OR | 97035 | Clackamas County |
| 1855 Blankenship Rd | West Linn | OR | 97068 | Clackamas County |
| 5038 W. Avenue North | Palmdale | CA | 93551 | Los Angeles County |
| 30922 South Pacific Coast Hwy. | Laguna Beach | CA | 92651 | Orange County |
| 10830 SE OAK | Milwaukie | OR | 97202 | Multnomah County |
| 8155 S.W. Hall | Beaverton | OR | 97005 | Washington County |

LA 51907544v6

| ADDRESS | CITY | ST | ZIPCODE | COUNTY |
|---|---|---|---|---|
| 21672 Plano Trabuco Rd. | Trabuco Canyon | CA | 92679 | Orange County |
| 6240 Foothill Blvd | Tujunga | CA | 91042 | Los Angeles County |
| 14300 S W Barrows Rd | Tigard | OR | 97223 | Washington County |
| 16220 S.W. Pacific Hwy. | Tigard | OR | 97224 | Washington County |
| 21500 Yorba Linda Blvd. | Yorba Linda | CA | 92887 | Orange County |
| 240 S. Diamond Bar Blvd | Diamond Bar | CA | 91765 | Los Angeles County |
| 14800 S E Sunnyside Rd | Clackamas | OR | 97015 | Clackamas County |
| 16030 S W Tualatin Sherwood Rd | Sherwood | OR | 97140 | Washington County |
| 7900 White Lane | Bakersfield | CA | 93311 | Kern County |
| 8850 Foothill Blvd. | Rancho Cucamonga | CA | 91730 | San Bernardino County |
| 36-101 Bob Hope Drive | Rancho Mirage | CA | 92270 | Riverside County |
| 5415 Main Street | Springfield | OR | 97478 | Lane County |
| 3500 Panama Lane | Bakersfield | CA | 93313 | Kern County |
| 1910 N. Campus Ave. | Upland | CA | 91784 | San Bernardino County |
| 72875 Highway 111 | Palm Desert | CA | 92260 | Riverside County |
| 5450 River Rd. N. | Keizer | OR | 97303 | Marion County |
| 4200 Chino Hills Pkwy Ste. 400 | Chino Hills | CA | 91709 | San Bernardino County |
| 8200 E Stockdale Hwy | Bakersfield | CA | 93311 | Kern County |
| 3075 Hilyard St. | Eugene | OR | 97405 | Lane County |
| 1675 W. 18th Avenue | Eugene | OR | 97402 | Lane County |
| 8200 El Camino Real | Atascadero | CA | 93422 | San Luis Obispo County |
| 1191 E. Creston Road | Paso Robles | CA | 93446 | San Luis Obispo County |
| 1690 Allen Creek Road | Grants Pass | OR | 97527 | Josephine County |
| 211 North Eighth Street | Klamath Falls | OR | 97601 | Klamath County |
| 771 Foothill Blvd | San Luis Obispo | CA | 93405 | San Luis Obispo County |
| 1321 Johnson Avenue | San Luis Obispo | CA | 93405 | San Luis Obispo County |
| 2740 S. 6th | Klamath Falls | OR | 97603 | Klamath County |
| 340 N E Beacon Drive | Grants Pass | OR | 97526 | Josephine County |
| 1132 W Branch Street | Arroyo Grande | CA | 93420 | San Luis Obispo County |
| 1130 Los Osos Valley Road | Los Osos | CA | 93402 | San Luis Obispo County |
| 585 Siskiyou Boulevard | Ashland | OR | 97520 | Jackson County |
| 1500 N. "H" Street | Lompoc | CA | 93436 | Santa Barbara County |
| 7800 Telegraph Road | Ventura | CA | 93004 | Ventura County |
| 2010 Cliff Dr. | Santa Barbara | CA | 93109 | Santa Barbara County |

| ADDRESS | CITY | ST | ZIP CODE | COUNTY |
|---|---|---|---|---|
| 163 S. Turnpike Rd | Goleta | CA | 93111 | Santa Barbara County |
| 3943 State St. | Santa Barbara | CA | 93105 | Santa Barbara County |
| 2100 Newbury Road | Newbury Park | CA | 91320 | Ventura County |
| 175 N. Fairview Ave. | Goleta | CA | 93117 | Santa Barbara County |
| 850 Linden Avenue | Carpinteria | CA | 93013 | Santa Barbara County |
| 920 N. Ventura Rd. | Oxnard | CA | 93030 | Ventura County |
| 5770 Lindero Canyon Rd | Westlake Village | CA | 91362 | Ventura County |
| 2115 Artesia Bl. | Redondo Beach | CA | 90278 | Los Angeles County |
| 26518 Bouquet Canyon Road | Saugus | CA | 91350 | Los Angeles County |
| 1736 E. Avenida De Los Arboles | Thousand Oaks | CA | 91360 | Ventura County |
| 660 E. Los Angeles Ave | Simi Valley | CA | 93065 | Ventura County |
| 2627 Lincoln Blvd | Santa Monica | CA | 90405 | Los Angeles County |
| 2800 Cochran | Simi Valley | CA | 93065 | Ventura County |
| 27095 Mcbean Parkway | Santa Clarita | CA | 91355 | Los Angeles County |
| 2400 Las Posas Rd | Camarillo | CA | 93010 | Ventura County |
| 5135 Los Angeles Avenue | Simi Valley | CA | 93065 | Ventura County |
| 21035 Hawthorne Blvd | Torrance | CA | 90503 | Los Angeles County |
| 28060 South Western Ave | San Pedro | CA | 90732 | Los Angeles County |
| 23381 Mulholland Dr | Woodland Hills | CA | 91364 | Los Angeles County |
| 8965 VENICE BLVD SUITE B | Los Angeles | CA | 90015 | Los Angeles County |
| 2130 Pacific Coast Hwy | Lomita | CA | 90717 | Los Angeles County |
| 3443 S Sepulveda Blvd | Los Angeles | CA | 90034 | Los Angeles County |
| 3830 W Verdugo Ave. | Burbank | CA | 91505 | Los Angeles County |
| 615 N. Pacific Coast Hwy. | Redondo Beach | CA | 90277 | Los Angeles County |
| 1636 W 25th St | San Pedro | CA | 90732 | Los Angeles County |
| 1516 S. Pacific Coast Hwy | Redondo Beach | CA | 90277 | Los Angeles County |
| 25636 Crown Valley Parkway | Ladera Ranch | CA | 92694 | Orange County |
| 30252 Crown Valley Parkway | Laguna Niguel | CA | 92677 | Orange County |
| 3901 Portola Pkwy | Irvine | CA | 92620 | Orange County |
| 3049 Coast Highway | Corona Del Mar | CA | 92625 | Orange County |
| 17662 17th Street | Tustin | CA | 92780 | Orange County |
| 28751 Los Alisos Blvd. | Mission Viejo | CA | 92692 | Orange County |
| 14837 Pomerado Road | Poway | CA | 92064 | San Diego County |
| 550 E. First St. | Tustin | CA | 92780 | Orange County |

LA 5190754446

| ADDRESS | CITY | ST | ZIP CODE | COUNTY |
|---------|------|----|----------|--------|
| 26872 Muirlands Blvd. | Mission Viejo | CA | 92691 | Orange County |
| 6235 E Spring St | Long Beach | CA | 90808 | Los Angeles County |
| 2707 Via De La Valle | Del Mar | CA | 92014 | San Diego County |
| 9870 Magnolia Ave | Santee | CA | 92071 | San Diego County |
| 2800 Fletcher Pkwy | El Cajon | CA | 92020 | San Diego County |
| 3681 Avocado Avenue | La Mesa | CA | 91941 | San Diego County |
| 12475 RANCHO BERNARDO ROAD | Rancho Bernardo | CA | 92128 | San Diego County |
| 955 Carlsbad Village Dr | Carlsbad | CA | 92008 | San Diego County |
| 10633 Tierra Santa Bl. | San Diego | CA | 92124 | San Diego County |
| 671 Rancho Santa Fe | San Marcos | CA | 92078 | San Diego County |
| 5650 Balboa Ave | San Diego | CA | 92111 | San Diego County |
| 150 B Ave | Coronado | CA | 92118 | San Diego County |
| 350 W San Ysidro Blvd | San Ysidro | CA | 92173 | San Diego County |
| 14340 Penasquitos Drive | San Diego | CA | 92129 | San Diego County |
| 7895 Highland Village Place | San Diego | CA | 92129 | San Diego County |
| 505 Telegraph Canyon Rd | Chula Vista | CA | 91910 | San Diego County |
| 422 W Washington St | San Diego | CA | 92103 | San Diego County |
| 10740 Westview Pkwy | San Diego | CA | 92126 | San Diego County |
| 5630 Lake Murray Blvd | La Mesa | CA | 91942 | San Diego County |
| 870 Third Ave | Chula Vista | CA | 91911 | San Diego County |
| 11475 E Via Linda | Scottsdale | AZ | 85259 | Maricopa County |
| 3655 W. Anthem Way | Anthem | AZ | 85086 | Maricopa County |
| 34442 N Scottsdale Road | Scottsdale | AZ | 85262 | Maricopa County |
| 61155 S. Hwy 97 | Bend | OR | 97702 | Deschutes County |
| 10380 East Broadway Boulevard | Tucson | AZ | 85748 | Pima County |
| 1350 N Silverbell Road | Tucson | AZ | 85745 | Pima County |
| 8740 East Broadway | Tucson | AZ | 85710 | Pima County |
| 1800 N.E. 3rd Street | Bend | OR | 97701 | Deschutes County |
| 174 East Sheldon | Prescott | AZ | 86301 | Yavapai County |
| 1980 Mcculloch Blvd | Lake Havasu City | AZ | 86403 | Mohave County |
| 17171 Bothell Way N.E. | Seattle | WA | 98155 | King County |
| 15840 1st Avenue South | Burien | WA | 98148 | King County |
| 7460 E Highway 69 | Prescott Valley | AZ | 86314 | Yavapai County |
| 1416 E Route 66 | Flagstaff | AZ | 86001 | Coconino County |

LA 5190754446

| ADDRESS | CITY | ST | ZIP CODE | COUNTY |
|---------|------|----|----------|--------|
| 14215 SE Petrovitsky Rd | Renton | WA | 98058 | King County |
| 2900 Wheaton Way | Bremerton | WA | 98310 | Kitsap County |
| 2800 Milton Way | Milton | WA | 98354 | Pierce County |
| 31009 Pacific Hwy South | Federal Way | WA | 98003 | King County |
| 1031 Nevada Hwy | Boulder City | NV | 89005 | Clark County |
| 2910 BICENTENNAIL PARKWAY | Henderson | NV | 89009 | Clark County |
| 1233 N. Liberty Lake Road | Liberty Lake | WA | 99019 | Spokane County |
| 190 N. Boulder Hwy | Henderson | NV | 89015 | Clark County |
| 7530 W. Lake Mead Blvd | Las Vegas | NV | 89128 | Clark County |
| 575 College Drive | Henderson | NV | 89015 | Clark County |
| 820 S. Rampart Blvd. | Las Vegas | NV | 89145 | Clark County |
| 1940 Village Center Circle | Las Vegas | NV | 89134 | Clark County |
| 1120 Campbell Street | Baker City | OR | 97814 | Baker County |

Schedule 4.8(l)

## DEBTORS' BANK ACCOUNTS

| Account Holder | Bank | Last Four Digits of Account No. | Description |
|---|---|---|---|
| Haggen Holdings, LLC | U.S. Bank | 8804 | Stand Alone Account |
| Haggen Opco North, LLC | PNC | 2725 | Pharmacy Receipts |
| Haggen Opco North, LLC | PNC | 1562 | EPS Deposits |
| Haggen Opco North, LLC | PNC | 1677 | Cash Deposits |
| Haggen Opco North, LLC | PNC | 4253 | RX Medicare/Medicaid |
| Haggen Opco North, LLC | Wells Fargo | 7563 | Solutran |
| Haggen Opco North, LLC | Citizens Alliance | 5617 | Solutran - Store Check Depository |
| Haggen Opco North, LLC | U.S. Bank | 9056 | Cash Deposits |
| Haggen Opco North, LLC | Bank of America | 9224 | Liquor Distribution |
| Haggen Opco North, LLC | U.S. Bank | 7433 | Store Cash Account |
| Haggen Opco South, LLC | PNC | 1642 | EPS Deposits |
| Haggen Opco South, LLC | PNC | 2717 | Pharmacy Receipts |
| Haggen Opco South, LLC | PNC | 1685 | Cash Deposits |
| Haggen Opco South, LLC | PNC | 4245 | RX Medicare/Medicaid |
| Haggen Opco South, LLC | Wells Fargo | 7571 | Solutran |
| Haggen Opco South, LLC | Citizens Alliance | 5633 | Solutran – Store Check Depository |
| Haggen Opco South, LLC | U.S. Bank | 9064 | Cash Deposits |
| Haggen Opco South, LLC | Bank of America | 9465 | Liquor Distribution |
| Haggen Opco South, LLC | U.S. Bank | 7441 | Store Cash Account |
| Haggen Operations Holdings, LLC | BMO Harris Bank | 9712 | Secured Account |
| Haggen Operations Holdings, LLC | BMO Harris Bank | 4936 | Payroll Account |
| Haggen Operations Holdings, LLC | PNC | 1634 | Master Concentration Account |
| Haggen Operations Holdings, LLC | U.S. Bank | 5087 | Misc. Check Receipts |
| Haggen Operations Holdings, LLC | PNC | 1618 | State & Local Tax |
| Haggen Operations Holdings, LLC | PNC | 1589 | Liquor |
| Haggen Operations Holdings, LLC | PNC | 1597 | Lottery |
| Haggen Operations | Bank of America | 9200 | Payroll |

| Account Holder | Bank | Last Four Digits of Account No. | Description |
|---|---|---|---|
| Holdings, LLC | | | |
| Haggen Operations Holdings, LLC | Bank of America | 9205 | Payroll |
| Haggen Operations Holdings, LLC | Bank of America | 7860 | Disbursement Master |
| Haggen Operations Holdings, LLC | PNC | 1626 | Disbursement Account |
| Haggen Operations Holdings, LLC | U.S. Bank | 5079 | Operating Expenses |
| Haggen Operations Holdings, LLC | Wells Fargo | 5570 | Payroll Direct Deposit |
| Haggen, Inc. | BMO Harris Bank | 0401 | Pharmacy Account |
| Haggen, Inc. | BMO Harris Bank | 9720 | Operating Account |
| Haggen, Inc. | BMO Harris Bank | 5099 | Liquor |
| Haggen, Inc. | BMO Harris Bank | 5178 | City of Bellingham |
| Haggen, Inc. | BMO Harris Bank | 5228 | Liquor |
| Haggen, Inc. | BMO Harris Bank | 4985 | Operating Expenses |
| Haggen, Inc. | BMO Harris Bank | 5123 | Coinstar and Coupon Inflows |
| Haggen, Inc. | PNC | 5117 | EPS Deposits |
| Haggen, Inc. | U.S. Bank | 6123 | Concentration Account |
| Haggen, Inc. | U.S. Bank | 3045 | FPP Master Account |
| Haggen, Inc. | U.S. Bank | 6131 | Store Purchase Account |
| Haggen, Inc. | U.S. Bank | 3052 | Corporate OFC |
| Haggen, Inc. | U.S. Bank | 3060 | Return Items |
| Haggen, Inc. | U.S. Bank | 3078 | Meridian Store No. 11 |
| Haggen, Inc. | U.S. Bank | 3644 | Burlington Store No. 15 |
| Haggen, Inc. | U.S. Bank | 3750 | NWF Store No. 17 |
| Haggen, Inc. | US Bank | 1117 | Fairhaven Market Store No. 25 |
| Haggen, Inc. | US Bank | 3169 | Olympia Store No. 29 |
| Haggen, Inc. | US Bank | 3094 | 36th St Store No. 43 |
| Haggen, Inc. | US Bank | 3768 | Puyallup Top Foods Store No. 47 |

| Account Holder | Bank | Last Four Digits of Account No. | Description |
|---|---|---|---|
| Haggen, Inc. | US Bank | 3102 | Woburn Store No. 53 |
| Haggen, Inc. | US Bank | 3677 | Stanwood Store No. 55 |
| Haggen, Inc. | US Bank | 3792 | Snohomish Store No. 57 |
| Haggen, Inc. | US Bank | 3128 | Tualatin Store No. 61 |
| Haggen, Inc. | US Bank | 3136 | Ferndale Store No. 63 |
| Haggen, Inc. | US Bank | 3818 | Woodinville Store No. 67 |
| Haggen, Inc. | US Bank | 3669 | Mount Vernon Store No. 69 |
| Haggen, Inc. | US Bank | 3651 | Lake Stevens Store No. 71 |
| Haggen, Inc. | US Bank | 3144 | Cordata Pharmacy Store No. 73 |
| Haggen, Inc. | US Bank | 3727 | Grays Harbor Top Foods Store No. 75 |
| Haggen, Inc. | US Bank | 3776 | Marysville Store No. 77 |
| Haggen, Inc. | US Bank | 3151 | Oregon City Store No. 79 |
| Haggen, Inc. | US Bank | 2980 | Arlington Store No. 23 |
| Haggen, Inc. | US Bank | 3701 | Edmonds Top Foods Store No. 45 |
| Haggen, Inc. | US Bank | 8248 | Haggen Catering 921 |
| Haggen, Inc. | Lake Region Bank | 6526 | Return Items – WIC & Checks |

Schedule 5.1(a)

States of Qualification and Good Standing

| Name | State of Incorporation/Formation | Other States of Qualification |
|---|---|---|
| Haggen Operations Holdings, LLC | Delaware | N/A |
| Haggen, Inc. | Washington | OR |
| Haggen Acquisition, LLC | Delaware | N/A |
| Haggen Opco South, LLC | Delaware | CA, AZ, NV |
| Haggen Opco North, LLC | Delaware | OR, WA |

Schedule 5.2(b)

Subsidiaries

Subsidiaries of Holdings:

Haggen Property Holdings, LLC
Haggen Property Holdings II, LLC
Haggen Operations Holdings, LLC
Haggen Fuel Holdings, LLC

Subsidiaries of Haggen, Inc.:

None

Subsidiaries of Haggen Opco North, LLC:

None

Subsidiaries of Haggen Opco South, LLC

None

Subsidiaries of Haggen Acquisition, LLC

Haggen, Inc.
Haggen SLB, LLC

Subsidiaries of Haggen Operations Holdings, LLC

Haggen Opco South, LLC
Haggen Opco North, LLC
Haggen Acquisition, LLC

Schedule 5.4

Federal Tax Identification Number

| Name | Tax ID# |
|---|---|
| Haggen Operations Holdings, LLC | 47-2616341 |
| Haggen, Inc. | 91-0504583 |
| Haggen Acquisition, LLC | 27-4647687 |
| Haggen Opco South, LLC | 47-2527257 |
| Haggen Opco North, LLC | 47-2525028 |

Schedule 5.6

Prior Names, Mergers and Consolidations

Haggen, Inc. uses the following trade names:

Haggen
Haggen Foods
Haggen Food and Pharmacy
Redmond Supermarket, LLC
Top Foods

Schedule 5.7(c)

Environmental

Six retail fuel stations are located on the Borrowers' and the Guarantors' Real Property that is either owned or leased by the Borrowers and the Guarantors.

Schedule 5.8(b)(i)

Litigation

Bankruptcy Case Nos. 15-11879-KG, 15-11875-KG, 15-11878-KG, 15-11874-KG, 15-11877-KG, 15-11876-KG and 15-11879-KG and Albertson's Commercial Tort Claims.

Schedule 5.8(b)(ii)

Indebtedness

$90,000 Vehicle Promissory Note dated February 1, 2014 by Haggen, Inc. to Briar Development, $25,815.70 outstanding as of 2/28/1015.

$10,000,000 ACH loan to Haggen, Inc. from Wells Fargo to Borrowers.

Intercompany Note, dated as of February 12, 2015, by and among Haggen, Inc., Haggen Opco North, LLC, Haggen Opco South, LLC, Haggen Acquisition, LLC, and Haggen Operations Holdings, LLC.

Schedule 5.8(d)

Plans

Haggen, Inc. participates in the following plans:

- Bakery and Confectionery Union and Industry International Pension Fund.

- Oregon Retail Employee's Pension Trust.

- Sound Retirement Trust (also known as the Retail Clerks Pension Trust).

- Washington Meat Industry Pension Trust.

Schedule 5.9

Intellectual Property, Source Code Escrow Agreements

See attached.

Haggen, Inc.
Trademarks

## REGISTERED U.S. SERVICE MARKS: 7

| MARK | SERVICES | REG. DATE | REG. NUMBER | NEXT DEADLINE |
|---|---|---|---|---|
| C.A.R.D. | Class 35: Retail grocery stores featuring a discount card program, consumer sweepstakes, and incentive award programs; promoting the goods and services of others through the distribution of discount membership cards | Jul 20 1999 | 2262455 | Jul 20 2019: Renewal |
| C.A.R.D. | Class 42: Security services, namely, the assignment of membership identification numbers to affix to valuables and to attach to key rings to facilitate their recovery following loss or theft | Nov 9 1999 | 2290878 | Nov 9 2019: Renewal |
| F8 | Class 33: Wine | Aug 12 2014 | 4584329 | Aug 12 2020: Registration maintenance |
| HAGGEN | Class 35: Retail grocery store services | Aug 14 2001 | 2478119 | Aug 14 2021: Renewal |
| | Class 35: Retail grocery store services; retail pharmacy and drug store services; retail bakery; retail delicatessen; retail shop featuring flowers; retail store services featuring a wide variety of packaged, prepared and fresh food and beverages | Oct 21 2008 | 3519493 | Oct 21 2018: Renewal |
| LET FATE TEMPT YOU | Class 33: Wine | May 27 2014 | 4540453 | May 27 2020: Registration maintenance |
| NORTHWEST FRESH | Class 35: Retail grocery store services; retail pharmacy and drug store services; retail bakery; retail shop featuring flowers; retail store services featuring a wide variety of packaged, prepared and fresh food and beverages | Oct 16 2012 | 4227151 | Oct 16 2018: Registration maintenance |

LA 5190754476

## REGISTERED STATE SERVICE MARKS: 16

### OREGON

| MARK | SERVICES | REG. DATE | REG. NUMBER | NEXT DEADLINE |
|------|----------|-----------|-------------|---------------|
| MARKET STREET CAFÉ | State Class 135 and 142: Retail grocery store services; retail grocery stores featuring a discount card program, consumer contests, sweepstakes, games and incentive award programs; promoting the goods and services of others through discount cards | Mar 7 2002 | 35720 | Mar 7 2017: Renewal |
| MARKET STREET CATERING | State Class 135 and 142: Retail grocery store services; carry out and off premise catering food service; promotion of goods and services; delivery services | Mar 7 2002 | 35721 | Mar 7 2017: Renewal |
| SPLASH | State Class 135: Retail grocery, pharmacy and drug store services, retail bakery, delicatessen, retail flower shop, wide variety of packaged, prepared and fresh food and beverages, retail coffee shop, fresh fruits, vegetables, produce, nuts, herbs, hops, edible oils, seafood, poultry, beer, wine, cheese | Jul 22 2008 | 40519 | Jul 22 2018: Renewal |
| Design (SPLASH otter character) | State Class 135: Retail grocery, pharmacy and drug store services, retail bakery, delicatessen, retail flower shop, wide variety of packaged, prepared and fresh food and beverages, retail coffee shop, fresh fruits, vegetables, produce, nuts, herbs, hops, edible oils, seafood, poultry, beer, wine, cheese | Jul 22 2008 | 40518 | Jul 22 2018: Renewal |
| WHERE YOUR BEST MEALS BEGIN | State Class 135: Retail grocery store services; retail pharmacy and drug store services; retail delicatessen; retail shop featuring flowers; retail store services featuring a wide variety of packaged, prepared and fresh food and beverages; online retail shop featuring umbrellas, computer bags, coffee cups, lunch boxes, calculators, pens and pencils, clothing | Aug 1 2006 | 39367 | Aug 1 2016: Renewal |

**WASHINGTON**

| MARK | SERVICES | REG. DATE | REG. NUMBER | NEXT DEADLINE |
|---|---|---|---|---|
| MARKET STREET CAFÉ | Class 35: Food service, food preparation and service of food, delivery, food court, retail grocery store services | Mar 6 2008 | 30405 | Mar 6 2018: Renewal |
| MARKET STREET CATERING | Class 35: Food service, carry out and off premise catering, promotion of goods and services, retail grocery store services, delivery | Mar 6 2003 | 30404 | Mar 6 2018: Renewal |
| SCHOOL BUCKS | Class 36: Charitable fund-raising | Nov 4 2013 | 56435 | Nov 4 2018: Renewal |
| SPLASH | Class 35: Retail grocery store, pharmacy, drug store, bakery, delicatessen, florist, and retail store selling a variety of packaged, prepaid and fresh food and beverages, and retail coffee shop | Jul 21 2008 | 52766 | Jul 21 2018: Renewal |
| SPLASH | Class 41: Entertainment in the nature of performances by a mascot or costumed character | Jul 21 2008 | 52765 | Jul 21 2018: Renewal |
| TOP | Class 35: Retail grocery store, pharmacy, drug store, bakery, delicatessen, flower shop, retail store selling packaged, prepared and fresh food and beverages, and on-line retail shop | Jan 22 2008 | 52369 | Jan 22 2018: Renewal |
| TOP FOOD & DRUG CONNECTION | Class 35: Retail grocery store services, arranging and conducting incentive reward programs to promote the sale of groceries | Sep 23 2008 | 52885 | Sep 23 2018: Renewal |
| TOP FOODS | Class 42: Grocery store, variety and fast food service | Apr 14 2008 | 13360 | Apr 14 2018: Renewal |
| WHERE YOUR BEST MEALS BEGIN | Class 35: Retail grocery store services, retail pharmacy and drug store services, retail bakery, retail delicatessen, retail shop featuring flowers, retail store services featuring a wide variety of packaged, prepared and fresh food and beverages, online retail shop featuring umbrellas, computer bags, coffee cups, lunch boxes, calculators, pens and pencils, clothing | Jul 27 2006 | 51030 | Jul 27 2016: Renewal |

LA 5190754406

HAGGEN LICENSES THE FOLLOWING TRADEMARKS FROM BRIAR DEVELOPMENT COMPANY LLP

| MARK | GOODS/SERVICES | REG. NO. | REG. DATE | STATUS |
|------|----------------|----------|-----------|--------|
| TERRAVIDA COFFEE | Class 35: Retail store services featuring beverage containers, coffeepots, teapots, canisters, food, beverages, coffee and espresso makers, coffee grinders and accessories for making coffee and tea. | Jan 10 2006 | 3042449 | Jan 10 2016: Renewal |
| TERRAVIDA COFFEE | Class 30: Coffee, coffee beans, tea, hot chocolate, cocoa, candy mints, candy, chocolate and pastries | May 24 2005 | 2955663 | May 24 2015: Renewal |
| TERRAVIDA COFFEE | Class 43: Coffee shop services | May 24 2005 | 2955662 | May 24 2015: Renewal |
| TERRAVIDA COFFEE | Class 21: Mugs, thermal insulated containers for food or beverage, drinking glasses, coffeepots not of precious metal, teapots not of precious metal, and canisters | Oct 4 2005 | 3005205 | Oct 4 2015: Renewal |

Schedule 5.10

Licenses and Permits

Haggen, Inc. and its subsidiaries maintain liquor, agricultural, gambling, lottery, and other similar licenses and permits in Washington, Oregon, California, Nevada and Arizona, provided that none of such licenses and permits pertain to any of the following industries:

- Bearer Share Companies

- Core Money Service Businesses (MSBs)

- Diplomatic Missions of Countries other than the U.S.

- Foreign Shell Banks

- Internet Gaming

- Loans to Political Parties or Candidates

- Marijuana Businesses

- Payday Lenders

- Predatory Lenders

- Predatory Workout Businesses

Schedule 5.14

Labor Disputes

All of the labor contracts to which any Credit Party is party are schedule to terminate during the term of the Agreement, other than the following collective bargaining agreements:

### Haggen Opco North, LLC:

| | | | |
|---|---|---|---|
| Bakers Local 9 Tacoma | 9/3/11 - 9/3/17 | WASHINGTON BAKERS TRUST WELFARE PLAN | BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND |
| UFCW Local 21 Island County Clerks | 6/8/14 - 6/3/17 | SOUND HEALTH & WELLNESS TRUST | SOUND RETIREMENT TRUST |
| UFCW Local 21 Skagit/Island County Meat | 4/6/14 - 4/8/17 | SOUND HEALTH & WELLNESS TRUST | SOUND RETIREMENT TRUST |
| Bakers Local 9 Bellingham/Port Angeles | 9/3/11 - 9/3/17 | WASHINGTON BAKERS TRUST WELFARE PLAN | BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND |
| Bakers Local 9 Seattle | 9/3/11 - 9/3/17 | WASHINGTON BAKERS TRUST WELFARE PLAN | BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND |
| Bakers Local 9 Seattle | 9/3/11 - 9/3/17 | WASHINGTON BAKERS TRUST WELFARE PLAN | BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND |
| Bakers Local 9 Seattle | 9/3/11 - 9/3/17 | WASHINGTON BAKERS TRUST WELFARE PLAN | BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND |

### Haggen, Inc.:

| | | | |
|---|---|---|---|
| UFCW 367 | GRAYS HARBOR GROCERY CONTRACT | 03/16/14 | 03/12/17 |
| UFCW 367 | GRAYS HARBOR MEAT CONTRACT | 03/16/14 | 03/12/17 |
| UFCW 21 | WHATCOM GROCERY CONTRACT | 04/06/14 | 04/08/17 |
| UFCW 21 | WHATCOM MEAT CONTRACT | 04/06/14 | 04/08/17 |

Schedule 5.24

Equity Interests

| Issuer | Owner | Type of Security | Certificate # | % Ownership/Number of Shares |
|---|---|---|---|---|
| Haggen, Inc. | Haggen Acquisition, LLC | Class A Common Stock | A-5 | 40,000 |
| Haggen, Inc. | Haggen Acquisition, LLC | Class A Common Stock | A-6 | 10,000 shares |
| Haggen, Inc. | Haggen Acquisition, LLC | Class B Common Stock | B-24 | 760,000 |
| Haggen, Inc. | Haggen Acquisition, LLC | Class B Common Stock | B-25 | 190,000 |
| Haggen Opco South, LLC | Haggen Operations Holdings, LLC | membership interests | | 100% |
| Haggen Opco North, LLC | Haggen Operations Holdings, LLC | membership interests | | 100% |
| Haggen Acquisition, LLC | Haggen Operations Holdings, LLC | membership interests | | 100% |

Schedule 5.28

Credit Card Processors

First Data Credit Card Processor Agreement – Electronic Transaction Agreement dated December 22, 2014 by and among CTS Holding, LLC, Citicorp Payment Services (First Data Merchant Services Corporation by power of attorney) and Haggen Operations Holdings, LLC

Customer Processing Agreement dated March 5, 2008, by and between RBS Lynk Incorporated/RBS Citizens, N.A. and Haggen, Inc.

Schedule 5.30(d)

Business Associates

| Haggen Business Associate Agreements |
| --- |
| Access Health |
| CaptureRx |
| Logimedix |
| National Health Systems, Inc. (PDX, NHIN, HAS) |
| Prescription Health Solutions, Inc. |
| Quantros |
| Record Xpress/Infocare |
| Scriptcycle LLC |
| Seattle Pharmacy Relief |
| Sentry Data Systems |
| Topco Associates |
| TriState Distributors |
| Two Point Conversion, LLC |
| Washington Inventory Service |
| Wellpartner |

Schedule 7.10

Transactions with Affiliates

Intercompany Loan Agreement, dated as of August 7, 2015, by and among Haggen Property North, LLC, Haggen Property South, LLC, Haggen, Inc., Haggen Opco North, LLC, and Haggen Opco South, LLC.