**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 15-11874 (KG) |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Ref. Docket No. 494** |

**NOTICE OF STORES TO BE INCLUDED IN GLOBAL AUCTION
SCHEDULED FOR NOVEMBER 9, 10 AND 11, 2015,
BASELINE BIDS AND QUALIFIED BIDDERS**

**PLEASE TAKE NOTICE** that on October 19, 2015, the United States Bankruptcy Court for the District of Delaware entered an order (the "**Global Bidding Procedures Order**") [Docket No. 494] establishing certain procedures (the "**Global Bidding Procedures**")[2] that govern the sale and auction of all of the Debtors' Stores.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Global Bidding Procedures Order, the Debtors have scheduled a global auction (the "**Global Auction**") at the Hyatt Regency Century Plaza, 2025 Avenue of the Stars, Los Angeles, CA 90067, on **November 9, 2015 through and including November 11, 2015, beginning promptly at 9:15 a.m. (Pacific Time)** on each day. **A mandatory check-in for the Auction will begin at 8:30 a.m. (Pacific Time)**.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a list of the Stores organized by geographic area that the Debtors intend to auction at the Global Auction,[3] which indicates the starting bid (the "**Baseline Bid**") for each Store included in the Global Auction. In certain cases where no Qualified Bid was received for a Store, the Debtors have fixed the Baseline Bid at an amount to promote a spirited and robust auction and to expedite the auction for such Store.

**PLEASE TAKE FURTHER NOTICE** that any Qualified Bidder may submit a bid on any Store in any Auction, including Stores for which the Qualified Bidder did not

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Global Bidding Procedures Order or the Global Bidding Procedures, as applicable.

[3] The Debtors reserve the right to remove any Store from the Global Auction and will announce any such change on the record at the Global Auction.

previously submit a bid, subject to satisfying the deposit requirements set forth in the Global Bidding Procedures and herein.[4]

**PLEASE TAKE FURTHER NOTICE** that each Store will be individually auctioned (each, an "**Auction**") and an anticipated order of Stores to be auctioned will be provided prior to or during the Global Auction. Generally, the Debtors intend to group Stores to be auctioned at the Global Auction based on the following geographic locations and in the following anticipated order:

November 9, 2015
- a.   Arizona Market
- b.   Anaheim, CA Market
- c.   Los Angeles, CA Market
- d.   Bakersfield/Riverside, CA Market

November 10, 2015
- a.   Oxnard-Ventura, CA Market
- b.   Santa Barbara, CA Market
- c.   San Luis Obispo, CA Market
- d.   San Diego, CA Market
- e.   Las Vegas, NV Market

November 11, 2015
- a.   Portland/Salem, OR Market
- b.   Baker City/Eugene/Grants Pass/Klamath Falls/Medford, OR Stores
- c.   Seattle, WA Market
- d.   Aberdeen/Bremerton/Spokane, WA Stores
- e.   Tacoma, WA Market

The Debtors reserve the right to change the geographical order above and to auction Stores within a certain geographic area at a different date or time than other Stores included in that geographic area. **Qualified Bidders are encouraged to attend the entire Global Auction to ensure that they will be able to bid on Stores in which they are interested as the foregoing is subject to material change at or before the Global Auction.**

**PLEASE TAKE FURTHER NOTICE** that to date, approximately 40 bidders have submitted bids for Stores that are currently included in the Global Auction. The Debtors have posted a list in the data room identifying all Qualified Bidders who, to date, have been qualified to participate in the Global Auction, subject, in some cases, to final documentation.[5] The Debtors are continuing to work with bidders to qualify them to bid at the Global Auction.

---

[4] Pursuant to Paragraph 12 of the Global Bidding Procedures Order, the Debtors have decided not to limit Qualified Bidders to bidding only on the Stores included in their respective Qualified Bids.

[5] As provided by the Global Bidding Procedures Order, the Debtors may qualify bidders up to the Global Auction. Pursuant to Paragraph 12 of the Global Bidding Procedures Order, the Debtors have decided not to publicly file the list of Qualified Bidders prior to the Global Auction. The Debtors may publicly file such list at a later date.

Qualified Bidders may bid on any Store at the Auction, subject to satisfying the applicable deposit requirements. Qualified Bidders are advised to make arrangements to increase their deposit amounts at or immediately after the Global Auction.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a Qualified Bidder Indication of Interest Form (the "**Indication of Interest Form**") that requires each Qualified Bidder to identify the Stores (but not the price) that a Qualified Bidder currently intends, in good faith, to bid on. The Indication of Interest Form will assist the Debtors to organize the Global Auction. All Qualified Bidders must identify in the Indication of Interest Form the names of all representatives who will attend the Auction on behalf of such Qualified Bidder. Each Qualified Bidder will be limited to a maximum of four (4) representatives, including professionals. **Qualified Bidders must complete and return the Indication of Interest Form to the Debtors by no later than November 8, 2015 at 11:00 a.m. (Pacific Time) to:**

(A) the Debtors, Haggen Holdings, LLC (Attn: Blake Barnett, Chief Financial Officer; blakeb@haggen.com);

(B) co-counsel to the Debtors, Stroock & Stroock & Lavan LLP (Attn: Frank Merola, Esq. and Sayan Bhattacharyya, Esq.; fmerola@stroock.com and sbhattacharyya@stroock.com);

(C) co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP (Attn: Matthew Lunn, Esq. and Robert Poppiti, Jr., Esq.; mlunn@ycst.com and rpoppiti@ycst.com); and

(D) financial advisor to the Debtors, Sagent Advisors LLC (Attn: Scott Moses and Gregory Grambling; smoses@sagentadvisors.com and ggrambling@sagentadvisors.com) (collectively, the "**Notice Parties**").[6]

**In addition to the Debtors and the Consultation Parties, the identified representatives of Qualified Bidders and all creditors of the Debtors may attend the Global Auction.**

**PLEASE TAKE FURTHER NOTICE** that the Indication of Interest Form is not a binding commitment to bid on any Store (provided that to the extent a Qualified Bid has been submitted for such Store by a Qualified Bidder, in accordance with the Global Bidding Procedures Order, such Qualified Bid is a bidding obligation). The Debtors will not share a Qualified Bidder's Indication of Interest Form (or its content) with any other Qualified Bidders. Qualified Bidders are not permitted to share their Indication of Interest Form (or its content) with any other Qualified Bidders without the consent of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 18 U.S.C. §§ 156 and 157, Qualified Bidders and their representatives may not communicate with one another, collude or otherwise coordinate for participating in, or otherwise for any purpose regarding, the Global

---

[6] The Indication of Interest Form is also available in MS Word format in the Debtors' data room.

Auction without the express consent of the Debtors. Any party found to violate this requirement will be referred to the Office of the United States Trustee for the District of Delaware and the Office of the United States Attorney for the District of Delaware in accordance with applicable law.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to announce the auction rules (the "**Auction Rules**") via email to all Qualified Bidders and the Consultation Parties on November 6, 2015. Pursuant to Paragraph 12 of the Global Bidding Procedures, the Auction Rules and other matters are subject to modification as necessary to garner the highest value for the Debtors' estates and otherwise in fulfilling their fiduciary duties, and such rights remain reserved.

**PLEASE TAKE FURTHER NOTICE** that if you have questions concerning the contents of this notice or the sale process, you should contact the representative of the Debtors with whom you have previously been in contact or the Notice Parties listed above.

Dated: November 6, 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600  Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Elizabeth Taveras (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400  Facsimile: (212) 806-6006

*Counsel to the Debtors and Debtors-In-Possession*