## Exhibit A

Stores Included in Global Auction

## Stores Included in Global Auction

| Haggen Store # | Metro Area | Address | City | State | Zip | Baseline Bidder | Baseline Bid |
|---|---|---|---|---|---|---|---|
| 2217 | Lake Havasu City | 1980 Mcculloch Blvd | Lake Havasu City | AZ | 86403 | Albertson's LLC | 1,000,000 |
| 2222 | Flagstaff | 1416 E Route 66 | Flagstaff | AZ | 86001 | NA | No Reserve Price |
| 2197 | Tucson | 10380 East Broadway Boulevard | Tucson | AZ | 85748 | Albertson's LLC | 1,000,000 |
| 2198 | Tucson | 8740 East Broadway | Tucson | AZ | 85710 | NA | No Reserve Price |
| 2220 | Tucson | 1350 N Silverbell Road | Tucson | AZ | 85745 | Albertson's LLC | 700,000 |
| 2218 | Prescott | 174 East Sheldon | Prescott | AZ | 86301 | NA | No Reserve Price |
| 2223 | Prescott | 7450 E Highway 69 | Prescott Valley | AZ | 86314 | NA | No Reserve Price |
| 2196 | Phoenix | 34442 N Scottsdale Road | Scottsdale | AZ | 85262 | NA | No Reserve Price |
| 2219 | Phoenix | 11475 E Via Linda | Scottsdale | AZ | 85259 | NA | No Reserve Price |
| 2221 | Phoenix | 3655 W. Anthem Way | Anthem | AZ | 85086 | NA | No Reserve Price |
|  |  |  |  |  |  |  |  |
| 2173 | Anaheim | 30252 Crown Valley Parkway | Laguna Niguel | CA | 92677 | Smart & Final LLC (Additional Stores) | 2,085,000 |
| 2201 | Anaheim | 3901 Portola Pkwy | Irvine | CA | 92620 | NA | No Reserve Price |
| 2202 | Anaheim | 25872 Muirlands Blvd. | Mission Viejo | CA | 92691 | NA | No Reserve Price |
| 2203 | Anaheim | 28751 Los Alisos Blvd. | Mission Viejo | CA | 92692 | NA | No Reserve Price |
| 2215 | Anaheim | 17662 17th Street | Tustin | CA | 92780 | Tustin Safe LLC | 100,000 |
| 2216 | Anaheim | 550 E. First St. | Tustin | CA | 92780 | Tawa, Inc. | 100,000 |
|  |  |  |  |  |  |  |  |
| 2136 | Los Angeles | 6240 Foothill Blvd | Tujunga | CA | 91042 | Albertson's LLC | 200,000 |
| 2160 | Los Angeles | 240 S. Diamond Bar Blvd | Diamond Bar | CA | 91765 | Smart & Final LLC (Additional Stores) | 185,000 |
| 2167 | Los Angeles | 26518 Bouquet Canyon Road | Saugus | CA | 91350 | Albertson's LLC | 200,000 |
| 2159 | Los Angeles | 3830 W Verdugo Ave | Burbank | CA | 91505 | Smart & Final LLC (Additional Stores) | 2,750,000 |
| 2161 | Los Angeles | 8985 Venice Bl - Ste B | Los Angeles | CA | 90015 | SFM, LLC (Sprouts) | 1,925,000 |
| 2165 | Los Angeles | 2115 Artesia Bl. | Redondo Beach | CA | 90278 | NA | 1,059 |
| 2169 | Los Angeles | 23381 Mulholland Dr | Woodland Hills | CA | 91364 | Regency Centers, L.P. | 500,000 |
| 2174 | Los Angeles | 2130 Pacific Coast Hwy | Lomita | CA | 90717 | Berberian Enterprises, Inc. (Jons Marketplace) | 500,000 |
| 2179 | Los Angeles | 28090 South Western Ave | San Pedro | CA | 90732 | Albertson's LLC | 100,000 |
| 2209 | Los Angeles | 6235 E Spring St | Long Beach | CA | 90808 | NA | No Reserve Price |
| 2213 | Los Angeles | 27095 Mcbean Parkway | Santa Clarita | CA | 91355 | NA | No Reserve Price |
|  |  |  |  |  |  |  |  |
| 2148 | Bakersfield | 3500 Panama Lane | Bakersfield | CA | 93313 | Albertson's LLC | 300,000 |
| 2140 | Bakersfield | 7900 White Lane | Bakersfield | CA | 93311 | NA | No Reserve Price |
| 2208 | Bakersfield | 8200 E Stockdale Hwy | Bakersfield | CA | 93311 | Albertson's LLC | 200,000 |
| 2175 | Riverside | 72675 Highway 111 | Palm Desert | CA | 92260 | NA | No Reserve Price |
| 2176 | Riverside | 8850 Foothill Blvd. | Rancho Cucamonga | CA | 91730 | Albertson's LLC | 100,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2180 | Riverside | 1910 N. Campus Ave. | Upland | CA | 91784 | Albertson's LLC | 1 |
| | | | | | | | |
| 2153 | Oxnard-Ventura | 2400 Las Posas Rd | Camarillo | CA | 93010 | Super A Foods, Inc. | 500,000 |
| 2157 | Oxnard-Ventura | 2800 Cochran | Simi Valley | CA | 93065 | SFM, LLC (Sprouts) | 1,000,000 |
| 2199 | Oxnard-Ventura | 660 E. Los Angeles Ave | Simi Valley | CA | 93065 | Stater Bros. Markets | 1,200,000 |
| 2211 | Oxnard-Ventura | 920 N. Ventura Rd. | Oxnard | CA | 93030 | NA | No Reserve Price |
| | | | | | | | |
| 2130 | Santa Barbara | 1500 N. 'H' Street | Lompoc | CA | 93436 | Albertson's LLC | 300,000 |
| 2146 | Santa Barbara | 163 S. Turnpike Rd | Goleta | CA | 93111 | Albertson's LLC | 1,600,000 |
| 2149 | Santa Barbara | 175 N. Fairview Ave. | Goleta | CA | 93117 | SFM, LLC (Sprouts) | 1,000,000 |
| 2150 | Santa Barbara | 2010 Cliff Dr. | Santa Barbara | CA | 93109 | SB Grocery, LLC (Roxy's Market) | 75,000 |
| | | | | | | | |
| 2152 | San Luis Obispo | West 1132 Branch Street | Arroyo Grande | CA | 93420 | Spencer | 250,000 |
| 2155 | San Luis Obispo | 771 Foothill Blvd | San Luis Obispo | CA | 93405 | NA | 32,557 |
| 2210 | San Luis Obispo | 1130 Los Osos Valley Road | Los Osos | CA | 93402 | NA | No Reserve Price |
| | | | | | | | |
| 2193 | San Diego | 505 Telegraph Canyon Rd | Chula Vista | CA | 91910 | Carnival Supermarket Inc. | 600,000 |
| 2194 | San Diego | 870 Third Ave | Chula Vista | CA | 91911 | NA | No Reserve Price |
| 2143 | San Diego | 2235 University Ave | San Diego | CA | 92104 | Smart & Final LLC (Additional Stores) | 295,000 |
| 2141 | San Diego | 1608 Broadway St | El Cajon | CA | 92021 | Albertson's LLC | 800,000 |
| 2185 | San Diego | 5630 Lake Murray Blvd | La Mesa | CA | 91942 | Albertson's LLC | 400,000 |
| 2186 | San Diego | 14837 Pomerado Road | Poway | CA | 92064 | RJS Investment Group | 300,000 |
| 2187 | San Diego | 12475 Rancho Bernardo Rd | Rancho Bernardo | CA | 92128 | Albertson's LLC | 900,000 |
| 2188 | San Diego | 7895 Highland Village Place | San Diego | CA | 92129 | Albertson's LLC | 400,000 |
| 2190 | San Diego | 5950 Balboa Ave | San Diego | CA | 92111 | Tawa, Inc. | 30,000 |
| 2191 | San Diego | 671 Rancho Santa Fe | San Marcos | CA | 92078 | Albertson's LLC | 800,000 |
| 2204 | San Diego | 422 W Washington St | San Diego | CA | 92103 | Good Food Holdings/Bristol Farms | 1,500,000 |
| 2206 | San Diego | 14340 Penasquitos Drive | San Diego | CA | 92129 | Vestar California XXI, L.L.C. | 200,000 |
| | | | | | | | |
| 2228 | Las Vegas | 2910 Bicentennial Parkway | Henderson | NV | 89009 | Albertson's LLC | 200,000 |
| 2225 | Las Vegas | 1031 Nevada Hwy | Boulder City | NV | 89005 | NA | No Reserve Price |
| 2230 | Las Vegas | 575 College Drive | Henderson | NV | 89015 | Albertson's LLC | 1 |
| 2231 | Las Vegas | 190 N. Boulder Hwy | Henderson | NV | 89015 | Albertson's LLC | 100,000 |
| 2233 | Las Vegas | 7530 W. Lake Mead Blvd | Las Vegas | NV | 89128 | SFM, LLC (Sprouts) | 1,950,000 |
| 2234 | Las Vegas | 820 S. Rampart Blvd. | Las Vegas | NV | 89145 | NA | No Reserve Price |
| | | | | | | | |
| 61 | Portland | 8515 SW Tualatin-Sherwood Road | Tualatin | OR | 97062 | NA | 64,203 |
| 2073 | Portland | 16200 S.W. Pacific Hwy. | Tigard | OR | 97224 | NA | No Reserve Price |
| 2079 | Portland | 14800 S E Sunnyside Rd | Clackamas | OR | 97015 | NA | No Reserve Price |
| 2083 | Portland | 1855 Blankenship Rd | West Linn | OR | 97068 | NA | No Reserve Price |
| 2085 | Portland | 8155 S.W. Hall | Beaverton | OR | 97005 | Tawa, Inc. | 50,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2090 | Portland | 10830 S.E. Oak | Milwaukie | OR | 97202 | NA | No Reserve Price |
| 2092 | Portland | 16030 S W Tualatin Sherwood Rd | Sherwood | OR | 97140 | NA | No Reserve Price |
| 2088 | Salem | 5450 River Rd. N. | Keizer | OR | 97303 | NA | No Reserve Price |
| | | | | | | | |
| 2084 | Baker City | 1120 Campbell Street | Baker City | OR | 97814 | Albertson's LLC | 300,000 |
| 2080 | Eugene | 3075 Hilyard St. | Eugene | OR | 97405 | Albertson's LLC | 200,000 |
| 2082 | Eugene | 5415 Main Street | Springfield | OR | 97478 | Albertson's LLC | 1 |
| 2121 | Grants Pass | 340 N E Beacon Drive | Grants Pass | OR | 97526 | NA | No Reserve Price |
| 2114 | Klamath Falls | 211 North Eighth Street | Klamath Falls | OR | 97601 | NA | No Reserve Price |
| 2122 | Klamath Falls | 2740 S. 6th | Klamath Falls | OR | 97603 | NA | No Reserve Price |
| 2095 | Medford | 585 Siskiyou Boulevard | Ashland | OR | 97520 | Albertson's LLC | 200,000 |
| | | | | | | | |
| 2091 | Seattle | 19881 SR 2 | Monroe | WA | 98272 | Albertson's LLC | 100,000 |
| 2099 | Seattle | 12725 First Ave. S. | Burien | WA | 98168 | Albertson's LLC | 100,000 |
| 2116 | Seattle | 15840 1st Avenue South | Burien | WA | 98148 | Albertson's LLC | 1 |
| 2117 | Seattle | 31009 Pacific Hwy South | Federal Way | WA | 98003 | NA | No Reserve Price |
| 2119 | Seattle | 14215 SE Petrovitsky Rd | Renton | WA | 98058 | Albertson's LLC | 1 |
| 2123 | Seattle | 7601 Evergreen Way | Everett | WA | 98203 | Albertson's LLC | 1,300,000 |
| 2125 | Seattle | 4300ne 4th | Renton | WA | 98059 | Albertson's LLC | 1,700,000 |
| 2126 | Seattle | 15332 Aurora Ave N | Shoreline | WA | 98133 | Albertson's LLC | 500,000 |
| | | | | | | | |
| 75 | Aberdeen | 1213 East Wishkah | Aberdeen | WA | 98520 | NA | 40,179 |
| 2071 | Bremerton | 3355 Bethel Rd. S.e. | Port Orchard | WA | 98366 | Albertson's LLC | 200,000 |
| 2097 | Bremerton | 2222 NW Bucklin Hill Road | Silverdale | WA | 98383 | NA | No Reserve Price |
| 2115 | Bremerton | 2900 Wheaton Way | Bremerton | WA | 98310 | NA | No Reserve Price |
| 2069 | Spokane | 1233 N. Liberty Lake Road | Liberty Lake | WA | 99019 | Yoke's Foods, Inc. | 1,500,000 |
| | | | | | | | |
| 2068 | Tacoma | 15805 Pacific Ave. S. | Spanaway / Tacoma | WA | 98444 | Albertson's LLC | 1 |
| 2070 | Tacoma | 4831 Point Fosdick Dr Nw | Gig Harbor | WA | 98335 | Albertson's LLC | 500,000 |
| 2077 | Tacoma | 11012 Canyon Rd. East | Puyallup | WA | 98373 | Albertson's LLC | 1 |
| 2078 | Tacoma | 111 S. 38Th Street | Tacoma | WA | 98408 | NA | No Reserve Price |
| 2118 | Tacoma | 2800 Milton Way | Milton | WA | 98354 | Albertson's LLC | 1 |

# **Exhibit B**

Indication of Interest Form

# Haggen Global Auction
## Qualified Bidder Indication of Interest Form

All Qualified Bidders must complete each part of this Indication of Interest Form and return it by email to the following parties, by no later than **November 8, 2015 at 11:00 a.m. (Pacific Time)**:

  (A) the Debtors, Haggen Holdings, LLC (Attn: Blake Barnett, Chief Financial Officer; blakeb@haggen.com);

  (B) co-counsel to the Debtors, Stroock & Stroock & Lavan LLP (Attn: Frank Merola, Esq. and Sayan Bhattacharyya, Esq.; fmerola@stroock.com and sbhattacharyya@stroock.com);

  (C) co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP (Attn: Matthew Lunn, Esq. and Robert Poppiti, Jr., Esq.; mlunn@ycst.com and rpoppiti@ycst.com); and

  (D) financial advisor to the Debtors, Sagent Advisors LLC (Attn: Scott Moses and Gregory Grambling; smoses@sagentadvisors.com and ggrambling@sagentadvisors.com).

Name of Qualified Bidder: _____

Qualified Bidder's representatives who will attend the Global Auction (no more than four (4) per Qualified Bidder, including professionals):

|   | **First and Last Name** | **Company/Firm** | **Role (bidder, financial advisor, counsel)** | **Email Address** | **Phone Number** |
|---|---|---|---|---|---|
| 1. |  |  |  |  |  |
| 2. |  |  |  |  |  |
| 3. |  |  |  |  |  |
| 4. |  |  |  |  |  |

[Qualified Bidder Indication of Interest Form Page 1 of 2]

Please identify in the following table each of the Debtors' stores that you currently intend, in good faith, to bid on in the Haggen Global Auction. This list is for the Debtors' logistical purposes only and constitutes neither an offer by the Debtors to sell these stores to you nor an offer by you to purchase these stores from the Debtors. All bids submitted in the Global Auction remain subject to the Global Bidding Procedures Order [Docket No. 494] and the Auction Rules.

|     | **Store Number** | **Address** | **City** | **State** |
| --- | --- | --- | --- | --- |
| 1.  |     |     |     |     |
| 2.  |     |     |     |     |
| 3.  |     |     |     |     |
| 4.  |     |     |     |     |
| 5.  |     |     |     |     |
| 6.  |     |     |     |     |
| 7.  |     |     |     |     |
| 8.  |     |     |     |     |
| 9.  |     |     |     |     |
| 10. |     |     |     |     |

[Qualified Bidder Indication of Interest Form Page 2 of 2]