**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| HAGGEN HOLDINGS, LLC, *et al.,*[1] ) | Case No. 15-11874 (KG) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Ref. Docket No. 494** |

**NOTICE OF (I) CANCELLATION OF AUCTIONS AND (II) SUCCESSFUL BIDDERS
SOLELY WITH RESPECT TO THE STALKING HORSE PACKAGES**

**PLEASE TAKE NOTICE** that on October 19, 2015, the United States Bankruptcy Court for the District of Delaware entered an order (the "**Global Bidding Procedures Order**") [Docket No. 494] establishing certain procedures (the "**Global Bidding Procedures**")[2] that govern the sale and auction of all of the Debtors' Stores.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Global Bidding Procedures Order, the Debtors hereby provide notice of cancellation of the Auction solely with respect to the following:

1. The eight stores included in the Stalking Horse Package of Gelson's Markets ("**Gelson's**") and listed on **Exhibit A** attached hereto (the "**Gelson's Stalking Horse Package**"); and

2. The twenty-eight stores included in the Stalking Horse Package of Smart & Final Stores LLC ("**Smart & Final**") and listed on **Exhibit B** attached hereto (the "**Smart & Final Stalking Horse Package**").

**PLEASE TAKE FURTHER NOTICE** that, other than with respect to the Gelson's Stalking Horse Package and the Smart & Final Stalking Horse Package, **all other Auctions will go forward as scheduled on November 9, 2015 at 9:00 a.m. (PT)**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Global Bidding Procedures Order, the Debtors hereby provide notice that Gelson's is the Successful Bidder as to the Gelson's Stalking Horse Package and Smart & Final is the Successful Bidder as to the Smart & Final Stalking Horse Package.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Global Bidding Procedures Order or the Global Bidding Procedures, as applicable.

01:17941805.1

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Global Bidding Procedures Order, the Sale Hearing with respect to the sale of the Gelson's Stalking Horse Package to Gelson's and the Smart & Final Stalking Horse Package to Smart & Final will be conducted on **November 13, 2015 at 2:00 p.m. (ET)**.

| | |
|---|---|
| Dated: November 6, 2015 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600  Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Elizabeth Taveras (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400  Facsimile: (212) 806-6006

*Counsel to the Debtors and Debtors-In-Possession*