# EXHIBIT A

## Stores Included in Gelson's Stalking Horse Package

| # | Store Number | City | Address | State |
|---|---|---|---|---|
| 1 | 2166 | Santa Monica | 2627 Lincoln Blvd | CA |
| 2 | 2214 | Thousand Oaks | 1736 E Avenida De Los Arboles | CA |
| 3 | 2133 | Laguna Beach | 30922 South Pacific Coast Hwy | CA |
| 4 | 2182 | Del Mar | 2707 Via De La Valle | CA |
| 5 | 2138 | Carlsbad | 7660 El Camino Real | CA |
| 6 | 2144 | San Diego | 730 Turquoise St | CA |
| 7 | 2172 | Ladera Ranch | 25636 Crown Valley Parkway | CA |
| 8 | 2177 | Rancho Mirage | 36-101 Bob Hope Drive | CA |

# EXHIBIT B

## Stores Included in Smart & Final Stalking Horse Package

| # | Store Number | City | Address | State |
|---|---|---|---|---|
| 1 | 2131 | Paso Robles | 1191 E. Creston Road | CA |
| 2 | 2132 | Westlake Village | 5770 Lindero Canyon Rd | CA |
| 3 | 2134 | Palmdale | 5038 W Avenue N | CA |
| 4 | 2135 | Trabuco Canyon | 21672 Plano Trabuco Rd. | CA |
| 5 | 2137 | Yorba Linda | 21500 Yorba Linda Blvd. | CA |
| 6 | 2139 | Chula Vista | 360 East H St | CA |
| 7 | 2142 | El Cajon | 13439 Camino Canada | CA |
| 8 | 2145 | Carpinteria | 850 Linden Avenue | CA |
| 9 | 2147 | Atascadero | 8200 El Camino Real | CA |
| 10 | 2151 | Santa Barbara | 3943 State St. | CA |
| 11 | 2154 | Newbury Park | 2100 Newbury Road | CA |
| 12 | 2156 | Simi Valley | 5135 Los Angeles Avenue | CA |
| 13 | 2158 | Ventura | 7800 Telegraph Road | CA |
| 14 | 2163 | Redondo Beach | 1516 S. Pacific Coast Hwy | CA |
| 15 | 2164 | Redondo Beach | 615 N. Pacific Coast Hwy. | CA |
| 16 | 2168 | Torrance | 21035 Hawthorne Blvd | CA |
| 17 | 2170 | Chino Hills | 4200 Chino Hills Pkwy | CA |
| 18 | 2178 | San Pedro | 1636 W 25th St | CA |
| 19 | 2181 | Carlsbad | 955 Carlsbad Village Dr | CA |
| 20 | 2183 | El Cajon | 2800 Fletcher Pkwy | CA |
| 21 | 2184 | La Mesa | 3681 Avocado Avenue | CA |
| 22 | 2189 | San Diego | 10740 Westview Pkwy | CA |
| 23 | 2195 | Coronado | 150 B Ave | CA |
| 24 | 2205 | San Diego | 10633 Tierra Santa Bl. | CA |
| 25 | 2207 | San Ysidro | 350 W San Ysidro Blvd | CA |
| 26 | 2212 | San Luis Obispo | 1321 Johnson Ave | CA |
| 27 | 2171 | Corona del Mar | 3049 Coast Highway | CA |
| 28 | 2192 | Santee | 9870 Magnolia Ave. | CA |