# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) Case No. 15-11874 (KG) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Ref. Docket No. 494** |

## NOTICE OF SUCCESSFUL BIDDERS AND BACK-UP BIDDERS FOR STORES INCLUDED IN THE GLOBAL AUCTION HELD ON NOVEMBER 9, 10 AND 11, 2015

**PLEASE TAKE NOTICE THAT** Haggen Holdings, LLC and its affiliated debtors and debtors-in-possession identified in the footnote below (collectively, the "**Debtors**") conducted an auction for certain of their stores and related assets (each, a "**Store**") on November 9, November 10 and November 11, 2015 pursuant to an order of the Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), dated October 19, 2015 [Docket No. 494] (the "**Global Bidding Procedures Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that **Exhibit A** attached hereto sets forth:

(a) the Successful Bidders and Back-up Bidders (if any) for each Store sold at the Auction;

(b) the executory contracts (collectively, the "**Executory Contracts**") and unexpired leases, including any subleases (collectively, the "**Leases**" and together with the Executory Contracts, the "**Contracts**"), proposed to be assumed and assigned to each of the Successful Bidders or, in certain instances, terminated;

(c) the property locations subject to each Lease; and

(d) the proposed assignee(s) of the Contracts.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek entry of orders (each, a "**Sale Order**") approving the sale of the Stores and/or Contracts identified on **Exhibit A** to the Successful Bidders free and clear of liens, claims, encumbrances and other interests, to the extent permissible by law (or the free and clear sale and termination of certain Leases), at a sale

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Global Bidding Procedures Order.

01:17966589.1

hearing scheduled on **November 24, 2015 at 2:00 p.m. (Eastern Time)** (the "**Sale Hearing**"). The Sale Hearing with respect to the sale of certain Stores may be adjourned or rescheduled without notice or with limited and shortened notice to parties, including by: (A) an announcement of such adjournment at the Sale Hearing or (B) the filing of a notice of adjournment with the Bankruptcy Court prior to the commencement of the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the terms of each sale will be governed by a Sale Order and either a lease termination agreement or asset purchase agreement (each, a "**Sale Agreement**"). The proposed Sale Orders and Sale Agreements will be filed with the Bankruptcy Court prior to the applicable Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors certify that Adequate Assurance Information is being served upon non-Debtor Lease counterparties no later than **November 13, 2015** (to the extent not previously provided).

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the proposed sale, assignment, and/or termination of any of the Stores and/or Contracts, including an objection to the provisions of adequate assurance of future performance under a Lease (each an "**Objection**"), is **November 19, 2015 at 6:00 p.m. (Eastern Time)**. Objections must be filed and served (including on the undersigned counsel) in accordance with the Global Bidding Procedures Order, which is available for download at http://www.kccllc.net/haggen. Objections, if any, will be heard at the Sale Hearing.

Dated: November 12, 2015              YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600  Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Elizabeth Taveras (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400  Facsimile: (212) 806-6006

*Counsel to the Debtors and Debtors-In-Possession*

**EXHIBIT A**

01:17966589.1

Exhibit A[1]

| Store # | Address | City | State | Zip | Landlord | Successful Bidder | Back-Up Bidder | Contract Description | Proposed Assignee |
|---|---|---|---|---|---|---|---|---|---|
| 2217 | 1980 Mcculloch Blvd | Lake Havasu City | AZ | 86403 | Cole AB Lake Havasu AZ, LLC | Albertson's LLC | None | Lease | Albertson's LLC |
| 2197 | 10380 East Broadway Boulevard | Tucson | AZ | 85748 | Cole MT Tucson AZ, LLC | Albertson's LLC | None | Lease | Safeway Inc. (or a Safeway affiliate) |
| 2220 | 1350 N Silverbell Road | Tucson | AZ | 85745 | Cole AB Tucson AZ, LLC | Albertson's LLC | None | Lease | Albertson's LLC |
| 2173 | 30252 Crown Valley Parkway | Laguna Niguel | CA | 92677 | Crown Valley South, L.L.C. | Smart & Final Stores LLC | Orchard Supply Company, LLC | Lease | Smart & Final Stores LLC |
| 2215 | 17662 17th Street | Tustin | CA | 92780 | Tustin Safe LLC | Tustin Safe LLC | Balboa Retail, LLC | Lease | N/A |
| 2136 | 6240 Foothill Blvd | Tujunga | CA | 91042 | GIG TCG Wave Master Property Owner LLC | Albertson's LLC | None | Lease | Albertson's LLC |
| 2160 | 240 S. Diamond Bar Blvd | Diamond Bar | CA | 91765 | Diamondtris, LLC | Smart & Final Stores LLC | Sprouts Farmers Market, Inc. | Lease | Smart & Final Stores LLC |
| 2167 | 26518 Bouquet Canyon Road | Saugus | CA | 91350 | Bouquet Center Properties, LLC | Albertson's LLC | None | Lease | Safeway Inc. (or a Safeway affiliate) |
| 2159 | 3830 W Verdugo Ave | Burbank | CA | 91505 | HCP Burbank Towne Center LLC | Smart & Final Stores LLC | HCP Burbank Towne Center, LLC | Lease | Smart & Final Stores LLC |
| 2161 | 8985 Venice Bl - Ste B | Los Angeles | CA | 90015 | HOMA II, LLC | Sprouts Farmers Market, Inc. | Tawa, Inc. | Lease | SFM, LLC |
| 2169 | 23381 Mulholland Dr | Woodland Hills | CA | 91364 | Regency Centers, L.P. | Regency Centers, L.P. | Cambridge Farms | Lease | N/A |
| 2174 | 2130 Pacific Coast Hwy | Lomita | CA | 90717 | COMM 2006-FL12 California SPE Limited Partnership | Balboa Retail, LLC | Tawa, Inc. | Lease | Balboa Retail, LLC or a to-be-determined third party |
| 2148 | 3500 Panama Lane | Bakersfield | CA | 93313 | Li Family Trust | Albertson's LLC | None | Lease | Albertson's LLC |
| 2208 | 8200 E Stockdale Hwy | Bakersfield | CA | 93311 | Camp/Tenneco | Albertson's LLC | None | Lease | Albertson's LLC |
| 2176 | 8850 Foothill Blvd. | Rancho Cucamonga | CA | 91730 | GIG TCG Wave Master Property Owner LLC | Albertson's LLC | None | Lease | Albertson's LLC |
| 2153 | 2400 Las Posas Rd | Camarillo | CA | 93010 | DS Hawk Common Square, LLC | Donahue Schriber Realty Group, L.P. | Super A Foods, Inc. | Lease | N/A |
| 2157 | 2800 Cochran | Simi Valley | CA | 93065 | BRNK Simi Valley, LLC | Sprouts Farmers Market, Inc. | BRNK, Inc. | Lease | SFM, LLC |
| 2199 | 660 E. Los Angeles Ave | Simi Valley | CA | 93065 | Alton Plaza Development Company | Stater Bros. Markets | Balboa Retail, LLC | Lease | Stater Bros. Markets |
| 2130 | 1500 N. 'H' Street | Lompoc | CA | 93436 | Spirit SPE HG 2015-1, LLC | Albertson's LLC | None | Lease | Albertson's LLC |
| 2146 | 163 S. Turnpike Rd | Goleta | CA | 93111 | Turnpike Center, LLC | Albertson's LLC | None | Lease | Safeway Inc. (or a Safeway affiliate) |
| 2149 | 175 N. Fairview Ave. | Goleta | CA | 93117 | Fairview Shopping Center, LLC | Sprouts Farmers Market, Inc. | Ralphs Grocery Company | Lease | SFM, LLC |
| 2150 | 2010 Cliff Dr. | Santa Barbara | CA | 93109 | Levon Investments, LLC | SB Grocery, LLC (Roxy's Market) | None | Lease | SB Grocery, LLC (Roxy's Market) |
| 2193 | 505 Telegraph Canyon Rd | Chula Vista | CA | 91910 | Canyon Gateway, LLC | Tawa, Inc. | Canyon Gateway Plaza LLC | Lease | Tawa, Inc. (Retail), dba 99 Ranch Markets |
| 2194 | 870 Third Ave | Chula Vista | CA | 91911 | PropCo | Carnival Supermarket Inc. | Balboa Retail, LLC | Lease | Salem Brothers Investments, Inc. |
| 2143 | 2235 University Ave | San Diego | CA | 92104 | Moss | Smart & Final Stores LLC | Orchard Supply Company, LLC | Lease | Smart & Final Stores LLC |
| 2141 | 1608 Broadway St | El Cajon | CA | 92021 | HEC-RNBT LLC | Albertson's LLC | None | Lease | Albertson's LLC |
| 2185 | 5630 Lake Murray Blvd | La Mesa | CA | 91942 | Peckham Properties, Inc. | Albertson's LLC | Peckham Properties Inc. | Lease | Safeway Inc. (or a Safeway affiliate) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2186 | 14837 Pomerado Road | Poway | CA | 92064 | Regency Centers, L.P. | RJS Investment Group | Regency Centers, L.P. | Lease<br>Contract with U.S. Bank National Association (Poway, CA)<br>Contract with La Tortilla Factory, solely with respect to Store # 2186<br>Contract with Blue Rhino Propane, Inc., solely with respect to Store # 2186<br>Contract with American Bank Note Company, solely with respect to Store # 2186<br>Contract with Outerwall Inc., solely with respect to Store # 2186<br>Contract with Redbox Automated Retail, LLC, solely with respect to Store # 2186<br>Contract with MoneyGram Payment Systems, Inc., solely with respect to Store # 2186<br>Contract with NCR Corporation, solely with respect to Store # 2186<br>Contract with Register Tapes Unlimited, L.P., solely with respect to Store # 2186 | RJS Investment Group |
| 2187 | 12475 Rancho Bernardo Rd | Rancho Bernardo | CA | 92128 | Oliver McMillan Rancho Bernardo Village, LLC | Albertson's LLC | None | Lease | Albertson's LLC |
| 2188 | 7895 Highland Village Place | San Diego | CA | 92129 | Laguna Crown, LLC | Albertson's LLC | None | Lease | Albertson's LLC |
| 2190 | 5950 Balboa Ave | San Diego | CA | 92111 | T.G.F. Company | Tawa, Inc. | None | Lease | Tawa, Inc. (Retail), dba 99 Ranch Markets |
| 2191 | 671 Rancho Santa Fe | San Marcos | CA | 92078 | Weingartent Nostat, Inc. | Carnival Supermarket Inc. | Albertson's LLC | Lease | Salem Brothers Investments, Inc. |
| 2204 | 422 W Washington St | San Diego | CA | 92103 | Antone Corp. | Good Food Holdings (Bristol Farms) | Sprouts Farmers Market, Inc. | Lease | Good Food Holdings, LLC |
| 2228 | 2910 Bicentennial Parkway | Henderson | NV | 89009 | PropCo | Albertson's LLC | None | Lease | Albertson's LLC |
| 2230 | 575 College Drive | Henderson | NV | 89015 | ES & RE Berger Family Trust | Albertson's LLC | None | Lease | Albertson's LLC |
| 2231 | 190 N. Boulder Hwy | Henderson | NV | 89015 | PropCo | Albertson's LLC | None | Lease | Albertson's LLC |
| 2233 | 7530 W. Lake Mead Blvd | Las Vegas | NV | 89128 | PropCo | Sprouts Farmers Market, Inc. | None | Lease | SFM, LLC |
| 2085 | 8155 S.W. Hall | Beaverton | OR | 97005 | BRNK Beaverton, LLC | Tawa, Inc. | BRNK, Inc. | Lease | Tawa, Inc. (Retail), dba 99 Ranch Markets |
| 2084 | 1120 Campbell Street | Baker City | OR | 97814 | PropCo | Albertson's LLC | None | Lease | Albertson's LLC |
| 2080 | 3075 Hilyard St. | Eugene | OR | 97405 | Spirit SPE HG 2015-1, LLC | Albertson's LLC | None | Lease | Albertson's LLC |
| 2082 | 5415 Main Street | Springfield | OR | 97478 | Village Square Partners, LLC | Albertson's LLC | None | Lease | Safeway Inc. (or a Safeway affiliate) |
| 2095 | 585 Siskiyou Boulevard | Ashland | OR | 97520 | GIG TCG Wave Master Property Owner LLC | Albertson's LLC | None | Lease | Safeway Inc. (or a Safeway affiliate) |
| 2091 | 19881 SR 2 | Monroe | WA | 98272 | Spirit SPE HG 2015-1, LLC | Albertson's LLC | None | Lease | Albertson's LLC |
| 2099 | 12725 First Ave. S. | Burien | WA | 98168 | GIG TCG Wave Master Property Owner LLC | Albertson's LLC | None | Lease | Albertson's LLC |
| 2116 | 15840 1st Avenue South | Burien | WA | 98148 | PropCo | Albertson's LLC | None | Lease | Albertson's LLC |
| 2119 | 14215 SE Petrovitsky Rd | Renton | WA | 98058 | PropCo | Albertson's LLC | None | Lease | Albertson's LLC |
| 2123 | 7601 Evergreen Way | Everett | WA | 98203 | Columbia Regency Retail Partners, LLC | Albertson's LLC | Regency Centers, L.P. | Lease | Safeway Inc. (or a Safeway affiliate) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2125 | 4300ne 4th | Renton | WA | 98059 | Spirit SPE HG 2015-1, LLC | Albertson's LLC | None | | Lease | Safeway Inc. (or a Safeway affiliate) |
| 2126 | 15332 Aurora Ave N | Shoreline | WA | 98133 | Sound Northwest Properties, LLC | Albertson's LLC | None | | Lease | Safeway Inc. (or a Safeway affiliate) |
| 2071 | 3355 Bethel Rd. S.e. | Port Orchard | WA | 98366 | Bethel GARP, LLC | Albertson's LLC | None | | Lease | Safeway Inc. (or a Safeway affiliate) |
| 2069 | 1233 N. Liberty Lake Road | Liberty Lake | WA | 99019 | Sierra Developments, LLC | Yoke's Foods, Inc. | Rosauers Supermarkets, Inc. | Lease | Yoke's Foods, Inc. |
| 2068 | 15805 Pacific Ave. S. | Spanaway / Tacoma | WA | 98444 | January Company | Albertson's LLC | None | | Lease | Safeway Inc. (or a Safeway affiliate) |
| 2070 | 4831 Point Fosdick Dr Nw | Gig Harbor | WA | 98335 | Point Fosdick Town Square, LLC | Albertson's LLC | None | | Lease | Safeway Inc. (or a Safeway affiliate) |
| 2077 | 11012 Canyon Rd. East | Puyallup | WA | 98373 | GIG TCG Wave Master Property Owner LLC | Albertson's LLC | None | | Lease | Albertson's LLC |
| 2118 | 2800 Milton Way | Milton | WA | 98354 | PropCo | Albertson's LLC | None | | Lease | Albertson's LLC |

[1] The description or designation with respect to any Contract set forth herein shall not be binding and does not constitute, and will not be deemed, an admission by the Debtor of such designation or description.

3