**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) | Chapter 11 |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | | Case No. 15-11874 (KG) |
| Debtors. | | (Jointly Administered) |
| | | **Ref. Docket Nos. 494 and 707** |

**NOTICE OF FILING OF FORMS OF ASSET PURCHASE AGREEMENTS**
**AND LEASE TERMINATION AGREEMENTS WITH SUCCESSFUL BIDDERS**

    **PLEASE TAKE NOTICE THAT** Haggen Holdings, LLC and its affiliated debtors and debtors-in-possession identified in the footnote below (collectively, the "**Debtors**") conducted an auction for certain of their stores and related assets on November 9, November 10 and November 11, 2015 pursuant to an order of the Bankruptcy Court for the District of Delaware, dated October 19, 2015 [Docket No. 494] (the "**Global Bidding Procedures Order**").[2]  The Global Bidding Procedures Order is available for download at http://www.kccllc.net/haggen.

    **PLEASE TAKE FURTHER NOTICE** that on November 12, 2015, the Debtors filed the *Notice of Successful Bidders and Back-Up Bidders for Stores Included in the Global Auction Held on November 9, 10 and 11, 2015* [Docket No. 707].

    **PLEASE TAKE FURTHER NOTICE** that pursuant to the Global Bidding Procedures Order and the Global Bidding Procedures attached as Exhibit 1 thereto, the Debtors hereby file the form(s) of asset purchase agreement or lease termination agreement, as applicable, that was submitted by each of the following Successful Bidders in accordance with the Global Bidding Procedures:

    (a) Albertson's LLC, attached hereto as **Exhibit A**;
    (b) Balboa Retail, LLC, attached hereto as **Exhibit B**;
    (c) Good Food Holdings, LLC (Bristol Farms), attached hereto as **Exhibit C**;
    (d) Carnival Supermarket, Inc., attached hereto as **Exhibit D-1** and **Exhibit D-2**;
    (e) Donahue Schriber Realty Group, L.P., attached hereto as **Exhibit E**;
    (f) Regency Centers, L.P., attached hereto as **Exhibit F**;
    (g) RJS Investment Group, attached hereto as **Exhibit G**;

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583).  The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Global Bidding Procedures Order.

    (h)    SB Grocery, LLC (Roxy's), attached hereto as **Exhibit H**;

    (i)    Smart & Final Stores LLC, attached hereto as **Exhibit I**;

    (j)    Sprouts Farmers Market, Inc., attached hereto as **Exhibit J**;

    (k)    Stater Bros. Markets, attached hereto as **Exhibit K**;

    (l)    Tawa, Inc., attached hereto as **Exhibit L**;

    (m)    Tustin Safe LLC, attached hereto as **Exhibit M**; and

    (n)    Yoke's Foods, Inc., attached hereto as **Exhibit N**.

**PLEASE TAKE FURTHER NOTICE** that the form(s) of asset purchase agreement or lease termination agreement submitted by each of the Successful Bidders in accordance with the Global Bidding Procedures remains subject to further review, comment and negotiation by the Debtors in all respects. Copies of this Notice and the exhibits attached hereto are available for download at http://www.kccllc.net/haggen.

Dated: November 16, 2015        YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600  Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Elizabeth Taveras (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400  Facsimile: (212) 806-6006

*Counsel to the Debtors and Debtors-In-Possession*