**UNITED STATES BANKRTUPCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HAGGEN HOLDINGS, LLC, | : | Case No. 15-11874 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**Objection Deadline: Nov. 19, 2015***
**(extended to Nov. 20 at 11:00 a.m. for HEC)**

**Related to Docket No. 494, 511, 707**

### RESERVATION OF RIGHTS OF HEC - RNBT LLC TO DEBTORS' MOTION TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES AND ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND LEASES

HEC - RNBT LLC ("HEC"), by and through its undersigned counsel, hereby files this Reservation of Rights to the Debtors' Motion to Approval Sale of Certain Assets Free and Clear of Liens, Claims, Interests and Encumbrances and the Debtors' Notice of Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors, and in support thereof, states as follows:

1.      HEC is the landlord of property located at 1608 Broadway Street, El Cajon, California, on which the Debtors operate retail store #2141 pursuant to a written unexpired lease agreement of nonresidential real property ("Lease") between HEC as landlord and Haggen Opco South, LLC as tenant ("Tenant").  The Tenant's obligations under the Lease are guaranteed by a Guaranty of Lease ("Guaranty") executed by Haggen Holdings, LLC ("Guarantor").

2.      According to the Debtor's Notice of Successful Bidders and Back-Up Bidders for Stores Included in the Global Auction Held on November 9, 10 and 11, 2015 filed on November 13, 2015 [D.I. 707], Albertson's LLC is the Successful Bidder and Proposed Assignee for the Lease.

{05205018.DOC.}

3.      In the week following the Successful Bidder Notice, HEC engaged in discussions with the Debtor's counsel, then Albertson's outside counsel and most recently with Albertson's in-house counsel regarding assignment of the Lease.  As of November 19, 2015, one day before HEC's objection deadline, HEC's business manager engaged in direct discussions with Albertson's.  The nature of the discussions relate to the financial reporting structure of the various Albertson's entities vis-à-vis the financial reporting requirements under the Lease of the Tenant and Guarantor.  Specifically, Albertson's has not provided financial information for Albertson's LLC, the proposed assignee entity, but rather consolidated financial statements for Albertson's Companies, Inc., which is currently neither the proposed Tenant nor Guarantor.

4.      As of this filing, HEC's and Albertson's discussions are ongoing.  HEC is unaware of any reason why the parties should not be able to reach a mutually acceptable business solution.  As a precautionary measure, HEC is filing this Reservation of Rights so it is not precluded from raising any unresolved issue at the hearing.  HEC will utilize its best efforts to continue to reach a consensual resolution prior to the hearing and expects the same of Albertson's.  HEC will be prepared to update the Court at the time of the hearing.

5.      Finally, HEC takes this opportunity to supplement to its Objection to the Debtors' Notice of the Cure Amount for HEC's Lease filed on November 6, 2015 [D.I. 595].  At that time, HEC reported its compensable attorneys' fees and expenses required to cure the Lease were unliquidated.  By way of update, HEC incurred compensable attorneys' fees of $31,963.75 and expenses of $814.72, for a total of $32,778.47, as of October 31, 2015.  Such amounts include HEC's reasonable attorneys' fees and expenses incurred in enforcing the Debtor's post-petition failure to pay October rent in a timely manner.  As of this filing, HEC and the Debtor have not reached agreement on the cure component of HEC's attorneys' fees and expenses.  Accordingly,

HEC requests such funds be segregated pending further litigation or consensual resolution of the issue.

6.      HEC reserves the right to supplement and raise such other and further objections and cure amounts as may be appropriate.


Dated: November 20, 2015                     CONNOLLY GALLAGHER LLP

                                             /s/ Kelly M. Conlan
                                             Jeffrey C. Wisler, Esquire (Bar No. 2795)
                                             Kelly M. Conlan, Esquire (Bar No. 4786)
                                             Connolly Gallagher LLP
                                             1000 North West Street, Suite 1400
                                             Wilmington, DE  19801
                                             Telephone:  (302) 757-7300
                                             Facsimile:   (302) 757-7299
                                             Email: jwisler@connollygallagher.com
                                             Email: kconlan@connollygallagher.com


                                                     -and-

                                             Christine E. Baur, Esquire (CA Bar No. 207811)
                                             LAW OFFICE OF CHRISTINE E. BAUR
                                             4653 Carmel Mountain Road
                                             Suite 308 #332
                                             San Diego, CA 92130
                                             Telephone:  (858) 350-3757
                                             Facsimile:   (858) 876-9480
                                             Email:  christine@baurbklaw.com

                                             *Attorneys for HEC - RNBT LLC*