# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>HAGGEN HOLDINGS, LLC, *et al.*,[1]<br><br>　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 15-11874 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Ref. Docket Nos. 494, 707, and 733** |

## NOTICE OF FILING OF FINAL FORM OF
## ASSET PURCHASE AGREEMENT WITH ALBERTSON'S, LLC

**PLEASE TAKE NOTICE THAT** Haggen Holdings, LLC and its affiliated debtors and debtors-in-possession identified in the footnote below (collectively, the "**Debtors**") conducted an auction for certain of their stores and related assets on November 9, November 10 and November 11, 2015 pursuant to an order of the Bankruptcy Court for the District of Delaware, dated October 19, 2015 [Docket No. 494] (the "**Global Bidding Procedures Order**").[2]  The Global Bidding Procedures Order is available for download at http://www.kccllc.net/haggen.

**PLEASE TAKE FURTHER NOTICE** that on November 12, 2015, the Debtors filed the *Notice of Successful Bidders and Back-Up Bidders for Stores Included in the Global Auction Held on November 9, 10 and 11, 2015* [Docket No. 707].

**PLEASE TAKE FURTHER NOTICE** that on November 16, 2015, the Debtors filed the *Notice of Filing of Forms of Asset Purchase Agreements and Lease Termination Agreements with Successful Bidders* [Docket No. 733].  Attached thereto as Exhibit A was the form of asset purchase agreement submitted by Albertson's, LLC (the "**Albertson's Asset Purchase Agreement**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a blackline of the Albertson's Asset Purchase Agreement comparing the final, execution version of the Albertson's Asset Purchase Agreement against the form previously filed.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583).  The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Global Bidding Procedures Order.

01:18013663.1

**PLEASE TAKE FURTHER NOTICE** that copies of this Notice and the exhibit attached hereto are available for download at http://www.kccllc.net/haggen.

| | |
|---|---|
| Dated: November 25, 2015 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Ian J. Bambrick*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600  Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Elizabeth Taveras (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400  Facsimile: (212) 806-6006

*Counsel to the Debtors and Debtors-In-Possession*