# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) Case No. 15-11874 (KG) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) **Ref. Docket Nos. 494, 707, and 733** |

## NOTICE OF FILING OF PROPOSED ORDER FOR
## ASSET PURCHASE AGREEMENT WITH SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE THAT** Haggen Holdings, LLC and its affiliated debtors and debtors-in-possession identified in the footnote below (collectively, the "**Debtors**") conducted an auction for certain of their stores and related assets on November 9, November 10 and November 11, 2015 pursuant to an order of the Bankruptcy Court for the District of Delaware, dated October 19, 2015 [Docket No. 494] (the "**Global Bidding Procedures Order**").[2]  The Global Bidding Procedures Order is available for download at http://www.kccllc.net/haggen.

**PLEASE TAKE FURTHER NOTICE** that on November 12, 2015, the Debtors filed the *Notice of Successful Bidders and Back-Up Bidders for Stores Included in the Global Auction Held on November 9, 10 and 11, 2015* [Docket No. 707].

**PLEASE TAKE FURTHER NOTICE** that on November 16, 2015, the Debtors filed the *Notice of Filing of Forms of Asset Purchase Agreements and Lease Termination Agreements with Successful Bidders* [Docket No. 733] (the "**Notice of APAs and LTAs**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file blacklines of (a) the proposed order (the "**Proposed Sale Order**") authorizing and approving the asset purchase agreement (the "**APA**") against the form of sale order attached to the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363, 365, 503 and 507 for Approval of: (I) (A) Global Bidding Procedures, (B) Bid Protections, (C) Form and Manner of Notice of Sale Transactions and Sale Hearing, and (D) Assumption and Assignment Procedures; and (II) (A) Purchase Agreements, (B) Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Leases* [Docket No. 262] as Exhibit F, and (b) the APA against the form of asset purchase agreement

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583).  The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Global Bidding Procedures Order.

that was submitted by the following Successful Bidder in accordance with the Global Bidding Procedures and attached to the Notice of APAs and LTAs:

  (a)  Carnival Supermarket, Inc., attached hereto as **Exhibit A-1** and **Exhibit A-2**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will request that the Court enter the Proposed Sale Order at the Sale Hearing to be held before this Court on **December 4, 2015 at 2:00 p.m. (ET)**. The Debtors reserve all rights to modify the Proposed Sale Order at or prior to the Sale Hearing.

Dated: December 3, 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ian J. Bambrick*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600  Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Elizabeth Taveras (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400  Facsimile: (212) 806-6006

*Counsel to the Debtors and Debtors-In-Possession*