**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) |  |
| HAGGEN HOLDINGS, LLC, *et al.,*[1] | ) | Case No. 15-11874 (KG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Ref. Docket No. 378** |
|  | ) |  |

**NOTICE OF FILING OF AMENDED SCHEDULES OF
ASSETS AND LIABILITIES FOR HAGGEN OPCO SOUTH, LLC**

 **PLEASE TAKE NOTICE THAT** pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby amend the Schedules of Assets and Liabilities (the "**Schedules**") of Debtor Haggen Opco South, LLC as set forth on Exhibit 1 hereto (the "**Amended Schedules**"). The Amended Schedules supersede and replace in their entirety the Schedules previously filed with the Court [Docket No. 378].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

01:18058393.1

Dated: December 10, 2015
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ian J. Bambrick*

Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
Sayan Bhattacharyya
Elizabeth Taveras
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel to the Debtors and Debtors-In-Possession*

01:18058393.1

**EXHIBIT 1**

01:18058393.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 15-11874(KG) |
| HAGGEN HOLDINGS, LLC, *et al.,*[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,**
**METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS'**
**AMENDED SCHEDULES OF ASSETS AND LIABILITIES AND**
**AMENDED STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") are filing their respective amended Schedules of Assets and Liabilities (collectively, the "**Amended Schedules**") and amended Statements of Financial Affairs (collectively, the "**Amended Statements**," and together with the Amended Schedules, collectively, the "**Amended Schedules and Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").[2]  The Debtors, which were assisted by their professional advisors, prepared the Amended Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Amended Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Amended Schedules and Statements.  These Global Notes should be referred to, and reviewed in connection with, any review of the Amended Schedules and Statements.[3]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583).  The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2]  For ease of reference, the Debtors are filing their Schedules of Assets and Liabilities and Statements of Financial Affairs, as amended, in their entirety even though not every schedule or statement has been modified.  However, in order to differentiate the schedules and statements filed herewith from those previously filed, each schedule and statement will be referred to herein as amended even if no modification has been made to a specific schedule or statement.  Further, information added to a schedule or statement is denoted as being an addition therein.

[3]  These Global Notes are in addition to any specific notes that may be contained in each of the Amended Schedules or Amended Statements.  The fact that the Debtors have prepared a general note herein with respect to any of the Amended Schedules and Amended Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to any of the Debtors' remaining Amended Schedules and Amended Statements, as appropriate.

01:17985970.2

The Amended Schedules and Statements have been prepared based on information provided by the Debtors' management and are unaudited and subject to potential adjustment. In preparing the Amended Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery may result in material changes to the Amended Schedules and Statements and inadvertent errors, omissions or inaccuracies may exist. The Debtors and their estates reserve all rights to amend or supplement their Amended Schedules and Statements.

**Reservation of Rights**. Nothing contained in the Amended Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

**Description of the Cases and "As of" Information Date**. On September 8, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 10, 2015, the Court entered an order [Docket No. 45] jointly administering the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b). All financial information for the Debtors in the Amended Schedules and Statements and these Global Notes is provided as of the Petition Date unless otherwise indicated herein or in the Amended Schedules and Statements.

**Basis of Presentation**. The Amended Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors. Therefore, combining the assets and liabilities set forth in the Amended Schedules and Statements could result in amounts that could be substantially different from any financial information regarding the Debtors prepared on a consolidated basis under GAAP. Unlike any consolidated financial statements, the Amended Schedules and Statements, except where otherwise indicated herein or in the Amended Schedules and Statements, reflect the assets and liabilities of each Debtor on a non-consolidated basis, where possible.

**Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Amended Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Amended Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Consolidated Entity Accounts Payable and Disbursement Systems**. The Debtors maintain a centralized cash management system (the "**Cash Management System**"). The Debtors maintain

01:17985970.2

2

the Cash Management System to collect, concentrate, and disburse funds generated from their operations. A more complete description of the Debtors' Cash Management System is set forth in the *Motion of the Debtors for Entry of an Order, Pursuant to Sections 105(a), 345, 363 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2015 and Local Rule 2015-2, (A) Authorizing and Approving (I) Continued Use of Cash Management System and (II) Use of Prepetition Bank Accounts and Business Forms, (B) Authorizing Banks Participating in the Cash Management System to Honor Certain Transfers and Charge Certain Amounts, (C) Waiving the Requirements of Section 345(b) on an Interim Basis, (D) Granting Administrative Expense Status to Post-Petition Intercompany Claims and (E) Granting Related Relief* [Docket No. 10] (the "**Cash Management Motion**") filed on the Petition Date.

**Insiders**. For purposes of the Amended Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) current or former directors, officers or persons in control of a Debtor, (b) relatives of current or former directors, officers, or persons in control of a Debtor, (c) a partnership in which a Debtor is a general partner or (d) an affiliate of a Debtor. Except as otherwise disclosed herein or in the Amended Statements, payments to insiders listed in (a) through (d) above are set forth on Amended Statement 3(c). Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses with respect thereto are hereby expressly reserved. Further, the Debtors and their estates do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**. The following is a summary of certain significant reporting policies:

    a.    **Current Market Value—Net Book Value**. In many instances, current market valuations are neither maintained by, nor readily available to, the Debtors. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are not maintained or readily available. Accordingly, unless otherwise indicated herein or in the Amended Schedules and Statements, the Amended Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Amended Schedules and Statements) and may not reflect the net realizable value.

    b.    **First Day Orders**. Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "**First Day Order**," and collectively, the "**First Day Orders**"), the Debtors and their estates are authorized to pay certain pre-petition claims, including, without limitation, certain claims related to employee wages

01:17985970.2

and benefits, claims for taxes and fees, claims of vendors, claims related to customer programs, and claims related to insurance programs.  Except to the extent that these parties have claims in excess of the authority granted to the Debtors under the First Day Orders, in certain instances, the Debtors may have not included certain claims of this nature in the Amended Schedules and Statements.

c.  **Setoffs**.  To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Debtors' Amended Schedules and Statements.  The Debtors and their estates reserve all of their rights with respect to any such setoffs.

d.  **Credits and Adjustments**.  Claims of creditors are listed in the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all of their rights with regard to such credits, allowances and other adjustments, including, without limitation, the right to assert claims objections, setoffs and recoupments with respect to the same.

e.  **Accounts Receivable**.  The accounts receivable information listed on Amended Schedule B includes both billed and unbilled receivables, and is net of allowance for doubtful accounts.

f.  **Leases**.  In the ordinary course of business, the Debtors may lease certain real property, fixtures and equipment from certain third-party lessors for use in the daily operation of their business.  Nothing in the Amended Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

g.  **Entity Classification Issues**.  The Debtors have endeavored in good faith to identify the assets owned by each Debtor, the liabilities owed by each Debtor, and the Debtor that is a counterparty to executory contacts and unexpired leases.  While the Amended Schedules reflect the results of this effort, several factors may impact the ability of the Debtors to precisely assign assets, liabilities, and executory contacts and unexpired leases to particular Debtor entities, including, but not limited to:  (a) certain assets and executory contacts and unexpired leases may be primarily used by a Debtor other than the entity that holds title to such assets or is a party to such executory contact and unexpired lease according to the Debtors'

01:17985970.2

4

books and records; (b) the Debtor entity that owns or holds title to certain assets or is a party to certain executory contacts and unexpired leases may not be ascertainable given the consolidated manner in which the Debtors have operated their business; (c) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually been incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (d) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities.  Specifically, in instances where a creditor classification between Debtors Haggen Opco North, LLC and Haggen Opco South, LLC is unclear, liabilities have been reported at Debtor Haggen Operations Holdings, LLC.

h.   **Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts and unexpired leases as assets in the Amended Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  Rather, the Debtors' executory contracts and unexpired leases have been set forth solely on Amended Schedule G.  The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims; however, the Amended Schedules and Statements do not reflect any claims for rejection damages.  The Debtors and their estates reserve any and all rights with respect to the assertion of any such claims.

**Intercompany Claims**.  For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables.  Receivables and payables among the Debtors are reported as assets on Amended Schedule B or liabilities on Amended Schedule F as appropriate (collectively, the "**Intercompany Claims**").  While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Amended Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity.  Intercompany payable and receivable balances are reflective of the book values of such items as of the closing of the Debtors' sixth fiscal period, which was August 13, 2015 (the **"Sixth Period Closing"**).  These balances may not reflect off-balance sheet adjustments or material changes that have occurred from such date through the Petition Date.

**Unknown or Undetermined Amounts**.  Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**Liabilities**.  At the time of the filing of the Amended Schedules and Statements, the Debtors are continuing to reconcile certain accounts payable liabilities.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of the filing of the Amended Schedules and Statements.  As additional information

01:17985970.2

5

becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Amended Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Amended Schedules do not reflect any analysis of any claims under section 503(b)(9) of the Bankruptcy Code or PACA and PASA (as defined at Docket No. 11). Accordingly, the Debtors and their estates reserve all rights to dispute or challenge the validity of any claims asserted under section 503(b)(9) of the Bankruptcy Code, PACA, or PASA or the characterization of the structure of any transaction, document or instrument related to any such claim.

**Estimates**. To timely close the books and records of the Debtors and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

**Classifications**. Listing a claim (a) on Amended Schedule D as "secured," (b) on Amended Schedule E as "unsecured priority," or (c) on Amended Schedule F as "unsecured non-priority," or listing a contract or lease on Amended Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors or their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors or their estates to recharacterize or reclassify any claim or contract.

**Claims Description**. Any failure to designate a claim on a given Debtor's Amended Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor and its estate that such amount is not "disputed," "contingent" or "unliquidated." The Debtors and their estates reserve all rights to dispute, or to assert any offsets or defenses to, any claim reflected on their Amended Schedules on any grounds, including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Listing a claim on the Amended Schedules does not constitute an admission of liability by the Debtors and their estates, and the Debtors and their estates reserve all rights to amend the Amended Schedules.

**Guaranties and Other Secondary Liability Claims**. Guaranties and other secondary liability claims (collectively, the "**Guaranties**") with respect to the Debtors' contracts and leases may not be included on Amended Schedule H, and the Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and similar agreements may exist. Therefore, the Debtors and their estates reserve all rights to amend the Amended Schedules to the extent additional Guaranties are identified.

### NOTES FOR AMENDED SCHEDULES

**Amended Schedule B—Personal Property**. Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in their respective Amended Schedules

01:17985970.2

and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.  The Debtors and their estates reserve all of their rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Amended Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair or otherwise affect the assertion of such claims and causes of action.

Patents, trademarks, and other intellectual property is listed on Amended Schedule B22 as an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the net book value.

Any leasehold improvements and equipment identified on Amended Schedule B29 are listed net of any depreciation.

Ownership interests in businesses, partnerships, and joint ventures (including any subsidiaries) have been listed in Amended Schedules B13 and B14 at net book value.  The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the listed net book value.

Since the deposit provided for under that certain *Final Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, and (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment* [Docket No. 275] did not exist as of the Petition Date, the Debtors have not accounted for it on Amended Schedule B.

**Amended Schedule D—Creditors Holding Secured Claims**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Amended Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document or instrument related to any such claim.  The descriptions provided in Amended Schedule D are intended only to be a summary.

The Debtors have not included on Amended Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties that may hold security deposits.

By listing a party on Amended Schedule D based on a UCC-1 filing, the Debtors and their estates are not conceding that such party actually holds a perfected, unavoidable security interest

01:17985970.2

7

in the asset that is the subject of such filing, and reserve all rights as set forth in these Global Notes.

Certain of the amounts listed for parties on Amended Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to.

**Amended Schedule E—Creditors Holding Unsecured Priority Claims**.  The Debtors have not listed on Amended Schedule E any tax and priority employee wage and benefit claims for which the Debtors have been granted authority (but not direction) to pay pursuant to a First Day Order. The Debtors believe that such claims have been, or will be, satisfied in the ordinary course of business during these chapter 11 cases pursuant to the authority granted in the relevant First Day Orders.  The Debtors and their estates reserve all rights to dispute or challenge whether creditors listed on Amended Schedule E are entitled to priority claims.

At the time of the filing of the Amended Schedules and Statements, the Debtors are not able to liquidate individual employee claims for paid time off ("**PTO**").  As a result, no such claims have been listed in the Amended Schedules.  The Debtors will supplement the Amended Schedules at a later date for PTO liability as is necessary or appropriate.

**Amended Schedule F—Creditors Holding Unsecured Non-Priority Claims**.    Certain creditors listed on Amended Schedule F may owe amounts to the Debtors; as such, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected on Amended Schedule F.  Also, the amounts listed on Amended Schedule F reflect known prepetition claims as of Petition Date.  Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Amended Schedule F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them.  The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Amended Schedule F.

As noted above, certain claims listed on Amended Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code, PACA or PASA, and the Debtors and their estates reserve all rights with respect to any such claims.

Amended Schedule F contains certain information regarding pending litigation involving the Debtors.  The amounts for these potential claims are listed as unknown or undetermined, contingent, unliquidated and disputed in the Amended Schedules.

The Debtors have used commercially reasonable efforts to include all creditors on Amended Schedule F; however, the Debtors believe that there are instances in which vendors have yet to provide proper invoices for prepetition goods or services.  While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis, and as such may not have been included on Amended Schedule F.

01:17985970.2

The Debtors may not have listed on Amended Schedule F certain (but not all) unsecured non-priority employee wage or benefit claims, claims related to customer programs, claims related to vendors, or claims related to the Debtors' insurance programs for which the Debtors have been granted authority (but not direction) to pay pursuant to a First Day Order. The Debtors believe that such claims have been, or will be, satisfied in the ordinary course of business during these chapter 11 cases pursuant to the authority granted in the relevant First Day Orders. The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Amended Schedule F are entitled to priority claims.

**Amended Schedule G—Executory Contracts and Unexpired Leases**. Although commercially reasonable efforts have been made to ensure the accuracy of Amended Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Amended Schedule G. In the ordinary course of business, the Debtors enter into various agreements with their customers and vendors. The Debtors may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements that may not be set forth in Amended Schedule G. Omission of a contract, lease or other agreement from Amended Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. Amended Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtors are a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtors, due to the voluminous number of such contracts, leases and agreements, were unable to list on Amended Schedule G at this time. Likewise, the listing of an agreement on Amended Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable. The agreements listed on Amended Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Amended Schedule G.

Any and all rights, claims and causes of action of the Debtors and their estates with respect to the agreements listed on Amended Schedule G are hereby reserved and preserved. The Debtors and their estates hereby reserve all of their rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Amended Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Amended Schedule G; and (c) amend or supplement Amended Schedule G, as necessary, including, without limitation, to modify which Debtor entity is a counterparty to the agreement.

### NOTES FOR AMENDED STATEMENTS

**Amended Statement 3b**. Amended Statement 3b includes any disbursement or other transfer made by that particular Debtor, except for those made to insiders, employees, and bankruptcy professionals. The amounts listed in Amended Statement 3b reflect that Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for

01:17985970.2

9

multiple invoices, only one entry has been listed on Amended Statement 3b.  All disbursements listed on Amended Statement 3b were made by that particular Debtor.

**Amended Statement 3(c) and 23**.  As previously set forth herein and in more detail in the Cash Management Motion, the Debtors maintain a centralized cash management system.  As a result, during the year preceding the Petition Date, certain payments may have been made to insiders of each of the Debtors by one or more of the other Debtors, and some of these payments may have been for the benefit of another Debtor.  These payments are listed on Amended Statement 3(c) and 23 for the Debtor making the payment, even if the payment was made to or for the benefit of an insider of another Debtor.  To ascertain information relating to all payments that were made to insiders, Amended Statement 3(c) and 23 for all of the Debtors should be consulted.  Individual payments to Debtor affiliates are not reflected in Amended Statement 3(c) due to their complexity and voluminous nature.  Current inter-company payables and receivables can be found on Amended Schedules B and F, and represent the aggregate of transfers among affiliate entities as of the Sixth Period Closing.

**Amended Statement 4(a)**.  The Debtors and their estates reserve all rights, claims and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings).  The listing of any such suits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities or that the actions or proceedings were correctly filed against the Debtors.  The Debtors and their estates reserve all rights to assert that the Debtors are not an appropriate party to such actions or proceedings.  The Debtors may not have included on Amended Statement 4(a) certain parties that may have asserted informal workers' compensation claims or similar claims that were resolved or otherwise addressed without formal litigation or an administrative hearing or similar proceeding having been commenced.

**Amended Statement 9**.  Debtor Haggen Operations Holdings LLC made payments on behalf of all of the Debtors to various professionals for restructuring services.  The payments listed in Amended Statement 9 are generally only for restructuring-related services.  The Debtors may have made other payments to the listed professionals for non-bankruptcy related services, but these payments are not listed in Amended Statement 9.

01:17985970.2

10

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court

District Of Delaware

In re   Haggen Opco South, LLC      ,              Case No. 15-11876 (KG)
                   Debtor

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 17 | $ 306,475,033.33 + Undetermined Amounts | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 12 | | $ 201,560,347.87 + Undetermined Amounts | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes * | 197 | | $ 193,470,893.04 + Undetermined Amounts | |
| G - Executory Contracts and Unexpired Leases | Yes * | 37 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ N/A |
| **TOTAL** | | 268 | $ 306,475,033.33 + Undetermined Amounts | $ 395,031,240.91 + Undetermined Amounts | |

* Indicates a schedule that has been amended.

**B6A (Official Form 6A) (12/07)**

In re   __Haggen Opco South, LLC__                              ,          Case No.   __15-11876 (KG)__
                 **Debtor**                                                                              **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

Total ▶ | $ 0.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  Haggen Opco South, LLC                 ,             Case No.  15-11876 (KG)

        **Debtor**                                     **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | See attached rider | | $2,232,497.74 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or coopratives. | | See attached rider | | $249,012.28 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See attached rider | | $250,621.77 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached rider | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re   **Haggen Opco South, LLC**                                ,              Case No. **15-11876 (KG)**
                          **Debtor**                                                              **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Net Accounts Receivable | | $14,758,745.90 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Interest in Life Insurance | | $164,227.90 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See attached rider | | $29,706,826.31 |

B6B (Official Form 6B) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                                      ,                    Case No. **15-11876 (KG)**
             **Debtor**                                                                                        **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | See attached rider | | $25,398,785.39 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached rider | | $79,327,195.02 |
| 30. Inventory. | | See attached rider | | $94,756,228.38 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | See attached rider | | $59,630,892.64 |

_____2_____ continuation sheets attached     Total ▶

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

$  306,475,033.33
+ Undetermined Amounts

**In re: Haggen Opco South, LLC**                          **Case No. 15-11876 (KG)**

**SCHEDULE B PERSONAL PROPERTY**
**Rider B.1 - Cash On Hand**

| Description | Book Value |
|---|---|
| Cash on Hand as of 9/8/2015 - Haggen Store #2130 | $35,093.51 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2131 | $20,707.32 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2132 | $31,296.26 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2133 | $30,622.98 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2134 | $42,131.25 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2135 | $36,079.96 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2136 | $42,048.37 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2137 | $28,125.85 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2138 | $40,779.06 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2139 | $8,024.99 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2140 | $33,300.37 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2141 | $34,191.73 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2142 | $24,350.50 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2143 | $40,555.55 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2144 | $18,053.03 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2145 | $8,497.69 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2146 | $14,516.53 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2147 | $41,234.01 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2148 | $32,212.38 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2149 | $18,146.88 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2150 | $14,018.76 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2151 | $16,856.67 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2152 | $19,323.90 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2153 | $13,507.62 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2154 | $10,744.82 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2155 | $30,448.44 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2156 | $56,606.36 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2157 | $33,533.09 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2158 | $27,618.00 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2159 | $24,276.34 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2160 | $11,924.79 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2161 | $32,271.36 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2162 | $19,076.09 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2163 | $10,237.78 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2164 | $11,627.66 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2165 | $34,394.11 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2166 | $23,382.10 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2167 | $11,222.75 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2168 | $42,923.69 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2169 | $11,228.31 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2170 | $12,165.66 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2171 | $38,922.66 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2172 | $11,959.69 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2173 | $10,323.98 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2174 | $20,628.87 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2175 | $10,485.40 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2176 | $43,081.09 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2177 | $14,438.83 |

**In re: Haggen Opco South, LLC**                                    **Case No. 15-11876 (KG)**

**SCHEDULE B PERSONAL PROPERTY**
**Rider B.1 - Cash On Hand**

| Description | Book Value |
|---|---|
| Cash on Hand as of 9/8/2015 - Haggen Store #2178 | $21,217.04 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2179 | $23,661.63 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2180 | $37,150.72 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2181 | $13,309.24 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2182 | $41,273.66 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2183 | $9,188.18 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2184 | $8,404.27 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2185 | $15,956.05 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2186 | $25,578.32 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2187 | $27,327.87 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2188 | $18,365.96 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2189 | $40,978.22 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2190 | $33,764.54 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2191 | $14,338.12 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2192 | $48,705.15 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2193 | $11,474.52 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2194 | $13,756.51 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2195 | $17,732.90 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2196 | $13,024.58 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2197 | $18,666.54 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2198 | $14,457.12 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2199 | $14,070.43 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2201 | $7,778.98 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2202 | $24,479.87 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2203 | $9,114.63 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2204 | $14,355.81 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2205 | $19,142.17 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2206 | $41,959.45 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2207 | $21,668.24 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2208 | $19,148.38 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2209 | $29,373.56 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2210 | $10,525.06 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2211 | $20,435.47 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2212 | $25,263.08 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2213 | $10,837.90 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2214 | $30,310.83 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2215 | $5,915.24 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2216 | $12,982.05 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2217 | $25,835.01 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2218 | $28,689.81 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2219 | $15,452.42 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2220 | $22,211.99 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2221 | $16,538.76 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2222 | $17,178.99 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2223 | $26,126.86 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2225 | $11,775.75 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2228 | $12,718.19 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2230 | $22,933.81 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2231 | $16,419.90 |

**In re: Haggen Opco South, LLC**                                    **Case No. 15-11876 (KG)**

**SCHEDULE B PERSONAL PROPERTY**
**Rider B.1 - Cash On Hand**

| Description | Book Value |
|---|---|
| Cash on Hand as of 9/8/2015 - Haggen Store #2232 | $11,350.86 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2233 | $12,226.82 |
| Cash on Hand as of 9/8/2015 - Haggen Store #2234 | $10,149.24 |

TOTAL $2,232,497.74

**In re: Haggen Opco South, LLC**                          **Case No. 15-11876 (KG)**

**SCHEDULE B PERSONAL PROPERTY**
**Rider B.2 - Checking, Savings Or Other Financial Accounts, Cds, Or Shares In Banks Or Similar**

| Description | Book Value |
|---|---|
| US Bank - Disbursement Account - x7-441 - Balance as of 9/8/2015 | $65,425.00 |
| Wells Fargo - Control Account - x7-571 - Balance as of 9/8/2015 | $183,587.28 |

|  | TOTAL | $249,012.28 |
|---|---|---|

Page 1 of 1

**In re: Haggen Opco South, LLC**                                  **Case No. 15-11876 (KG)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.3 - Security Deposits With Public Utilities, Telephone Companies, Landlords, And Others

| Description | Book Value |
|---|---|
| Landlord Deposit - Irvine Company LLC | $15,420.00 |
| Landlord Deposit - Web Advanced (Global Corp) | $10,468.00 |
| Third Party Administrator Escrow Deposit - Gallagher Bassett Services Inc. | $75,600.00 |
| Utility Deposit - Carpinteria Valley Water District | $3,000.00 |
| Utility Deposit - City of Camarillo | $1,650.00 |
| Utility Deposit - City of Flagstaff | $300.00 |
| Utility Deposit - City of Henderson, NV - Utilities Service | $150.00 |
| Utility Deposit - City of Long Beach | $3,952.00 |
| Utility Deposit - City of Oxnard | $1,400.00 |
| Utility Deposit - City of Oxnard, CA | $181.00 |
| Utility Deposit - City of Paso de Robles | $94.00 |
| Utility Deposit - City of San Diego | $4,789.00 |
| Utility Deposit - City of Santa Monica, CA | $5,000.00 |
| Utility Deposit - City of Thousand Oaks, CA | $100.00 |
| Utility Deposit - City of Tustin | $1,000.00 |
| Utility Deposit - City of Tustin, CA | $2,650.00 |
| Utility Deposit - City of Upland | $89.99 |
| Utility Deposit - Cucamonga Valley Water District | $5,800.00 |
| Utility Deposit - Las Vegas Valley Water District | $1,500.00 |
| Utility Deposit - Los Angeles Department of Water & Power | $2,800.00 |
| Utility Deposit - Southern California Gas | $6,414.95 |
| Utility Deposit - Southwest Gas Corporation | $94,538.84 |
| Utility Deposit - Town of Prescott Valley | $200.00 |
| Utility Deposit - UniSource Energy Service | $4,732.50 |
| Utility Deposit - UniSource Energy Services Gas | $1,832.50 |
| Utility Deposit - UniSource Energy Services Gas/80078 | $2,900.00 |
| Utility Deposit - Vallecitos Water District | $150.00 |
| Utility Deposit - Walnut Valley Water District | $1,059.00 |
| Utility Deposit - Yorba Linda Water District | $899.99 |
| Utility Deposits - Miscellaneous | $1,950.00 |

TOTAL     $250,621.77

**In re: Haggen Opco South, LLC**                                         **Case No. 15-11876 (KG)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.9 - Interests In Insurance Policies

| Insurance Company | Type of Policy | Policy Number | Surrender or Refund Value |
|---|---|---|---|
| AIG SPECIALTY INS CO | Directors & Officers / Employment Practices Liability / Fiduciary Liability | 01-614-48-77 | Undetermined |
| AIG SPECIALTY INS CO | Network Security/Privacy | 3206661 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY | Property | 030943581A | Undetermined |
| ALLIED WORLD NATIONAL ASSURANCE COMPANY | Excess | 0306-4555 | Undetermined |
| ALLIED WORLD NATIONAL ASSURANCE COMPANY | Pollution Legal Liability | 0309-4354 | Undetermined |
| ALTERRA EXCESS AND SURPLUS INSURANCE | Property | MKLS11XP002872 | Undetermined |
| AMERICAN BANKERS INSURANCE CO | Flood | AF50620477 | Undetermined |
| AMERICAN BANKERS INSURANCE CO | Flood | 9718926 | Undetermined |
| AMERICAN BANKERS INSURANCE CO | Flood | 9718977 | Undetermined |
| AMERICAN BANKERS INSURANCE CO | Flood | 87055517052015 | Undetermined |
| AMERICAN BANKERS INSURANCE CO | Flood | 87055553802015 | Undetermined |
| ASPEN SPECIALTY INSURANCE COMPANY | Property | PRAF4UG15 | Undetermined |
| CHUBB CUSTOM INSURANCE CO | Property | 4473438300 | Undetermined |
| COLONY INSURANCE COMPANY | Property | XP262606 | Undetermined |
| COLUMBIA CASUALTY CO | Pharmacy Liability | HMA 4032224458-0 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY | Property | CPN10006455400 | Undetermined |
| GEMINI INS CO | Side A Directors & Officers | 18014856 | Undetermined |
| GENERAL SECURITY INDEMNITY COMPANY | Property | T0234451501743 | Undetermined |
| GREAT AMERICAN FIDELITY INSURANCE | Property | CPP461467200 | Undetermined |
| GREENWICH INSURANCE CO | General/Products Liabilty | RGE3000708 | Undetermined |
| GREENWICH INSURANCE CO | Liquor Liability (Part Of GI) | RGE3000708 | Undetermined |
| GREENWICH INSURANCE CO | Automobile | RAG9437737 | Undetermined |
| HOUSTON CASUALTY CO | Excess Directors & Officers | 14-MG-15-A12278 | Undetermined |
| HUDSON SPECIALTY INSURANCE COMPANY | Property | HCS101110 | Undetermined |
| HUDSON SPECIALTY INSURANCE COMPANY | Property | HCS101111 | Undetermined |
| LANDMARK AMERICAN INSURANCE COMPANY | Property | LHD391029 | Undetermined |
| LIBERTY INS UNDERWRITERS INC | Excess Directors & Officers | DONYAA318D001 | Undetermined |
| NATIONAL UNION FIRE INS CO OF PITTSBURGH | Crime | 01-593-23-77 | Undetermined |
| SAFETY NATIONAL CASUALTY CORP | Workers Compensation Bond | SIB2995WA | Undetermined |
| SAFETY NATIONAL CASUALTY CORPORATION | Excess Workers Compensation (State Of WA) | AGC4052642 | Undetermined |
| SCOTTSDALE INSURANCE COMPANY | Property | AJS0000173 | Undetermined |
| SOMPO JAPAN INSURANCE COMPANY | Property | PEP48175A0 | Undetermined |

**In re: Haggen Opco South, LLC**                              **Case No. 15-11876 (KG)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.9 - Interests In Insurance Policies

| Insurance Company | Type of Policy | Policy Number | Surrender or Refund Value |
|---|---|---|---|
| STARR INDEMNITY & LIAB CO | Excess Directors & Officers | SISIXFL21208615 | Undetermined |
| STARR SURPLUS LINES INSURANCE COMPANY | Property | SLSTPTY10713915 | Undetermined |
| WESTCHESTER FIRE INS CO | Excess Directors & Officers/Employment Practices Liability | G27559980 001 | Undetermined |
| WRIGHT NATIONAL  FLOOD | Flood | 461150684675 | Undetermined |
| WRIGHT NATIONAL  FLOOD | Flood | 46115064246004 | Undetermined |
| XL INSURANCE AMERICA, INC | Equipment Breakdown | US00070229PR15A | Undetermined |
| XL INSURANCE AMERICA, INC | Workers Compensation (All Other States Except Wa) | RWD3000708 | Undetermined |
| XL INSURANCE AMERICA, INC | Umbrella | US00070232LI15A | Undetermined |
| LLOYDS OF LONDON | Network Security/Privacy | W17CDB150101 | Undetermined |

TOTAL    Undetermined

**In re: Haggen Opco South, LLC**                    **Case No. 15-11876 (KG)**

**SCHEDULE B PERSONAL PROPERTY**
**Rider B.23 - Licenses, Franchises, And Other General Intangibles**

| Description | Book Value |
|---|---|
| Net Leasehold Intangible | $29,584,615.41 |
| Net Liquor Licenses | $122,210.90 |

|  | TOTAL | $29,706,826.31 |
|---|---|---|

**In re: Haggen Opco South, LLC**                                    **Case No. 15-11876 (KG)**

**SCHEDULE B PERSONAL PROPERTY**
**Rider B.24 - Customer Lists Or Other Compilations Containing Personally Identifiable Information**

| Description | Book Value |
|---|---|
| Net Intangible RX Scripts and Covenants | $25,398,785.39 |

|  | TOTAL | $25,398,785.39 |

**In re: Haggen Opco South, LLC**                          **Case No. 15-11876 (KG)**

**SCHEDULE B PERSONAL PROPERTY**
**Rider B.29 - Machinery, Fixtures, Equipment, And Supplies Used In Business**

| Description | Book Value |
|---|---|
| Construction in Process Equipment | $642,814.48 |
| Net Trade Furniture and Fixtures | $78,684,380.54 |

|  | TOTAL | $79,327,195.02 |

**In re: Haggen Opco South, LLC**                                    **Case No. 15-11876 (KG)**

**SCHEDULE B PERSONAL PROPERTY**
**Rider B.30 - Inventory**

| Description | Book Value |
| --- | --- |
| Division Office - Irvine | $821,011.25 |
| Store #2130 - Lompoc | $1,354,652.31 |
| Store #2131 - Paso Robles | $897,500.46 |
| Store #2132 - Westlake Village | $1,522,320.89 |
| Store #2133 - Laguna Beach | $870,975.28 |
| Store #2134 - Palmdale | $1,612,790.75 |
| Store #2135 - Trabuco Canyon | $1,152,464.38 |
| Store #2136 - Tujunga | $1,235,649.21 |
| Store #2137 - Yorba Linda | $1,390,859.89 |
| Store #2138 - Carlsbad | $1,822,910.64 |
| Store #2139 - Chula Vista | $790,614.94 |
| Store #2140 - Bakersfield | $908,396.96 |
| Store #2141 - El Cajon | $1,372,430.30 |
| Store #2142 - El Cajon | $1,572,149.62 |
| Store #2143 - San Diego | $584,166.55 |
| Store #2144 - San Diego | $535,429.05 |
| Store #2145 - Carpinteria | $772,439.86 |
| Store #2146 - Goleta | $733,747.69 |
| Store #2147 - Atascadero | $1,530,263.76 |
| Store #2148 - Bakersfield | $1,098,956.24 |
| Store #2149 - Goleta | $1,055,522.81 |
| Store #2150 - Santa Barbara | $359,290.93 |
| Store #2151 - Santa Barbara | $682,232.75 |
| Store #2152 - Arroyo Grande | $1,850,903.93 |
| Store #2153 - Camarillo | $779,235.01 |
| Store #2154 - Newbury Park | $605,729.59 |
| Store #2155 - San Luis Obispo | $559,162.43 |
| Store #2156 - Simi Valley | $1,272,565.25 |
| Store #2157 - Simi Valley | $904,990.09 |
| Store #2158 - Ventura | $968,812.69 |
| Store #2159 - Burbank | $649,752.96 |
| Store #2160 - Diamond Bar | $712,110.63 |
| Store #2161 - Los Angeles | $866,718.89 |
| Store #2162 - Los Angeles | $1,047,724.88 |
| Store #2163 - Redondo Beach | $581,868.25 |
| Store #2164 - Redondo Beach | $663,748.53 |
| Store #2165 - Redondo Beach | $880,613.50 |
| Store #2166 - Santa Monica | $897,105.54 |
| Store #2167 - Saugus | $771,059.99 |
| Store #2168 - Torrance | $1,006,796.60 |
| Store #2169 - Woodland Hills | $742,345.75 |
| Store #2170 - Chino Hills | $914,073.36 |
| Store #2171 - Corona del Mar | $505,751.80 |
| Store #2172 - Ladera Ranch | $1,055,924.36 |
| Store #2173 - Laguna Niguel | $796,955.30 |
| Store #2174 - Lomita | $756,581.41 |
| Store #2175 - Palm Desert | $1,146,675.05 |
| Store #2176 - Rancho Cucamonga | $1,410,657.20 |

**In re: Haggen Opco South, LLC**                              **Case No. 15-11876 (KG)**

## SCHEDULE B PERSONAL PROPERTY
### Rider B.30 - Inventory

| Description | Book Value |
| --- | --- |
| Store #2177 - Rancho Mirage | $1,319,292.93 |
| Store #2178 - San Pedro | $924,549.02 |
| Store #2179 - San Pedro | $928,795.67 |
| Store #2180 - Upland | $1,315,143.52 |
| Store #2181 - Carlsbad | $636,970.80 |
| Store #2182 - Del Mar | $1,661,658.45 |
| Store #2183 - El Cajon | $645,554.06 |
| Store #2184 - La Mesa | $780,219.61 |
| Store #2185 - La Mesa | $304,108.73 |
| Store #2186 - Poway | $1,284,648.63 |
| Store #2187 - San Diego | $1,478,694.61 |
| Store #2188 - San Diego | $1,510,729.32 |
| Store #2189 - San Diego | $1,215,272.13 |
| Store #2190 - San Diego | $1,261,957.26 |
| Store #2191 - San Marcos | $714,715.29 |
| Store #2192 - Santee | $1,384,573.59 |
| Store #2193 - Chula Vista | $336,765.16 |
| Store #2194 - Chula Vista | $457,838.80 |
| Store #2195 - Coronado | $603,665.34 |
| Store #2196 - Scottsdale | $1,284,034.49 |
| Store #2197 - Tucson | $751,206.60 |
| Store #2198 - Tucson | $624,133.36 |
| Store #2199 - Simi Valley | $908,633.99 |
| Store #2201 - Irvine | $792,892.96 |
| Store #2202 - Mission Viejo | $1,463,819.14 |
| Store #2203 - Mission Viejo | $654,660.78 |
| Store #2204 - San Diego | $555,645.98 |
| Store #2205 - San Diego | $817,804.01 |
| Store #2206 - San Diego | $1,372,116.65 |
| Store #2207 - San Ysidro | $341,509.95 |
| Store #2208 - Bakersfield | $589,287.40 |
| Store #2209 - Long Beach | $1,077,097.94 |
| Store #2210 - Los Osos | $284,186.62 |
| Store #2211 - Oxnard | $784,587.33 |
| Store #2212 - San Luis Obispo | $853,469.17 |
| Store #2213 - Santa Clarita | $740,782.41 |
| Store #2214 - Thousand Oaks | $1,215,912.46 |
| Store #2215 - Tustin | $332,265.61 |
| Store #2216 - Tustin | $472,483.84 |
| Store #2217 - Lake Havasu City | $1,475,733.04 |
| Store #2218 - Prescott | $878,942.23 |
| Store #2219 - Scottsdale | $1,494,158.81 |
| Store #2220 - Tucson | $1,479,261.19 |
| Store #2221 - Anthem | $793,999.85 |
| Store #2222 - Flagstaff | $713,006.08 |
| Store #2223 - Prescott Valley | $874,766.72 |
| Store #2225 - Boulder City | $928,142.55 |
| Store #2228 - Henderson | $993,543.19 |
| Store #2230 - Henderson | $1,393,644.43 |

**In re: Haggen Opco South, LLC**                          **Case No. 15-11876 (KG)**

**SCHEDULE B PERSONAL PROPERTY**
**Rider B.30 - Inventory**

| Description | Book Value |
| --- | --- |
| Store #2231 - Henderson | $1,516,183.88 |
| Store #2232 - Las Vegas | $1,444,335.57 |
| Store #2233 - Las Vegas | $1,020,904.87 |
| Store #2234 - Las Vegas | $1,268,357.22 |
| Deferred Vendor Funds | ($3,225,074.37) |

TOTAL   $94,756,228.38

**In re: Haggen Opco South, LLC**                                    **Case No. 15-11876 (KG)**

## SCHEDULE B PERSONAL PROPERTY
### Rider B.35 - Other Personal Property Of Any Kind Not Already Listed

| Description | Book Value |
|---|---|
| Deferred Level Rent Income | $1,805.50 |
| Net Assets Under Capital Leases | $39,818,196.76 |
| Net Leasehold Improvements | $15,877,504.12 |
| Prepaid Rent, Insurance and Other Expenses | $3,933,386.26 |
| TOTAL | $59,630,892.64 |

In re   **Haggen Opco South, LLC**                          ,          Case No.   **15-11876 (KG)**
                              **Debtor**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN GREETINGS CORPORATION<br>ONE AMERICAN ROAD<br>CLEVELAND, OH 44144 | | | UCC Lien - Filing # 20151454338<br><br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>ARIZONA PUBLIC SERVICE CO<br>PO BOX 53920 MS 9996<br>TREASURY DEPARTMENT<br>PHOENIX, AZ 85072-3920 | | | Contingent Bond Beneficiary re: bond #CMS238644<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>CITY OF BOULDER CITY, NV<br>401 CALIFORNIA AVE<br>BOULDER CITY, NV 89005-2600 | | | Contingent Bond Beneficiary re: bond #CMS238639<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |

  11  continuation sheets attached

Subtotal ▶
(Total of this page)            $ 0.00            $0.00

Total ▶
(Use only on last page)         $                 $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Haggen Opco South, LLC**                    ,          Case No.  **15-11876 (KG)**
                    **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CITY OF LOMPOC<br>LOMPOC CITY HALL<br>100 CIVIC CENTER PLAZA<br>LOMPOC, CA 93436 | | | Contingent Bond Beneficiary re: bond #CMS238645<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br>CITY OF SCOTTSDALE, AZ<br>PO BOX 1300<br>SCOTTSDALE, AZ 85252-1300 | | | Contingent Bond Beneficiary re: bond #CMS238637<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br>ELEVEN WESTERN BUILDERS, INC.<br>2862 EXECUTIVE PLACE<br>ESCONDIDO, CA 92029 | | | Potential Lien Claim - Store No. 2146<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br>ELEVEN WESTERN BUILDERS, INC.<br>2862 EXECUTIVE PLACE<br>ESCONDIDO, CA 92029 | | | Potential Lien Claim - Store No. 2167<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br>GORDON PAINTING CO, INC<br>13755 STOCKTON AVENUE<br>CHINO, CA 91710 | | | Potential Lien Claim - Store No. 2150<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |

Sheet no. _1_ of _11_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

| $ 0.00 | $0.00 |
|---|---|

Total(s) ►
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Haggen Opco South, LLC**_____,  **Case No.**  **15-11876 (KG)**_____
     **Debtor**                                            **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GORDON PAINTING CO, INC<br>13755 STOCKTON AVENUE<br>CHINO, CA 91710 | | | Potential Lien Claim - Store No. 2154<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>GORDON PAINTING CO, INC<br>13755 STOCKTON AVENUE<br>CHINO, CA 91710 | | | Potential Lien Claim - Store No. 2190<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>GORDON PAINTING CO, INC<br>13755 STOCKTON AVENUE<br>CHINO, CA 91710 | | | Potential Lien Claim - Store No. 2209<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>HAGGEN PROPERTY NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | | | UCC Lien - Filing # 20153658969<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>HAGGEN PROPERTY SOUTH, LLC & HAGGEN PROPERTY NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | X | | Subordinated Loan Agreement;<br>Secured by a Subordinated Second Lien on Borrowers' Personal Property<br><br>VALUE $ Undetermined | X | X | | $25,000,000.00 | Undetermined |

Sheet no. _2_ of _11_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)► (Total(s) of this page) | $ 25,000,000.00 | $0.00

Total(s) ► (Use only on last page) | $ | $

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Haggen Opco South, LLC**                    ,          **Case No.   15-11876 (KG)**
               **Debtor**                                                                                       **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JORDANO'S INC <br> PO BOX 6803 <br> SANTA BARBARA, CA 93160 | | | UCC Lien - Filing # 20157482215833 <br><br> VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO. <br><br> KEY MECHANICAL COMPANY OF WASHINGTON <br> 19430 68TH AVE S, STE. B <br> KENT, WA 98032 | | | Potential Lien Claim - Store No. 2228 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br><br> KEY MECHANICAL COMPANY OF WASHINGTON <br> 19430 68TH AVE S, STE. B <br> KENT, WA 98032 | | | Potential Lien Claim - Store No. 2230 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br><br> KEY MECHANICAL COMPANY OF WASHINGTON <br> 19430 68TH AVE S, STE. B <br> KENT, WA 98032 | | | Potential Lien Claim - Store No. 2233 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br><br> KEY MECHANICAL COMPANY OF WASHINGTON <br> 19430 68TH AVE S, STE. B <br> KENT, WA 98032 | | | Potential Lien Claim - Store No. 2234 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |

Sheet no. _3_ of _11_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 0.00          $0.00

Total(s) ▶
(Use only on last page)

$          $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Haggen Opco South, LLC**_____ ,      Case No.  **15-11876 (KG)**_____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KEY MECHANICAL COMPANY OF WASHINGTON<br>19430 68TH AVE S, STE. B<br>KENT, WA 98032 | | | Potential Lien Claim - Store No. 2232<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>KEY MECHANICAL COMPANY OF WASHINGTON<br>19430 68TH AVE S, STE. B<br>KENT, WA 98032 | | | Potential Lien Claim - Store No. 2130<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>KEY MECHANICAL COMPANY OF WASHINGTON<br>19430 68TH AVE S, STE. B<br>KENT, WA 98032 | | | Potential Lien Claim - Store No. 2143<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>KEY MECHANICAL COMPANY OF WASHINGTON<br>19430 68TH AVE S, STE. B<br>KENT, WA 98032 | | | Potential Lien Claim - Store No. 2145<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>KEY MECHANICAL COMPANY OF WASHINGTON<br>19430 68TH AVE S, STE. B<br>KENT, WA 98032 | | | Potential Lien Claim - Store No. 2146<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |

Sheet no. _4_ of _11_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$ 0.00　　　　$0.00

Total(s) ►
(Use only on last page)

$　　　　$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Haggen Opco South, LLC**                              ,           Case No.   **15-11876 (KG)**
       **Debtor**                                                                        **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> KEY MECHANICAL COMPANY OF WASHINGTON <br> 19430 68TH AVE S, STE. B <br> KENT, WA 98032 | | | Potential Lien Claim - Store No. 2149 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br> KEY MECHANICAL COMPANY OF WASHINGTON <br> 19430 68TH AVE S, STE. B <br> KENT, WA 98032 | | | Potential Lien Claim - Store No. 2150 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br> KEY MECHANICAL COMPANY OF WASHINGTON <br> 19430 68TH AVE S, STE. B <br> KENT, WA 98032 | | | Potential Lien Claim - Store No. 2151 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br> KEY MECHANICAL COMPANY OF WASHINGTON <br> 19430 68TH AVE S, STE. B <br> KENT, WA 98032 | | | Potential Lien Claim - Store No. 2154 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br> KEY MECHANICAL COMPANY OF WASHINGTON <br> 19430 68TH AVE S, STE. B <br> KENT, WA 98032 | | | Potential Lien Claim - Store No. 2158 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |

Sheet no.  _5_  of  _11_  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$ 0.00          $0.00

Total(s) ►
(Use only on last page)

$                 $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Haggen Opco South, LLC**                    ,                    Case No.  **15-11876 (KG)**
                    **Debtor**                                                        **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. KEY MECHANICAL COMPANY OF WASHINGTON 19430 68TH AVE S, STE. B KENT, WA 98032 | | | Potential Lien Claim - Store No. 2163 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. KEY MECHANICAL COMPANY OF WASHINGTON 19430 68TH AVE S, STE. B KENT, WA 98032 | | | Potential Lien Claim - Store No. 2164 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. KEY MECHANICAL COMPANY OF WASHINGTON 19430 68TH AVE S, STE. B KENT, WA 98032 | | | Potential Lien Claim - Store No. 2167 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. KEY MECHANICAL COMPANY OF WASHINGTON 19430 68TH AVE S, STE. B KENT, WA 98032 | | | Potential Lien Claim - Store No. 2172 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. KEY MECHANICAL COMPANY OF WASHINGTON 19430 68TH AVE S, STE. B KENT, WA 98032 | | | Potential Lien Claim - Store No. 2178 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |

Sheet no.  6  of  11  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 0.00                    $0.00

Total(s) ▶
(Use only on last page)

$                    $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
          **Debtor**                                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>KEY MECHANICAL COMPANY OF WASHINGTON<br>19430 68TH AVE S, STE. B<br>KENT, WA 98032 | | | Potential Lien Claim - Store No. 2193<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br>KEY MECHANICAL COMPANY OF WASHINGTON<br>19430 68TH AVE S, STE. B<br>KENT, WA 98032 | | | Potential Lien Claim - Store No. 2207<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br>KEY MECHANICAL COMPANY OF WASHINGTON<br>19430 68TH AVE S, STE. B<br>KENT, WA 98032 | | | Potential Lien Claim - Store No. 2209<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br>KEY MECHANICAL COMPANY OF WASHINGTON<br>19430 68TH AVE S, STE. B<br>KENT, WA 98032 | | | Potential Lien Claim - Store No. 2231<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br>LOS ANGELES DEPT OF WATER & POWER<br>COMMERCIAL ACCOUNTS MANAGEMENT<br>PO BOX 51111<br>LOS ANGELES, CA 90051-5700 | | | Contingent Bond Beneficiary re: bond #CMS238643<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |

Sheet no. _7_ of _11_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$ 0.00       $0.00

Total(s) ►
(Use only on last page)

$       $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Haggen Opco South, LLC**                          ,          Case No.   **15-11876 (KG)**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LR BORELLI INC<br>1220 S. PASADENA<br>MESA, AZ 85210-5402 | | | Potential Lien Claim - Store No. 2219<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>MB LANDSCAPE MAINTENANCE<br>ATTN: LIEN ON US<br>410 RAINBOW CREST ROAD<br>FALLBROOK, CA 92028 | | | Potential Lien Claim - Store No. 2138<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>NEVADA DEPT OF TAXATION<br>PO BOX 52609<br>PHOENIX, AZ 85072-2609 | | | Contingent Bond Beneficiary re: bond #CMS238626<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>NV ENERGY<br>PO BOX 30086<br>RENO, NV 89520-3086 | | | Contingent Bond Beneficiary re: bond #CMS238648<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>PACIFIC BEVERAGE COMPANY<br>PO BOX 6803<br>SANTA BARBARA, CA 93160 | | | UCC Lien - Filing # 20157482215833<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |

Sheet no.  8  of  11  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$ 0.00　　　$0.00

Total(s) ►
(Use only on last page)

$　　　$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Haggen Opco South, LLC**         ,              Case No.   **15-11876 (KG)**
            **Debtor**                                         **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>PACIFIC GAS & ELECTRIC <br>P.O. BOX 997300 <br>SACRAMENTO, CA 95899-7300 | | | Contingent Bond Beneficiary re: bond #CMS238635 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br><br>PAPYRUS-RECYCLED GREETINGS, INC <br>111 N. CANAL STREET <br>SUITE 700 <br>CHICAGO, IL 60606 | | | UCC Lien - Filing # 20151454353 <br><br> VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO. <br><br>PNC BANK, NATIONAL ASSOCIATION <br>500 FIRST AVENUE <br>PITTSBURGH, PA 15219 | | | UCC Lien - Filing # 20150624998 <br><br> VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO. <br><br>PNC BANK, NATIONAL ASSOCIATION <br>500 FIRST AVENUE <br>PITTSBURGH, PA 15219 | X | | Prepetition Credit Facility; Secured by Substantially all of the Borrowers' Assets <br><br> VALUE $ Undetermined | X | X | | $176,560,347.87 | Undetermined |
| ACCOUNT NO. <br><br>SAN DIEGO GAS & ELECTRIC <br>P.O. BOX 25111 <br>SANTA ANA, CA 92799-5111 | | | Contingent Bond Beneficiary re: bond #CMS238631 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |

Sheet no. _9_ of _11_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$ 176,560,347.87        $0.00

Total(s) ►
(Use only on last page)

$        $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **Haggen Opco South, LLC**                    ,                    Case No.   **15-11876 (KG)**
                 **Debtor**                                                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SOUTHERN CALIFORNIA EDISON<br>P.O. BOX 600<br>ROSEMEAD, CA 91771-0001 | | | Contingent Bond Beneficiary re: bond #CMS238632<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>SOUTHERN CALIFORNIA GAS (THE GAS CO.)<br>PO BOX C<br>MONTEREY PARK, CA 91756 | | | Contingent Bond Beneficiary re: bond #CMS238634<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>SOUTHWEST GAS CORPORATION<br>PO BOX 98890<br>LAS VEGAS, NV 89193-8890 | | | Contingent Bond Beneficiary re: bond #CMS238636<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>TUCSON ELECTRIC POWER COMPANY<br>PO BOX 80077<br>PRESCOTT, AZ 86304-8077 | | | Contingent Bond Beneficiary re: bond #CMS238640<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>TUCSON ELECTRIC POWER COMPANY<br>PO BOX 80077<br>PRESCOTT, AZ 86304-8077 | | | Contingent Bond Beneficiary re: bond #CMS238641<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |

Sheet no. __10__ of __11__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$ 0.00          $0.00

Total(s) ►
(Use only on last page)

$          $

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Haggen Opco South, LLC**_____ ,        Case No.   **15-11876 (KG)**_____
              **Debtor**        **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TUCSON ELECTRIC POWER COMPANY<br>PO BOX 80077<br>PRESCOTT, AZ 86304-8077 | | | Contingent Bond Beneficiary re: bond #CMS238642<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>UNS ELECTRIC, INC.<br>3950 EAST IRVINGTON ROAD<br>TUCSON, AZ 85714 | | | Contingent Bond Beneficiary re: bond #CMS238638<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>UNS GAS, INC<br>3950 EAST IRVINGTON ROAD<br>SERVICE DEPOSITS SC-129<br>TUCSON, AZ 85714 | | | Contingent Bond Beneficiary re: bond #CMS0286375<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>WELLS FARGO FINANCIAL LEASING, INC.<br>800 WALNUT STREET<br>MAC N005-044<br>DES MOINES, IA 50309 | | | UCC Lien - Filing # 20151830123<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no.  _11_ of _11_  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

$ 0.00

$0.00

Total(s) ►
(Use only on last page)

$ 201,560,347.87
+ Undetermined Amounts

$0.00
+ Undetermined Amounts

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (04/13)**

In re   **Haggen Opco South, LLC**        ,          **Case No. 15-11876 (KG)**
              **Debtor**                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[x]   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ]   **Domestic Support Obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]   **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ]   **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]   **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (04/13) – Cont.

In re  Haggen Opco South, LLC                              ,                    Case No. 15-11876 (KG)
_____                        _____
                    **Debtor**                                                      **(if known)**

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150**\*** per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,775**\*** for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

**\*** Amounts are subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**

**_0_  continuation sheets attached**

In re   **Haggen Opco South, LLC** _____,          **Case No. 15-11876 (KG)** _____
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>*SHANER, WILLIAM M<br>ADDRESS ON FILE | | | Severance Liability | | X | | Undetermined |
| ACCOUNT NO.<br><br>26 DEL SUR PALMS LLC<br>CO ATHENA PROPERTY MANAGEMENT<br>16795 VON KARMAN AVE SUITE 200<br>IRVINE, CA 92606 | | | Trade Payable | | | | $18,219.70 |
| ACCOUNT NO.<br><br>2PLANK VINEYARDS<br>6242 FERRIS SQUARE<br>SAN DIEGO, CA 92121 | | | Trade Payable | | | | $150.00 |

_196_ continuation sheets attached

Subtotal ▶ | $ 18,369.70

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,        Case No.   **15-11876 (KG)**
                          **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>850 LINDEN LLC<br>190 SERAFIN WAY<br>CARPINTERIA, CA 93013 | | | Trade Payable | | | | $1,649.45 |
| ACCOUNT NO.<br><br>A & A FOOD PRODUCTS<br>12251 WOODSIDE AVE<br>LAKESIDE, CA 92040 | | | Trade Payable | | | | $188.18 |
| ACCOUNT NO.<br><br>A & J REFRIGERATION<br>4096 HORIZON LANE<br>SAN LUIS OBISPO, CA 93401-7591 | | | Trade Payable | | | | $82,000.83 |
| ACCOUNT NO.<br><br>AAA FLAG & BANNER<br>8955 NATIONAL BLVD<br>LOS ANGELES, CA 90034 | | | Trade Payable | | | | $13,392.00 |
| ACCOUNT NO.<br><br>ABEL , RONNA<br>528 NASON ST<br>SANTA ROSA, CA 95404-3306 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ACCURATE BACKFLOW TESTING<br>& VALVE REPAIR<br>7840 BURNET AVENUE<br>VAN NUYS, CA 91405-1009 | | | Trade Payable | | | | $2,326.00 |

Sheet no. _1_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 99,556.46

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                           ,          Case No.   **15-11876 (KG)**
                       **Debtor**                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ACCUTHERM REFRIGERATION INC<br>11264 MONARCH STREET UNIT A<br>GARDEN GROVE, CA 92841 | | | Trade Payable | | | | $23,166.98 |
| ACCOUNT NO.<br><br>ACOUSTIC ALES BREWING<br>1795 HANCOCK ST SUITE P1 & P2<br>SAN DIEGO, CA 92110 | | | Trade Payable | | | | $4,305.40 |
| ACCOUNT NO.<br><br>ACTION DOOR REPAIR<br>AMERIFACTORS<br>PO BOX 628328<br>ORLANDO, FL 32862-8328 | | | Trade Payable | | | | $3,617.55 |
| ACCOUNT NO.<br><br>ADVANCE BEVERAGE CO<br>PO BOX 9517<br>BAKERSFIELD, CA 93389 | | | Trade Payable | | | | $16,881.15 |
| ACCOUNT NO.<br><br>ADVANCE REFRIGERATION<br>1177 INDUSTRIAL DRIVE<br>BENSENVILLE, IL 60106-1294 | | | Trade Payable | | | | $720.20 |
| ACCOUNT NO.<br><br>AFC FRANCHISE CORP<br>19205 S LAUREL PARK RD<br>RANCHO DOMINGUEZ, CA 90220 | | | Trade Payable | | | | $3,405.40 |

Sheet no. _2_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 52,096.68

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                     ,          Case No.   **15-11876 (KG)**
         **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AGRICULTURAL PEST CONTROL SERVICES<br>9917 MAINE AVE<br>LAKESIDE, CA 92040 | | | Trade Payable | | | | $300.00 |
| ACCOUNT NO.<br><br>AHLEE BACKFLOW SERVICE INC<br>9920 PROSPECT AVE STE 104<br>SANTEE, CA 92071 | | | Trade Payable | | | | $271.01 |
| ACCOUNT NO.<br><br>AIRGAS DRY ICE<br>PO BOX 951873<br>DALLAS, TX 75395-1873 | | | Trade Payable | | | | $23,042.36 |
| ACCOUNT NO.<br><br>ALBATRADE FINE FOODS INC<br>1430 GENOA DR<br>VISTA, CA 92081 | | | Trade Payable | | | | $564.50 |
| ACCOUNT NO.<br><br>ALEJANDROS TORTILLA FACTORY<br>5330 S 12TH AVENUE<br>TUCSON, AZ 85706 | | | Trade Payable | | | | $328.50 |
| ACCOUNT NO.<br><br>ALISO CANYON HONEY<br>31132 BROOKS ST<br>LAGUNA BEACH, CA 92651 | | | Trade Payable | | | | $674.25 |

Sheet no.  _3_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 25,180.62

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,                                  Case No.   **15-11876 (KG)**
　　　　　　　　**Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALL AMERICAN LOCK CORP<br>337 W FREEDOM AVE<br>ORANGE, CA 92865 | | | Trade Payable | | | | $7,789.29 |
| ACCOUNT NO.<br><br>ALL WEATHER LANDSCAPE MAINTENANCE INC<br>PO BOX 6734<br>SANTA MARIA, CA 93456 | | | Trade Payable | | | | $400.00 |
| ACCOUNT NO.<br><br>ALLEN, ANTHONY<br>2584 MOBLEY ST<br>SAN DIEGO, CA 92123 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLIANCE INDUSTRIAL SERVICE AND SALES<br>3324 E ATLANTA AVE<br>PHOENIX, AZ 85040 | | | Trade Payable | | | | $398.00 |
| ACCOUNT NO.<br><br>ALMA FOODS LLC<br>PO BOX 2993<br>EUGENE, OR 97402 | | | Trade Payable | | | | $108.02 |
| ACCOUNT NO.<br><br>ALMADER, JAZMINE<br>2017 F AVE #2<br>NATIONAL CITY, CA 91950 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _4_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 8,695.31

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,         **Case No.  15-11876 (KG)**
                        **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALTADONNA, MAGGIE<br>4906 LA CUENTA DR<br>SAN DIEGO, CA 92124 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALTAMIRANO, KAROL<br>1025 SOUTHWOOD DR.<br>APT. U<br>SAN LUIS OBISPO, CA 93401 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALTON PLAZA DEVELOPMENT CO<br>28348 ROADSIDE DR STE 204<br>AGUORA HILL, CA 91301 | | | Trade Payable | | | | $4,254.75 |
| ACCOUNT NO.<br><br>ALTURDYNE POWER SYSTEMS<br>660 STEELE STREET<br>EL CAJON, CA 92020 | | | Trade Payable | | | | $462.37 |
| ACCOUNT NO.<br><br>AM BAKING CO<br>5005 KANAN RD<br>AGOURA HILLS, CA 91301-2515 | | | Trade Payable | | | | $5,518.44 |
| ACCOUNT NO.<br><br>AMALFITANO BAKERY<br>29111 S WESTERN AVE<br>RNCH PALOS VERDES, CA 90275 | | | Trade Payable | | | | $431.10 |

Sheet no.  _5_ of _196_  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►  $ 10,666.66

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                  ,        Case No.   **15-11876 (KG)**
               **Debtor**                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMARALES, ALEJANDRO<br>675 AVENIDA DEL PLATINO<br>NEWBURY PARK, CA 91320 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN AUTOMATIC DOORS INC<br>3910-C MARKET STREET<br>VENTURA, CA 93003 | | | Trade Payable | | | | $243.60 |
| ACCOUNT NO.<br><br>AMERICAN DOOR SERVICE OF SOUTHERN NEVADA<br>PO BOX 34000<br>LAS VEGAS, NV 89133 | | | Trade Payable | | | | $467.93 |
| ACCOUNT NO.<br><br>AMERICAN GREETINGS<br>PO BOX 640782<br>PITTSBURGH, PA 15264-0782 | | | Trade Payable | X | X | | $71,074.01 |
| ACCOUNT NO.<br><br>AMERICAN SPIRITS EXCHANGE LTD<br>1805 MAGNOLIA BLVD<br>BURBANK, CA 91506 | | | Trade Payable | | | | $1,502.60 |
| ACCOUNT NO.<br><br>AMERICAN VINES<br>11 WILDFLOWER PLACE<br>LADERA RANCH, CA 92694 | | | Trade Payable | | | | $8,109.00 |

Sheet no. __6__ of __196__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 81,397.14

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** _____ ,        Case No. __15-11876 (KG)__
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AMERIGAS PROPANE LP <br> PO BOX 7155 <br> PASADENA, CA 91109-7155 | | | Trade Payable | | | | $224.85 |
| ACCOUNT NO. <br><br> ANAGNOSTOPOULOS, HARRY <br> 11954 E BECKER <br> SCOTTSADLE, AZ 85259 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ANASTAS , DOREEN <br> 5735 GROUND SQUIRREL HOLL <br> PASO ROBLES, CA 93446-7385 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ANDA INC <br> PO BOX 930219 <br> ATLANTA, GA 31193-0219 | | | Trade Payable | | | | $1,844.78 |
| ACCOUNT NO. <br><br> ANDERSON DAIRY INC <br> DEPT 1494 <br> DENVER, CO 80291-1494 | | | Trade Payable | | | | $83,340.74 |
| ACCOUNT NO. <br><br> ANDERSON RUBBISH DISPOSAL <br> P.O. BOX 307 <br> SIMI VALLEY, CA 93062 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _7_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 85,410.37

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          **Case No.   15-11876 (KG)**
                                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ANDREWS, KENNETH<br>5416 E LOS ANGLES AVE<br>APT #82<br>SIMI VALLEY, CA 93063 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ANHEUSER-BUSCH OF SAN DIEGO<br>PO BOX 80758<br>SAN DIEGO, CA 92138 | | | Trade Payable | | | | $26,876.95 |
| ACCOUNT NO.<br><br>ANHEUSER-BUSCH SALES<br>FILE #54848<br>LOS ANGELES, CA | | | Trade Payable | | | | $25,969.20 |
| ACCOUNT NO.<br><br>ANHEUSER-BUSCH SALES<br>BEACH<br>DEPT #2411<br>LOS ANGELES, CA | | | Trade Payable | | | | $26,196.50 |
| ACCOUNT NO.<br><br>ANHEUSER-BUSCH SALES<br>POMONA<br>PO BOX 3000<br>POMONA, CA 91769 | | | Trade Payable | | | | $4,275.54 |
| ACCOUNT NO.<br><br>ANN MARIE CALI<br>26 ROGERS ROAD<br>LOS GATOS, CA 95030 | | | Trade Payable | | | | $2,056.89 |

Sheet no.  _8_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 85,375.08

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,  Case No. **15-11876 (KG)**
　　　　　　　**Debtor**  　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ANTELOPE VALLEY BOYS AND GIRLS CLUB<br>PO BOX 10047<br>LANCASTER, CA 93584 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>ANTONE CORP<br>4072 BRANT ST<br>SAN DIEGO, CA 92103 | | | Trade Payable | | | | $4,622.22 |
| ACCOUNT NO.<br><br>ANYTIME PLUMBING INC.<br>4690 W POST ROAD #130<br>LAS VEGAS, NV 89118 | | | Trade Payable | | | | $379.80 |
| ACCOUNT NO.<br><br>AP EXPRESS LLC<br>8500 REX ROAD<br>PICO RIVERA, CA 90660 | | | Trade Payable | | | | $195.00 |
| ACCOUNT NO.<br><br>APPLIANCE ENAMELING & SVC INC<br>575 COLLEGE COMMERCE WAY<br>UPLAND, CA 91786 | | | Trade Payable | | | | $4,017.21 |
| ACCOUNT NO.<br><br>AQUA PUMPKIN INC<br>KENNETH VOLK VYDS 281 BROAD ST<br>SAN LUIS OBISPO, CA 93405 | | | Trade Payable | | | | $310.00 |

Sheet no. _9_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 10,524.23

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,                    Case No. __15-11876 (KG)__
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ARAMARK CORPORATION FOR LAUNDRY-UNIFORMS 22808 NETWORK PL CHICAGO, IL 60673-1228 | | | Trade Payable | | | | $1,500.47 |
| ACCOUNT NO.<br><br>ARCHIS ACRES INC 10085 W LILAC RD ESCONDIDO, CA 92026 | | | Trade Payable | | | | $755.80 |
| ACCOUNT NO.<br><br>ARCTIC GLACIER USA INC PAYMENT PROCESSING CENTER PO BOX 856530 MINNEAPOLIS, MN 55485-6530 | | | Trade Payable | | | | $156,056.95 |
| ACCOUNT NO.<br><br>ARIES MARKETING INC 29696 NETWORK PLACE CHICAGO, IL 60673-1296 | | | Trade Payable | | | | $3,635.82 |
| ACCOUNT NO.<br><br>ARIZONA CART RETRIEVAL CO 120 E PIERCE ST PHOENIX, AZ 85004 | | | Trade Payable | | | | $200.00 |
| ACCOUNT NO.<br><br>ARIZONA PLUMBING CONTRACTORS, LTD. 3620 NORTH STONE AVENUE TUCSON, AZ 85705 | | | Trade Payable | | | | $2,303.13 |

Sheet no. _10_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 164,452.17

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,                              Case No.   **15-11876 (KG)**
                              **Debtor**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ARIZONA PUBLIC SERVICE CO<br>PO BOX 53920 MS 9996<br>TREASURY DEPARTMENT<br>PHOENIX, AZ 85072-3920 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>ARNELS ORIGINALS INC<br>381 SONOMA CT<br>VENTURA, CA 93004 | | | Trade Payable | | | | $120.00 |
| ACCOUNT NO.<br><br>ARTISAN BAKERS LLC<br>PO BOX 1207<br>ASHLAND, OR 97520 | | | Trade Payable | | | | $136.68 |
| ACCOUNT NO.<br><br>ASH, HILDA<br>25781 DAPHNE COURT<br>MORENO VALLEY, CA 92553 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ASHBY, BLAKE<br>30012 BELLO PL<br>LAGUNA NIGUEL, CA 92677 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ASIAN COMMODITIES COMPANY<br>3410 N SAN FERNANDO RD SUITE 1<br>LOS ANGELES, CA 90065 | | | Trade Payable | | | | $3,110.19 |

Sheet no. _11_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► | $ 3,366.87

Total ► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                        ,                    **Case No.   15-11876 (KG)**
                            **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ASIANA CUISINE ENTERPRISES <br> 1447 W 178TH ST SUITE 303 <br> GARDENA, CA 90248 | | | Trade Payable | | | | $12,197.97 |
| ACCOUNT NO. <br><br> AT&T. <br> PO BOX 105262 <br> ATLANTA, GA 30348-5262 | | | Trade Payable | | | | $1,274.90 |
| ACCOUNT NO. <br><br> ATASCADERO GREYHOUND FOUNDATION <br> PO BOX 3120 <br> ATASCADERO, CA 93423 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO. <br><br> ATASCADERO MUTUAL WATER CO <br> P.O. BOX 6075 <br> ATASCADERO, CA 93423-6075 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> ATASCADERO WASTE ALTERNATIVE <br> P.O. BOX 541065 <br> LOS ANGELES, CA 90054-1065 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> ATHENS SERVICES, CA <br> P.O. BOX 60009 <br> CITY OF INDUSTRY, CA 91716-0009 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _12_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 14,472.87

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AVANZAR SALES & DISTRIBUTION LLC<br>281 N PUENTE ST<br>BREA, CA 92821 | | | Trade Payable | | | | $1,841.60 |
| ACCOUNT NO.<br><br>AVISTA UTILITIES<br>1411 E MISSION AVE<br>SPOKANE, WA 99252 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>BABA FOODS<br>PO BOX 507<br>AVILA BEACH, CA 93424 | | | Trade Payable | | | | $2,826.90 |
| ACCOUNT NO.<br><br>BAKE TECH PROS AZ LLC<br>PETERSEN SERVICES<br>4246 S 36TH PLACE<br>PHOENIX, AZ 85040 | | | Trade Payable | | | | $2,967.87 |
| ACCOUNT NO.<br><br>BAKER SANITARY SERVICE, INC.<br>P.O. BOX 169<br>BAKER CITY, OR 97814 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>BAKER SYSTEMS<br>PO BOX 1710<br>UPLAND, CA 91785 | | | Trade Payable | | | | $1,764.59 |

Sheet no. _13_of_196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 9,400.96

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
   **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BAKERS UNION LOCAL #37 6801 E WASHINGTON BLVD CITY OF COMMERCE, CA 90040 | | | Trade Payable | | | | $423.64 |
| ACCOUNT NO. BARCARSE, ANITA 4501 SIMPLE PROMISE CT LAS VEGAS, NV 89130 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. BARCEL USA PO BOX 845250 DALLAS, TX 75284-5250 | | | Trade Payable | | | | $2,393.16 |
| ACCOUNT NO. BARGAIN WHOLESALE 4000 E  UNION PACIFIC AVENUE CITY OF COMMERCE, CA 90023 | | | Trade Payable | | | | $6,112.05 |
| ACCOUNT NO. BARGREEN ELLINGSON INC FORMERLY RESTAURANT EQUIP LOCKBOX #310055 PO BOX 94328 SEATTLE, WA 98124-6628 | | | Trade Payable | | | | $17,395.54 |
| ACCOUNT NO. BARRIOS, RONNI 14629 RANCH CREEK LANE CHINO HILL, CA 91709 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _14_of_196_continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 26,324.39

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** ,                    Case No.  **15-11876 (KG)**
                        **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BARRY , EAMON<br>3011 4TH STREET<br>SANTA MONICA, CA 90405 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BARTOLOTTA , CHRISTIAN<br>2172 LADERA RANCH<br>LADERA RANCH, CA 92694 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BARTON , DAN<br>2202 MIURLANDS BLVD<br>MISSION VIEJO, CA 92691 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BAYWOOD ELEMENTARY PTA<br>1330 9TH STREET<br>LOS OSOS, CA 93402 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>BCTGM LOCAL 31<br>450 CARSON PLAZA DR STE C<br>CARSON, CA 90746-3299 | | | Trade Payable | | | | $783.32 |
| ACCOUNT NO.<br><br>BEAUCHAMP DISTRIBUTING CO<br>1911 S SANTA FE AVE<br>COMPTON, CA 90221 | | | Trade Payable | | | | $41,650.70 |

Sheet no.  15  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 43,434.02

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                        **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BEIERLE , MARK <br> 3722 NIPOMO AVE <br> LONG BEACH, CA 90808-2430 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BELLA B BODYCARE INC <br> 5 ARGONAUT <br> ALISO VIEJO, CA 92656 | | | Trade Payable | | | | $379.25 |
| ACCOUNT NO. <br><br> BELSON OUTDOORS INC <br> 36810 EAGLE WAY <br> CHICAGO, IL 60678-1368 | | | Trade Payable | | | | $2,404.37 |
| ACCOUNT NO. <br><br> BEN CARLSON MEMORIAL AND SCHOLARSHIP FUND <br> 1090 SEA BLUFF DRIVE <br> COSTA MESA, CA 92627 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO. <br><br> BENCHMARK BREWING LLC <br> 6190 FAIRMOUNT AVE STE G <br> SAN DIEGO, CA 92120 | | | Trade Payable | | | | $837.80 |
| ACCOUNT NO. <br><br> BEND GARBAGE AND RECYCLING <br> P.O. BOX 504 <br> BEND, OR 97709 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _16_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 4,621.42

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                     ,          Case No.  **15-11876 (KG)**
                          **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BENEDICT, KAREN<br>941 RUSSELL ST<br>LA HABRA, CA 90631 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BENEFIT FOODS LLC<br>PO BOX 13404<br>SAN LUIS OBISPO, CA 93406 | | | Trade Payable | | | | $252.00 |
| ACCOUNT NO.<br><br>BENNER, ROBERT<br>4221 34TH ST.<br>#5<br>SAN DIEGO, CA 92104 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BERKE ENTERPRISES<br>16654 DONMETZ STREET<br>GRANADA HILLS, CA 91344 | | | Trade Payable | | | | $1,897.25 |
| ACCOUNT NO.<br><br>BERNAL, SUSANA<br>72 600 FRED WARING DR<br>#904<br>PALM DESERT, CA 92260 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BERNINGER, NANCY<br>9528 SUMMER RAIN DR.<br>LAS VEGAS, NV 89134 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _17_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 2,149.25

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,                    Case No.  **15-11876 (KG)**
                    **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BESTSCAPE INC<br>9036 ROHR PL<br>SAN DIEGO, CA 92123 | | | Trade Payable | | | | $275.00 |
| ACCOUNT NO.<br><br>BGN FREMONT SQ LTD<br>C/O ACP MANAGEMENT COMPANY<br>3720 S SUSAN ST SUITE 100<br>SANTA ANA, CA 92704 | | | Trade Payable | | | | $5,852.78 |
| ACCOUNT NO.<br><br>BIG BROTHERS BIG SISTERS-<br>LASV OF SOUTHERN NEVADA<br>2000 E FLAMINGO ROAD<br>LAS VEGAS, NV 89119 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>BIMBO BAKERIES USA<br>PO BOX 849777<br>DALLAS, TX 75284-9777 | | | Trade Payable | | | | $544,561.17 |
| ACCOUNT NO.<br><br>BITCHIN SAUCE<br>5661 PALMER WAY STE C<br>CARLSBAD, CA 92010 | | | Trade Payable | | | | $234.00 |

Sheet no.  18 of  196 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 551,922.95

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                ,        Case No.  **15-11876 (KG)**
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BLAKELY , MICHAEL <br> 32440 CROWN VALLEY PKWY <br> DANA POINT, CA 92629-3339 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BLEEKERS BOXES <br> 5400 EAST EMPIRE <br> FLAGSTAFF, AZ 86004 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> BLOCK, BARBARA <br> 7680 E BROADWAY BLVD <br> TUCSON, AZ 85710 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BLOODY MICHAELS BLOODY <br> 3460 MARRON RD #103 PO BOX 151 <br> OCEANSIDE, CA 92056 | | | Trade Payable | | | | $210.00 |
| ACCOUNT NO. <br><br> BLUE MOUNTAIN MEATS INC <br> PO BOX 279 <br> MONTICELLO, UT 84535 | | | Trade Payable | | | | $564.06 |
| ACCOUNT NO. <br><br> BLUE RHINO CORPORATION <br> PO BOX 281956 <br> ATLANTA, GA 30384-1956 | | | Trade Payable | X | X | | $13,258.00 |

Sheet no. _19_of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 14,032.06

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Haggen Opco South, LLC**                    ,        Case No.   **15-11876 (KG)**
                          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BLUE STAR MOTHERS OF AMERICA <br> 412 CAMINO REAL <br> REDONDO BEACH, CA 90277 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO. <br><br> BOB CAMPBELL RANCHES INC <br> PO BOX 625 <br> LOMPOC, CA 93438 | | | Trade Payable | | | | $1,932.10 |
| ACCOUNT NO. <br><br> BOB HUTCHINGS <br> DBA 1888 BBQ ENTERPRISE <br> 591 E SUNSET ROAD <br> HENDERSON, NV 89011 | | | Trade Payable | | | | $309.40 |
| ACCOUNT NO. <br><br> BOBBY SALAZAR'S <br> 2810 SAN ANTONIO DR. <br> FOWLER, CA 93625-9799 | | | Trade Payable | | | | $351.00 |
| ACCOUNT NO. <br><br> BOCA PARK MARKET PLACE <br> 9440 W SAHARA BLVD STE 240 <br> LAS VEGAS, NV 89117 | | | Trade Payable | | | | $1,344.27 |
| ACCOUNT NO. <br><br> BOCKELMAN, VERONICA <br> 677 MISSION COURT <br> CHULA VISTA, CA 91910 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _20_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 4,936.77

Total ►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          Case No.  **15-11876 (KG)**
                    **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BOEDER, GOLDIE<br>2218 MATTHEWS AVE.<br>UNIT 1<br>REDONDO BEACH, CA 90278 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BON SUISSE<br>11860 COMMUNITY ROAD SUITE 100<br>POWAY, CA 92064-8887 | | | Trade Payable | | | | $836,708.38 |
| ACCOUNT NO.<br><br>BONANZA BEVERAGE COMPANY<br>PO BOX 96838<br>LAS VEGAS, NV 89193-6838 | | | Trade Payable | | | | $4,368.38 |
| ACCOUNT NO.<br><br>BONDED FILTER COMPANY<br>ONE VANTAGE WAY SUITE D-210<br>NASHVILLE, TN 37228 | | | Trade Payable | | | | $10,566.45 |
| ACCOUNT NO.<br><br>BOOTLEGGERS BREWERY LLC<br>1100 E TRUSLOW AVE<br>FULLERTON, CA 92831 | | | Trade Payable | | | | $342.62 |
| ACCOUNT NO.<br><br>BORDER PROPERTIES LTD.<br>1120 SILVERADO STREET #6<br>LA JOLLA, CA 92037 | | | Trade Payable | | | | $5,578.59 |

Sheet no. _21_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 857,564.42

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,                    Case No.   **15-11876 (KG)**
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BOSCH BAKING<br>30630 HILL STREET<br>THOUSAND PALMS, CA 92276 | | | Trade Payable | | | | $753.90 |
| ACCOUNT NO.<br><br>BOULDER CITY DISPOSAL INC.<br>PO BOX 61288<br>BOULDER CITY, NV 89006-1615 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>BOULDER CITY POLICE DEPARTMENT<br>EXPLORER PROGRAM<br>1005 ARIZONA STREET<br>BOULDER CITY, NV 89005 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>BOUQUET CENTER PROP LLC<br>CO DSB PROPERTIES INC<br>101 N WESTLAKE BLVD STE 201<br>WEST LAKE VILLAGE, CA 91362 | | | Trade Payable | | | | $6,995.90 |
| ACCOUNT NO.<br><br>BOYS & GIRLS CLUB - WEST VALLEY<br>7245 REMMET AVENUE<br>CANOGA PARK, CA 91303 | | | Trade Payable | | | | $1,000.00 |

Sheet no.  22  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 9,749.80

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen Opco South, LLC_____ ,          Case No.  15-11876 (KG)_____
                **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BOYS & GIRLS CLUB OF CAMARILLO<br>1500 TEMPLE AVENUE<br>CAMARILLO, CA 93010 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>BOYS & GIRLS CLUB OF CARLSBAD<br>3115 ROOSEVELT STREET<br>CARLSBAD, CA 60008 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>BOYS AND GIRLS CLUB OF GREATER<br>OXNARD 1900 W 5TH STREET<br>OXNARD, CA 93030 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>BRAMBILA, BLANCA<br>1460 JASPER CT.<br>CHULA VISTA, CA 91911 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRAVERY BREWING COMPANY LLC<br>42705 8TH STREET WEST<br>LANCASTER, CA 93534 | | | Trade Payable | | | | $663.20 |
| ACCOUNT NO.<br><br>BRE DDR BR SILVERADO AZ LLC<br>DEPT 347286 25080 59391<br>PO BOX 535772<br>ATLANTA, GA 30353 | | | Trade Payable | | | | $10,546.13 |

Sheet no. _23_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 14,209.33

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re __Haggen Opco South, LLC_____ ,          Case No. __15-11876 (KG)_____
           __Debtor__                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BREAD & CIE<br>4901 PACIFIC HIGHWAY<br>SAN DIEGO, CA 92110 | | | Trade Payable | | | | $33,227.97 |
| ACCOUNT NO.<br><br>BREM-AIR DISPOSAL<br>P.O. BOX 541065<br>LOS ANGELES, CA 90054-1065 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>BRIANS ARTISAN BREAD<br>4005 TRAFFIC WAY<br>ATASCADERO, CA 93422 | | | Trade Payable | | | | $9,415.45 |
| ACCOUNT NO.<br><br>BRIDGFORD MARKETING COMPANY<br>PO BOX 843251<br>LOS ANGELES, CA 90084-3251 | | | Trade Payable | | | | $165.20 |
| ACCOUNT NO.<br><br>BRISTOL, PATRICIA<br>900 BLOOMWOOD RD.<br>SAN PEDRO, CA 90731 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRNK SIMI VALLEY LLC<br>C/O BRNK LLC<br>PO BOX 844681<br>LOS ANGELES, CA 90084-4681 | | | Trade Payable | | | | $11,166.53 |

Sheet no. __24_of__196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► | $ 53,975.15

Total ► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                             ,          Case No.   **15-11876 (KG)**
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BROADHEAD, ROBERT <br> P.O. BOX 1427 <br> RANCHO SANTA FE, CA 92067 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BROWN , PATTI <br> 1925 EXPERIMENTAL STATION <br> PASO ROBLES, CA 93446 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BROWNING, SHASHONA <br> 3224 CALLE NOGUERA <br> SANTA BARBARA, CA 93105 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BUD HERBON CO <br> 15810 E WHITEPOST LANE <br> LA MIRADA, CA 90638 | | | Trade Payable | | | | $1,410.00 |
| ACCOUNT NO. <br><br> BUNN O MATIC CORPORATION <br> 24315 NETWORK PLACE <br> CHICAGO, IL 60673-1243 | | | Trade Payable | | | | $1,091.27 |
| ACCOUNT NO. <br><br> BURKHART , KERMIEN <br> P.O. BOX 105 <br> RANCHO SANTA FE, CA 92067 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _25_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 2,501.27

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                     ,                    Case No.   **15-11876 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BURNS, DENISE<br>7812 CANOE LN<br>LAS VEGAS, NV 89145 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BURRTEC WASTE & RECYCLING SVCS<br>PO BOX 5518<br>BUENA PARK, CA 90622-5518 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>BURRTEC WASTE INDUSTRIES, INC.-SAUGUS<br>PO BOX 5550<br>BUENA PARK, CA 90622-5550 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>BUSINESS IMPACT GROUP<br>2411 GALPIN CT STE 120<br>CHANHASSEN, MN 55317 | | | Trade Payable | | | | $17,113.58 |
| ACCOUNT NO.<br><br>BUZZBOX BEVERAGES INC<br>71935 HIGNWAY 111<br>RANCHO MIRAGE, CA 92270 | | | Trade Payable | | | | $917.92 |
| ACCOUNT NO.<br><br>BYARS , KENZIE<br>722 OCEAN VIEW AVE<br>GROVER BEACH, CA 93433-1330 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  _26_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 18,031.50

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No. **15-11876 (KG)**
                          **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>C ED SCHUETZ LAND CO INC<br>7750 SIERRA MAR DR<br>LA JOLLA, CA 92037 | | | Trade Payable | | | | $5,669.63 |
| ACCOUNT NO.<br><br>C STONEHAM INCORPORATED<br>2744 POMONA BLVD<br>POMONA, CA 91768 | | | Trade Payable | | | | $626.25 |
| ACCOUNT NO.<br><br>CABO INTERNATIONAL<br>2345 LA MIRADA DR<br>VISTA, CA 92081 | | | Trade Payable | | | | $8,284.73 |
| ACCOUNT NO.<br><br>CAFE ZUCCHERO<br>4420 HOTEL CIRCLE COURT<br>SUITE 155<br>SAN DIEGO, CA 92108 | | | Trade Payable | | | | $454.66 |
| ACCOUNT NO.<br><br>CAL POLY UNIVERSITY<br>UNIVERSITY CASHIER<br>ADMINISTRATION BLDG 131 E<br>SAN LUIS OBISPO, CA 93407 | | | Trade Payable | | | | $1,284.00 |
| ACCOUNT NO.<br><br>CALICORN POPCORN<br>847 MISSOURI ST #A<br>SAN DIEGO, CA 92109 | | | Trade Payable | | | | $3,365.95 |

Sheet no. _27_of_196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 19,685.22

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen Opco South, LLC                              ,          Case No.   15-11876 (KG)
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CALIFORNIA KETTLE CORN<br>4215 TIERRA REJADA ROAD #154<br>MOORPARK, CA 93021 | | | Trade Payable | | | | $3,836.00 |
| ACCOUNT NO.<br><br>CALIFORNIA POLY STATE UNIV<br>ATTN BILL MURRIETA/POULTRY TE<br>BUILDING #15<br>SAN LUIS OBISPO, CA 93407 | | | Trade Payable | | | | $8,895.17 |
| ACCOUNT NO.<br><br>CALIFORNIA SHOPPING CART RETRIEVAL CORP INC<br>DEPT #2650<br>LOS ANGELES, CA 90084-2650 | | | Trade Payable | | | | $6,652.75 |
| ACCOUNT NO.<br><br>CALIFORNIA WATER SERVICE-BAKERSFIELD<br>P.O. BOX 940001<br>SAN JOSE, CA 95194-0001 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CALIFORNIA WATER SERVICE-TORRANCE<br>P.O. BOX 940001<br>SAN JOSE, CA 95194-0001 | | | Trade Payable | X | X | | Undetermined |

Sheet no.  28  of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 19,383.92

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**_____ ,          Case No.  **15-11876 (KG)**_____
            **Debtor**                                                                  **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CALIFORNIA-AMERICAN WATER COMPANY PO BOX 7150 PASADENA, CA 91109-7150 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.  CALMET SERVICES, INC. P.O. BOX 227 PARAMOUNT, CA 90723-0227 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.  CAMERON, VALORIE 3500 GRAYSBY SAN PEDRO, CA 90732 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  CAMP TENNECO C/O S A CAMP COMPANIES P O BOX 82575 BAKERSFIELD, CA 93380-2575 | | | Trade Payable | | | | $26,356.63 |
| ACCOUNT NO.  CAMPOS, LETICIA 1207 E. COLON ST. WILMINGTON, CA 90744 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  CANASTA UNCOOKED FLOUR TORTILLAS INC 591 TELEGRAPH CANYON RD 316 CHULA VISTA, CA 91910 | | | Trade Payable | X | X | | $3,754.50 |

Sheet no. _29_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 30,111.13

Total ►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** , **Case No. 15-11876 (KG)**
　　　　　　　　　**Debtor** 　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CANYON GATEWAY LLC<br>CO GATEWAY PROPERTY MGMT<br>9988 HIBERT STREET STE 101<br>SAN DIEGO, CA 92131 | | | Trade Payable | | | | $4,859.88 |
| ACCOUNT NO.<br><br>CAPORALE, JENNIFER<br>10443 E SARA SCARLET LOOP<br>TUCSON, AZ 85747 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CAPPYS DRY RUB<br>5326 OVERING DR<br>WOODLAND HILLS, CA 91367 | | | Trade Payable | | | | $275.50 |
| ACCOUNT NO.<br><br>CAREERSTAFF RX<br>C/O CAREERSTAFF UNLIMITED<br>PO BOX 301076<br>DALLAS, TX 75303-1076 | | | Trade Payable | | | | $53,087.71 |
| ACCOUNT NO.<br><br>CARLSBAD ALKALINE WATER &<br>SPA<br>2802 CARLSBAD BLVD<br>CARLSBAD, CA 92008 | | | Trade Payable | | | | $8,241.60 |
| ACCOUNT NO.<br><br>CAROLINA FOOD CONCEPTS<br>ARCHWAY SERVICE INC<br>2316 KINGS ROAD EXTENSION<br>SHELBY, NC 28151 | | | Trade Payable | | | | $271.66 |

Sheet no. _30_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 66,736.35

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CARPINTERIA VALLEY WATER DISTRICT <br> P.O. BOX 36 <br> CARPINTERIA, CA 93014 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> CARRANZA, CARINA <br> 2101 CLOYNE ST. <br> OXNARD, CA 93033 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CASA SANCHEZ FOODS <br> PO BOX 12582 <br> SAN FRANCISCO, CA 94112 | | | Trade Payable | | | | $5,945.05 |
| ACCOUNT NO. <br><br> CASTANEDA, EFRAIN <br> 8357 TAMPA AVE <br> NORTHRIDGE, CA 91324 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CASTANON, ANNETTE <br> 21243 GERNDAL ST <br> DIAMOND BAR, CA 91789 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CASTRO, ROBERT <br> 511 N COLUMBIA AVE <br> TUCSON, AZ 85745 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _31_of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 5,945.05

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,                    Case No.   **15-11876 (KG)**
                                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CATTANEO BROS BRAND<br>769 CAUDILL ST<br>SAN LUIS OBISPO, CA 93401 | | | Trade Payable | | | | $5,847.69 |
| ACCOUNT NO.<br><br>CAYUCOS HOT SAUCE<br>PO BOX 361<br>CAYUCOS, CA 93430 | | | Trade Payable | | | | $150.00 |
| ACCOUNT NO.<br><br>CELEBRATION FOODS<br>PO BOX 781027<br>PHILADELPHIA, PA 19178-1027 | | | Trade Payable | | | | $4,653.77 |
| ACCOUNT NO.<br><br>CENTRAL CALIFORNIA WINES<br>PO BOX 1471<br>HERMOSA BEACH, CA 90254 | | | Trade Payable | | | | $2,676.00 |
| ACCOUNT NO.<br><br>CENTRAL COAST COFFEE ROASTING CO<br>PO BOX 6660<br>LOS OSOS, CA 93412-6660 | | | Trade Payable | | | | $19,082.98 |
| ACCOUNT NO.<br><br>CENTRAL COAST DIST<br>PO BOX 1850<br>SANTA MARIA, CA 93456-1850 | | | Trade Payable | | | | $113,349.56 |

Sheet no. _32_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 145,760.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                         ,                    Case No.   **15-11876 (KG)**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CENTRAL SCHOOL DISTRICT<br>10601 CHURCH ST SUITE 112<br>RANCHO CUCAMONGA, CA 91730 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>CENTURY LINK<br>PO BOX 29040<br>PHOENIX, AZ 85038-9040 | | | Trade Payable | | | | $40,017.93 |
| ACCOUNT NO.<br><br>CENTURYLINK<br>PO BOX 4300<br>CAROL STREAM, IL 60197-4300 | | | Trade Payable | | | | $111.93 |
| ACCOUNT NO.<br><br>CERVANTES, FRANCISCO<br>752 VIA ALTAMIRA<br># H<br>MONTEBELLO, CA 90640 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHACON, AMAYA<br>10010 SWIMMING HOLE<br>LAS VEGAS, NV 89183 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMBERS & CHAMBERS<br>2140 PALOU AVE<br>SAN FRANCISCO, CA 94124 | | | Trade Payable | | | | $2,719.60 |

Sheet no. _33_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶            $ 43,849.46

Total ▶            $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,           Case No. **15-11876 (KG)**
_____
**Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHAMPION LANDSCAPE MAINTENANCE<br>PO BOX 929<br>TUSTIN, CA 92781 | | | Trade Payable | | | | $1,798.08 |
| ACCOUNT NO.<br><br>CHANDLER, BILLY<br>3851 N. ROBIN DR.<br>PRESCOTT VALLEY, AZ 86314 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHANDLER, MARILYN<br>7193 LAS PALMAS DR.<br>FONTANA, CA 92336 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHANDLER, RODNEY<br>6025 BABBLING BROOK WAY #A<br>YORBA LINDA, CA 92887 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHARLIES PRODUCE INC<br>PO BOX 24606<br>SEATTLE, WA 98124 | | | Trade Payable | X | X | | $4,375,901.82 |
| ACCOUNT NO.<br><br>CHAVEZ , JUAN<br>1518 ARROW HWY STE E<br>LA VERNE, CA 91750-5330 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _34_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 4,377,699.90

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** ,                          Case No.   **15-11876 (KG)**
                  **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHILDRENS FUND INC<br>348 W HOSPITALITY LANE #110<br>SAN BERNARDINO, CA 92408 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>CHIOSSI , VERONICA<br>11275 WESTMINSTER AVE.<br>LOS ANGELES, CA 90066 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHIPMAN, MISAE<br>2110 VIA ARADANA<br>CAMARILLO, CA 93012 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHOATE, SANDRA<br>5 CARLINA<br>IRVINE, CA 92620 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHOICE BOOKS NORTHERN VA<br>10100 PIPER LANE<br>BRISTOW, VA 20136 | | | Trade Payable | X | X | | $692.95 |
| ACCOUNT NO.<br><br>CHOUKAIR, FAROUZ<br>7187 LYNRIDE CT<br>SAN DIEGO, CA 92120 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _35_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 1,692.95

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen Opco South, LLC                                ,          Case No.   15-11876 (KG)
                                   **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHUAO CHOCOLATIER<br>2345 CAMINO VIDA ROBLE<br>CARLSBAD, CA 92011 | | | Trade Payable | | | | $1,404.60 |
| ACCOUNT NO.<br><br>CIDER WORKS FARMS LLC<br>DBA ORONDO CIDER WORKS<br>1 EDGEWATER DRIVE<br>ORONDO, WA 98843 | | | Trade Payable | | | | $214.00 |
| ACCOUNT NO.<br><br>CITY OF BAKERSFIELD<br>PO BOX 2057<br>BAKERSFIELD, CA 93303 | | | Trade Payable | | | | $1,127.00 |
| ACCOUNT NO.<br><br>CITY OF BEND, OR<br>PO BOX 34533<br>SEATTLE, WA 98124-1533 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF BOULDER CITY, NV<br>401 CALIFORNIA AVE<br>BOULDER CITY, NV 89005-2600 | | | Trade Payable | X | X | | $358.00 |
| ACCOUNT NO.<br><br>CITY OF CARLSBAD, CA<br>P.O. BOX 9009<br>CARLSBAD, CA 92018-9009 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _36_of _196_continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 3,103.60

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                    **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITY OF EL CAJON, CA<br>PO BOX 51159<br>LOS ANGELES, CA 90051-5459 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF EL PASO DE ROBLES CA<br>821 PINE ST STE A<br>PASO ROBLES, CA 93446 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF FLAGSTAFF, AZ<br>P.O. BOX 22487<br>FLAGSTAFF, AZ 86002-2487 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF GIG HARBOR, WA<br>3510 GRANDVIEW ST<br>GIG HARBOR, WA 98335 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF GRANTS PASS, OR<br>101 NORTHWEST A STREET<br>GRANTS PASS, OR 97526 | | | Trade Payable | X | X | | Undetermined |

Sheet no.  _37_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**     ,     Case No. **15-11876 (KG)**
        **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITY OF HENDERSON, NV - UTILITIES SRVC<br>P.O. BOX 95011<br>UTILITY SERVICES<br>HENDERSON, NV 89009-5050 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF KEIZER, OR<br>P.O. BOX 21000<br>KEIZER, OR 97307-1000 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF KLAMATH FALLS, OR<br>P.O. BOX 237<br>KLAMATH FALLS, OR 97601 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF LAKE OSWEGO, OR<br>P.O. BOX 589<br>LAKE OSWEGO, OR 97034 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF LOMITA, CA<br>P.O. BOX 1809<br>LOMITA, CA 90717 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _38_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
              **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITY OF LOMPOC, CA<br>P.O. BOX 8001<br>LOMPOC, CA 93438-8001 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF LONG BEACH, CA<br>P.O. BOX 630<br>GAS, WATER, SEWER, & REFUSE UTILITIES<br>LONG BEACH, CA 90842-0001 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF MILTON, WA - RLI BOX #4338<br>PO BOX 34338<br>SEATTLE, WA 98124-1388 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF MILWAUKIE, OR<br>PO BOX 3979<br>PORTLAND, OR 97208-3979 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF MONROE, WA<br>806 WEST MAIN STREET<br>MONROE, WA 98272-2198 | | | Trade Payable | X | X | | Undetermined |

Sheet no.  _39_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.  **15-11876 (KG)**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITY OF NEWPORT BEACH, CA<br>P.O. BOX 1935<br>REVENUE DIVISION<br>NEWPORT BEACH, CA 92658-0935 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF NEWPORT BEACH.<br>PO BOX 1768<br>NEWPORT BEACH, CA 92658 | | | Trade Payable | | | | $1,518.67 |
| ACCOUNT NO.<br><br>CITY OF OAK HARBOR, WA<br>865 SE BARRINGTON DR<br>OAK HARBOR, WA 98277-4092 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF OLYMPIA, WA-GAR/FIRE<br>P.O. BOX 1967<br>OLYMPIA, WA 98507 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CITY OF PASADENA<br>PUBLIC WORKS DEPARTMENT<br>PO BOX 7115<br>PASADENA, CA 91109 | | | Trade Payable | | | | $106.00 |
| ACCOUNT NO.<br><br>CITY OF SAN LUIS OBISPO<br>PO BOX 8112<br>SAN LUIS OBISPO, CA 93403 | | | Trade Payable | | | | $170.00 |

Sheet no. __40_of__196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► | $ 1,794.67

Total ► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,              Case No.  **15-11876 (KG)**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CLASSIC DISTRIBUTING & BEVERAGE GROUP INC PO BOX 60397 LOS ANGELES, CA 90060-0397 | | | Trade Payable | | | | $1,290.34 |
| ACCOUNT NO.  CLASSIC WINES OF CALIFORNIA PO BOX 51512 LOS ANGELES, CA 90051-5812 | | | Trade Payable | | | | $19,618.24 |
| ACCOUNT NO.  CLAWSON , ERLENE 1821 SANTA MARIA VIS NIPOMO, CA 93444-9369 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  CLAWSON, ELEEN 1821 SANTA MARIA VISTA NIPOMO, CA 93444 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  CLEAR VIEW ELEMENTARY SCHOOL 455 WINDROSE WAY CHULA VISTA, CA 91910 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.  CLEVENGER , TERA 15378 PASEO ACOSTA SAN DIEGO, CA 90000 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  41  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 21,908.58

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,        Case No.   **15-11876 (KG)**
                              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COAST CITRUS DIST<br>7597 BRISTOW CT<br>SAN DIEGO, CA 92154-7419 | | | Trade Payable | | | | $56,061.41 |
| ACCOUNT NO.<br><br>COAST LINE<br>1629 N CARLOTTI DR<br>SANTA MARIA, CA 93454 | | | Trade Payable | | | | $5,693.73 |
| ACCOUNT NO.<br><br>COAST SIGN INC<br>1500 W EMBASSY ST<br>ANAHEIM, CA 92802 | | | Trade Payable | | | | $1,572.74 |
| ACCOUNT NO.<br><br>COASTAL AQUARIUMS<br>610 TAYLOR PI<br>ARROYO GRANDE, CA 93420 | | | Trade Payable | | | | $354.24 |
| ACCOUNT NO.<br><br>COASTAL DISTRIBUTING COMP<br>PO BOX 853<br>ATASCADERO, CA 93423 | | | Trade Payable | | | | $3,675.83 |

Sheet no. _42_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 67,357.95

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COASTAL ROLLOFF - DISTRICT 4150<br>A WASTE CONNECTIONS COMPANY<br>PO BOX 60248<br>LOS ANGELES, CA 90060-0248 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>COCA COLA BOTTLING CO LOS<br>PO BOX 740214<br>LOS ANGELES, CA 90074-0214 | | | Trade Payable | | | | $1,191,864.78 |
| ACCOUNT NO.<br><br>COHO DISTRIBUTING LLC..<br>WASHINGTON STORES<br>PO BOX 742009<br>LOS ANGELES, CA 90074-2009 | | | Trade Payable | | | | $546.85 |
| ACCOUNT NO.<br><br>COLE REIT III OPERATING PTR LP<br>COLE AB YUMA AZ LLC<br>PO BOX 731317<br>DALLAS, TX 75373-1317 | | | Trade Payable | | | | $29,256.04 |
| ACCOUNT NO.<br><br>COLORADO RIVER COFFEE ROASTERS LLC<br>PO BOX 60340<br>BOULDER CITY, NV 89006-0340 | | | Trade Payable | | | | $262.50 |

Sheet no.  43  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 1,221,930.17

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                                                  ,                    Case No.  **15-11876 (KG)**
                                    **Debtor**                                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COMFY HOUSE FOODS<br>8726 S SEPULVEDA BVLD<br>SUITE D1111<br>LOS ANGELES, CA 90045 | | | Trade Payable | | | | $428.49 |
| ACCOUNT NO.<br><br>COMMUNITYS CHILD INC<br>25520 WOODWARD AVENUE<br>LOMITA, CA 90717 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>CONNEY SAFETY PRODUCTS<br>PO BOX 44575<br>MADISON, WI 53744-4575 | | | Trade Payable | | | | $173.36 |
| ACCOUNT NO.<br><br>CORE-MARK INTERNATIONAL INC<br>3950 W HARMON AVE<br>LAS VEGAS, NV 89103 | | | Trade Payable | | | | $27,945.31 |
| ACCOUNT NO.<br><br>CORE-MARK INTERNATIONAL INC.<br>353 MEYER CIRCLE<br>CORONA, CA 92879 | | | Trade Payable | | | | $36,064.43 |
| ACCOUNT NO.<br><br>CORONA DEL MAR CHAMBER OF COMMERCE<br>2855 EAST COAST HWY #101<br>CORONA DEL MAR, CA 92625 | | | Trade Payable | | | | $460.00 |

Sheet no. __44_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 66,071.59

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** , Case No. **15-11876 (KG)**
           **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CORREA, RAYMUNDO<br>741 W. 97TH ST.<br>LOS ANGELES, CA 90044 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COUNTY OF ORANGE<br>ENVIRONMENTAL HEALTH<br>1241 EAST DYER ROAD #120<br>SANTA ANA, CA 92705-5611 | | | Trade Payable | | | | $91.25 |
| ACCOUNT NO.<br><br>COUNTY OF ORANGE HEALTH<br>CARE AGENCY ENVIRON<br>HLTH DIV<br>1241 EAST DYER RD #120<br>SANTA ANA, CA 92705-5611 | | | Trade Payable | | | | $365.00 |
| ACCOUNT NO.<br><br>COUNTY OF SAN LUIS OBISPO<br>2156 SIERRA WAY<br>PO BOX 1489<br>SAN LUIS OBISPO, CA 93406 | | | Trade Payable | | | | $202.00 |
| ACCOUNT NO.<br><br>COUNTY OF SANTA BARBARA<br>4410 CATHEDRAL OAKS RD<br>SANTA BARBARA, CA 93110-1042 | | | Trade Payable | | | | $1,280.00 |

Sheet no. _45_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 1,938.25

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                                    ,        Case No.   **15-11876 (KG)**
　　　　　　　　　　　**Debtor**                                              　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COUNTY OF VENTURA ENVIRONMENTAL HEALTH DIVISION 800 S VICTORIA AVE L STE 1730 VENTURA, CA 93009 | | | Trade Payable | | | | $744.54 |
| ACCOUNT NO.<br><br>COVEY , ROBERT 73 BROAD ST # 257B SAN LUIS OBISPO, CA 93405-3712 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COX, LINDA 5250 N HWY 89 LOT 81 FLAAGSTAFF, AZ 86004 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COYLE REPRODUCTIONS INC 2850 ORBLTER STREET BREA, CA 92821 | | | Trade Payable | | | | $286.20 |
| ACCOUNT NO.<br><br>CPF PROMENADE MEMBER LLC PO BOX 6124 HICKSVILLE, NY 11802-6124 | | | Trade Payable | | | | $26,166.67 |

Sheet no. __46_ of __196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 27,197.41

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,                   Case No.   **15-11876 (KG)**
                              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CPT NETWORK SOLUTIONS INC 1062 THORNDALE AVE BENSENVILLE, IL 60106 | | | Trade Payable | | | | $9,807.27 |
| ACCOUNT NO.  CR COOLING & REFRIGERATION INC 2050 WICKENBURG WAY #1 WICKENBURG, AZ 85390 | | | Trade Payable | | | | $2,748.74 |
| ACCOUNT NO.  CRAFT BEER GUILD DIST CA 7825 TRADE STREET # 110B SAN DIEGO, CA 92121-2445 | | | Trade Payable | | | | $11,491.02 |
| ACCOUNT NO.  CREST BEVERAGE LLC PO BOX 848536 LOS ANGELES, CA 90084-2685 | | | Trade Payable | | | | $136,353.52 |
| ACCOUNT NO.  CROMWELL , CHARLES 10029 E LORIAN TUCSON, AZ 85748 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  CROSS VALLEY WATER DISTRICT 8802 180TH STREET SE SNOHOMISH, WA 98296-4804 | | | Trade Payable | X | X | | Undetermined |

Sheet no.  _47_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 160,400.55

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen Opco South, LLC                    ,          Case No.   15-11876 (KG)
                        **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CROWN VALLEY SOUTH LLC CO PEATCO PROPERTIES 25108 MARGUERITE PKWY #A-526 MISSION VIEJO, CA 92692 | | | Trade Payable | | | | $2,348.24 |
| ACCOUNT NO. <br><br> CRUZ-GARCIA , MANUELA 4845 SATURN ST LOS ANGELES, CA 90019-5603 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CUCAMONGA VALLEY WATER DISTRICT 10440 ASHFORD ST RANCHO CUCAMONGA, CA 97130 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> CULLIGAN OF SANTA ANA LOCKBOX PROCESSING PO BOX 2903 WICHITA, KS 67201-2903 | | | Trade Payable | X | X | | $156.20 |
| ACCOUNT NO. <br><br> CULLIGAN SANTA MARIA 700 W COOK ST SANTA MARIA, CA 93458 | | | Trade Payable | X | X | | $38.98 |
| ACCOUNT NO. <br><br> CULT OF 8 475 WASHINGTON ST STE A MONTEREY, CA 93940 | | | Trade Payable | | | | $22,383.00 |

Sheet no.  48  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 24,926.42

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,                    Case No.   **15-11876 (KG)**
                                   **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CULVER CITY SCOUT HOUSE<br>10866 CULVER BOULEVARD<br>CULVER CITY, CA 90230 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>CYMA ORCHIDS CORP<br>2929 ETTING ROAD<br>OXNARD, CA 93033 | | | Trade Payable | | | | $74,876.49 |
| ACCOUNT NO.<br><br>D P I<br>FILE #42338<br>LOS ANGELES, CA | | | Trade Payable | | | | $129,679.52 |
| ACCOUNT NO.<br><br>D.M. DISPOSAL CO, INC - DISTRICT 2140<br>A WASTE CONNECTIONS COMPANY<br>PO BOX 60248<br>LOS ANGELES, CA 90060-0248 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>D.M. RECYCLING CO. - DISTRICT 2160<br>A WASTE CONNECTIONS COMPANY<br>PO BOX 60248<br>LOS ANGELES, CA 90060-0248 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _49_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 205,556.01

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.  **15-11876 (KG)**
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DALE BROS BREWERY<br>2120 PORTERFIELD WAY<br>UPLAND, CA 91786 | | | Trade Payable | | | | $1,814.40 |
| ACCOUNT NO.<br><br>DAMON, PHYLLIS<br>5947 CROWN DR.<br>MIRA LOMA, CA 91752 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DANFORTH , ALMA<br>4508 SIERRA MORENA AVE<br>CARLSBAD, CA 92010-2833 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DANIELS WESTERN MEATS<br>PO BOX 936<br>PICO RIVERA, CA 90660 | | | Trade Payable | | | | $8,174.25 |
| ACCOUNT NO.<br><br>DANS LANDSCAPING<br>PO BOX 14043<br>SAN LUIS OBISPO, CA 93406 | | | Trade Payable | | | | $350.00 |
| ACCOUNT NO.<br><br>DANZEISEN DAIRY LLC<br>6829 W BROADWAY RD<br>PHOENIX, AZ 85043 | | | Trade Payable | | | | $5,190.75 |

Sheet no. _50_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►　$ 15,529.40

Total ►　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No.  **15-11876 (KG)**
                              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  DARLING INTERNATIONAL INC PO BOX 552210 DETROIT, MI 48255-2210 | | | Trade Payable | | | | $600.00 |
| ACCOUNT NO.  DAVIS, MICHELLE 3960 S. HIGUERA #194 SAN LUIS OBISPO, CA 93401 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  DE SANCHEZ, MARIA 4029 44TH ST. #8 SAN DIEGO, CA 92105 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  DECASTRO, FELICIDAD 1689 PLANICIE WAY SAN DIEGO, CA 92154 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  DECO FOODSERVICE PO BOX 915 NEEDLES, CA 92363 | | | Trade Payable | | | | $404.14 |
| ACCOUNT NO.  DECOPAC SDS 12-0871 PO BOX 86 MINNEAPOLIS, MN 55486 | | | Trade Payable | | | | $12,948.35 |

Sheet no. _51_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 13,952.49

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,                    Case No.   **15-11876 (KG)**
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DEKEL, TRACY <br> 4030 PRADO DE LA MARPOSA <br> CALABASAS, CA 91302 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DELICH, CASEY <br> 13433 RIVERSIDE DR. <br> #D <br> SHERMAN OAKS, CA 91423 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DESIGN FABRICATIONS INC <br> 1100 E MANDOLINE AVE <br> MADISON HEIGHTS, MI 48071 | | | Trade Payable | | | | $659,011.46 |
| ACCOUNT NO. <br><br> DIAMOND SHARP <br> 513 MERCURY LANE <br> BREA, CA 92821 | | | Trade Payable | | | | $1,375.00 |
| ACCOUNT NO. <br><br> DIAMONTRIS LLC <br> 2001 S OAK KNOLL AVE <br> SAN MARINO, CA 91108 | | | Trade Payable | | | | $59,638.88 |
| ACCOUNT NO. <br><br> DIDONATO, MARIA <br> 2731 WEST EASTMAN DRIVE <br> ANTHEM, AZ 85086 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _52_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 720,025.34

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,                    Case No.   **15-11876 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DIRECT ENERGY BUSINESS LLC<br>PO BOX 660749<br>DALLAS, TX 75266 | | | Trade Payable | | | | $4,927.76 |
| ACCOUNT NO.<br><br>DIRECTV<br>PO BOX 60036<br>LOS ANGELES, CA 90060-0036 | | | Trade Payable | | | | $48.04 |
| ACCOUNT NO.<br><br>DISCOVERY BUSINESS CENTER LLC<br>PO BOX #846555<br>LOS ANGELES, CA 90084-6555 | | | Trade Payable | | | | $5,516.47 |
| ACCOUNT NO.<br><br>DISH NETWORK<br>PO BOX 94063<br>PALATINE, IL 60055-0063 | | | Trade Payable | | | | $7.00 |
| ACCOUNT NO.<br><br>DOE , JOHN<br>8869 APPLEWOOD DR.<br>RANCHO CUCAMONGA, CA 91730 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DOMESTIC VIOLENCE CENTER OF SANTA CLARITA VALLEY YOUTH<br>23780 NEWHALL AVENUE #202<br>NEWHALL, CA 91321 | | | Trade Payable | | | | $1,000.00 |

Sheet no. _53_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 11,499.27

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re __Haggen Opco South, LLC_____,          Case No.___15-11876 (KG)_____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DRAG N FLY WIRELESS INC<br>7133 WASHINGTON AVE S<br>MINNEAPOLIS, MN 55439 | | | Trade Payable | | | | $260.00 |
| ACCOUNT NO.<br><br>DRESS FOR SUCCESS CLEANERS.<br>17320 RED HILL AVE STE 320<br>IRVINE, CA 92614-5663 | | | Trade Payable | | | | $2,271.26 |
| ACCOUNT NO.<br><br>DRESSER, CAROL<br>8016 JAMES GRAYSON<br>LAS VEGAS, NV 89145 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DRITSAS, MARSHA<br>6255 JARDINE RD<br>PASO ROBLES, CA 93446 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DSRG LP & DS HAWK CS LLC-CVS<br>PO BOX 6157<br>HICKSVILLE, NY 11802-6157 | | | Trade Payable | | | | $1,261.65 |
| ACCOUNT NO.<br><br>DUCKHORN WINE COMPANY<br>PO BOX 8401<br>PASADENA, CA 91109-8401 | | | Trade Payable | | | | $9,328.00 |

Sheet no. _54_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 13,120.91

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,                    Case No.   **15-11876 (KG)**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DUDLEYS BAKERY INC <br> PO BOX 67 <br> SANTA YSABEL, CA 92070 | | | Trade Payable | | | | $26,210.53 |
| ACCOUNT NO. <br><br> DUENAS, ANITA <br> 329 NORTH L ST <br> APT B <br> LOMPOC, CA 93436 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DUFFY, THOMAS <br> 10980 MADRIGAL ST <br> SAN DIEGO, CA 92129 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DUQUETTE, KIM <br> 17554 VANDENBERG LN <br> #13 <br> TUSTIN, CA 92780 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DURAN, JOHN <br> 1320 TOULON ST <br> OCEANSIDE, CA 92052 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> E W DAWSON CORPORATION LTD <br> PO BOX 555 <br> INGLEWOOD, CA 90307 | | | Trade Payable | | | | $4,159.54 |

Sheet no. _55_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 30,370.07

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Haggen Opco South, LLC**                              ,          **Case No.   15-11876 (KG)**
              **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EARLS GONE WILD<br>PO BOX 1174<br>VENTURA, CA 93002-1174 | | | Trade Payable | | | | $287.18 |
| ACCOUNT NO.<br><br>EARP , FRANCES<br>8103 SAN CARLOS DR<br>SAN DIEGO, CA 92119-2618 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>EARTHGRAINS BAKING CO INC..<br>PO BOX 842419<br>BOSTON, MA 02284-2419 | | | Trade Payable | | | | $39,341.94 |
| ACCOUNT NO.<br><br>EASTERDAY BUILDING MAINTENANCE<br>1475 N HUNDLEY ST<br>ANAHEIM, CA 92806 | | | Trade Payable | | | | $928.92 |
| ACCOUNT NO.<br><br>EASTSIDE WINDOW CLEANING & MAINT CO<br>PO BOX 9372<br>BREA, CA 92822 | | | Trade Payable | | | | $780.00 |
| ACCOUNT NO.<br><br>ECLIPSE CHOCOLAT<br>2145 FERN ST<br>SAN DIEGO, CA 92104 | | | Trade Payable | | | | $684.00 |

Sheet no. _56_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 42,022.04

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**_____ ,          Case No.  **15-11876 (KG)**_____
                          **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ECOLAB PEST ELIMINATION SVC<br>26252 NETWORK PLACE<br>CHICAGO, IL 60673-1262 | | | Trade Payable | | | | $9,189.39 |
| ACCOUNT NO.<br><br>ECOVA<br>1313 N ATLANTIC STE 5000<br>SPOKANE, WA 99201 | | | Trade Payable | | | | $7,478.59 |
| ACCOUNT NO.<br><br>EDCO DISPOSAL CORPORATION<br>P.O. BOX 6887<br>BUENA PARK, CA 90622-6887 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>EDEMANN, DEBORAH<br>23735 DEL MONTE DR<br>#160<br>VALENCIA, CA 91355 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>EDWARDS, TERESA<br>1805 CRYSTAL GLEN CT<br>LAS VEGAS, NV 89117 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>EDYTHE AND LLOYD KATZ<br>ELEMENTARY SCHOOL<br>1800 ROCK SPRINGS DRIVE<br>LAS VEGAS, NV 89128 | | | Trade Payable | | | | $1,000.00 |

Sheet no. _57_of_196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 17,667.98

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                            ,          Case No.   **15-11876 (KG)**
                        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EILEEN, MCCOY<br>3535 LINDA VISTA DR<br>SPC 122<br>SAN MARCOS, CA 92078 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>EL NOPALITO WHOLESALE LLC<br>560 SANTA FE DR<br>ENCINITAS, CA 92024 | | | Trade Payable | | | | $18,731.00 |
| ACCOUNT NO.<br><br>EL SUPER LEON PONCHIN SNACKS INC<br>8650 AVENIDA COSTA BLANCA<br>SAN DIEGO, CA 92154 | | | Trade Payable | | | | $1,389.93 |
| ACCOUNT NO.<br><br>EL TORO WATER DISTRICT<br>P.O. BOX 4000<br>LAGUNA HILLS, CA 92654-4000 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>ELEVEN WESTERN BUILDERS INC.<br>2862 EXECUTIVE PL<br>ESCONDIDO, CA 92029-1524 | | | Trade Payable | X | X | | $24,426.00 |
| ACCOUNT NO.<br><br>ELITE EQUIPMENT<br>9501 ALONDRA BLVD<br>BELLFLOWER, CA 90706-3503 | | | Trade Payable | | | | $619.46 |

Sheet no. _58_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► | $ 45,166.39

Total ► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**_____ ,          **Case No.   15-11876 (KG)**_____
               **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ELMHURST MUTUAL POWER & LIGHT 120 132ND ST SOUTH TACOMA, WA 98444-4808 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.  EMDEON BUSINESS SERVICES PO BOX 572490 MURRAY, UT 84157-2490 | | | Trade Payable | | | | $6,140.60 |
| ACCOUNT NO.  EPCOR WATER/80036 PO BOX 80036 PRESCOTT, AZ 86304-8036 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.  EPIC WINES 2160-B 41ST AVENUE CAPITOLA, CA 95010 | | | Trade Payable | | | | $11,078.25 |
| ACCOUNT NO.  ES & RE BERGER FAMILY TRUST C/O THE EQUITY GROUP 8367 W FLAMINGO ROAD #201 LAS VEGAS, NV 89147 | | | Trade Payable | | | | $24,203.13 |
| ACCOUNT NO.  ESCOBAR , MINOR 8869 APPLEWOOD DR RANCHO CUCAMONGA, CA 91730-3319 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _59_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 41,421.98

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,                          Case No.   **15-11876 (KG)**
           **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ESPERANZAS TORTILLERIA<br>750 ROCK SPRINGS ROAD<br>ESCONDIDO, CA 92025 | | | Trade Payable | | | | $1,297.80 |
| ACCOUNT NO.<br><br>ESPINOZA, ROCIO<br>3060 SUNCREST DR<br>#20<br>SAN DIEGO, CA 92116 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ETHNIC BREADS<br>137 AERO CAMINO<br>GOLETA, CA 93117 | | | Trade Payable | | | | $96.90 |
| ACCOUNT NO.<br><br>EUGENE WATER & ELECTRIC BOARD (EWEB)<br>P.O. BOX 8990<br>VANCOUVER, WA 98668-8990 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>EVANS, REBECCA<br>28343 ESPLANADA DR<br>VALENCIA, CA 91354 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>EVERCLEAR WATER SYSTEMS LLC<br>PO BOX 911<br>PEORIA, AZ 85380-0911 | | | Trade Payable | | | | $4,550.00 |

Sheet no. _60_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 5,944.70

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.  **15-11876 (KG)**
                          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EWING, ERIN<br>3425 N STARLIGHT DR<br>PRESCOTT VALLEY, AZ 86314 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>EXCEL TRUST LP<br>PO BOX 27324<br>SAN DIEGO, CA 92198-1324 | | | Trade Payable | | | | $10,127.97 |
| ACCOUNT NO.<br><br>F MCLINTOCKS ASSOC<br>PO BOX 18467<br>ENCINO, CA 91416-8467 | | | Trade Payable | | | | $2,642.55 |
| ACCOUNT NO.<br><br>FACTEON INC SOI<br>MANAGEMENT CORPORATION<br>PO BOX 116999<br>ATLANTA, GA 30368 | | | Trade Payable | | | | $6,536.00 |
| ACCOUNT NO.<br><br>FAIREST CAPE BEVERAGE CO INC<br>13 FREMONT<br>IRVINE, CA 92620 | | | Trade Payable | | | | $749.00 |

Sheet no. _61_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►    $ 20,055.52

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** ,                          Case No.  **15-11876 (KG)**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FAIRVIEW SHOPPING CENTER LLC<br>1900 AVENUE OF THE STARS<br>STE 2475<br>LOS ANGELES, CA 90067 | | | Trade Payable | | | | $11,953.86 |
| ACCOUNT NO.<br><br>FARMER JOHN EGG ENTERPRISES<br>JOHN LEWIS & SONS<br>5110 EAST PANAMA LANE<br>BAKERSFIELD, CA 93307 | | | Trade Payable | | | | $997.29 |
| ACCOUNT NO.<br><br>FAT MAN CANDY COMPANY<br>12570 SW HARLEQUIN DRIVE<br>BEAVERTON, OR 97007 | | | Trade Payable | | | | $284.40 |
| ACCOUNT NO.<br><br>FATTALEH, RAJA<br>8351 E. LITTLEFIELD ST.<br>LONG BEACH, CA 90808 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FERRELLGAS/WA-BREMERTON<br>300120<br>PO BOX 173940<br>DENVER, CO 80217-3940 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _62_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►  $ 13,235.55

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen Opco South, LLC                    ,          Case No.  15-11876 (KG)
            **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FIELDS , MARGARET<br>3962 MESA CIRCLE DRIVE<br>LOMPOC, CA 93436 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FIESTA PACIFIC PRODUCTS INC<br>1488 CORPORATE CENTER DR<br>SAN DIEGO, CA 92154 | | | Trade Payable | | | | $114.00 |
| ACCOUNT NO.<br><br>FINTECH<br>7702 WOODLAND CENTER BLVD<br>STE 50<br>TAMPA, FL 33614 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>FIRE KING COMMERCIAL SERVICES LLC<br>2789 SOLUTION CENTER<br>CHICAGO, IL 60677-2007 | | | Trade Payable | | | | $869.95 |
| ACCOUNT NO.<br><br>FIRST DATA MERCHANT SVCS CORP<br>CITI MERCHANT SERVICES<br>PO BOX 2215<br>ENGLEWOOD, CO 80150 | | | Trade Payable | | | | $25,598.55 |

Sheet no. _63_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 26,582.50

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**               ,          Case No.   **15-11876 (KG)**
                    **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  FITZGIBBONS, ANN 17973 AVENIDA ALOZDRA SAN DIEGO, CA 92128 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  FLAGSTAFF FAMILY FOOD KITCHEN 1903 N 2ND STREET FLAGSTAFF, AZ 86004 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.  FLETCHER HILLS TOWN & CNTRY SC 7855 IVANHOE AVE SUITE #333 LA JOLLA, CA 92037 | | | Trade Payable | | | | $34,952.73 |
| ACCOUNT NO.  FLORAL SUPPLY SYNDICATE PO BOX 1305 CAMARILLO, CA 93011 | | | Trade Payable | | | | $3,086.80 |
| ACCOUNT NO.  FLOWERS BAKING CO OF. CALIFORNIA LLC PO BOX 396074 SAN FRANCISCO, CA 94139-6074 | | | Trade Payable | | | | $101,518.17 |
| ACCOUNT NO.  FOOTHILL PLAZA LLC. 1850 SOSCOL AVE STE 207 NAPA, CA 94559 | | | Trade Payable | | | | $10,452.16 |

Sheet no. _64_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 151,009.86

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**_____,                Case No.   **15-11876 (KG)**_____
              **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FOOTHILLS FOODBANK<br>6038 E HIDDEN VALLEY DRIVE<br>CAVE CREEK, AZ 85331 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>FOREST PRINTING INC<br>23591 ROCKFIELD SUITE E<br>LAKE FOREST, CA 92630 | | | Trade Payable | | | | $1,458.00 |
| ACCOUNT NO.<br><br>FOSTER , DARYL<br>941 BELLAGIO  ROAD<br>ESCONDIDO, CA 92027-4552 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FOULTERORS, PATRICIA<br>2401 ASHLAND<br>SANTA MONICA, CA 90404 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FOX POINT FARMS WHOLESALE<br>1150 QUAIL GARDENS DR<br>ENCINITAS, CA 92024 | | | Trade Payable | | | | $1,881.25 |
| ACCOUNT NO.<br><br>FRANK FAMILY VINEYARDS<br>PO BOX 1012<br>ST HELENA, CA 94574 | | | Trade Payable | | | | $1,884.00 |

Sheet no. _65_of_196_continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  |  $ 6,223.25

Total ▶  |  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** , **Case No. 15-11876 (KG)**
          **Debtor**           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FRANKLIN PLUMBING SERVICES INC<br>PO BOX 11838<br>PRESCOTT, AZ 86304-1838 | | | Trade Payable | | | | $324.98 |
| ACCOUNT NO.<br><br>FRANZ FAMILY BAKERIES<br>PO BOX 742654<br>LOS ANGELES, CA 90074-2654 | | | Trade Payable | X | X | | $26.70 |
| ACCOUNT NO.<br><br>FRESH EXPRESS<br>PO BOX 4489<br>MEDFORD, OR 97501-0176 | | | Trade Payable | | | | $297.30 |
| ACCOUNT NO.<br><br>FRESH SELECT INC<br>PO BOX 73318<br>PHOENIX, AZ 85050 | | | Trade Payable | | | | $4,219.73 |
| ACCOUNT NO.<br><br>FRESH START SD INC<br>DBA YUMMY CUPCAKES<br>1514 ENCINITAS BLVD<br>ENCINITAS, CA 92024 | | | Trade Payable | | | | $3,294.00 |
| ACCOUNT NO.<br><br>FRITO LAY INCORPORATED<br>75 REMITTANCE DR STE 1844<br>CHICAGO, IL 60675-1844 | | | Trade Payable | X | X | | $151,858.32 |

Sheet no. _66_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 160,021.03

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FROGS LEAP WINERY<br>PO BOX 189<br>RUTHEFORD, CA 94523-0189 | | | Trade Payable | | | | $352.00 |
| ACCOUNT NO.<br><br>FRONT LINE<br>PO BOX 670<br>LAVERNE, CA 91750 | | | Trade Payable | | | | $13,897.03 |
| ACCOUNT NO.<br><br>FTD DATA PROCESSING CENTER<br>4440 SOLUTIONS CENTER<br>BOX 774440<br>CHICAGO, IL 60677-7007 | | | Trade Payable | | | | $533.00 |
| ACCOUNT NO.<br><br>FUJI FOOD PRODUCTS INC<br>14420 BLOOMFIELD AVE<br>SANTA FE SPRINGS, CA 90670 | | | Trade Payable | | | | $778.68 |
| ACCOUNT NO.<br><br>FW CA FIVE POINTS SC LLC<br>DBA FIVE POINTS S.C.<br>PO BOX 31001-1060<br>PASADENA, CA 91110-1060 | | | Trade Payable | | | | $6,276.45 |

Sheet no. __67_ of __196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 21,837.16

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                                          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FW CA RANCHO SAN DEIGO <br> RANCHO SAN DEIGO VILLEGE 90011 <br> PO BOX 31001 1090 <br> PASADENA, CA 91110-1090 | | | Trade Payable | | | | $8,839.33 |
| ACCOUNT NO. <br><br> G & K SERVICES <br> PO BOX 842385 <br> BOSTON, MA 02284-2385 | | | Trade Payable | | | | $23,069.31 |
| ACCOUNT NO. <br><br> G & P CARPET CLEANING INC. <br> 11010 ARROW ROUTE #104 <br> RANCHO CUCAMONGA, CA 91730 | | | Trade Payable | | | | $2,350.00 |
| ACCOUNT NO. <br><br> GABES SNACKS <br> 25312 HILLARY LANE <br> LAGUNA HILLS, CA 92653 | | | Trade Payable | | | | $993.69 |
| ACCOUNT NO. <br><br> GABRIEL, MAILE <br> 2879 KINKNOCKIE <br> HENDERSON, NV 89044 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  68 of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 35,252.33

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** _____ ,      Case No. __15-11876 (KG)__
                  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GALLO WINE COMPANY<br>FILE NUMBER 5088<br>LOS ANGELES, CA 90074-5088 | | | Trade Payable | X | X | | $152,911.73 |
| ACCOUNT NO.<br><br>GANUZA, DORIS<br>115 SEAVIEW STREET<br>PORT HUENEME, CA 93041 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GARAGE BREWING CO<br>29095 OLD TOWN FRONT ST<br>TEMECULA, CA 92590 | | | Trade Payable | | | | $891.30 |
| ACCOUNT NO.<br><br>GARCIA , YANEL<br>30 E PAISLEY ST<br>CHULA VISTA, CA 91911-4533 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GARDINER, THOMAS<br>384 CAMINO ELEVADO<br>BONITA, CA 91902 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GARRIDO, PATRICIA<br>P.O. BOX 7428<br>CHULA VISTA, CA 91912 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _69_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 153,803.03

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** ,                                    Case No.   **15-11876 (KG)**
                          **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GARRITY, PHILIP<br>11447 MADERA ROSA WAY<br>SAN DIEGO, CA 92124 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GCS SERVICE INC<br>24673 NETWORK PL<br>CHICAGO, IL 60673-1246 | | | Trade Payable | | | | $342.75 |
| ACCOUNT NO.<br><br>GEHL ELECTRIC INC.<br>420 APOLLO STREET STE B<br>BREA, CA 92821 | | | Trade Payable | | | | $1,533.60 |
| ACCOUNT NO.<br><br>GESS ENVIRONMENTAL<br>4591 KJER ROAD<br>MCKINLEYVILLE, CA 95519 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>GHOLKAR , OM<br>2345 WORKMAN AVE<br>SIMI VALLEY, CA 93063 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GI INDUSTRIES<br>P.O. BOX 541065<br>LOS ANGELES, CA 90054-1065 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _70_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 1,876.35

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GIBSON CONSTRUCTION INC.<br>4842 BERG STREET<br>NORTH LAS VEGAS, NV 89081 | | | Trade Payable | | | | $70.00 |
| ACCOUNT NO.<br><br>GIG HARBOR CANDY LLC<br>3920 10TH ST NW<br>GIG HARBOR, WA 98335 | | | Trade Payable | | | | $336.00 |
| ACCOUNT NO.<br><br>GIG TCG WAVE MASTER PRPRTY LLC<br>1290 AVENUE OF THE AMERICAS SUITE 914<br>NEW YORK, NY 10104 | | | Trade Payable | | | | $42,842.37 |
| ACCOUNT NO.<br><br>GILBERTOS DISTRIBUTING CO<br>PO BOX 11332<br>TUCSON, AZ 85734 | | | Trade Payable | | | | $37.00 |
| ACCOUNT NO.<br><br>GILDAS CLUB DESERT CITIES<br>73555 ALESSANDRO DRIVE<br>PALM DESERT, CA 92260 | | | Trade Payable | | | | $1,000.00 |

Sheet no. __71_ of __196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 44,285.37

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                        ,        Case No.   **15-11876 (KG)**
                                **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GILLERES, DARLENE<br>532 FELIZ CONTADO CT.<br>HENDERSON, NV 89015 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GINOS WEST COAST FOODS LLC<br>961 CONTADERO PL<br>LAS VEGAS, NV 89138 | | | Trade Payable | | | | $1,464.60 |
| ACCOUNT NO.<br><br>GLIDE RITE CORPORATION<br>7100 SOPHIA AVE UNIT B<br>VAN NUYS, CA 91406 | | | Trade Payable | | | | $1,490.97 |
| ACCOUNT NO.<br><br>GMI BUILDING SERVICES INC<br>8001 VICKERS STREET<br>SAN DIEGO, CA 92111 | | | Trade Payable | | | | $4,723.76 |
| ACCOUNT NO.<br><br>GNB INDUSTRIAL POWER..<br>PO BOX 933479<br>ATLANTA, GA 31193-3479 | | | Trade Payable | | | | $1,021.99 |
| ACCOUNT NO.<br><br>GODDARD, DENICE<br>4125 CALEDONIA DR.<br>SAN DIEGO, CA 92111 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _72_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 8,701.32

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** , Case No. **15-11876 (KG)**

Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GOLD COAST DAIRY<br>123-B AERO CAMINO<br>GOLETA, CA 93117-3177 | | | Trade Payable | | | | $7,606.01 |
| ACCOUNT NO.<br><br>GOLD PUBLIC RELATIONS INC<br>4008 SHADY RIDGE DRIVE<br>CORONA, CA 92881 | | | Trade Payable | | | | $19,667.83 |
| ACCOUNT NO.<br><br>GOLDEN EAGLE MANAGEMENT LLC<br>2775 VIA DE LA VALLE STE 200<br>DEL MAR, CA 92014 | | | Trade Payable | | | | $13,562.30 |
| ACCOUNT NO.<br><br>GOLDEN EMPIRE YOUTH TACKLE FOOTBALL INC<br>4308 RESNIK CT SUITE 201<br>BAKERSFIELD, CA 93313 | | | Trade Payable | | | | $2,000.00 |
| ACCOUNT NO.<br><br>GOLDEN SPRINGS ELEMENTARY<br>800 SOUTH GAREY AVENUE<br>POMONA, CA 91766 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>GOLDEN STATE WATER CO.<br>P.O. BOX 9016<br>SAN DIMAS, CA 91773-9016 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _73_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 43,836.14

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** ,                    Case No.   **15-11876 (KG)**
                          **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GOLDEN WEST TRADING INC <br> PO BOX 58168 <br> VERNON, CA 90058 | | | Trade Payable | | | | $2,067.96 |
| ACCOUNT NO. <br><br> GOLETA WATER DISTRICT <br> 4699 HOLLISTER AVENUE <br> SANTA BARBARA, CA 93110-1999 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> GOMEZ, VICTORIA <br> 2842 PALMETTO POINT CT <br> CHULA VISTA, CA 91915 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GONZALEZ, CRYSTAL <br> 1025 N. TIPPECANOE AVE. <br> #152 <br> SAN BERNARDINO, CA 92412 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GOODLOW , LINDA <br> 29451 STARRING  LN <br> MENIFEE, CA 92584-6945 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GOUDY , ROSEMARY <br> 3536 PERSHING AVE <br> SAN DIEGO, CA 92104-3414 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  _74_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 2,067.96

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** _____ ,        Case No.   **15-11876 (KG)** _____
  **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GOULD, MONICA<br>1340 GRAHAM ST<br>SIMI VALLEY, CA 93065 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GOURMET COFFEE WAREHOUSE INC<br>4856 JUDSON AVE SUITE 150<br>LAS VEGAS, NV 89115 | | | Trade Payable | | | | $1,497.66 |
| ACCOUNT NO.<br><br>GOURMET MERCHANTS INTL<br>16511 SOUTH MAIN STREET<br>GARDENA, CA 90248 | | | Trade Payable | | | | $27,232.08 |
| ACCOUNT NO.<br><br>GOYA OF CALIFORNIA<br>14500 PROCTOR AVENUE<br>CITY OF INDUSTRY, CA 91746 | | | Trade Payable | | | | $3,094.95 |
| ACCOUNT NO.<br><br>GRANITE TELECOMMUNICATIONS LLC<br>PO BOX 983119<br>BOSTON, MA 02298-3119 | | | Trade Payable | | | | $74,501.00 |
| ACCOUNT NO.<br><br>GRAYLIFT INC<br>PO BOX 2808<br>FRESNO, CA 93745 | | | Trade Payable | | | | $3,140.77 |

Sheet no. _75_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 109,466.46

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,            Case No.   **15-11876 (KG)**
                              **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GREENBAUM, BOBBI<br>28930 BURLESON STREET<br>AGOURA, CA 91301 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GREENHILL, IRIS<br>661 W.32ND ST.<br>SAN PEDRO, CA 90732 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GRGICH HILLS CELLAR<br>PO BOX 450<br>RUTHERFORD, CA 94573 | | | Trade Payable | | | | $4,218.41 |
| ACCOUNT NO.<br><br>GRIJALVA, SARA<br>708 PICO BLVD.<br>#104<br>SANTA MONICA, CA 90405 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GROUNDWORK COFFEE CO<br>5457 CLEON AVENUE<br>NORTH HOLLYWOOD, CA 91601 | | | Trade Payable | | | | $2,568.56 |
| ACCOUNT NO.<br><br>GUERIN, MURIEL<br>9901 TRAILWOOD DR`<br>LAS VEGAS, NV 89134 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _76_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 6,786.97

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,                    Case No.   **15-11876 (KG)**
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GUERRERO, ROZ<br>25917 VIANA AVE<br>LOMITA, CA 90717 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GUNAN, AIANA<br>1730 SINALOA RD<br>#304<br>SIMI VALLEY, CA 93065 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GUZMAN, STEFAN<br>876 FLOYD AVE<br>CHULA VISTA, CA 91910 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GWENDOLYN STRONG FOUNDATION<br>27 W. ANAPAMU STREET SUITE 177<br>SANTA BARBARA, CA 93101 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>HAGGEN MARKETPLACE LLC<br>3145 EL CAJON BLVD<br>SAN DIEGO, CA 92104 | | | Trade Payable | | | | $11,666.67 |

Sheet no. _77_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶　$ 12,666.67

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.  **15-11876 (KG)**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HAGGEN OPERATIONS HOLDINGS, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | | | Intercompany Payable Due to Haggen Operations Holdings, LLC | | | | $170,710,001.21 |
| ACCOUNT NO.<br><br>HAINS, RACHEL<br>2700 S BONANZA AVE<br>TUCSON, AZ 85710 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HALL BRANDS LLC<br>1705 SW SPRING ST<br>PORTLAND, OR 97201 | | | Trade Payable | | | | $126.00 |
| ACCOUNT NO.<br><br>HANGAR 24 CRAFT DISTRIBUTION<br>PO BOX 9420<br>REDLANDS, CA 92375 | | | Trade Payable | | | | $7,849.25 |
| ACCOUNT NO.<br><br>HARALAMBOS BEVERAGE CO<br>PO BOX 6005<br>EL MONTE, CA 91734-2005 | | | Trade Payable | | | | $82,481.99 |
| ACCOUNT NO.<br><br>HARBOR DISTRIBUTING CO<br>PO BOX 842685<br>LOS ANGELES, CA 90084-2685 | | | Trade Payable | | | | $45,655.62 |

Sheet no. _78_of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 170,846,114.07

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                          ,          Case No. **15-11876 (KG)**
                                    **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HARDY, ANTHONY<br>26252 DEVONSHIRE<br>MISSION VIEJO, CA 92692 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HARRISON, ASHLIN<br>6443 GLIDDEN STREET<br>SAN DIEGO, CA 92111 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HAUPTMAN , LAUREN<br>1155 PALM ST.<br>#12<br>SAN LUIS OBISPO, CA 93401 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HAUSRATH, SALLY<br>814 CAMINITO DIEZ<br>CARLSBAD, CA 92008 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HEC-RNBT LLC<br>TRUSTEE - ROSEMARY N BALLMAN<br>TRUST 4475 EXECUTIVE DR 2ND FL<br>SAN DIEGO, CA 92121 | | | Trade Payable | | | | $16,111.11 |

Sheet no. _79_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 16,111.11

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,                    Case No.   **15-11876 (KG)**
**Debtor**                                                                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HEIMARK DISTRIBUTING COMPANY<br>PO BOX 3985<br>SANTA FE SPRINGS, CA 90670 | | | Trade Payable | | | | $10,382.78 |
| ACCOUNT NO.<br><br>HELEN WOODWARD ANIMAL SHELTER<br>6523 HELEN WOODWARD WAY # 100<br>RANCHO SANTA FE, CA 92067 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>HELIX WATER DISTRICT<br>PO BOX 513597<br>LOS ANGELES, CA 90051-3597 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>HENDERSON, SERENA<br>5527 PINE STREET<br>PALMDALE, CA 93551 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HENRY WINE GROUP<br>PO BOX 844248<br>LOS ANGELES, CA 90084-4248 | | | Trade Payable | | | | $7,940.12 |

Sheet no.  __80_ of __196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 19,322.90

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          **Case No.** **15-11876 (KG)**
                          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HERNANDEZ, GABRIELA <br> 3525 RAY ST. <br> SAN DIEGO, CA 92104 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HERRERA DE ESQUIVEL, SILVIA <br> 3860 SOUTH HIGUERA ST <br> #204 <br> SAN LUIS OBISPO, CA 93405 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HERRERA, MARIA <br> 15543 RAYEN ST. <br> #6 <br> NORTH HILLS, CA 91343 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HERTZOG , JANETTE <br> 326 MISSION DR <br> CAMARILLO, CA 93010-2026 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HHI JERSEY <br> PO BOX 4535 <br> PALM SPRINGS, CA 92263 | | | Trade Payable | | | | $1,973.98 |
| ACCOUNT NO. <br><br> HICKMANS FAMILY FARMS <br> 6515 S JACKRABBIT TRAIL <br> BUCKEYE, AZ 85326 | | | Trade Payable | | | | $84,444.55 |

Sheet no. __81_ of __196__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 86,418.53

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**           ,          **Case No.**   **15-11876 (KG)**
               **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HIDDEN VILLA RANCH<br>PO BOX 34001<br>FULLERTON, CA 92834-9401 | | | Trade Payable | X | X | | $5,478.34 |
| ACCOUNT NO.<br><br>HIGGINS SERVICES LLC<br>PO BOX 371<br>CYPRESS, CA 90630 | | | Trade Payable | | | | $350.00 |
| ACCOUNT NO.<br><br>HILLBILLY HOOCH LLC<br>25952 EVERGREEN ROAD<br>LAGUNA HILLS, CA 92653 | | | Trade Payable | | | | $48.00 |
| ACCOUNT NO.<br><br>HILLIKERS.<br>11329 EL NOPAL<br>LAKESIDE, CA 92040 | | | Trade Payable | | | | $2,409.38 |
| ACCOUNT NO.<br><br>HIRERIGHT SOLUTIONS INC<br>PO BOX 847783<br>DALLAS, TX 75284-7783 | | | Trade Payable | | | | $68.70 |
| ACCOUNT NO.<br><br>HISSHO SUSHI<br>11949 STEELE CREED ROAD<br>CHARLOTTE, NC 28273 | | | Trade Payable | | | | $4,141.89 |

Sheet no. _82_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 12,496.31

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,                    Case No.  **15-11876 (KG)**
_____
                **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HOBART SERVICE<br>ITW FOOD EQUIPMENT GROUP LLC<br>PO BOX 2517<br>CAROL STREAM, IL 60132-2517 | | | Trade Payable | | | | $32,479.60 |
| ACCOUNT NO.<br><br>HOFFMAN REFRIGERATION<br>13026 N CAVE CREEK RD<br>SUITE #101<br>PHOENIX, AZ 85022 | | | Trade Payable | | | | $1,396.61 |
| ACCOUNT NO.<br><br>HOFFMAN, HUGUETTE<br>1 TAYLOR<br>IRVINE, CA 92620 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOLLANDIA DAIRY INC<br>622 E MISSION ROAD<br>SAN MARCOS, CA 92069 | | | Trade Payable | | | | $9,612.12 |
| ACCOUNT NO.<br><br>HOLLIDAY & ASSOCIATES<br>12 PINEWOOD ST<br>IRVINE, CA 92604 | | | Trade Payable | | | | $7,839.99 |

Sheet no. __83_ of __196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 51,328.32

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                                **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HOLSUM BAKERY INC<br>PO BOX 842176<br>DALLAS, TX 75284-2176 | | | Trade Payable | | | | $7,655.50 |
| ACCOUNT NO.<br><br>HOMA II LLC<br>C/O TEC PROPERTY  MGMT INC<br>9200 SUNSET BLVD PH 9<br>LOS ANGELES, CA 90069 | | | Trade Payable | | | | $25,265.62 |
| ACCOUNT NO.<br><br>HONIG VINEYARDS<br>PO BOX 406<br>RUTHERFORD, CA 94573-0406 | | | Trade Payable | | | | $600.00 |
| ACCOUNT NO.<br><br>HOOD, JESSICA<br>10655 CALLE MAR DE MARIPOSA<br>DEL MAR, CA 92130 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOPKINS, VIVIAN<br>5642 MARICOPA DR.<br>SIMI VALLEY, CA 93063 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HORLINGS, ANGELA<br>28734 HASKELL CYN RD<br>SANTA CLARITA, CA 91390 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _84_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 33,521.12

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** _____ ,      Case No. **15-11876 (KG)**
                **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HORTON, JAMES<br>2920 DALEMEAD ST.<br>TORRANCE, CA 90505 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOWARD BURBANK TOWNE CTR LLC<br>C/O ADR PREFERRED BUS PRPRTIES<br>20664 VENTURA BLVD<br>WOODLAND HILLS, CA 91364 | | | Trade Payable | | | | $1,180.94 |
| ACCOUNT NO.<br><br>HUNTINGTON SECURITY SYSTEMS INC<br>2681 DOW AVENUE SUITE B<br>TUSTIN, CA 92780 | | | Trade Payable | | | | $47,702.56 |
| ACCOUNT NO.<br><br>HUSSMANN CORPORATION<br>26372 NETWORK PLACE<br>CHICAGO, IL 60673-1263 | | | Trade Payable | | | | $9,890.23 |
| ACCOUNT NO.<br><br>HYDRAULICS UNLIMITED INC<br>DBA: A-1 HYDRAULIC SERVICE<br>2100 ROOSEVELT<br>NATIONAL CITY, CA 91950-6538 | | | Trade Payable | | | | $1,151.55 |

Sheet no. __85_ of __196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 59,925.28

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                            ,          Case No.   **15-11876 (KG)**
                             **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HYDRO FLASK <br> 561 NW YORK DRIVE <br> BEND, OR 97701 | | | Trade Payable | | | | $572.99 |
| ACCOUNT NO. <br><br> IA MANAGEMENT LLC <br> BLDG 44654 <br> 13977 COLLECTIONS CENTER DR <br> CHICAGO, IL 60693-0139 | | | Trade Payable | | | | $15,416.87 |
| ACCOUNT NO. <br><br> ICONTROL <br> 3919 NATIONAL DRIVE 2ND FLOOR <br> BURTONSVILLE, MD 20866 | | | Trade Payable | X | X | | $16,068.65 |
| ACCOUNT NO. <br><br> IMPERIAL WINE WHOLESALERS <br> 6374 MONTESSOURI STREET <br> LAS VEGAS, NV 89113 | | | Trade Payable | | | | $456.00 |
| ACCOUNT NO. <br><br> INDUSTRIAL FORKLIFTS OF SOCAL <br> 5650 KNOTT AVE <br> BUENA PARK, CA 90621 | | | Trade Payable | | | | $3,186.11 |
| ACCOUNT NO. <br><br> INDUSTRIAL GRIND LLC <br> ATTN ACCOUNTS RECEIVABLE <br> 604 CEDAR AVE <br> CHULA VISTA, CA 91910 | | | Trade Payable | | | | $1,890.00 |

Sheet no. _86_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 37,590.62

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**_____,        Case No.   **15-11876 (KG)**_____
　　　　　　　　　　**Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>INGRAM ENTERTAINMENT<br>CREDIT BOX 953<br>2 INGRAM BLVD<br>LA VERGNE, TN 37089 | | | Trade Payable | | | | $3,292.76 |
| ACCOUNT NO.<br><br>INLAND HOBBS<br>MATERIALS HANDLING DEPT<br>710006<br>PO BOX 514670<br>LOS ANGELES, CA 90051-4670 | | | Trade Payable | | | | $223.74 |
| ACCOUNT NO.<br><br>INSIGHT DIRECT USA INC<br>PO BOX 70212<br>CHICAGO, IL 60673 | | | Trade Payable | | | | $22.76 |
| ACCOUNT NO.<br><br>ISLAND BREWING COMPANY<br>5049 SIXTH STREET<br>CARPINTERIA, CA 93013 | | | Trade Payable | | | | $1,648.80 |
| ACCOUNT NO.<br><br>IVARS DISPLAYS<br>2314 LOCUST COURT<br>ONTARIO, CA 91761 | | | Trade Payable | | | | $84,215.62 |

Sheet no.   87  of   196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 89,403.68

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Haggen Opco South, LLC** ,                           Case No.  **15-11876 (KG)**
                          **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>J & L WINES<br>PO BOX 2399<br>PASO ROBLES, CA 93447-2399 | | | Trade Payable | | | | $29,647.14 |
| ACCOUNT NO.<br><br>J & S POWER CLEANING<br>376 TROUSDALE DR<br>CHULA VISTA, CA 91910 | | | Trade Payable | | | | $1,172.00 |
| ACCOUNT NO.<br><br>J SERRA HIGH SCHOOL ICE HOCKEY<br>26351 JUNIPERO SERRA ROAD<br>SAN JUAN CAPISTRANO, CA 92675 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>JAIME L SANTANA FAMILY TRUST<br>P O BOX  6471<br>VENTURA, CA 93006 | | | Trade Payable | | | | $5,225.85 |
| ACCOUNT NO.<br><br>JAM CELLARS<br>1030 SEMINARY ST STE C<br>NAPA, CA 94559 | | | Trade Payable | | | | $4,560.00 |

Sheet no. __88_ of __196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 41,604.99

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,                Case No.   **15-11876 (KG)**
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JARROD M SEMAN<br>DBA ADVANCED POWER WASHING<br>PO BOX 133<br>WILDOMAR, CA 92595 | | | Trade Payable | | | | $3,150.00 |
| ACCOUNT NO.<br><br>JASMIN, DERRICK<br>9422 VAJEAN AVE.<br>NORTH HILLS, CA 91343 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>JD WOODCRAFT<br>9085 MISSION BLVD STE A-1 99<br>RIVERSIDE, CA 92509 | | | Trade Payable | | | | $3,861.55 |
| ACCOUNT NO.<br><br>JEFF H GAY<br>DBA ALL SEASONS WINDOW CLNG<br>PO BOX 40073<br>BAKERSFIELD, CA 93384 | | | Trade Payable | | | | $200.00 |
| ACCOUNT NO.<br><br>JELLY BELLY CANDY COMPANY<br>PO BOX 742799<br>LOS ANGELES, CA 90074-2799 | | | Trade Payable | | | | $1,725.97 |

Sheet no. _89_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 8,937.52

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,         Case No.   **15-11876 (KG)**
                        **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  JENKINS, CAROLYN 10480 BROOKHORSTE SAN DIEGO, CA 92126 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  JEWISH WAR VETERANS OF USA INC 1811 R STREET NW WASHINGTON, DC 20009 | | | Trade Payable | | | | $500.00 |
| ACCOUNT NO.  JHOS BREAD BASKET BAKERY PO BOX 390301 SAN DIEGO, CA 92149-0301 | | | Trade Payable | | | | $116.00 |
| ACCOUNT NO.  JOCKOS MIX 417 CHALFONTE CT SANTA MARIA, CA 93454 | | | Trade Payable | | | | $976.80 |
| ACCOUNT NO.  JOEBELLA COFFEE ROASTERS 4675 SAN ANSELMO RD ATASCADERO, CA 93422 | | | Trade Payable | | | | $1,429.25 |
| ACCOUNT NO.  JOHN BURROUGHS HIGH SCHOOL VOCAL MUSIC DEPARTMENT 1920 W CLARK STREET BURBANK, CA 91506 | | | Trade Payable | | | | $1,000.00 |

Sheet no.  90  of   196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 4,022.05

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,        Case No.  **15-11876 (KG)**
                        **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JOHN DENNIS WILSON DBA HYGIENE SOLUTIONS 1219 PERSIMMON AVE #43 EL CAJON, CA 92021 | | | Trade Payable | | | | $4,890.00 |
| ACCOUNT NO. <br><br> JOHN LENORE & COMPANY 1250 DELEVAN DR SAN DIEGO, CA 92102 | | | Trade Payable | | | | $54,811.62 |
| ACCOUNT NO. <br><br> JOHN M FRANK CONSTRUCTION INC DBA CSC CONCRETE SERVICES 913 E 4TH ST SANTA ANA, CA 92701 | | | Trade Payable | | | | $6,140.17 |
| ACCOUNT NO. <br><br> JON EDWARDS PHOTOGRAPHY 915 S ALTA VISTA AVE MONROVIA, CA 91016 | | | Trade Payable | | | | $616.69 |
| ACCOUNT NO. <br><br> JON R MANGERICH PO BOX 3411 LA JOLLA, CA 92038 | | | Trade Payable | | | | $468.00 |

Sheet no.  91  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 66,926.48

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** _____ ,          Case No.  **15-11876 (KG)** _____
                      **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JUAREZ, REYMUNDO<br>659 SOUTH D ST.<br>#A<br>OXNARD, CA 93030 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>JULIAN BAKERY<br>5621 LA JOLLA BLVD<br>LA JOLLA, CA 92037 | | | Trade Payable | | | | $218.90 |
| ACCOUNT NO.<br><br>JULIAN PIE COMPANY<br>PO BOX 1014<br>JULIAN, CA 92036 | | | Trade Payable | | | | $31,879.80 |
| ACCOUNT NO.<br><br>KALIL BOTTLING CO<br>PO BOX 26888<br>TUCSON, AZ 85726-6888 | | | Trade Payable | | | | $2,146.77 |
| ACCOUNT NO.<br><br>KASCO SHARPTECH<br>PO BOX 202368<br>DALLAS, TX 75320-2368 | | | Trade Payable | | | | $23,638.74 |
| ACCOUNT NO.<br><br>KAY, BREYER<br>731 E. HALEY ST.<br>SANTA BARBARA, CA 93103 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _92_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 57,884.21

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                      ,          Case No.   **15-11876 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KELLOGG SUPPLY INC<br>405 N 75TH AVE #2-144<br>PHOENIX, AZ 85043 | | | Trade Payable | | | | $4,137.01 |
| ACCOUNT NO.<br><br>KELLOGGS SNACKS<br>73342 NETWORK PLACE<br>CHICAGO, IL 60673-1733 | | | Trade Payable | | | | $51,146.72 |
| ACCOUNT NO.<br><br>KEY MECHANICAL COMPANY<br>19430 68TH AVENUE SOUTH<br>SUITE B<br>KENT, WA 98032 | | | Trade Payable | X | X | | $104,476.36 |
| ACCOUNT NO.<br><br>KFT ENTERPRISES.<br>11620 WILSHIRE BLVD SUITE 420<br>LOS ANGELES, CA 90025 | | | Trade Payable | | | | $21,744.78 |
| ACCOUNT NO.<br><br>KIMBRELL, BRUCE<br>PO BOX 591<br>MAYER, AZ 86333 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KING HARBOR PLAZA<br>C/O WEBSCO INVESTMENT<br>505 E FIRST ST SUITE H<br>TUSTIN, CA 92780 | | | Trade Payable | | | | $3,222.22 |

Sheet no. _93_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 184,727.09

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.  **15-11876 (KG)**
          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KING, LOUISE<br>183 CALLE MAYOR<br>REDONDO BEACH, CA 90277 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KINNER, KRIS<br>227 N PLEASANT<br># 2<br>PRESCOTT, AZ 86301 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KIPS NUT-FREE KITCHEN<br>2168 AVENIDA TORONJA<br>CARLSBAD, CA 92009 | | | Trade Payable | | | | $75.60 |
| ACCOUNT NO.<br><br>KIWANIS FOUNDATION OF TIERRASANTA<br>PO BOX 420094<br>SAN DIEGO, CA 92142 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>KNOCK, COLLIN<br>4955 ARIVA WAY<br>APT#328<br>SAN DIEGO, CA 92123 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KOBBLER KING<br>3622 W JEFFERSON BLVD<br>LOS ANGELES, CA 90016 | | | Trade Payable | | | | $369.20 |

Sheet no. _94_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►  $ 1,444.80

Total ►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** _____ ,        Case No.  **15-11876 (KG)** _____
 
                    **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KURTH , ROBIN JO<br>21413 EVALYN AVE<br>TORRANCE, CA 90503-5415 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>L&R DISTRIBUTORS INC<br>9301 AVENUE D<br>BROOKLYN, NY 11236 | | | Trade Payable | | | | $24,756.65 |
| ACCOUNT NO.<br><br>LA BONITA INCORPORATED<br>400 21ST STREET<br>BAKERSFIELD, CA 93301 | | | Trade Payable | | | | $50.70 |
| ACCOUNT NO.<br><br>LA CALANDRIA TORTILLERIA<br>1107 S MAIN ST<br>MILTON FREEWATER, OR 97862 | | | Trade Payable | | | | $108.00 |
| ACCOUNT NO.<br><br>LA CANASTA TORTILLAS<br>PO BOX 6939<br>PHOENIX, AZ 85005 | | | Trade Payable | | | | $861.97 |
| ACCOUNT NO.<br><br>LA COSTA CANYON HIGH SCHOOL FOUNDATION<br>1 MAVERICK WAY<br>CARLSBAD, CA 92009 | | | Trade Payable | | | | $1,000.00 |

Sheet no. _95_of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 26,777.32

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                                ,          Case No.   **15-11876 (KG)**
_____
              **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LA ESTRELLA BAKERY INC<br>5266 S 12TH AVE<br>TUCSON, AZ 85706 | | | Trade Payable | | | | $219.50 |
| ACCOUNT NO.<br><br>LA FE TORTILLERIA<br>PO BOX 787<br>SAN MARCOS, CA 92079 | | | Trade Payable | | | | $204.75 |
| ACCOUNT NO.<br><br>LA SALSA CHILENA<br>5025 CAPE MAY #5<br>SAN DIEGO, CA 92107 | | | Trade Payable | | | | $10,329.15 |
| ACCOUNT NO.<br><br>LA TOLTECA INCORPORATED<br>722 UNION STREET STE A<br>SANTA BARBARA, CA 93103-3328 | | | Trade Payable | | | | $2,926.60 |
| ACCOUNT NO.<br><br>LA TORTILLA FACTORY<br>3300 WESTWIND BLVD<br>SANTA ROSA, CA 95403 | | | Trade Payable | X | X | | $14,320.36 |
| ACCOUNT NO.<br><br>LADERA RANCH ELEMENTARY SCHOOL<br>29551 SIENNA PARKWAY<br>LADERA RANCH, CA 92694 | | | Trade Payable | | | | $1,000.00 |

Sheet no. _96_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 29,000.36

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                     ,          Case No.   **15-11876 (KG)**
                           **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LADERA RANCH MIDDLE SCHOOL <br> 29551 SIENNA PKWY <br> LADERA RANCH, CA 92694 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO. <br><br> LAFAYETTE ELEMENTARY SCHOOL <br> 6125 PRINTWOOD DRIVE <br> SAN DIEGO, CA 92117 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO. <br><br> LAGUNA CROWN LLC <br> DBA TORREY HIGHLANDS PROP <br> 101 N WESTLAKE BLVD #201 <br> WESTLAKE VILLAGE, CA 91362 | | | Trade Payable | X | X | | $32,498.90 |
| ACCOUNT NO. <br><br> LAGUNA SALT COMPANY <br> 52 VIA REGALO <br> SAN CLEMENTE, CA 92673 | | | Trade Payable | | | | $811.00 |
| ACCOUNT NO. <br><br> LAKE MEAD AND BUFFALO PARTNERSHIP <br> 1970 VILLAGE CENTER CIRCLE # 7 <br> LAS VEGAS, NV 89134 | | | Trade Payable | | | | $3,100.74 |
| ACCOUNT NO. <br><br> LAKE MURRAY VILLAGE <br> CO SENTRE PARTNERS INC <br> 401 WEST A STREET STE 2300 <br> SAN DIEGO, CA 92101 | | | Trade Payable | | | | $3,321.98 |

Sheet no.  97  of   196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 41,732.62

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**_____ ,       **Case No.   15-11876 (KG)**_____
                           **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LAKE SAN MARCOS KIWANIS CLUB<br>1030 LA BONITA DRIVE #342<br>SAN MARCOS, CA 92078 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>LAKESIDE UNION SCHOOL DISTRICT<br>12335 WOODSIDE AVENUE<br>LAKESIDE, CA 92040 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>LANDSCAPE DEVELOPMENT<br>28447 WITHERSPOON PKWY<br>VALENCIA, CA 91355 | | | Trade Payable | | | | $3,300.00 |
| ACCOUNT NO.<br><br>LARDIE, MACKENZIE<br>8368 WHELAN DR.<br>SAN DIEGO, CA 92119 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LAS VIRGENES MUNICIPAL WATER DISTRICT<br>4232 LAS VIRGENES ROAD<br>CALABASAS, CA 91302-1994 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>LAUGURU INC<br>2295 PASEO DE LAS AMERICAS<br>SUITE # 21<br>SAN DIEGO, CA 92154 | | | Trade Payable | | | | $158.40 |

Sheet no. _98_of_196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 5,458.40

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                              ,          Case No.  **15-11876 (KG)**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LEAGUE OF DREAMS INC<br>8302 ESPRESSO DRIVE SUITE 100<br>BAKERSFIELD, CA 93312 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>LEE A ALLEN<br>8225 MANITOBA STREET<br>SUITE NO 14<br>PLAYA DEL REY, CA 90293 | | | Trade Payable | | | | $212.80 |
| ACCOUNT NO.<br><br>LEVON INVESTMENTS LLC.<br>FIVE CITIES CTR/INVESTEC MGMT<br>200 E CARRILLO ST STE 200<br>SANTA BARBARA, CA 93101 | | | Trade Payable | | | | $10,670.65 |
| ACCOUNT NO.<br><br>LEW, DOD<br>9505 NAOMI<br>ARCADIA, CA 91007 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LI, MARLEEN<br>5454 RIDER PL<br>SAN DIEGO, CA 92130 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LIBERTY TOBACCO INC<br>7341 CLAIREMONT MESA BLVD<br>SUITE 110<br>SAN DIEGO, CA 92111-1101 | | | Trade Payable | | | | $1,187.70 |

Sheet no.  99  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 13,071.15

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,                    Case No. **15-11876 (KG)**
                    **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LIEUN LLC <br> C/O JOO SUNG SON <br> 4833 GOULD AVE. <br> LA CANADA, CA 91011 | | | Trade Payable | | | | $16,444.45 |
| ACCOUNT NO. <br><br> LIFEFACTORY <br> 480 GATE FIVE RD SUITE 300E <br> SAUSALITO, CA 94925 | | | Trade Payable | | | | $1,400.40 |
| ACCOUNT NO. <br><br> LINDA K. FRIEDMAN <br> 1157 LAS PULGAS PLACE <br> PACIFIC PALISADES, CA 90272 | | | Trade Payable | | | | $1,825.80 |
| ACCOUNT NO. <br><br> LINDFIELD INC <br> LINCOLN CTR C/O D AMANN <br> 1119 S MISSION RD #304 <br> FALLBROOK, CA 92028-3225 | | | Trade Payable | | | | $41,597.76 |
| ACCOUNT NO. <br><br> LINNS FRUIT BIN <br> 2535 VILLAGE LANE STE A <br> CAMBRIA, CA 93428 | | | Trade Payable | | | | $3,442.73 |
| ACCOUNT NO. <br><br> LOCAL CRAFT DISTRIBUTION INC <br> 6489 CALLE REAL STE H <br> GOLETA, CA 93117 | | | Trade Payable | | | | $5,558.80 |

Sheet no. _100_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 70,269.94

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen Opco South, LLC                              ,          Case No.   15-11876 (KG)
                                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  LOCKLEAR, DAWN 664 CHURCH SAN LUIS OBISPO, CA 93401 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  LOMAL-MACHAN, LYNNE 6460 RAINBOW HEIGHT RD FALLBROOK, CA 92028 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  LOMPOC TORTILLA SHOP 138 NORTH D STREET LOMPOC, CA 93436 | | | Trade Payable | | | | $5,208.54 |
| ACCOUNT NO.  LOMPOC UNIFIED SCHOOL DISTRICT 1301 N A STREET LOMPOC, CA 93436 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.  LOMPOC VALLEY SEED & MILLING 1119 W LAUREL AVE LOMPOC, CA 93436 | | | Trade Payable | | | | $205.00 |
| ACCOUNT NO.  LOPEZ, AURELIA NOYOLA 5467 BERGEN ST. SAN DIEGO, CA 92117 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  101  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 6,413.54

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No.  **15-11876 (KG)**
                     **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  LOPEZ, CARMEN 23826 SUNSET CROSSING RD DIAMOND BAR, CA 91765 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  LORD DE PASTRY 4722 SAN FERNANDO RD GLENDALE, CA 91204-1841 | | | Trade Payable | | | | $589.00 |
| ACCOUNT NO.  LORIS ORIGINAL LEMONADE LLC 1937 GOODYEAR AVENUE SUITE 707 VENTURA, CA 93003 | | | Trade Payable | | | | $249.71 |
| ACCOUNT NO.  LOS ANGELES COUNTY TREASURER PO BOX 54978 LOS ANGELES, CA 90054 | | | Trade Payable | | | | $2,655.80 |
| ACCOUNT NO.  LOS OSOS COMMERCIAL LLC C/O RICK GAMBRIL 547 FIVE CITIES DRIVE PISMO BEACH, CA 93449 | | | Trade Payable | | | | $5,040.00 |
| ACCOUNT NO.  LOS OSOS RANCH LLC PO BOX 6481 LOS OSOS, CA 93412 | | | Trade Payable | | | | $39,358.71 |

Sheet no. __102_ of __196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 47,893.22

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                         ,          Case No.   **15-11876 (KG)**
　　　　　　　　　　**Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LOZANO , SISTO<br>916 N INGLEWOOD AVE<br>#10<br>INGELWOOD, CA 90302 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LOZIER CORP<br>PO BOX 3577<br>OMAHA, NE 68103-0577 | | | Trade Payable | | | | $891.82 |
| ACCOUNT NO.<br><br>LOZIER CORPORATION<br>PO BOX 3577<br>OMAHA, NE 68103-0577 | | | Trade Payable | | | | $324.20 |
| ACCOUNT NO.<br><br>LUNT , KAREN<br>5436 TAFT AVE.<br>LA JOLLA, CA 92037 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LYNCH, WENDY<br>126 ASH AVU<br>CARPINTERRIA, CA 93013 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>M & M RESTAURANT SUPPLY<br>1235 W MCCOY LN SUITE B<br>SANTA MARIA, CA 93455 | | | Trade Payable | | | | $6,646.27 |

Sheet no. _103_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 7,862.29

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**          ,          Case No. **15-11876 (KG)**
                    **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>M&M BUILDING MAINTENANCE<br>4857 ESTERO DR<br>LAS VEGAS, NV 89147 | | | Trade Payable | | | | $425.00 |
| ACCOUNT NO.<br><br>MACAULAY , MARLENE<br>1710 MEANDER DR<br>SIMI VALLEY, CA 93065-5750 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MACKEL-WALLIS DEVELOPMENT<br>2720 COCHRAN STREET #7B<br>SIMI VALLEY, CA 93065 | | | Trade Payable | | | | $1,587.38 |
| ACCOUNT NO.<br><br>MACKINNEY, CHANCE<br>25552 WILDE AVE<br>STEVENSON RANCE, CA 91381 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MACLEOD KIMBALL LLC<br>PO BOX 6809<br>SANTA BARBARA, CA 93160 | | | Trade Payable | | | | $5,225.85 |
| ACCOUNT NO.<br><br>MADDALENA VINEYARD BRANDS<br>737 LAMAR ST<br>LOS ANGELES, CA 90031 | | | Trade Payable | | | | $5,248.40 |

Sheet no. _104_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 12,486.63

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,                    Case No.   **15-11876 (KG)**
                         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MADRID, EVAN <br> 2006 STONEWOOD COURT <br> SAN PEDRO, CA 90732 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MAINLAND VENTURES <br> DBA LION COFFEE <br> 101 MARKET ST #100 <br> SAN DIEGO, CA 92101 | | | Trade Payable | | | | $5,744.90 |
| ACCOUNT NO. <br><br> MAJESTIC GARLIC INC <br> 2222 FOOTHILL BLVD STE E 501 <br> LA CANADA, CA 91011 | | | Trade Payable | | | | $504.00 |
| ACCOUNT NO. <br><br> MALLAVARAPU, VISWANADHA <br> 150 TALLYHO <br> TORRRANCE, CA 92503 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MALONEY, DEE <br> 2243 IVORY PLACE <br> CARLSBAD, CA 92009 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MAMA VEGAS PRODUCTS <br> 2315 E PALMDALE BLVD <br> SUITE G #C-53 <br> PALMDALE, CA 93550 | | | Trade Payable | | | | $438.43 |

Sheet no. _105_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 6,687.33

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.   **15-11876 (KG)**
  **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MAMMOTH NETWORKS <br> PO BOX 2799 <br> GILLETTE, WY 82717 | | | Trade Payable | | | | $1,226.27 |
| ACCOUNT NO. <br><br> MANCERA , FRANCISCO <br> 2135 TRABUCO CANYON <br> SAN BERNARDINO, CA 92410 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MANUEL VILLARREAL <br> PO BOX 683 <br> LOMITA, CA 90717 | | | Trade Payable | | | | $130.00 |
| ACCOUNT NO. <br><br> MARA, ZARINA <br> 100 W. 5TH ST. <br> #28 <br> LONG BEACH, CA 90802 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MARIFIT PROTEIN POPPERS <br> 380 NORTH COAST HWY <br> LAGUNA BEACH, CA 92651 | | | Trade Payable | | | | $253.80 |
| ACCOUNT NO. <br><br> MARKERT , COLLEEN <br> 123 S CATALINA AVE <br> REDONDO BEACH, CA 90277 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _106_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 1,610.07

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                           ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MARKET EQUIPMENT REPAIR<br>7300 QUIMBY STREET<br>PARAMOUNT, CA 90723 | | | Trade Payable | | | | $17,115.87 |
| ACCOUNT NO.<br><br>MARKET REFRIGERATION.<br>SPECIALISTS<br>1810 COMPTON AVENUE<br>CORONA, CA 92881 | | | Trade Payable | X | X | | $265,965.00 |
| ACCOUNT NO.<br><br>MARKSTEIN BEVERAGE CO<br>PO BOX 6902<br>SAN MARCOS, CA 92079-6902 | | | Trade Payable | | | | $69,126.85 |
| ACCOUNT NO.<br><br>MARTINEZ, KARLA<br>313 A CAMPTON ST<br>EL CAJON, CA 92020 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MARTINEZ, MATTHEW<br>1461 WESTWOOD PL.<br>OCEANSIDE, CA 92056 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MAURER , CAROL<br>10442 KEN LN<br>SANTEE, CA 92071-4924 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _107_of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 352,207.72

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,           Case No.   **15-11876 (KG)**
                    **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MAURET, CAROL<br>10442 KEN LANE<br>SANTEE, CA 92071 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MAVE ENTERPRISES INC<br>PO BOX 480620<br>LOS ANGELES, CA 90048 | | | Trade Payable | | | | $9,606.36 |
| ACCOUNT NO.<br><br>MAWN PAW KETTLEKORN<br>24881 ALICIA PKWY STE D<br>LAGUNA HILLS, CA 92653 | | | Trade Payable | | | | $4,043.00 |
| ACCOUNT NO.<br><br>MAYER AREA MEALS ON WHEELS<br>10051 MIAMI STREET<br>MAYER, AZ 86333 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>MAYESH WHOLESALE FLORIST<br>2420 CELSIUS AVENUE #F&G<br>OXNARD, CA 93030 | | | Trade Payable | | | | $749.30 |
| ACCOUNT NO.<br><br>MAYFLOWER DISTRIBUTING<br>1155 MEDALLION DRIVE<br>MENDOTA HEIGHTS, MN 55120 | | | Trade Payable | | | | $48,631.83 |

Sheet no. _108_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 64,030.49

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                           ,          Case No.  **15-11876 (KG)**
                      **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MAZZEI FRANCONI CO<br>PO BOX 98<br>EDISON, CA 93220 | | | Trade Payable | | | | $1,068.30 |
| ACCOUNT NO.<br><br>MCDONALD, BARBARA<br>12864 CAMPO RD<br>SPRING VALLEY, CA 91978 | | | Trade Payable | | | | $180.00 |
| ACCOUNT NO.<br><br>MCGEE AND MCGEE WINE MERCHANTS<br>DBA SAPPHIRE FAMILY OF WINES<br>PO BOX 10528<br>RENO, NV 89510 | | | Trade Payable | | | | $1,226.00 |
| ACCOUNT NO.<br><br>MCGUIGAN , ROBERT<br>44 ALBANY ST<br>LADERA RANCH, CA 92694-0436 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MCKEAN, JAMIE<br>1361 CYPRESS POINT LANE<br>#201<br>VENTURA, CA 93003 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _109_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 2,474.30

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MCKEE FOODS INCORPORATED CUSTOMER ACCTS RECEIVABLE P O BOX 2118 COLLEGEDALE, TN 37315-2118 | | | Trade Payable | | | | $3,986.16 |
| ACCOUNT NO.<br><br>MCMILLAN WATER TREATMENT INC.. PO BOX 1539 FONTANA, CA 92334 | | | Trade Payable | | | | $1,236.09 |
| ACCOUNT NO.<br><br>MD USA LLC 2929 NORTH MAIN NORTH LOGAN, UT 84341 | | | Trade Payable | | | | $781.32 |
| ACCOUNT NO.<br><br>MEDINA , SILVIA 4704 NEW YORK AVE. LA CRASCENTA, CA 91214 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MEDINA , WILLA MAE 123 S CATALINA AVE REDONDO BEACH, CA 90277-3358 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MEDINA, WILLA 123 CATALINA AVE REDONDO BEACH, CA 90277 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  _110_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 6,003.57

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                  ,                    Case No.   **15-11876 (KG)**
                            **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MEDISCA INC<br>PO BOX 2592<br>PLATTSBURGH, NY 12901 | | | Trade Payable | | | | $49.00 |
| ACCOUNT NO.<br><br>MEGAWINE INC<br>16129 COHASSET ST<br>VAN NUYS, CA 91406 | | | Trade Payable | | | | $630.00 |
| ACCOUNT NO.<br><br>MENDIVIL , BELINDA<br>26001 NARBONNE AVE<br>APT 11<br>LOMITA, CA 90717-3027 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MERCADO LATINO INCORPORATED<br>PO BOX 6168<br>EL MONTE, CA 91734 | | | Trade Payable | | | | $9,337.94 |
| ACCOUNT NO.<br><br>MERCANTILE WEST LADERA LLC<br>CO WESTAR MANAGEMENT INC<br>2925 BRISTOL ST<br>COSTA MESA, CA 92626 | | | Trade Payable | | | | $29,732.00 |
| ACCOUNT NO.<br><br>MESA SALSA COMPANY<br>PO BOX 91033<br>SANTA BARBARA, CA 93190 | | | Trade Payable | | | | $1,208.90 |

Sheet no. __111_ of __196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 40,957.84

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No.  **15-11876 (KG)**
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MESA SHOPPING CENTER. C/OINVESTEC MGMT CORP 200 E CARRILLO ST, #200 SANTA BARBARA, CA 93101 | | | Trade Payable | | | | $12,859.95 |
| ACCOUNT NO.<br><br>METTLER TOLEDO INC 22670 NETWORK PLACE CHICAGO, IL 60673-1226 | | | Trade Payable | | | | $689.15 |
| ACCOUNT NO.<br><br>MIATECH INC 9480 SE LAWNFIELD RD CLACKAMAS, OR 97015 | | | Trade Payable | | | | $185.41 |
| ACCOUNT NO.<br><br>MICHAELS, KAREN 6960 WHITTIER DR. #C GOLETA, CA 93117 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MICHELLE HIRAISHI 24443 NAN COURT DIAMOND BAR, CA 91765 | | | Trade Payable | | | | $308.00 |
| ACCOUNT NO.<br><br>MIER, ALONSO 3870 KEESHEN DR LOS ANGELES, CA 90066 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _112_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►    $ 14,042.51

Total ►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                ,                Case No.  **15-11876 (KG)**
_____Debtor_____                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MIKAILIAN, JESSICA<br>9601 CREEMORE DR<br>TUJUNGA, CA 91042 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MIKUL, DARIAN<br>9246 ROCK ACRE DR.<br>LAKESIDE, CA 92040 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MILLER, DEBORA<br>1453 LEVANT LN UNIT 5<br>CHULA VISTA, CA 91913 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MIRA MESA HIGH SCHOOL<br>4100 NORMAL ST RM 3251<br>SAN DIEGO, CA 92103 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>MIRA MESA MARKETPLACE W LLC<br>C/O DSB PROPERTIES INC<br>101 N WESTLAKE BLVD #201<br>WESTLAKE VILLAGE, CA 91362 | | | Trade Payable | | | | $14,797.07 |

Sheet no. _113_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 15,797.07

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                                    ,                Case No.   **15-11876 (KG)**
                         **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MIRANDA, JEFFREY<br>592 W. OLIVER ST.<br>SAN PEDRO, CA 90731 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MISSION BEVERAGE CO<br>PO BOX 33256<br>LOS ANGELES, CA 90033 | | | Trade Payable | | | | $18,926.65 |
| ACCOUNT NO.<br><br>MISSION FOODS<br>PO BOX 843793<br>DALLAS, TX 75284-3789 | | | Trade Payable | | | | $317,882.75 |
| ACCOUNT NO.<br><br>MOHAVE REALTY INC<br>COMM PM<br>1845 MCCULLOCH BLVD #A11<br>LAKE HAVASU CITY, AZ 86405 | | | Trade Payable | X | X | | $16,928.71 |
| ACCOUNT NO.<br><br>MOLON, AUSTIN<br>2648 VINEYARD CIRCLE<br>PASO ROBLES, CA 93446 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MONDELEZ GLOBAL LLC<br>PO BOX 70064<br>CHICAGO, IL 60673-0064 | | | Trade Payable | | | | $207,565.18 |

Sheet no. _114_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►  $ 561,303.29

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
　　　　　　　　　**Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MONEYGRAM <br> 1550 UTICA AVE S MS 2060 <br> MINNEAPOLIS, MN 75201 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> MONGE , RUTH <br> 315 MELODY DR <br> PASO ROBLES, CA 93446-3220 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MONTEMAYOR JR, PORTIVIO <br> P.O. BOX 172 <br> BATTONWILLOW, CA 93206 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MONTERREY PROVISION COMPANY <br> 7850 WATERVILLE ROAD <br> SAN DIEGO, CA 92154 | | | Trade Payable | | | | $2,952.49 |
| ACCOUNT NO. <br><br> MONTES, JAIME <br> 2361 CORTE PESCADO <br> #93 <br> CHULA VISTA, CA 91914 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MOORE , LESLIE <br> 73315 COUNTRY CLUB <br> 187 <br> PALM DESERT, CA 92260 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _115_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 2,952.49

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** _____ ,          Case No. __15-11876 (KG)__
             **Debtor**                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MOREL, MARK <br> 1564 S. SANTA ANITA AVE. <br> ARCADIA, CA 91006 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MORRIS, VERONICA <br> 4187 N RAMONA ST <br> ORANGE, CA 92865 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MOSS BUILDING I LLC <br> 6345 BALBOA BLVD #310 <br> ENCINO, CA 91316 | | | Trade Payable | | | | $13,177.43 |
| ACCOUNT NO. <br><br> MOSS BUILDING II LLC <br> 6345 BALBOA BLVD #310 <br> ENCINO, CA 91316 | | | Trade Payable | | | | $6,630.14 |
| ACCOUNT NO. <br><br> MOSS BUILDING V LLC <br> 6345 BALBOA BLVD #310 <br> ENCINO, CA 91316 | | | Trade Payable | | | | $19,558.93 |
| ACCOUNT NO. <br><br> MOSTRA COFFEE <br> 12225 WORLD TRADE DR SUITE G <br> SAN DIEGO, CA 92128 | | | Trade Payable | | | | $3,333.54 |

Sheet no. __116_ of _196__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 42,700.04

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.    **15-11876 (KG)**
  **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MOTHER EARTH BREW CO LLC<br>2055 THIBODO RD STE C<br>VISTA, CA 92081 | | | Trade Payable | | | | $6,302.30 |
| ACCOUNT NO.<br><br>MOUNTAIN PEOPLES WINE DIST INC<br>114 NEW MOHAWK RD STE D<br>NEVADA CITY, CA 95959 | | | Trade Payable | | | | $2,488.00 |
| ACCOUNT NO.<br><br>MPA EVENT GRAPHICS<br>912 S ANDREASEN DR SUITE 101<br>ESCONDIDO, CA 92029 | | | Trade Payable | | | | $2,638.15 |
| ACCOUNT NO.<br><br>MR DS FINE FOODS LLC<br>3450 OXBOW WAY<br>EUGENE, OR 97401 | | | Trade Payable | | | | $247.50 |
| ACCOUNT NO.<br><br>MURRAY MANOR PTA<br>8305 EL PASO STREET<br>LA MESA, CA 91942 | | | Trade Payable | | | | $1,000.00 |

Sheet no.  _117_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 12,675.95

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                              ,                    Case No.   **15-11876 (KG)**
　　　　　　　**Debtor**                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  MURREYS DISPOSAL INC - DISTRICT 2111 A WASTE CONNECTIONS COMPANY PO BOX 60248 LOS ANGELES, CA 90060-0248 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.  MUTUAL WHOLESALE LIQUOR INC 6400 CORVETTE ST COMMERCE, CA 90040 | | | Trade Payable | | | | $7,122.85 |
| ACCOUNT NO.  MUZAK LLC... PO BOX 71070 CHARLOTTE, NC 28272-1070 | | | Trade Payable | | | | $23.39 |
| ACCOUNT NO.  MUZICRAFT PO BOX 4575 SANTA BARBARA, CA 93140 | | | Trade Payable | X | X | | $20.00 |
| ACCOUNT NO.  NASHS ORGANIC PRODUCE 1865 E ANDERSON RD SEQUIM, WA 98382 | | | Trade Payable | | | | $226.00 |

Sheet no.  118 of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 7,392.24

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                                   ,          Case No.  **15-11876 (KG)**
                    **Debtor**                                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NATIONAL FOOD CORPORATION<br>808 134TH ST SW BLDG B STE 116<br>EVERETT, WA 98204 | | | Trade Payable | | | | $729.00 |
| ACCOUNT NO.<br><br>NEAL, MARY<br>9755 HARRITT RD<br>LAKESIDE, CA 92040 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NESTLE USA<br>PO BOX 841933<br>DALLAS, TX 75284-1933 | | | Trade Payable | X | X | | $409,662.40 |
| ACCOUNT NO.<br><br>NEVADA BEVERAGE COMPANY<br>FILE 50950<br>LOS ANGELES, CA 90074-0950 | | | Trade Payable | | | | $5,700.82 |
| ACCOUNT NO.<br><br>NEWBURY OAKS MARKET PLACE LLC<br>DEPT 843155<br>LOS ANGELES, CA 90084 | | | Trade Payable | | | | $16,377.58 |
| ACCOUNT NO.<br><br>NEWPORT STATIONERS<br>17681 MITCHELL N STE 120<br>IRVINE, CA 92614 | | | Trade Payable | | | | $53.00 |

Sheet no. _119_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 432,522.80

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                      ,          **Case No.  15-11876 (KG)**
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br>NICKS FIREWOOD <br>13580 AVENALES RANCH RD <br>SANTA MARGARITA, CA 93453 | | | Trade Payable | | | | $5,381.75 |
| ACCOUNT NO. <br><br>NOBAN, MATTIAS <br>11631 CHASNOCK RD. <br>LOS ANGELES, CA 90066 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br>NOLAN , RECK KATHLEEN <br>1661 WILSON ST <br>SAN LUIS OBISPO, CA 93401-2533 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br>NORCO DELIVERY SERVICE INC <br>PO BOX 4836 <br>ANAHEIM, CA 92803 | | | Trade Payable | | | | $250.23 |
| ACCOUNT NO. <br><br>NORMAN, NANCY <br>7753 HOWARDDAY AVE <br>LAS VEGAS, NV 89129 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br>NORTH AMERICAN ROOFING SYSTEMS INC <br>PO BOX 637614 <br>CINCINNATI, OH 45263-7614 | | | Trade Payable | | | | $1,300.75 |

Sheet no.  120  of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 6,932.73

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen Opco South, LLC _____ ,          Case No.   15-11876 (KG) _____
                           **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NORTHLAND PREMIER DIST<br>PO BOX 42019<br>MESA, AZ 85274-2019 | | | Trade Payable | | | | $1,709.99 |
| ACCOUNT NO.<br><br>NV ENERGY<br>PO BOX 30086<br>RENO, NV 89520-3086 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>NW NATURAL<br>PO BOX 6017<br>PORTLAND, OR 97228-6017 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>O'HARA, TAMMY<br>1478 NORTH UKIAH WAY<br>UPLAND, CA 91786 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>OAK MEADOW WINERY<br>PO BOX 2276<br>PASO ROBLES, CA 93447-2276 | | | Trade Payable | | | | $108.00 |
| ACCOUNT NO.<br><br>OAKBROOK PLAZA<br>C/O REGENCY CENTERS LP<br>P O BOX 31001-0725<br>PASADENA, CA 91110-0725 | | | Trade Payable | | | | $7,014.72 |

Sheet no.  121  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 8,832.71

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                              ,          Case No.  **15-11876 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OASIS BREADS<br>155 MATA WAY #112<br>SAN MARCOS, CA 92069 | | | Trade Payable | | | | $14,231.00 |
| ACCOUNT NO.<br><br>OCEAN RANCH<br>1072 CASITAS PASS ROAD #199<br>CARPENTERIA, CA 93013 | | | Trade Payable | | | | $726.80 |
| ACCOUNT NO.<br><br>ODWALLA INC<br>PO BOX 742456<br>LOS ANGELES, CA 90074-2456 | | | Trade Payable | | | | $28,443.15 |
| ACCOUNT NO.<br><br>OERTEL, RACHEL<br>273 OXFORD ST.<br>#C-3<br>CHULA VISTA, CA 91911 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>OFFICEMAX INC<br>75 REMITTANCE DR #2698<br>CHICAGO, IL 60675-2698 | | | Trade Payable | | | | $7,411.91 |
| ACCOUNT NO.<br><br>OLD TOWN DELIGHTS<br>4116 NORTH MASON AVE<br>TACOMA, WA 98407 | | | Trade Payable | | | | $444.00 |

Sheet no. _122_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 51,256.86

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** ,                          Case No. **15-11876 (KG)**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OLE MEXICAN FOODS INC<br>6585 CRESCENT DRIVE<br>NORCROSS, GA 30071 | | | Trade Payable | | | | $12,651.91 |
| ACCOUNT NO.<br><br>OLIVER MCMILLAN<br>733 8TH AVENUE<br>SAN DIEGO, CA 92101 | | | Trade Payable | | | | $1,895.48 |
| ACCOUNT NO.<br><br>OLIVERMCMILLAN 563<br>733 8TH AVENUE<br>SAN DIEGO, CA 92101 | | | Trade Payable | | | | $37,711.11 |
| ACCOUNT NO.<br><br>OLLADO, ADRIANA<br>637 S. BANDINI ST.<br>SAN PEDRO, CA 90731 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>OLSON, IRMA<br>1353 COTTONWOOD COURT<br>CORONA, CA 92879 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ONE SINGLEFIN CORPORATION<br>RAPID RX DELIVERY<br>1111 SEACOAST DRIVE #1<br>IMPERIAL BEACH, CA 91932 | | | Trade Payable | X | X | | $1,480.00 |

Sheet no. _123_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 53,738.50

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No. **15-11876 (KG)**
                  **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ORANGE COUNTY FIRE AUTHORITY<br>PO BOX 51985<br>IRVINE, CA 92619-1985 | | | Trade Payable | | | | $537.00 |
| ACCOUNT NO.<br><br>OREGON TRAIL ELECTRIC CO-OP<br>DEPT. 1340<br>PO BOX 2153<br>BIRMINGHAM, AL 35287-1340 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>ORGANIC SPICES INC<br>4180 BUSINESS CENTER DR<br>FREMONT, CA 94538 | | | Trade Payable | | | | $2,668.14 |
| ACCOUNT NO.<br><br>ORTEGA, KARLA<br>8253 9TH STREET<br>RANCHO CUCAMONGA, CA 91730 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>OSTROFF , DEAN<br>2736 LAWRENCEKIRK CT.<br>HENDERSON, NV 89044 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>OTAY WATER DISTRICT<br>PO BOX 51375<br>LOS ANGELES, CA 90051-5675 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _124_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 3,205.14

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,                    Case No.  **15-11876 (KG)**
                          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OUR DAILY BREAD BAKERY<br>2700 DE LA VINA ST<br>SANTA BARBARA, CA 93105 | | | Trade Payable | | | | $12,301.70 |
| ACCOUNT NO.<br><br>OUR LADY OF GRACE CATHOLIC CHURCH AND SCHOOL<br>2766 NAVAJO ROAD<br>EL CAJON, CA 92020 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>P B I MARKET EQUIPMENT INC<br>PO BOX 6097<br>LONG BEACH, CA 90806 | | | Trade Payable | | | | $572.34 |
| ACCOUNT NO.<br><br>PACIFIC BELL..<br>PO BOX 5025<br>CAROL STREAM, IL 60197-5025 | | | Trade Payable | | | | $778.22 |
| ACCOUNT NO.<br><br>PACIFIC BEVERAGE<br>PO BOX 6803<br>SANTA BARBARA, CA 93160 | | | Trade Payable | X | X | | $249,139.97 |
| ACCOUNT NO.<br><br>PACIFIC GAS & ELECTRIC<br>P.O. BOX 997300<br>SACRAMENTO, CA 95899-7300 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _125_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 263,792.23

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                                    ,                    Case No.  **15-11876 (KG)**
                  **Debtor**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PACIFIC MARINE MAMMAL CENTER<br>20612 LAGUNA CANYON RD<br>LAGUNA BEACH, CA 92651 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>PACIFIC PICKLE WORKS<br>PO BOX 20295<br>SANTA BARBARA, CA 93120 | | | Trade Payable | | | | $336.48 |
| ACCOUNT NO.<br><br>PACIFIC POWER-ROCKY MOUNTAIN POWER<br>PO BOX 26000<br>PORTLAND, OR 97256-0001 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>PACIFIC PRIME WINES<br>3542 FRUITVALE AVE PMB #352<br>OAKLAND, CA 94602 | | | Trade Payable | | | | $1,921.00 |
| ACCOUNT NO.<br><br>PACIFIC SUN GROWERS INC<br>PO BOX  250<br>NIPOMO, CA 93444 | | | Trade Payable | | | | $4,269.00 |
| ACCOUNT NO.<br><br>PADA SUSHI<br>PO BOX 60924<br>IRVINE, CA 92602 | | | Trade Payable | | | | $2,612.86 |

Sheet no. __126_ of __196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 10,139.34

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**               ,             Case No.   **15-11876 (KG)**
                 **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PADILLA, ROSALBA<br>1023 N. ARCHIBALD AVE<br>ONTARIO, CA 91764 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PALISADES MEDIAGROUP<br>1620 26TH ST SUITE 200 S<br>SANTA MONICA, CA 90404 | | | Trade Payable | | | | $555,609.71 |
| ACCOUNT NO.<br><br>PALM SPRINGS CANDY COMPANY<br>68-845 PEREZ ROAD SUITE H-11<br>CATHEDRAL CITY, CA 92234 | | | Trade Payable | | | | $117.00 |
| ACCOUNT NO.<br><br>PANGEA-CDS INC<br>322 CULVER BLVD SUITE 2<br>PLAYA DEL REY, CA 90293 | | | Trade Payable | | | | $44,757.41 |
| ACCOUNT NO.<br><br>PAPYRUS-RECYCLED GREETINGS INC<br>3613 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3006 | | | Trade Payable | X | X | | $20,873.87 |
| ACCOUNT NO.<br><br>PARAMOUNT BUILDING SOLUTIONS LLC<br>6578 SOLUTION CENTER<br>CHICAGO, IL 60677-6005 | | | Trade Payable | X | X | | $313,806.34 |

Sheet no. __127_ of __196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal ▶    $ 935,164.33

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          Case No.  **15-11876 (KG)**
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PARAMOUNT RX INC<br>2054 KILDAIRE FARM RD #403<br>CARY, NC 27518 | | | Trade Payable | | | | $21.60 |
| ACCOUNT NO.<br><br>PARISI, CHRISTINE<br>6855 BEAR RIVER ROW<br>#4<br>SAN DIEGO, CA 92139 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PATSEV, ANDREY<br>11285 MIRO CIRCLE<br>SAN DIEGO, CA 92131 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PATZ & HALL<br>PO BOX 5479<br>NAPA, CA 94581 | | | Trade Payable | | | | $336.00 |
| ACCOUNT NO.<br><br>PAUL , PARISA<br>704 MARIGOLD AVE<br>CORONA DEL MAR, CA 92625-2411 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PAUL CORRIERE<br>120 B AVENUE<br>CORONADO, CA 92118 | | | Trade Payable | | | | $1,000.00 |

Sheet no. _128_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 1,357.60

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                                   **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PEDP INC<br>ATTN NICHOLAS TOMPKINS<br>684 HIGUERA SUITE B<br>SAN LUIS OBISPO, CA 93401 | | | Trade Payable | | | | $12,711.55 |
| ACCOUNT NO.<br><br>PEETS COFFEE & TEA.<br>PO BOX 12509<br>BERKELEY, CA 94712 | | | Trade Payable | | | | $17,976.47 |
| ACCOUNT NO.<br><br>PEGGY SUE DESIGNS<br>2822 CAZADERO DR<br>CARLSBAD, CA 92009 | | | Trade Payable | | | | $168.00 |
| ACCOUNT NO.<br><br>PENINSULA LIGHT COMPANY<br>13315 GOODNOUGH DR NW<br>GIG HARBOR, WA 98332-8640 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>PENSKE LOGISTICS<br>PO BOX 7780-5070<br>PHILADELPHIA, PA 19182-5070 | | | Trade Payable | | | | $1,592,849.97 |
| ACCOUNT NO.<br><br>PEPER, LINDA<br>2200 PLANT AVE.<br>REDONDO BEACH, CA 90278 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _129_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 1,623,705.99

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                          ,          Case No.   **15-11876 (KG)**
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PEPPERIDGE FARM INC<br>PO BOX 64075800<br>PITTSBURGH, PA 15264-0758 | | | Trade Payable | | | | $65,230.21 |
| ACCOUNT NO.<br><br>PEPSI COLA FLAGSTAFF<br>4980 RAILHEAD AVENUE<br>FLAGSTAFF, AZ 86004 | | | Trade Payable | X | X | | $1,926.64 |
| ACCOUNT NO.<br><br>PEPSI-COLA.<br>PO BOX 841918<br>DALLAS, TX 75284-1918 | | | Trade Payable | X | X | | $230,448.30 |
| ACCOUNT NO.<br><br>PEREZ , DENNIS<br>20520 NORDOFF ST<br>CHATSWORTH, CA 91311 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PETER PAN NOVELTY CO INC<br>22925 SAVI RANCH PARKWAY<br>YORBA LINDA, CA 92887 | | | Trade Payable | | | | $7,897.53 |
| ACCOUNT NO.<br><br>PETERSON, KYLE<br>10090 PEBBLE BEACH DR<br>SANTEE, CA 92071 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _130_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 305,502.68

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                              **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PETRINIS OF SANTA BARBAR INC<br>PO BOX 30832<br>SANTA BARBARA, CA 93130 | | | Trade Payable | | | | $161.00 |
| ACCOUNT NO.<br><br>PHEE, MARIA<br>3727 7TH AVE.<br>UNIT 48<br>SAN DIEGO, CA 92103 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PHSI PURE WATER FINANCE<br>PO BOX 404582<br>ATLANTA, GA 30384 | | | Trade Payable | | | | $1,070.28 |
| ACCOUNT NO.<br><br>PIERCE COUNTY REFUSE -<br>DISTRICT 2180<br>A WASTE CONNECTIONS<br>COMPANY<br>PO BOX 60248<br>LOS ANGELES, CA 90060-0248 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>PILOCH DISTRIBUTION INC<br>6260 E TROPICAL PKWY<br>NORTH LAS VEGAS, NV 89115 | | | Trade Payable | | | | $506.65 |

Sheet no.  131  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 1,737.93

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen Opco South, LLC                      ,                   Case No.  15-11876 (KG)
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PIPELINE CRAFT BEVERAGE CO LLC<br>4407 KEYES COURT<br>BAKERSFIELD, CA 93312 | | | Trade Payable | | | | $3,051.20 |
| ACCOUNT NO.<br><br>PITCH<br>8825 NATIONAL BOULEVARD<br>CULVER CITY, CA 90232 | | | Trade Payable | | | | $273,079.27 |
| ACCOUNT NO.<br><br>PITZER, MARGRET<br>650 RANCHO SANTA FE RD<br>UNIT 316<br>SAN MARCOS, CA 92069 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PK II LARWIN SQUARE SC LP<br>DEPT CODE SCAT1420 LVONS 00<br>PO BOX 82565<br>GOLETA, CA 93118-2565 | | | Trade Payable | | | | $4,552.05 |
| ACCOUNT NO.<br><br>PLANT SOURCE INC<br>2029 SYCAMORE DR<br>SAN MARCOS, CA 92069 | | | Trade Payable | | | | $642.00 |
| ACCOUNT NO.<br><br>PLASCENCIA , GUILLERMO<br>773 W 14TH ST<br>#4<br>SAN PEDRO, CA 90731-4039 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  132  of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 281,324.52

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PLAYNETWORK INC<br>PO BOX 204515<br>DALLAS, TX 75320-4515 | | | Trade Payable | | | | $229.50 |
| ACCOUNT NO.<br><br>PLAZA DEL AMO PROPERTIES<br>11812 SAN VICENTE BLVD STE 500<br>LOS ANGELES, CA 90049 | | | Trade Payable | | | | $21,458.02 |
| ACCOUNT NO.<br><br>POPCORN COUNTRY TUCSON CACTUS CORN LLC<br>3914 E GRAND RD<br>TUCSON, AZ 85712 | | | Trade Payable | | | | $231.85 |
| ACCOUNT NO.<br><br>POPCORNOPOLIS<br>1301 E EL SEGUNDO BLVD<br>EL SEGUNDO, CA 90245 | | | Trade Payable | | | | $1,922.63 |
| ACCOUNT NO.<br><br>PORTERMATT ELECTRIC INC<br>5431 PRODUCTION DR<br>HUNTINGTON BEACH, CA 92649 | | | Trade Payable | | | | $4,225.00 |
| ACCOUNT NO.<br><br>POSTCARDS & CARDS UNLIMIT<br>PO BOX 10791<br>SANTA ANA, CA 92711 | | | Trade Payable | | | | $244.00 |

Sheet no. _133_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 28,311.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No.  **15-11876 (KG)**
              **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>POWAY RODEO PRODUCTIONS OF POWAY<br>PO BOX 853<br>POWAY, CA 92074-0853 | | | Trade Payable | | | | $3,000.00 |
| ACCOUNT NO.<br><br>PRANJIC, DRAGINJA<br>7677 W PARADISE LN<br>APT. 1013<br>PEORIA, AZ 85387 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PROLINE FOODS INC<br>1430 VANTAGE COURT #105<br>VISTA, CA 92081 | | | Trade Payable | | | | $276.00 |
| ACCOUNT NO.<br><br>PROMPT<br>1010 MARQUEZ PLACE UNIT C<br>SANTA FE, NM 87505 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>PRONTO NETWORKS INC<br>1966 TICE VALLEY BLVD #411<br>WALNUT CREEK, CA 94595 | | | Trade Payable | | | | $509.75 |
| ACCOUNT NO.<br><br>PROPERTY ADVISORY SERVICES LLC<br>368 EAST FIRST STREET<br>TUSTIN, CA 92780 | | | Trade Payable | | | | $5,041.67 |

Sheet no. _134_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 8,827.42

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen Opco South, LLC                    ,          Case No.  15-11876 (KG)
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PROS CHOICE BEAUTY CARE INC.<br>FILE 41294<br>LOS ANGELES, CA 90074-1294 | | | Trade Payable | | | | $12,003.64 |
| ACCOUNT NO.<br><br>PSI-PRODUCT SERVICES INDUST<br>9527 EAST DECATUR STREET<br>MESA, AZ 85207 | | | Trade Payable | | | | $467.00 |
| ACCOUNT NO.<br><br>PURE EIRE DAIRY<br>2235 W BENCH RD<br>OTHELLO, WA 99344 | | | Trade Payable | | | | $1,096.00 |
| ACCOUNT NO.<br><br>PUREMIST CORPORATION<br>2810 SE 39TH LOOP SUITE E<br>HILLSBORO, OR 97123 | | | Trade Payable | | | | $554.91 |
| ACCOUNT NO.<br><br>PURICORE<br>508 LAPP ROAD<br>MALVERN, PA 19355 | | | Trade Payable | | | | $7,227.00 |
| ACCOUNT NO.<br><br>PYRENEES FRENCH BAKERY IN<br>PO BOX 3626<br>BAKERSFIELD, CA 93385 | | | Trade Payable | | | | $1,770.26 |

Sheet no.  135  of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 23,118.81

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** _____ ,          Case No.  **15-11876 (KG)** _____
          **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>QUALITY ASSURED INCORPORATED<br>1340 LA MIRADA DRIVE<br>SAN MARCOS, CA 92069 | | | Trade Payable | | | | $4,557.61 |
| ACCOUNT NO.<br><br>QUINTESSENTIAL LLC<br>1310 SECOND STREET<br>NAPA, CA 94559 | | | Trade Payable | | | | $6,480.00 |
| ACCOUNT NO.<br><br>R & R WINE MARKETING INC<br>3585 HANCOCK STREET STE 100A<br>SAN DIEGO, CA 92110 | | | Trade Payable | | | | $2,292.00 |
| ACCOUNT NO.<br><br>R & S BEVERAGE COMPANY<br>17500 ADELANTO ROAD<br>ADELANTO, CA 92301 | | | Trade Payable | | | | $239.40 |
| ACCOUNT NO.<br><br>R C STORE MAINTENANCE<br>569 BATEMAN CIR<br>CORONA, CA 92880-2012 | | | Trade Payable | | | | $3,835.00 |
| ACCOUNT NO.<br><br>R.P. PROPERTY MANAGEMENT<br>DBA: RELIABLE PROPERTIES<br>6399 WILSHIRE BLVD # 604<br>LOS ANGELES, CA 90048-5709 | | | Trade Payable | | | | $2,777.78 |

Sheet no. _136_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 20,181.79

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.   **15-11876 (KG)**
           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RABAGO, YANEL<br>30 EAST PAISLEY ST<br>CHULA VISTA, CA 91911 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RAMAR FOODS CORP<br>PO BOX 111<br>PITTSBURG, CA 94565 | | | Trade Payable | | | | $430.69 |
| ACCOUNT NO.<br><br>RAMIREZ, CAROLINA<br>413 CHESTNUT AVE<br>#D<br>CARLSBAD, CA 92008 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RAMIREZ, DIONICIO<br>801 LA CANADA AVE.<br>OXNARD, CA 93033 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RAMIREZ, FRANK<br>2710 W MEADOWWOOD<br>SANTA ANA, CA 92704 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RAMIREZ, MARGARITA<br>4142 ESPERANZA WAY<br>OCEANSIDE, CA 92056 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  137  of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 430.69

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                         ,          Case No.   **15-11876 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RAMIREZ, MAURICIO<br>37 TUMBLEWEED<br>TRABUCO CANYON, CA 92679 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RAMOS JR, MIGUEL<br>995 E AVENIDA DE LOS FLORES<br>THOUSAND OAKS, CA 91360 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RAMOS, RJ<br>2407 NORTH PARK<br>THOUSAND OAKS, CA 91362 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RANCHO MIRAGE BOB HOPE ASSOC<br>2925 BRISTOL ST<br>COSTA MESA, CA 92626 | | | Trade Payable | | | | $15,659.02 |
| ACCOUNT NO.<br><br>RASCHKE, JANET<br>4950 LADERA SARINA<br>DEL MAR, CA 92014 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RASINA-NAJERA, ANASTACIA<br>1118 LA MESA AVE.<br>SPRING VALLEY, CA 91977 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  _138_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►   $ 15,659.02

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** ,                                        Case No.   **15-11876 (KG)**

**Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RAYMOND CATTANEO BBQ & RAYS OWN BRAND<br>6255 EDNA RD<br>SAN LUIS OBISPO, CA 93401 | | | Trade Payable | | | | $2,179.55 |
| ACCOUNT NO.<br><br>RCEA LIMITED PARTNERSHIP<br>2024 CENTELLA PL<br>NEWPORT BEACH, CA 92660 | | | Trade Payable | | | | $5,540.91 |
| ACCOUNT NO.<br><br>RCK SERVICES INC<br>3024 E LA PALMA AVE<br>ANAHEIM, CA 92806 | | | Trade Payable | | | | $4,228.60 |
| ACCOUNT NO.<br><br>REAL SODA IN REAL BOTTLES LTD<br>PO BOX 3731<br>PALOS VERDES, CA 90274-9524 | | | Trade Payable | | | | $33,938.23 |
| ACCOUNT NO.<br><br>REASMAN, JOANNA<br>4861 BOISE AVE.<br>SAN DIEGO, CA 92117 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>REAVES , JOHNNIE<br>616 AMPERE LANE<br>LAS VEGAS, NV 89145 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _139_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►   $ 45,887.29

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** , **Case No. 15-11876 (KG)**
**Debtor** **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. RECK, KATHLEEN 1661 WILSON ST. SAN LUIS OBISPO, CA 93401 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. RECOLOGY ASHLAND SANITARY SERVICE 170 OAK STREET ASHLAND, OR 97520 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. RECOLOGY CLEANSCAPES PO BOX 34260 SEATTLE, WA 98124-1260 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. RECOLOGY LOS ANGELES P.O. BOX 1081 SUN VALLEY, CA 91352 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. RED BIRD FARMS CO PO BOX 4040 OMAHA, NE 68104 | | | Trade Payable | | | | $13,755.00 |
| ACCOUNT NO. RED BULL DISTRIBUTION COMPANY... PO BOX 204750 DALLAS, TX 75320-4750 | | | Trade Payable | | | | $82,336.21 |

Sheet no. _140_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 96,091.21

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,      Case No. **15-11876 (KG)**
                **Debtor**                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RED HAWK FIRE & SECURITY<br>PO BOX 31001-1918<br>PASADENA, CA 91110-1305 | | | Trade Payable | | | | $190.35 |
| ACCOUNT NO.<br><br>RED PLATE FOODS INC<br>1968 NW JACK LAKE CT<br>BEND, OR 97701 | | | Trade Payable | | | | $41.75 |
| ACCOUNT NO.<br><br>REDDY ICE CORP DIVISION 961<br>P O BOX 730201<br>DALLAS, TX 75373-0201 | | | Trade Payable | | | | $3,522.95 |
| ACCOUNT NO.<br><br>REDONDO UNION HIGH SCHOOL PTSA<br>ONE SEA HAWK WAY<br>REDONDO BEACH, CA 90277 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>REDWOOD SANTANA LLC<br>C/O WESTWOOD FINANCIAL CORP.<br>11440 SAN VICENTE BLVD #200<br>LOS ANGELES, CA 90049 | | | Trade Payable | | | | $9,706.10 |

Sheet no. __141_ of _196__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►    $ 14,461.15

Total ►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                         ,       Case No.   **15-11876 (KG)**
                          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>REED, CHRISTIN<br>1020 W. HAWTHORNE ST.<br>ONTARIO, CA 91762 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>REFRIGERATION SUPPLIES DIST<br>26021 ATLANTIC OCEAN DR<br>LAKE FOREST, CA 92630-8831 | | | Trade Payable | | | | $17,674.15 |
| ACCOUNT NO.<br><br>REGAL WINE COMPANY<br>1190 KITTYHAWK BLVD<br>SANTA ROSA, CA 95403 | | | Trade Payable | | | | $114,376.22 |
| ACCOUNT NO.<br><br>REGENCY CENTERS LP<br>C/O TWIN PEAKS SHOPPING CENTER<br>P.O. BOX 31001-0740<br>PASADENA, CA 91110-0740 | | | Trade Payable | | | | $11,416.99 |
| ACCOUNT NO.<br><br>REGENCY CENTERS LP<br>CO EL CAMINO SHOPPING CNTR-639<br>PO BOX 31001-0725<br>PASADENA, CA 91110-0725 | | | Trade Payable | | | | $4,222.22 |

Sheet no. __142_ of __196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 147,689.58

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,                    Case No.   **15-11876 (KG)**
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RELIABLE SERVICES<br>1909 KATHRYN COURT<br>BAKERSFIELD, CA 93312 | | | Trade Payable | | | | $1,096.61 |
| ACCOUNT NO.<br><br>REPUBLIC SERVICES #172<br>P.O. BOX 78829<br>PHOENIX, AZ 85062-8829 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>REPUBLIC SERVICES #454<br>PO BOX 78829<br>PHOENIX, AZ 85062-8829 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>REPUBLIC SERVICES #455<br>P.O. BOX 78829<br>PHOENIX, AZ 85062-8829 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>REPUBLIC SERVICES #469<br>P.O. BOX 78829<br>PHOENIX, AZ 85062-8829 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>REPUBLIC SERVICES #509<br>P.O.BOX 78829<br>PHOENIX, AZ 85062-8829 | | | Trade Payable | X | X | | Undetermined |

Sheet no.  143  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 1,096.61

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,              Case No.   **15-11876 (KG)**
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>REPUBLIC SERVICES #527<br>PO BOX 78829<br>PHOENIX, AZ 85062-8829 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>REPUBLIC SERVICES #620<br>PO BOX 78829<br>PHOENIX, AZ 85062-8829 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>REPUBLIC SERVICES #676<br>PO BOX 78829<br>PHOENIX, AZ 85062-8829 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>REPUBLIC SERVICES #753<br>P.O. BOX 78829<br>PHOENIX, AZ 85062-8829 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>REPUBLIC SERVICES #845<br>PO BOX 78829<br>PHOENIX, AZ 85062-8829 | | | Trade Payable | X | X | | Undetermined |

Sheet no. __144_ of __196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 0.00

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.   **15-11876 (KG)**
                     **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RESTAURANT TECHNOLOGIES INC<br>2250 PILOT KNOB RD # 100<br>MENDOTA HEIGHTS, MN 55120-1127 | | | Trade Payable | | | | $45,994.10 |
| ACCOUNT NO.<br><br>RETAIL FOOD EMP. BENEFIT FUND JAS<br>4885 S 900 E STE 202<br>SALT LAKE CITY, UT 84117 | | | Trade Payable | | | | $3,569.14 |
| ACCOUNT NO.<br><br>RETAIL PARTNERS LLC<br>4000 SOUTH POPLAR STREET<br>CASPER, WY 82601 | | | Trade Payable | | | | $2,969.31 |
| ACCOUNT NO.<br><br>RETANA , NORA<br>3121 DUMAS ST<br>SAN DIEGO, CA 92106 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>REYNALDOS MEXICAN FOOD COMPANY.<br>3301 E VERNON AVE<br>VERNON, CA 90058 | | | Trade Payable | | | | $318.40 |

Sheet no. __145_ of __196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 52,850.95

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No.  **15-11876 (KG)**
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RICH , NANCY<br>3765 S BRUSH ARBOR<br>FLAGSTAFF, AZ 86005-2340 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RIGHETTI SPECIALTIES INC<br>7476 GRACIOSA ROAD<br>SANTA MARIA, CA 93455 | | | Trade Payable | | | | $3,034.89 |
| ACCOUNT NO.<br><br>RIVAS JR, ANTONIO<br>215 L ST<br>CHULA VISTA, CA 91911-1437 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RIVAS, ANTONIO<br>215 L STREET<br>CHULA VISTA, CA 91911 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RIVERA, AARON<br>53 275 AVENIDA MENDOZA<br>LA QUINTA, CA 92253 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RIZO-LOPEZ FOODS INC<br>PO BOX 1689<br>EMPIRE, CA 95319 | | | Trade Payable | | | | $1,512.30 |

Sheet no. _146_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 4,547.19

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,                    Case No.  **15-11876 (KG)**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RLI INSURANCE COMPANY<br>9025 N. LINDBERGH DR.<br>PEORIA, IL 61615 | | | Contingent Bond Obligations | X | X | | Undetermined |
| ACCOUNT NO.<br><br>ROATS WATER SYSTEM, INC.<br>PO BOX 94303<br>SEATTLE, WA 98124 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>ROBERTSONS DISTRIBUTORS INC<br>18217 PARTHENIA STREET<br>NORTHRIDGE, CA 91325 | | | Trade Payable | | | | $4,467.11 |
| ACCOUNT NO.<br><br>ROBINETTE, JORDAN<br>15774 SUNSET DR<br>POWAY, CA 92064 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROBINSON CO CONTRACTORS INC<br>DBA ROBINSON ELECTRIC<br>8871 TROY ST<br>SPRING VALLEY, CA 91977 | | | Trade Payable | | | | $208.21 |

Sheet no. __147_ of _196__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 4,675.32

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Haggen Opco South, LLC**                                    ,                    Case No.   **15-11876 (KG)**
                                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RODRIGUEZ , ELENA<br>1562 E MAIN ST<br>APT 234<br>EL CAJON, CA 92021-5997 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RODRIGUEZ, GIOVANNA<br>1083 W 12TH ST<br>SAN PEDRO, CA 90731 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROGERS , TEN<br>PO BOX 2008<br>ALPINE, CA 91903-2008 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROGERS, LACI<br>3030 JOHNSON AVE.<br>SAN LUIS OBISPO, CA 93401 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROHDE , LYNETTE<br>9775 N 93RD WAY<br>UNIT 159<br>SCOTTSDALE, AZ 85258-9119 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROIC CALIFORNIA LLC<br>MS 631099<br>PO BOX 3953<br>SEATTLE, WA 98124-3953 | | | Trade Payable | | | | $13,106.52 |

Sheet no. __148_ of __196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► | $ 13,106.52

Total ► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                         ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROMBAUER VINEYARDS DEPT 33313 PO BOX 39000 SAN FRANCISCO, CA 94139-3313 | | | Trade Payable | | | | $864.00 |
| ACCOUNT NO.<br><br>ROMEROS FOOD PRODUCTS INC 15155 VALLEY VIEW AVENUE SANTA FE SPRINGS, CA 90670 | | | Trade Payable | | | | $1,129.70 |
| ACCOUNT NO.<br><br>RONALD LI C/O LI FAMILY TRUST PO BOX 611 SO SAN FRANCISCO, CA 94083 | | | Trade Payable | | | | $9,022.22 |
| ACCOUNT NO.<br><br>RONALD WASTEWATER DISTRICT PO BOX 34553 SEATTLE, WA 98124-1553 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>ROSE GONZALES PLANTS INC 1280 N MELROSE DRIVE VISTA, CA 92083 | | | Trade Payable | | | | $25,673.65 |
| ACCOUNT NO.<br><br>ROSEMARY FARM LLC 1376 WEST MAIN STREET SANTA MARIA, CA 93458 | | | Trade Payable | | | | $9,097.76 |

Sheet no. _149_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 45,787.33

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                                ,          Case No.   **15-11876 (KG)**
                               **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROSIER, STEVEN<br>2324 PALO VERDE AVE<br>LONG BEACH, CA 90815 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROYAL REFUSE INC<br>P.O. BOX 2312<br>EUGENE, OR 97402 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RPL MANAGEMENT<br>175 MCMURRAY RD STE E<br>BUELLTON, CA 93427 | | | Trade Payable | | | | $341.31 |
| ACCOUNT NO.<br><br>RR DONNELLEY<br>7810 SOLUTION CENTER<br>CHICAGO, IL 60677-7008 | | | Trade Payable | | | | $121.30 |
| ACCOUNT NO.<br><br>RUBATINO REFUSE REMOVAL<br>P.O. BOX 1029<br>EVERETT, WA 98206 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RUG DOCTOR INC<br>PO BOX 849958<br>DALLAS, TX 75284-9958 | | | Trade Payable | X | X | | $11,589.93 |

Sheet no. _150_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 12,052.54

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          **Case No.  15-11876 (KG)**
                            **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> RUIZ, PATRICIA <br> 9215 HOOPER AVE. <br> #4 <br> LOS ANGELES, CA 90002 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> RUSSELL STOVER CANDIES MO <br> P O BOX 802231 <br> KANSAS CITY, MO 64180-2231 | | | Trade Payable | | | | $6,890.88 |
| ACCOUNT NO. <br><br> RX RELIEF <br> PO BOX 205287 <br> DALLAS, TX 75320-5287 | | | Trade Payable | | | | $479.80 |
| ACCOUNT NO. <br><br> RYAN , JOSHUA <br> 434 NAVAJO SPRINGS RD <br> DIAMOND BAR, CA 91765-1319 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> S-L DISTRIBUTION COMPANY INC <br> PO BOX 62814 <br> BALTIMORE, MD 21264-2814 | | | Trade Payable | | | | $98,085.92 |
| ACCOUNT NO. <br><br> SADIE ROSE BAKING CO <br> 8926 WARE CT <br> SAN DIEGO, CA 92121 | | | Trade Payable | | | | $26,861.71 |

Sheet no. _151_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 132,318.31

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,                    Case No.   **15-11876 (KG)**
              **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SAILORS, ELIZABETH<br>15685 DEL MONTE AVE<br>CHINO HILLS, CA 91709 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SALDANA LANDSCAPE CO<br>PO BOX 23435<br>LOS ANGELES, CA 90023 | | | Trade Payable | | | | $1,416.08 |
| ACCOUNT NO.<br><br>SALDANA, HECTOR<br>1724 E. PRINCETON STREET<br>ONTARIO, CA 91764 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SAMCO FREEZERWEAR INC.<br>3499 LEXINGTON AVE N #205<br>ARDEN HILLS, MN 55126 | | | Trade Payable | | | | $121.73 |
| ACCOUNT NO.<br><br>SAN DIEGO FLORIST SUPPLIE<br>2550 EL CAJON BLVD<br>SAN DIEGO, CA 92104 | | | Trade Payable | | | | $2,303.62 |
| ACCOUNT NO.<br><br>SAN DIEGO GAS & ELECTRIC<br>P.O. BOX 25111<br>SANTA ANA, CA 92799-5111 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _152_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► | $ 3,841.43

Total ►  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          **Case No.   15-11876 (KG)**
             **Debtor**                                                                **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SAN DIEGO USD - PARENT OUTREACH & ENGAGEMENT 2375 CONGRESS STREET SAN DIEGO, CA 92110 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO. <br><br> SAN PEDRO PIRATE BOOSTERS CLUB 1001 W 15TH STREET SAN PEDRO, CA 90732 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO. <br><br> SANCHEZ , LETICIA 43125 HAMPTON STREET LANCASTER, CA 93536 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SANDOVAL, LUIS 606 BARD RD. PORT HUENEME, CA 93041 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SANDSTONE RENTALS PO BOX 80101 BAKERSFIELD, CA 93380 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> SANFILLIPPOMACIAS, DORA 6831 51ST ST. SAN DIEGO, CA 92120 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  153  of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 2,000.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No. **15-11876 (KG)**
                                **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SANIPAC<br>A WASTE CONNECTIONS COMPANY<br>PO BOX 60248<br>LOS ANGELES, CA 90060-0248 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>SANTA BARBARA OLIVE CO<br>3070 SKYWAY DR<br>UNIT 401<br>SANTA MARIA, CA 93455 | | | Trade Payable | | | | $1,158.18 |
| ACCOUNT NO.<br><br>SANTA BARBARA ROASTING COMPANY<br>321 MOTOR WAY<br>SANTA BARBARA, CA 93101 | | | Trade Payable | | | | $139.14 |
| ACCOUNT NO.<br><br>SANTA BARBARA WINERY<br>202 ANACAPA ST<br>SANTA BARBARA, CA 93101 | | | Trade Payable | | | | $2,405.20 |
| ACCOUNT NO.<br><br>SANTA MARGARITA WATER DISTRICT-SMWD<br>P.O. BOX 7005<br>MISSION VIEJO, CA 92690-7005 | | | Trade Payable | X | X | | Undetermined |

Sheet no. 154 of 196 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 3,702.52

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SANTA MARIA ELECTRIC INC<br>408 N BROADWAY<br>SANTA MARIA, CA 93454 | | | Trade Payable | | | | $508.79 |
| ACCOUNT NO.<br><br>SANTA MONICA SEAFOOD<br>18531 S BROADWICK STREET<br>RANCHO DOMINGUEZ, CA 90220 | | | Trade Payable | | | | $1,007,949.71 |
| ACCOUNT NO.<br><br>SANTANA HIGH SCHOOL PTSA<br>9915 N MAGNOLIA AVE<br>SANTEE, CA 92071 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>SARA CWIK<br>4505 W VENTURE CT<br>PHOENIX, AZ 85086 | | | Trade Payable | | | | $161.20 |
| ACCOUNT NO.<br><br>SARA-SYRAH<br>4585 OUR PLACE<br>PASO ROBLES, CA 93446 | | | Trade Payable | | | | $1,382.25 |
| ACCOUNT NO.<br><br>SBMC DIAMOND BAR<br>CO SB MANAGEMENT<br>433 N CAMDEN DR STE 800<br>BEVERLY HILLS, CA 90210 | | | Trade Payable | | | | $943.26 |

Sheet no.  _155_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 1,011,945.21

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Haggen Opco South, LLC**_____ ,        **Case No.   15-11876 (KG)**_____
                          **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SCHARF, ROBERT<br>4601 E GREENMOUNTAIN DR<br>FLAGSTAFF, AZ 86004 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SCHWANS CONSUMER BRANDS NORTH<br>PO BOX 532066<br>ATLANTA, GA 30353-2066 | | | Trade Payable | | | | $39,438.67 |
| ACCOUNT NO.<br><br>SCOTT, ANN<br>2640 N. CONESTOGA AVE.<br>TUCSON, AZ 85749 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SEACOAST DISTRIBUTING<br>8385 MIRAMAR MALL STE 209<br>SAN DIEGO, CA 92121 | | | Trade Payable | | | | $159.20 |
| ACCOUNT NO.<br><br>SEE CANYON HARD CIDER CO<br>2885 SEE CANYON DR<br>SAN LUIS OBISPO, CA 93405 | | | Trade Payable | | | | $952.00 |
| ACCOUNT NO.<br><br>SEFATI, SAMIN<br>2695 SUNRISE DAY CT<br>LAS  VEGAS, NV 89142 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _156_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 40,549.87

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.   **15-11876 (KG)**
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SEIU USWW<br>PO BOX 513016<br>LOS ANGELES, CA 90051-1016 | | | Trade Payable | | | | $92.30 |
| ACCOUNT NO.<br><br>SELECT A VISION<br>4 BLUE HERON DR<br>COLLEGEVILLE, PA 19426 | | | Trade Payable | | | | $16,882.89 |
| ACCOUNT NO.<br><br>SELECTA WHOLESALE FOODS<br>1415 3RD AVENUE<br>CHULA VISTA, CA 91911 | | | Trade Payable | | | | $1,585.00 |
| ACCOUNT NO.<br><br>SEVEN J INVESTMENT CO<br>1122 EL CENTRO ST<br>SO PASADENA, CA 91030 | | | Trade Payable | | | | $13,748.27 |
| ACCOUNT NO.<br><br>SEVEN UP RC BOTTLING<br>COMPANY. OF SOUTHERN<br>CALIFORNIA INC<br>PO BOX 742472<br>LOS ANGELES, TX 90074-2472 | | | Trade Payable | | | | $151,863.43 |

Sheet no. _157_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 184,171.89

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.  **15-11876 (KG)**
                           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SHALHOOB MEAT CO INC<br>220 GRAY AVE<br>SANTA BARBARA, CA 93101 | | | Trade Payable | | | | $5,532.04 |
| ACCOUNT NO.<br><br>SHAMROCK FOODS<br>PO BOX 52420<br>PHOENIX, AZ 85072-2420 | | | Trade Payable | | | | $77,004.03 |
| ACCOUNT NO.<br><br>SHANNON DIVERSIFIED INC<br>1360 E LOCUST ST<br>ONTARIO, CA 91761 | | | Trade Payable | | | | $5,054.00 |
| ACCOUNT NO.<br><br>SHATZN, LISA<br>12170 THOMAS DR<br>TUSTIN, CA 92782 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SHAWN SHARHAN LLC<br>5520 MYRTLE AVENUE<br>RIDGEWOOD, NY 11385 | | | Trade Payable | | | | $5,266.74 |
| ACCOUNT NO.<br><br>SHE BEVERAGE COMPANY<br>PO BOX 9312<br>LANCASTER, CA 93539 | | | Trade Payable | | | | $3,009.00 |

Sheet no. _158_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 95,865.81

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SHEWBERT, LYNDA<br>5645 CAMINITO KATERINA<br>SAN DIEGO, CA 92111 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SHMAKEE BRAND FOODS LLC<br>168 S LOS TIMBRES ST<br>ORANGE, CA 92869 | | | Trade Payable | | | | $239.61 |
| ACCOUNT NO.<br><br>SHORELINE PLUMBING<br>781 N LAKE HAVASU AVE<br>LAKE HAVASU CITY, AZ 86403 | | | Trade Payable | | | | $163.55 |
| ACCOUNT NO.<br><br>SHRED IT.<br>23166 NETWORK PLACE<br>CHICAGO, IL 60673-1252 | | | Trade Payable | | | | $35.00 |
| ACCOUNT NO.<br><br>SHRED-IT USA LLC<br>PO BOX 101007<br>PASADENA, CA 91189-1007 | | | Trade Payable | | | | $72.80 |
| ACCOUNT NO.<br><br>SIERRA MADRE GROCERY COMPANY<br>481 MARIPOSA AVENUE<br>SIERRA MADRE, CA 91024 | | | Trade Payable | | | | $158.55 |

Sheet no. _159_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►   $ 669.51

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SILVA, MARK<br>2379 CARINGA WAY<br>CARLSBAD, CA 92009 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SILVAS, VANESSA<br>1024 E. YALE ST.<br>ONTARIO, CA 91762 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SILVERDALE WATER DISTRICT<br>PO BOX 3751<br>SEATTLE, WA 98124-3751 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>SILVIA LAURETTI<br>3250 STUDIO DR<br>CAYUCOS, CA 93430 | | | Trade Payable | | | | $725.40 |
| ACCOUNT NO.<br><br>SIMENTAL, JUANA<br>1708 WATERS AVE<br>POMONA, CA 91766 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SIMI VALLEY GIRLS SOFTBALL<br>PO BOX 111<br>SIMI VALLEY, CA 93062 | | | Trade Payable | | | | $1,000.00 |

Sheet no. _160_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,725.40

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                        **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SIMI VALLEY LITTLE LEAGUE<br>PO BOX 63022<br>SIMI VALLEY, CA 93063 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>SIMI-VETO LLC<br>C/O TOIBB ENTERPRISES<br>6355 TOPANGA CNYN BLVD #335<br>WOODLAND HILLS, CA 91367 | | | Trade Payable | | | | $12,337.40 |
| ACCOUNT NO.<br><br>SIMPSON, LEONARD<br>P.O. BOX 882781<br>SAN DIEGO, CA 92168 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SIMPSON, MARGARITA<br>10713 MONTEGO DR.<br>SAN DIEGO, CA 92124 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SMITH, MARK<br>701 S. KAISER ST.<br>SAN FERNANDO, CA 91340 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SMITH, TODD<br>468 DEWANE DR.<br>EL CAJON, CA 92020 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _161_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 13,337.40

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                           ,        **Case No.   15-11876 (KG)**
                            **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SNACKS R US.<br>12701 VAN NUYS BLVD #N<br>PACOIMA, CA 91331 | | | Trade Payable | | | | $7,053.65 |
| ACCOUNT NO.<br><br>SNOHOMISH COUNTY PUD<br>PO BOX 1100<br>EVERETT, WA 98201 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>SOLA PRODUCTS<br>63 VIA PICO PLAZA<br>SUITE 460<br>SAN CLEMENTE, CA 92672 | | | Trade Payable | | | | $1,953.72 |
| ACCOUNT NO.<br><br>SOLIS<br>PO BOX 51459<br>ONTARIO, CA 91761 | | | Trade Payable | | | | $21,554.36 |
| ACCOUNT NO.<br><br>SOLIS, CYNTHIA<br>12939 9TH ST.<br>CHINO, CA 91710 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOLUTRAN<br>3600 HOLLY LANE SUITE 60<br>MINNEAPOLIS, MN 55447 | | | Trade Payable | | | | $10,061.61 |

Sheet no.  _162_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 40,623.34

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                        ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SONDERGAARD, OWEN<br>9752 E ROADRUNNER DR<br>SCOTTSDALE, AZ 85262 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SONNY SUSHI INC<br>5193 WEST OQUENDO ROAD<br>LAS VEGAS, NV 89118 | | | Trade Payable | | | | $535.02 |
| ACCOUNT NO.<br><br>SOOFER COMPANY INC<br>2828 S ALAMEDA ST<br>LOS ANGELES, CA 90058 | | | Trade Payable | | | | $383.84 |
| ACCOUNT NO.<br><br>SORIANO, EVAN<br>8200 E TRANQUIL BLVD<br>PRESCOTT VALLEY, AZ 86314 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOSAMAYER , JAMES<br>6455 LA JOLLA BLVD.<br>#141<br>LA JOLLA, CA 92037 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOTELO, DENDER<br>1620 CAPISTRANO AVE<br>SPRING VALLEY, CA 91977 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _163_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 918.86

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re   **Haggen Opco South, LLC**_____ ,        Case No.   **15-11876 (KG)**_____
                                **Debtor**                                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SOURCES SCREEN PRINTING<br>PO BOX 3108<br>OGDEN, UT 84409 | | | Trade Payable | | | | $779.40 |
| ACCOUNT NO.<br><br>SOURIAL, MARIAM<br>10869 VIA LOS NARCISOS<br>APT # D<br>SAN DIEGO, CA 92129 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOUTH BAY ABRAMS.<br>DBA SOUTH BAY ABRAMS MFG DIST<br>PO BOX 2118<br>HUNTINGTON BEACH, CA 92647 | | | Trade Payable | | | | $14,364.75 |
| ACCOUNT NO.<br><br>SOUTH BAY COMMUNITY SERVICES<br>430 F STREET<br>CHULA VISTA, CA 91910 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>SOUTH COAST BEVERAGE SERVICE INC<br>1219 N PATT ST<br>ANAHEIM, CA 92801 | | | Trade Payable | | | | $4,344.18 |

Sheet no. __164_ of __196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►   $ 20,488.33

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                              ,          **Case No.   15-11876 (KG)**
　　　　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SOUTH COAST FAMILY MEDICAL CENTER<br>25500 RANCHO NIGUEL RD #100<br>LAGUNA NIGUEL, CA 92677 | | | Trade Payable | | | | $582.00 |
| ACCOUNT NO.<br><br>SOUTH COAST WATER DISTRICT<br>PO BOX 51401<br>LOS ANGELES, CA 90051-5701 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>SOUTHERN INNOVATIONS LLC<br>39506 N DAISY MOUNTAIN DR #122-303<br>ANTHEM, AZ 85086 | | | Trade Payable | | | | $4,276.00 |
| ACCOUNT NO.<br><br>SOUTHERN WINE & SPIRITS OF CA<br>PO BOX 60339<br>LOS ANGELES, CA 90060-0339 | | | Trade Payable | X | X | | $1,025,474.88 |
| ACCOUNT NO.<br><br>SOUTHLAND FOODS<br>POB 7473<br>ALHAMBRA, CA 91802 | | | Trade Payable | | | | $2,832.57 |
| ACCOUNT NO.<br><br>SOUTHWEST SALSA CO<br>60499 ZUNI RD<br>BEND, OR 97702 | | | Trade Payable | | | | $132.00 |

Sheet no. _165_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,033,297.45

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SP MAINTENANCE SERVICES, INC<br>734 RALCOA WAY<br>ARROYO GRANDE, CA 93420 | | | Trade Payable | | | | $204.75 |
| ACCOUNT NO.<br><br>SPARKYS CATERING<br>7770 TELEGRAPH RD<br>UNIT F<br>VENTURA, CA 93004 | | | Trade Payable | | | | $5,964.70 |
| ACCOUNT NO.<br><br>SPECIAL OLYMPICS TRI-VALLEY<br>24779 VALLEY STREET<br>SANTA CLARITA, CA 91321 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>SPECIALTY CELLARS<br>13017 LA DANA COURT<br>SANTA FE SPRINGS, ID 90670 | | | Trade Payable | | | | $11,486.20 |
| ACCOUNT NO.<br><br>SPENCER , SHIRLEY<br>844 CONGRESSIONAL RD<br>SIMI VALLEY, CA 93065-6612 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SPERGHTS, STEPHANIE<br>648 OCEAN PARK BL.<br>SANTA MONICA, CA 90405 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  166  of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 18,655.65

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,               Case No.   **15-11876 (KG)**
                     **Debtor**                                                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SPIKE BEVERAGE <br> PO BOX 27506 <br> TUCSON, AZ 85726-7506 | | | Trade Payable | | | | $822.39 |
| ACCOUNT NO. <br><br> SPILL MAGIC INC <br> 630 YOUNG STREET <br> SANTA ANA, CA 92705-5633 | | | Trade Payable | | | | $51.92 |
| ACCOUNT NO. <br><br> SPIRIT SPE HG 2015-1 LLC <br> 16767 N PERIMETER DR STE 210 <br> SCOTTSDALE, AZ 85260 | | | Trade Payable | | | | $261,349.73 |
| ACCOUNT NO. <br><br> SPRING BOARD <br> PO BOX 6688 <br> SAN RAFAEL, CA 94903 | | | Trade Payable | | | | $696.00 |
| ACCOUNT NO. <br><br> ST AMOUR INC <br> 2971 GRACE LANE # B <br> COSTA MESA, CA 92626 | | | Trade Payable | | | | $5,800.37 |
| ACCOUNT NO. <br><br> STAFFORD, KATHLEEN <br> 4365 TERRACE HILL RD. <br> #202 <br> LAS VEGAS, NV 89103 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  167  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 268,720.41

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.   **15-11876 (KG)**
                              **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STARBUCKS CORPORATION<br>PO BOX 74008016<br>CHICAGO, IL 60674-8016 | | | Trade Payable | | | | $574,911.35 |
| ACCOUNT NO.<br><br>STATEWIDE BEVERAGE COMPANY<br>6415 FLEET ST<br>COMMERCE, CA 90040 | | | Trade Payable | | | | $14,224.49 |
| ACCOUNT NO.<br><br>STATZER, JULIE<br>248 GANNET DR.<br>VISTA, CA 92083 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>STEEBER, AMY<br>2891 EMILY LN.<br>SIMI VALLEY, CA 93063 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>STEM , STACY<br>5641 LYNNBROOK PLZ<br>YORBA LINDA, CA 92886-5646 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>STEPHENS, ROBIN<br>161 E GONZALLES ROAD<br>OXNARD, CA 93030 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  _168_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 589,135.84

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,            Case No. **15-11876 (KG)**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STERICYCLE INC EXPERT SOLUTIONS<br>27314 NETWORK PLACE<br>CHICACO, IL 60673-1273 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>STEVE JULIUS CONSTRUCTION INC<br>230 CALLE PINTORESCO<br>SAN CLEMENTE, CA 92673 | | | Trade Payable | X | X | | $5,250.00 |
| ACCOUNT NO.<br><br>STONE BREWING CO<br>2865 EXECUTIVE PLACE<br>ESCONDIDO, CA 92029 | | | Trade Payable | | | | $33,743.18 |
| ACCOUNT NO.<br><br>STOVER, CYNTHIA<br>2462 ALADDIN LAMP ST<br>HENDERSON, NV 89002 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>STRAUB DISTRIBUTING CO<br>2701 DOW AVE<br>TUSTIN, CA 92780-7209 | | | Trade Payable | | | | $30,850.04 |
| ACCOUNT NO.<br><br>STUMPTOWN COFFEE ROASTERS<br>100 SE SALMON STREET<br>PORTLAND, OR 97214 | | | Trade Payable | | | | $1,540.80 |

Sheet no. _169_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 71,384.02

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.   **15-11876 (KG)**
                                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SUKOPHAND, JAMIE<br>524 CRAWFORD ST<br>BAKERSFIELD, CA 93306 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SULLIVAN, DEBRA<br>2362 N. GREEN VALLEY PKWY.<br>#258L<br>HENDERSON, NV 89014 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SUMMIT WATER & SUPPLY CO.<br>9701 50TH AVENUE<br>TACOMA, WA 98446-5444 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>SUNBURST TRADING WEST INC<br>PO BOX 9311<br>SOUTH EL MONTE, CA 91733 | | | Trade Payable | | | | $488.02 |
| ACCOUNT NO.<br><br>SUNE GIL HOLDINGS, LLC<br>13736 RIVERPORT DR, STE 1000<br>ATTN: AR, SUN EDISON LLC<br>MARYLAND HEIGHTS, MO 63043 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>SUPER SWEEP<br>13061 ROSEDALE HWY STE G113<br>BAKERSFIELD, CA 93314 | | | Trade Payable | | | | $850.00 |

Sheet no.  170  of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 1,338.02

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SUPERIOR ELECTRICAL MECHANICAL & PLUMBING INC<br>8613 HELMS AVE<br>RANCHO CUCAMONGA, CA 91730 | | | Trade Payable | | | | $17,458.46 |
| ACCOUNT NO.<br><br>SUPERIOR SWEEPING LTD<br>10429 SALINAS RIVER CIR<br>FOUNTAIN VALLEY, CA 92708 | | | Trade Payable | X | X | | $1,750.00 |
| ACCOUNT NO.<br><br>SURF BREWERY LLC<br>4561 MARKET ST SUITE A<br>VENTURA, CA 93003 | | | Trade Payable | | | | $883.00 |
| ACCOUNT NO.<br><br>SWANSON, AL<br>8276 VISALIA ST.<br>VENTURA, CA 93004 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SWEITZER, BONNIE<br>21140 BERENDO AVE.<br>TORRANCE, CA 90502 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SWISHER<br>PO BOX 603060<br>CHARLOTTE, NC 28260-3060 | | | Trade Payable | | | | $541.38 |

Sheet no. _171_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►   $ 20,632.84

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen Opco South, LLC                              ,                    Case No.   15-11876 (KG)
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  SYNCHROGISTICS LLC 800 W SMITH STREET SUITE 201 GREENSBORO, NC 27401 | | | Trade Payable | | | | $145,957.47 |
| ACCOUNT NO.  TACO WORKS INC 3424 SACRAMENTO DR SAN LUIS OBISPO, CA 93401 | | | Trade Payable | | | | $16,037.60 |
| ACCOUNT NO.  TACUPETO CHIPS AND SALSA INC PO BOX 231928 ENCINITAS, CA 92023 | | | Trade Payable | | | | $1,311.24 |
| ACCOUNT NO.  TADIN HERB & TEA COMPANY PO BOX 2968 HUNTINGTON PARK, CA 90255 | | | Trade Payable | | | | $159.60 |
| ACCOUNT NO.  TAKO TYKO SIGNS AND LIGHTING 5010 VENICE BOULEVARD LOS ANGELES, CA 90019 | | | Trade Payable | | | | $874.22 |
| ACCOUNT NO.  TALLEY VINEYARDS PO BOX 360 ARROYO GRANDE, CA 93421-0360 | | | Trade Payable | | | | $216.00 |

Sheet no. _172_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 164,556.13

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                                 ,          Case No.   **15-11876 (KG)**
                     **Debtor**                                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TAMPICO SPICE CO INC<br>PO BOX 01229<br>LOS ANGELES, CA 90001 | | | Trade Payable | | | | $3,421.95 |
| ACCOUNT NO.<br><br>TAPIA , ELISABETH<br>2170 CHINO HILLS<br>CHINO, CA 91710 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TEEL, CATHLEEN<br>10754 EAST PEANUT DR.<br>DEWEY, AZ 86327 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TELECHECK SERVICES<br>PO BOX 60028<br>CITY OF INDUSTRY, CA 91716-0028 | | | Trade Payable | | | | $258.70 |
| ACCOUNT NO.<br><br>TELESIS PREPARATORY ACADEMY<br>2598 STARLITE LANE<br>LAKE HAVASU CITY, AZ 86403 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>TERABYTE SUPPLY<br>2119 CECELIA TER<br>SAN DIEGO, CA 92110 | | | Trade Payable | | | | $2,826.75 |

Sheet no. _173_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 7,507.40

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,                     Case No. **15-11876 (KG)**
                  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TGF COMPANY<br>BANK OF AMERICA LOCKBOX<br>FILE 56692<br>LOS ANGELES, CA 90074-6692 | | | Trade Payable | | | | $26,134.53 |
| ACCOUNT NO.<br><br>THE BOYS AND GIRLS CLUBS OF SANTA MONICA<br>1220 LINCOLN BLVD<br>SANTA MONICA, CA 90401 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>THE COLONIES PACIFIC 17 LLC<br>C/O PACIFIC DEV. GROUP II<br>ONE CORP. PLAZA 2ND FLOOR<br>NEWPORT BEACH, CA 92660 | | | Trade Payable | | | | $24,199.91 |
| ACCOUNT NO.<br><br>THE FAT CAT BEER COMPANY LLC<br>7979 IVANHOE AVE STE 555<br>LA JOLLA, CA 92037 | | | Trade Payable | | | | $316.60 |
| ACCOUNT NO.<br><br>THE KATHLEEN HUETTNER TRUST<br>PACIFIC WESTERN BANK<br>900 CANTERBUURY PL #100<br>ESCONDIDO, CA 92025 | | | Trade Payable | | | | $17,555.55 |

Sheet no. __174__ of __196__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 69,206.59

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re __Haggen Opco South, LLC_____ ,            Case No.__15-11876 (KG)_____
                   **Debtor**                                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THE LIVING DESERT<br>47900 PORTOLA AVENUE<br>PALM DESERT, CA 92260 | | | Trade Payable | | | | $1,000.00 |
| ACCOUNT NO.<br><br>THE ORGANIC CELLAR LLC<br>1589 SKYLINE DRIVE<br>LAGUNA BEACH, CA 92651 | | | Trade Payable | | | | $302.00 |
| ACCOUNT NO.<br><br>THE SAUSAGE COMPANY.<br>PO BOX 2128<br>ORCUTT, CA 93457 | | | Trade Payable | | | | $7,041.50 |
| ACCOUNT NO.<br><br>THE VILLAGE BAKER LLC<br>1237 S PLAZA WAY<br>FLAGSTAFF, AZ 86001 | | | Trade Payable | | | | $922.35 |
| ACCOUNT NO.<br><br>THOMPSON, GAIL<br>6624 WOODSWORTH AVE<br>LAS VEGAS, NV 89108 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>THORESON , DAVID<br>3912 ALBATROSS ST<br>APT 202<br>SAN DIEGO, CA 92103-3067 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _175_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal ▶     $ 9,265.85

                                      Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                               ,          Case No.   **15-11876 (KG)**
　　　　　　　　　　　**Debtor**                                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THYSSENKRUPP ELEVATOR CORP<br>PO BOX 933004<br>ATLANTA, GA 31193-3004 | | | Trade Payable | | | | $1,154.65 |
| ACCOUNT NO.<br><br>TILC OPERATING PROPERTIES LLC<br>C/O ID S48631 /BLDG ID 623351<br>550 NEWPORT CENTER DR<br>NEWPORT BEACH, CA 92660 | | | Trade Payable | | | | $41,367.74 |
| ACCOUNT NO.<br><br>TILLOTSON, JONATHAN<br>3546 N SCHEVENE BLVD<br>FLAGSTAFF, AZ 86004 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TIMOTHY ADAMS GENERAL CONTRACTOR<br>529 ARAPAHO ST<br>VENTURA, CA 93001 | | | Trade Payable | | | | $408.85 |
| ACCOUNT NO.<br><br>TIMOTHY J LEONHARDI<br>DBA A PLUS SERVICE COMPANY<br>2010 W AVENUE K #220<br>LANCASTER, CA 93536 | | | Trade Payable | | | | $1,201.01 |

Sheet no.  176  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 44,132.25

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** ,                         Case No.   **15-11876 (KG)**
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  TITAN WINES & SPIRITS 22837 VENTURA BLVD STE 300 WOODLAND HILLS, CA 91364 | | | Trade Payable | | | | $2,346.00 |
| ACCOUNT NO.  TKALEC, KASEY 1244 POTTER AVE THOUSAND OAKS, CA 91360 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  TNG GP 3995 70TH AVE E STE B FIFE, WA 98424-3616 | | | Trade Payable | X | X | | $300,269.39 |
| ACCOUNT NO.  TOBIN JAMES CELLARS 8950 UNION RD PASO ROBLES, CA 93446 | | | Trade Payable | | | | $1,381.00 |
| ACCOUNT NO.  TODDCO SWEEPING SERVICE TODD POND PO BOX 1388 TORRANCE, CA 90505-0388 | | | Trade Payable | | | | $1,820.00 |
| ACCOUNT NO.  TOLOSA WINERY 4910 EDNA RD SAN LUIS OBISPO, CA 93401 | | | Trade Payable | | | | $1,420.00 |

Sheet no.  177  of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 307,236.39

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                                    **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TOM HASELTINE PHOTOGRAPHY<br>PO BOX 46934<br>SEATTLE, WA 98146 | | | Trade Payable | | | | $395.00 |
| ACCOUNT NO.<br><br>TONDU, IRENE<br>29311 TIEREE STREET<br>LAGUNA NIGUEL, CA 92677 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TOP O THE MORN FARM<br>17324 ROAD 136<br>TULARE, CA 93274 | | | Trade Payable | | | | $12,763.21 |
| ACCOUNT NO.<br><br>TOPCO ASSOCIATES INC<br>PO BOX 96002<br>CHICAGO, IL 60693 | | | Trade Payable | X | X | | $11,697.57 |
| ACCOUNT NO.<br><br>TORTILLAS INCORPORATED<br>2912 N COMMERCE STREET<br>N LAS VEGAS, NV 89030 | | | Trade Payable | | | | $1,636.96 |
| ACCOUNT NO.<br><br>TOTAL PHARMACY SUPPLY.<br>3400 AVE E EAST<br>ARLINGTON, TX 76011 | | | Trade Payable | | | | $914.22 |

Sheet no. __178_ of __196__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 27,406.96

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** ,                     Case No. **15-11876 (KG)**
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TOWNSHIP BUILDING SERVICES INC<br>26 PAMARON WAY<br>NOVATO, CA 94949 | | | Trade Payable | | | | $81,138.48 |
| ACCOUNT NO.<br><br>TOYOTALIFT INCORPORATED<br>PO BOX 710280<br>SANTEE, CA 92072-0280 | | | Trade Payable | | | | $9,251.56 |
| ACCOUNT NO.<br><br>TRAILS VILLAGE CENTER COMPANY<br>1970 VILLAGE CENTER CIRCLE # 7<br>LAS VEGAS, NV 89134 | | | Trade Payable | | | | $23,550.12 |
| ACCOUNT NO.<br><br>TRANSOURCE.<br>PO BOX 931898<br>ATLANTA, GA 31193 | | | Trade Payable | | | | $820.83 |
| ACCOUNT NO.<br><br>TRAVIS, SARAH<br>3601 W OLD SPANISH TRAIL<br>TUCSON, AZ 85730 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TRC OSWEGO VILLAGE LLC<br>PO BOX 840133<br>LOS ANGELES, CA 90084-0133 | | | Trade Payable | | | | $2,911.11 |

Sheet no. _179_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 117,672.10

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
           **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TREVINO, CONSUELO<br>443 CADROOK DR.<br>LA PUENTE, CA 91744 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TREVINO, DELRA<br>P.O. BOX  41233<br>LONG BEACH, CA 90803 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TRI W ENTERPRISES INC<br>PO BOX 6149<br>SANTA MARIA, CA 93456-6149 | | | Trade Payable | | | | $5,066.67 |
| ACCOUNT NO.<br><br>TRIANGLE DIST COMPANY<br>PO BOX 3988<br>SANTA FE SPRINGS, CA 90670-1988 | | | Trade Payable | | | | $1,789.85 |
| ACCOUNT NO.<br><br>TRINITAS CELLARS LLC<br>2532 DUPONT DR<br>IRVINE, CA 92612 | | | Trade Payable | | | | $5,364.00 |
| ACCOUNT NO.<br><br>TROPICALE FOODS INC<br>PO BOX 2224<br>CHINO, CA 91708 | | | Trade Payable | | | | $603.94 |

Sheet no. _180_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 12,824.46

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                        ,          Case No.   **15-11876 (KG)**
                        **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TROPICANA CHILLED DSD<br>75 REMITTANCE DR-STE 1856<br>CHICAGO, IL 60675-1856 | | | Trade Payable | | | | $81,094.04 |
| ACCOUNT NO.<br><br>TRUJILLO, RANI<br>2843 I AVE<br>NATIONAL CITY, CA 91950 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TRUMPORE, RHIANNON<br>6935 CHARDONNAY PL<br>PASO ROBLES, CA 93446 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TSATSOULINE , JULIE<br>2700 NEILSON WAY<br>APT 927<br>SANTA MONICA, CA 90405-4032 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TSURUTONI, RANDELL<br>3210 ROSEWOOD AVE<br>LOS ANGELES, CA 90066 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>TUITASI, ALMA<br>1195 FLORIDA ST<br>IMPERIAL BEACH, CA 91932 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  _181_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 81,094.04

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
　　　　　　　　　**Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TURNPIKE CENTER LLC<br>3905 STATE ST SUITE #7263<br>SANTA BARBARA, CA 93117 | | | Trade Payable | | | | $4,704.67 |
| ACCOUNT NO.<br><br>TY INC<br>PO BOX 5934<br>CHICAGO, IL 60680 | | | Trade Payable | | | | $3,676.22 |
| ACCOUNT NO.<br><br>UCKC PRODUCTS LLC<br>PO BOX 290415<br>PHELAN, CA 92329 | | | Trade Payable | | | | $3,253.28 |
| ACCOUNT NO.<br><br>UEDA , LANCE<br>9795 CAMINITO CUADRO<br>SAN DIEGO, CA 92129-2825 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>UEDA, LANIE<br>9795 CAMINITO CUADUO<br>SAN DIEGO, CA 92129 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>UNISOURCE ENERGY SERVICES ELEC<br>PO BOX 80079<br>PRESCOTT, AZ 86304-8079 | | | Trade Payable | X | X | | Undetermined |

Sheet no. _182_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶       $ 11,634.17

Total ▶       $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UNITED PARCEL SERVICE<br>PO BOX 894820<br>LOS ANGELES, CA 90189-4820 | | | Trade Payable | | | | $8,781.40 |
| ACCOUNT NO.<br><br>UNIWEB INCORPORATED<br>222 S PROMENADE AVENUE<br>CORONA, CA 92879 | | | Trade Payable | | | | $1,355.47 |
| ACCOUNT NO.<br><br>UR SWEET MADNESS LLC<br>6360 MCLEOD DRIVE #15<br>LAS VEGAS, NV 89120 | | | Trade Payable | | | | $328.05 |
| ACCOUNT NO.<br><br>URBAN , MATTHIAS<br>11631 CHARNOCK RD<br>LOS ANGELES, CA 90066-2805 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>URBANSKI, LILIAN<br>903 MELROSE AVE<br>CHULA VISTA, CA 91910 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>URRUTIA, DAVID<br>8347 LAUREL AVE<br>#4<br>FONTANA, CA 92335 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  _183_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 10,464.92

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                              ,                    Case No.   **15-11876 (KG)**
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>USA WINE WEST<br>3030 BRIDGEWAY SUITE 127<br>SAUSALITO, CA 94965 | | | Trade Payable | | | | $508.00 |
| ACCOUNT NO.<br><br>VALLECITOS WATER DISTRICT<br>201 VALLECITOS DE ORO<br>SAN MARCOS, CA 92069-1453 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>VALLEY VISTA SERVICES, INC.<br>17445 EAST RAILROAD ST<br>CITY OF INDUSTRY, CA 91748-1088 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>VALMER, M-JUANA<br>124 SAM JONAS DR<br>LAS VEGAS, NV 89145 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VAN ERT, SHARRON<br>142 RAINBOW DR<br>BOULDER CITY, NV 89005 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VANDERZANDEN, MATTHEW<br>1224 BUCHON ST.<br>#2<br>SAN LUIS OBISPO, CA 93401 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. __184_ of __196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 508.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** _____ ,          Case No.   **15-11876 (KG)** _____
                           **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VASQUEZ , MERCY M<br>11856 ROCHESTER AVE<br>APT 3<br>LOS ANGELES, CA 90025-1416 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VASQUEZ, MERCEDES<br>11856 ROCHESTER AVE<br># 3<br>LOS ANGELES, CA 90025 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VAXSERVE INC<br>12566 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | | Trade Payable | | | | $4,234.93 |
| ACCOUNT NO.<br><br>VAZQUEZ , BERTHA<br>4487 MAYBERRY STREET<br>SAN DIEGO, CA 92113 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VENTURA , KYLE<br>1401 STRAWBERRY AVE<br>ARROYO GRANDE, CA 93420-6713 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VENTURA WATER<br>P.O. BOX 2299<br>VENTURA, CA 93002-2299 | | | Trade Payable | X | X | | Undetermined |

Sheet no.  185  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

                                                           Subtotal ►       $ 4,234.93

                                                           Total ►         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                                    ,                    Case No.  **15-11876 (KG)**
                                  **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VERDAD<br>PO BOX 440<br>LOS OLIVOS, CA 93441-4410 | | | Trade Payable | | | | $290.00 |
| ACCOUNT NO.<br><br>VERIZON SOUTHWEST.<br>PO BOX 920041<br>DALLAS, TX 75392-0041 | | | Trade Payable | | | | $1,756.22 |
| ACCOUNT NO.<br><br>VESTAR CALIFORNIA XXI LLC<br>C/O VESTAR PROPERTY MANAGEMENT<br>2425 E CAMELBACK RD #750<br>PHOENIX, AZ 85016 | | | Trade Payable | | | | $6,166.67 |
| ACCOUNT NO.<br><br>VESTCOM NEW CENTURY LLC<br>PO BOX 416226<br>BOSTON, MA 02241-6226 | | | Trade Payable | | | | $1,969.38 |
| ACCOUNT NO.<br><br>VESTCOM RETAIL SOLUTIONS<br>PO BOX 416225<br>BOSTON, MA 02241-6225 | | | Trade Payable | | | | $16,684.74 |

Sheet no.  _186_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 26,867.01

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                                    ,                     Case No.   **15-11876 (KG)**
                          **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VFPLM LLC<br>10170 W TROPICANA AVE<br>SUITE 156-222<br>LAS VEGAS, NV 89147 | | | Trade Payable | | | | $19,252.86 |
| ACCOUNT NO.<br><br>VICTORS WINDOW CLEANING<br>PO BOX 942072<br>SIMI VALLEY, CA 93094-2072 | | | Trade Payable | | | | $136.00 |
| ACCOUNT NO.<br><br>VILLA, CHRISTIAN<br>3760 36TH STREET<br>SAN DIEGO, CA 92109 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VILLALOBOS, MARIA<br>1452 BUSTER ST<br>SIMI VALLEY, CA 93065 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VIN SAUVAGE LLC<br>4050 WEST SUNSET ROAD SUITE D<br>LAS VEGAS, NV 89118 | | | Trade Payable | | | | $1,007.36 |
| ACCOUNT NO.<br><br>W A THOMPSON INC<br>PO BOX 40310<br>BAKERSFIELD, CA 93384 | | | Trade Payable | | | | $48,589.79 |

Sheet no.  187 of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 68,986.01

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen Opco South, LLC                                    ,          Case No.   15-11876 (KG)
                                 **Debtor**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WAIDE-GONZALES, LISA<br>8 GREENSPRING<br>DOVE CANYON, CA 92677 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WALKER, EILEEN<br>8056 CANTON DR<br>LEMON GROVE, CA 91945 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WALKER, LISA<br>697 HARPER ST<br>SIMI VALLEY, CA 93065 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WALNUT VALLEY WATER DISTRICT<br>PO BOX 7152<br>PASADENA, CA 91109-7152 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>WALZ, TRACEY<br>516 PATRICIA ST<br>CHULA VISTA, CA 91910 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WASTE MANAGEMENT - 541065<br>PO BOX 541065<br>LOS ANGELES, CA 90054-1065 | | | Trade Payable | X | X | | Undetermined |

Sheet no.  188  of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                          ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WASTE MANAGEMENT OF AZ - PHOENIX HAULING <br> P.O. BOX 78251 <br> PHOENIX, AZ 85062-8251 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> WASTE MANAGEMENT OF CA - ORANGE COUNTY <br> P.O. BOX 541065 <br> LOS ANGELES, CA 90054-1065 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> WASTE MANAGEMENT OF OR- WASHINGTON COUNT <br> P.O. BOX 541065 <br> LOS ANGELES, CA 90054-1065 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> WASTE MANAGEMENT OF OREGON-KLAMATH DISPO <br> P.O. BOX 541065 <br> LOS ANGELES, CA 90054-1065 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO. <br><br> WEEKS , JERRY <br> 1457 STONEY CREEK RD. <br> PASO ROBLES, CA 93446-5186 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WEINGARTEN NOSTAT INC. <br> PO BOX 301263 <br> DALLAS, TX 75303-1263 | | | Trade Payable | | | | $46,589.17 |

Sheet no.  189  of  196  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►   $ 46,589.17

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                    ,            Case No.  **15-11876 (KG)**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WEISS, WILLIAN<br>14001 YORKTOWN CT.<br>FONTANA, CA 92336 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WEITRON INC<br>801 PENCADER DRIVE<br>NEWARK, DE 19702 | | | Trade Payable | | | | $425.10 |
| ACCOUNT NO.<br><br>WELLWOOD, JOHN<br>650 S RANCHO SANTA FE RD<br>SAN MARCOS, CA 92078 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WELSH, CONNIE<br>15103 STUDEBAKER<br>NORWALK, CA 90650 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WEST COAST CHILL INC<br>1711 LANGLEY AVENUE<br>IRVINE, CA 92614 | | | Trade Payable | | | | $25.15 |
| ACCOUNT NO.<br><br>WEST PICO FOODS INC<br>PO BOX 58107<br>VERNON, CA 90058 | | | Trade Payable | | | | $609.01 |

Sheet no. _190_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 1,059.26

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WESTAIR GASES & EQUIPMENT<br>PO BOX 101420<br>PASADENA, CA 91189-1420 | | | Trade Payable | | | | $77.28 |
| ACCOUNT NO.<br><br>WET PRODUCTS INC<br>5 AUTRY<br>IRVINE, CA 92618 | | | Trade Payable | | | | $7,839.60 |
| ACCOUNT NO.<br><br>WHITESTONE REIT<br>C/O LOCKBOX SERVICES<br>PO BOX 844818<br>LOS ANGELES, CA 90084 | | | Trade Payable | X | X | | $9,809.47 |
| ACCOUNT NO.<br><br>WHITESTONE TERRAVITA<br>MARKETPLACE LLC<br>DEPT #234 PO BOX 4869<br>HOUSTON, TX 77210-4869 | | | Trade Payable | | | | $5,334.50 |
| ACCOUNT NO.<br><br>WHITING, JOHN<br>17888 CORTE EMPERRADO<br>SAN DIEGO, CA 92128 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WHITMORE, LAUREN<br>7475 W CHARLESTON BLVD<br>APT #42<br>LAS VEGAS, NV 89117 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _191_ of _196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 23,060.85

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC** , Case No. **15-11876 (KG)**
_____Debtor_____ **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WHOLESOME CHOW <br> 3195 MCMILLAN ST <br> SUITE C <br> SAN LUIS OBISPO, CA 93401 | | | Trade Payable | | | | $295.20 |
| ACCOUNT NO. <br><br> WILSON , RICKY <br> 265 ASH AVE APT C <br> CHULA VISTA, CA 91910-2381 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WILSON ELECTRIC SERVICES CORP <br> 600 E GILBERT DR <br> TEMPE, AZ 85281 | | | Trade Payable | | | | $237.60 |
| ACCOUNT NO. <br><br> WILSON, REGINALD <br> 19005 ANNALEE AVE. <br> CARSON, CA 90746 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WINDER FARMS <br> PO BOX 70009 <br> WEST VALLEY CITY, UT 84170 | | | Trade Payable | | | | $3,748.20 |
| ACCOUNT NO. <br><br> WINE WAREHOUSE IMPORTS <br> PO BOX 910900 <br> LOS ANGELES, CA 90091 | | | Trade Payable | | | | $148,543.91 |

Sheet no. __192_ of __196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 152,824.91

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen Opco South, LLC**                    ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  WINK, DEBORAH 3037 LAMPLIGHTER ST. SIMI VALLEY, CA 93065 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  WINNINGHOSS , TOM 5257 E APPIAN WAY LONG BEACH, CA 90803-1969 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  WIS INTERNATIONAL PO BOX 200081 DALLAS, TX 75320-0081 | | | Trade Payable | | | | $95,061.55 |
| ACCOUNT NO.  WOLF CREEK BREWERY 25108 RYE CANYON LOOP VALENCIA, CA 91355 | | | Trade Payable | | | | $2,019.20 |
| ACCOUNT NO.  WOOD , DANIELLE 1046 SYCAMORE CT UPLAND, CA 91786-6868 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.  WOOD, BONNIE 29814 CANADIAN HONKER RD. CAMPO, CA 91906 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  193  of  196  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 97,080.75

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC** _____ ,        **Case No.   15-11876 (KG)** _____
                               **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WOODMAN CONSTRUCTION INC<br>10910 117TH PLACE NE BLDG 6<br>KIRKLAND, WA 98033 | | | Trade Payable | X | X | | $67,987.97 |
| ACCOUNT NO.<br><br>XEROX STATE & LOCAL SOLUTIONS INC<br>500 W 190TH ST<br>GARDENA, CA 90248 | | | Trade Payable | | | | $30,150.00 |
| ACCOUNT NO.<br><br>YALE CHASE EQUIPMENT AND SERVICES INC<br>PO BOX 848905<br>LOS ANGELES, CA 90084-8905 | | | Trade Payable | | | | $800.33 |
| ACCOUNT NO.<br><br>YAMANISHI, NANCY<br>1543 W. 180TH ST.<br>GARDENA, CA 90248 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>YAVAPAI COUNTY HEALTH DEPT.<br>1090 COMMERCE DR<br>PRESCOTT, AZ 86305-3700 | | | Trade Payable | | | | $2,200.00 |
| ACCOUNT NO.<br><br>YBARRA, DIANA<br>9013 N PALM BROOK DRIVE<br>TUCSON, AZ 85745 | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no. _194_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 101,138.30

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>YING, GIGI<br>3836 BRITTANY LN<br>LA CRESCENTA, CA 91214 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>YORBA CANYON PARTNERS LLC<br>PO BOX 894845<br>LOS ANGELES, CA 90189-4845 | | | Trade Payable | | | | $1,695.41 |
| ACCOUNT NO.<br><br>YOUNG , JOSHUA<br>2800 NEILSON WAY<br>SANTA MONICA, CA 90405-4025 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>YOUNGS MARKET COMPANY<br>PO BOX 30658<br>LOS ANGELES, CA 90030-0658 | | | Trade Payable | | | | $440,442.23 |
| ACCOUNT NO.<br><br>YRC INC<br>PO BOX 730375<br>DALLAS, TX 75373-0375 | | | Trade Payable | | | | $2,284.93 |
| ACCOUNT NO.<br><br>Z D WINES<br>8383 SILVERADO TRAIL<br>NAPA, CA 94558 | | | Trade Payable | | | | $2,336.00 |

Sheet no. __195_ of __196_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 446,758.57

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                                              ,          **Case No.   15-11876 (KG)**
                         **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ZACK , EMILY<br>5967 CHARING ST<br>SAN DIEGO, CA 92117-4122 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.  _196_ of _196_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $ 193,470,893.04
(Use only on last page of the completed Schedule F.)          + Undetermined Amounts
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Indicates an added claim to the current Schedule Amendments

**B6G (Official Form 6G) (12/07)**

In re   __Haggen Opco South, LLC__                          ,        Case No.   __15-11876 (KG)__
                          **Debtor**                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *26 DEL SUR PALMS, LLC<br>C/O ATHENA PROPERTY MANAGEMENT<br>16795 VON KARMAN<br>STE. 200<br>IRVINE, CA 92609 | Lease re: 72675 Highway 111 |
| *ACCUTHERM REFRIGERATION INC.<br>JEFF RECKER<br>11264 MONARCH STREET<br>SUITE A<br>GARDEN GROVE, CA 92841 | HVAC Services and Refrigeration Agreement |
| *ADVANCED FRESH CONCEPTS FRANCHISE CORP.<br>19205 S. LAUREL PARK ROAD<br>ATTN: RYUJI ISHII<br>RANCHO DOMINGUEZ, CA 90220 | Sushi Service Agreement |
| *ALBERTSON'S LLC<br>ATTN: BRENT TINGEY<br>PO BOX 20<br>BOISE, ID 83726 | Asset Purchase Agreement - Dated 9/1/2015 |
| *AMAZON FULFILLMENT SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>410 TERRY AVE. NORTH<br>SEATTLE, WA 98109-5210 | Amazon Locker Program Agreement  - 8985 Venice Blvd. |
| *AMERESCO<br>ATTN: GENERAL COUNSEL<br>111 SPEEN STREET<br>SUITE 410<br>FRAMINGHAM, MA 01701 | Energy Management Services Agreement |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                              ,          Case No.   15-11876 (KG)
                        **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *AMERESCO INC.<br>5200 77 CENTER DRIVE<br>SUITE 300<br>CHARLOTTE, NC 28217 | Agent Authorization Contract |
| *AMERICAN GREETINGS CORPORATION<br>ONE AMERICAN ROAD<br>CLEVELAND, OH 44144-2398 | Consent, Assignment and Assumption Agreement |
| *AMERICAN GREETINGS CORPORATION<br>ONE AMERICAN ROAD<br>ATTN: VICE PRESIDENT, SALES<br>CLEVELAND, OH 44144 | Amended and Restated Supply Agreement |
| *AMERICAN PROMOTIONAL EVENTS, INC. (NORTHWEST)<br>2120 MILWAUKEE WAY<br>TACOMA, WA 98421 | Fireworks Lease Agreement between both Haggen Opco North and Haggen Opco South and American Promotional Events Northwest |
| *BANK OF AMERICA N.A.<br>GAIL ANDERSON<br>P.O. BOX 98574<br>LAS VEGAS, NV 89193 | Fourth Amendment to Cash Machine Agreement between Haggen Opco South, LLC and Bank of America, N.A. |
| *BANK OF AMERICA, N.A.<br>MAIL CODE: NV1-185-01-01 P.O. BOX 98574<br>LAS VEGAS, NV 89193-8574 | Lease Agreement - 30922 South Pacific Coast Hwy. |
| *BANK OF AMERICA, N.A.<br>MAIL CODE: NV1-185-01-01 P.O. BOX 98574<br>LAS VEGAS, NV 89193-8574 | Lease Agreement - 2235 University Ave. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                                        ,          Case No.   15-11876 (KG)
                              **Debtor**                                                                          **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 730 Turquoise St. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 2010 Cliff Dr. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 3943 State St. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 2400 Las Posas Rd. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 771 Foothill Blvd |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 3830 W Verdugo Ave. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 8985 Venice Blvd. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                              ,          Case No.   15-11876 (KG)
                    **Debtor**                                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 1516 S. Pacific Coast Hwy. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 615 N. Pacific Coast Hwy. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 2115 Artesia Bl. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 2627 Lincoln Blvd. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 2130 Pacific Coast Hwy. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 1636 W 25th St. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 9870 Magnolia Ave. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                   ,          Case No.   **15-11876 (KG)**
              **Debtor**                                                         **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 150 B Ave. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 422 W. Washington St. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 10633 Tierra Santa Bl. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 6235 E Spring St. |
| *BANK OF AMERICA, N.A. MAIL CODE: NV1-185-01-01 P.O. BOX 98574 LAS VEGAS, NV 89193-8574 | Lease Agreement - 920 N. Ventura Rd. |
| *BERKE ENTERPRISES, SEVEN J INVESTMENT CO 11027 SUNSET BLVD. LOS ANGELES, CA 90049 | Lease re: 1516 S. Pacific Coast Hwy. |
| *BLUE RHINO PROPANE STEVE KAHA 558 GREENFIELD DRIVE GRAFTON, WI 53024 | Scan Based Trading Agreement |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                                          ,          Case No.   15-11876 (KG)
                              **Debtor**                                                                                     **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *CARDIVAN, LLC C/O GOLDEN GAMING LLC 6595 SOUTH JONES BOULEVARD ATTN: LEGAL LAS VEGAS, NV 89118 | Exclusive Right To Supply, Install and Operate Slots, Video Poker, and Other Gaming Machines on Some Haggen Premises |
| *CHECKFREEPAY CORPORATION 15 STERLING DRIVE P.O. BOX 5044 WALLINGFORD, CT 06492-7544 | Appointment Agreement for Payment Services - 7900 White Ln. |
| *CHECKFREEPAY CORPORATION 15 STERLING DRIVE P.O. BOX 5044 WALLINGFORD, CT 06492-7544 | Appointment Agreement for Payment Services - 3500 Panama Ln. |
| *CHECKFREEPAY CORPORATION 15 STERLING DRIVE P.O. BOX 5044 WALLINGFORD, CT 06492-7544 | Appointment Agreement for Payment Services - 8200 E Stockdale Hwy. |
| *CITY OF SCOTTSDALE 34442 N. SCOTTSDALE RD. SCOTTSDALE, AZ 85262 | Scottsdale Provides Utility Service to Haggen; RLI is Surety |
| *CITY OF TACOMA PUBLIC UTILITIES PO BOX 11010 TACOMA, WA 98411-1010 | Bond posted to ensure payment of utilities of 3 stores |
| *COMPASS BANK ATTN: LEGAL DEPT. 15 SOUTH 20TH ST. BIRMINGHAM, AL 35233 | Interior Store Lease Agreement - 12475 Rancho Bernardo Rd. |

*Indicates a contract added by the current amendments to the Schedules.

B6G (Official Form 6G) (12/07) – Cont.

In re   **Haggen Opco South, LLC**                                    ,          Case No.   15-11876 (KG)
                        **Debtor**                                                                      **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *COMPASS BANK<br>ATTN: LEGAL DEPT.<br>15 SOUTH 20TH ST.<br>BIRMINGHAM, AL 35233 | Interior Store Lease Agreement - 174 East Sheldon |
| *COMPASS BANK<br>ATTN: LEGAL DEPT.<br>15 SOUTH 20TH ST.<br>BIRMINGHAM, AL 35233 | Interior Store Lease Agreement - 11475 E Via Linda |
| *COMPASS BANK<br>ATTN: LEGAL DEPT.<br>15 SOUTH 20TH ST.<br>BIRMINGHAM, AL 35233 | Interior Store Lease Agreement - 1350 N. Silverbell Rd. |
| *COMPASS BANK<br>ATTN: LEGAL DEPT.<br>15 SOUTH 20TH ST.<br>BIRMINGHAM, AL 35233 | Interior Store Lease Agreement - 1416 E Rte. 66 |
| *CONVENIENCE RETAILERS, LLC<br>C/O BRUMER LAW GROUP, P.C.<br>555 W. 5TH ST.<br>STE. 3100<br>LOS ANGELES, CA 90013 | Agreement - 175 N. Fairview Ave. |
| *DEPARTMENT OF MOTOR VEHICLES<br>ATTN: MANAGEMENT SERVICES AND<br>PROGRAMS DIVISION<br>555 WRIGHT WAY<br>CARSON CITY, NV 89711 | Contract for Services of Independent Contractor - 575 College Dr. |
| *DIRECT ENERGY<br>ATTN: CUSTOMER SERVICE<br>1001 LIBERTY AVE<br>PITTSBURG, PA 15222 | Direct Energy Provides Electricity Utility Services |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                           **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| *DRESS FOR SUCCESS CLEANERS ATTN: GREGORY P. BUCKINGHAM 17320 RED HILL AVE. SUITE 320 IRVINE, CA 92614 | DFS Provides On-site Dry Cleaning Drop-off and Pick-up at Certain Haggen Locations |
| *ENERNOC INC. ONE MARINA PARK DRIVE SUITE 400 BOSTON, MA 02210 | EnerNOC Provides Solutions for Haggen to Manage its Energy Costs |
| *GOODWILL INDUSTRIES OF ORANGE COUNTY 410 N. FAIRVIEW SANTA ANA, CA 92703 | License and Indemnity Agreement - 21672 Plano Trabuco Rd. |
| *HAGGEN MARKETPLACE LLC, TURQUOISE PARKING LOT LLC, AND TURQUOISE ALLEY LLC 3145 EL CAJON BLVD. SAN DIEGO, CA 92104 | Lease re: 730 Turquoise St. |
| *HAGGEN PROPERTY HOLDINGS, LLC 2211 RIMLAND DRIVE BELLINGHAM, WA 98226 | Lease Agreement - Store # 2194 |
| *HAGGEN PROPERTY HOLDINGS, LLC 2211 RIMLAND DRIVE BELLINGHAM, WA 98226 | Lease Agreement - Store # 2198 |
| *HAGGEN PROPERTY HOLDINGS, LLC 2211 RIMLAND DRIVE BELLINGHAM, WA 98226 | Lease Agreement - Store # 2222 |

*Indicates a contract added by the current amendments to the Schedules.

Page 8 of 37

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                                              ,                              Case No.   **15-11876 (KG)**
                                 **Debtor**                                                                                   **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *HAGGEN PROPERTY HOLDINGS, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | Lease Agreement - Store # 2223 |
| *HAGGEN PROPERTY HOLDINGS, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | Lease Agreement - Store # 2233 |
| *HILCO MERCHANT RESOURCES LLC<br>ATTN: IAN S. FREDERICKS<br>ONE NORTHBROOK PLACE<br>5 REVERE DRIVE, SUITE 206<br>NORTHBROOK, IL 60062 | Liquidation Sale Because Haggen Stores Were Going Out of Business |
| *HOSHIZAKI INVESTMENT CO.<br>C/O WEBSCO BROKERAGE MANAGEMENT<br>505 E. FIRST ST.<br>STE. H<br>TUSTIN, CA 92780 | Lease re: 615 N. Pacific Coast Hwy. |
| *JP MORGAN CHASE BANK, N.A.<br>1111 POLARIS PARKWAY<br>COLUMBUS, OH 43240 | Forbearance Agreement, Second Amendment to Revolving Credit and Security Agreement and First Amendment to Guarantor Security Agreement |
| *KATHLEEN M. HUETTNER, JOHN R. HUETTNER, JR., AND KENNETH J. HUETTNER, AS CO-TRUSTEES OF THE KATHLEEN M. HUETTNER TRUST AGREEMENT DATED 5/23/1983<br>ADDRESS ON FILE | Lease re: 25872 Muirlands Blvd. |
| *LA TORTILLA FACTORY<br>3300 WESTWIND BLVD.<br>SANTA ROSA, CA 95403 | Master Scan Based Trading Agreement - Dated 2/19/2015 |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                              ,          Case No.   **15-11876 (KG)**
                        **Debtor**                                                          **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *LAGUNA BEACH RESORTS LLC<br>ATTN: GENERAL MANAGER<br>30801 SOUTH COAST HWY.<br>LAGUNA BEACH, CA 92651 | Agreement - 30922 South Pacific Coast Hwy. |
| *LAKEVIEW BUSINESS CENTER LLC<br>THE IRVINE COMPANY LLC<br>550 NEWPORT CENTER DRIVE<br>ATTN: SENIOR VICE PRESIDENT, PROPERTY<br>OPERATIONS IRVINE OFFICE PROPERTIES<br>NEWPORT BEACH, CA 92660 | Lease of Real Property in Irvine, CA |
| *LINDFIELD, INC.<br>C/O LINCOLN CENTER<br>1119 S. MISSION RD. #304<br>FALLBROOK, CA 92028-3225 | Lease re: 2627 Lincoln Blvd. |
| *LOS ANGELES SMSA LIMITED PARTNERSHIP<br>ATTN: NETWORK REAL ESTATE<br>180 WASHINGTON VALLEY RD.<br>BEDMINSTER, NJ 07921 | Agreement - 6240 Foothill Blvd. |
| *MACLEOD KIMBALL, LLC, JAIME L SANTANA<br>FAMILY TRUST<br>ADDRESS ON FILE | Lease re: 7800 Telegraph Rd. |
| *MARKET GAMING, LLC<br>C/O GOLDEN GAMING LLC<br>6595 SOUTH JONES BOULEVARD<br>ATTN: LEGAL<br>LAS VEGAS, NV 89118 | Exclusive Right To Supply, Install and Operate Slots, Video Poker, and Other Gaming Machines on Some Haggen Premises |
| *MOSS BUILDING I, LLC, MOSS BUILDING II,<br>LLC AND MOSS BUILDING V, LLC<br>C/O LAW OFFICES OF RICHARD F. MOSS<br>6345 BALBOA BLVD.<br>STE. 310<br>ENCINO, CA 91316 | Lease re: 21500 Yorba Linda Blvd. |

*Indicates a contract added by the current amendments to the Schedules.

B6G (Official Form 6G) (12/07) – Cont.

In re   **Haggen Opco South, LLC**                             ,          Case No.   15-11876 (KG)
                         **Debtor**                                                        **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *MOSS BUILDING I, LLC, MOSS BUILDING II, LLC AND MOSS BUILDING V, LLC C/O LAW OFFICES OF RICHARD F. MOSS 6345 BALBOA BLVD. STE. 310 ENCINO, CA 91316 | Lease re: 2235 University Ave. |
| *NCR 3097 SATELLITE BLVD DULUTH, GA 30096 | Master Agreement for Terms of Purchase from NCR |
| *NEW CINGULAR WIRELESS PCS, LLC ATTN: LEGAL DEPT. P.O. BOX 97061 REDMOND, WA 98073-9761 | Agreement - 6240 Foothill Blvd. |
| *NORTH COUNTY FARMERS' MARKET ASSOCIATION P.O. BOX 1783 PASO ROBLES, CA 93447 | License and Indemnity Agreement - 8200 El Camino Real |
| *ORANGE COUNTY TRANSPORTATION AUTHORITY ATTENTION: VIRGINIA ABADESSA 550 SOUTH MAIN STREET P.O. BOX 14184 ORANGE, CA 92863-1584 | Agreement to sell bus passes |
| *PALAZZO EXPRESSO 3425 POTTER STREET ATTN: BRENDA TULLOCK EUGENE, OR 97405 | License for Coffee Shop in Haggen Store |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                                ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *PALOMAR HEALTH<br>ATTN: LEGAL DEPT.<br>456 E. GRAND AVE.<br>ESCONDIDO, CA 92025 | Convenience Clinic License Agreement - 14340 Penasquitos Dr. |
| *PANDA EXPRESS<br>DONNA WANSER, VICE PRESIDENT, LEGAL,<br>PANDA RESTAURANT GROUP INC<br>1683 WALNUT GROVE AVE.<br>ROSEMEAD, CA 91770-3711 | License to operate Concession in Haggen Store |
| *PANDA EXPRESS, INC.<br>10235 S. 51ST ST.<br>SUITE 185<br>PHOENIX, AZ 85044 | Agreement for janitorial and floor care services |
| *PECKHAM PROPERTIES, INC. AND NANCY M. PECKHAM, MICHAEL PECKHAM AND BRUCE PECKHAM, AS CO-TRUSTEES OF THE PECKHAM FAMILY TRUST UNDER TRUST AGREEMENT DATED 1/28/1993<br>C/O SENTRE PARTNERS<br>401 WEST "A" STREET<br>SUITE 2300<br>SAN DIEGO, CA 92101 | Lease Agreement - Store # 2185 |
| *PK II LARWIN SQUARE SC LP<br>ADDRESS ON FILE | Lease re: 550 E. First St. |
| *PNC BANK, NATIONAL ASSOCIATION<br>4720 PIEDMONT ROW DRIVE, SUITE 300<br>ATTN: PORTFOLIO MANAGER<br>CHARLOTTE, NC 28210 | Revolving Credit and Security Agreement |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                                        ,          Case No.   **15-11876 (KG)**
                          **Debtor**                                                                                **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *PNC BANK, NATIONAL ASSOCIATION<br>4720 PIEDMONT ROW DRIVE, SUITE 300<br>ATTN: PORTFOLIO MANAGER<br>CHARLOTTE, NC 28210 | Subordinated Promissory Note |
| *RABOBANK, N.A.<br>915 HIGHLAND POINTE DR.<br>THIRD FL.<br>ROSEVILLE, CA 95678 | Mini-Bank License Agreement - 1132 W Branch Street |
| *READING TREE INC.<br>153 E. 200 SOUTH # 5<br>FARMINGTON, UT 84025 | Agreement - 10380 East Broadway Blvd. |
| *REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA<br>600 S. GAND CENTERAL PKWY<br>STE 350<br>LAS VEGAS, NV 89106 | Agreement to sell bus passes |
| *RICE GARDEN, INC.<br>ATTN: ACCOUNTING<br>981 CORPORATE DR.<br>STE. 150<br>POMONA, CA 91768 | License Agreement - 25872 Muirlands Blvd. |
| *RICE GARDEN, INC.<br>ATTN: ACCOUNTING<br>981 CORPORATE DR.<br>STE. 150<br>POMONA, CA 91768 | License Agreement - 6235 E Spring St. |
| *RLI INSURANCE COMPANY<br>9025 N. LINDBERGH DR.<br>PEORIA, IL 61615 | Surety Bond for electrical services from Arizona Public Service Company to Arizona Haggen locations |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   Haggen Opco South, LLC                                    ,            Case No.   15-11876 (KG)
                        **Debtor**                                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *RLI INSURANCE COMPANY<br>9025 N. LINDBERGH DR.<br>PEORIA, IL 61615 | Continuous License and Permit Bond for utility service 1031 Nevada Highway, Boulder City, NV |
| *RLI INSURANCE COMPANY<br>9025 N. LINDBERGH DR.<br>PEORIA, IL 61615 | Bond for Payment of Utility Services from City of Boulder City for service at 1031 Nevada Hwy, Boulder City, NV |
| *RLI INSURANCE COMPANY<br>9025 N. LINDBERGH DR.<br>PEORIA, IL 61615 | Bond for Payment of utility services between Haggen OPCO South LLC and RLI Insurance Company to obtain utility services from City of Lompoc for services at 1500 N ""H"" Street, Lompoc, CA |
| *RLI INSURANCE COMPANY<br>9025 N. LINDBERGH DR.<br>PEORIA, IL 61615 | Surety Bond for Utility Services from City of Los Angeles for service to stores in Los Angeles |
| *RLI INSURANCE COMPANY<br>9025 N. LINDBERGH DR.<br>PEORIA, IL 61615 | Bond for Payment of Utility Services from NV Energy fir services at 6 locations in Nevada |
| *SAFEWAY INC.<br>ATTN: BRENT TINGEY<br>PO BOX 20<br>BOISE, ID 83726 | Asset Purchase Agreement - Dated 9/1/2015 |
| *SCHOOLFIRST FEDERAL CREDIT UNION<br>15222 DEL AMO AVE.<br>TUSTIN, CA 92780 | Agreement - 3049 Coast Highway |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                                    ,          Case No.   15-11876 (KG)
                                    **Debtor**                                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *SCHOOLFIRST FEDERAL CREDIT UNION 15222 DEL AMO AVE. TUSTIN, CA 92780 | Agreement - 955 Carlsbad Village Dr. |
| *SCHOOLFIRST FEDERAL CREDIT UNION 15222 DEL AMO AVE. TUSTIN, CA 92780 | Agreement - 2707 Via De La Valle |
| *SDGE SEMPRA ENERGY P.O. BOX 25111 SANTA ANA, CA 92799-5111 | Utility Supply Agreement |
| *SHANER, WILLIAM ADDRESS ON FILE | Employment Agreement - Dated 1/30/2015 |
| *SPRINT POCS ASSETS LLC 6391 SPRINT PARKWAY MAILSTOP KSOPHT0101-Z2650 OVERLAND PARK, KS 66251-2650 | Lease Agreement - Dated 10/18/20014 |
| *STARBUCKS CORPORATION ATTN: DEPARTMENT OF LAW AND CORP. AFFAIRS 2401 UTAH AVE. SOUTH STE. 800, S-LA4 SEATTLE, WA 98134 | Commercial Sublease Agreement - 7530 W. Lake Mead Blvd |
| *SUPERVALU 101 JEFFERSON AVE S HOPKINS, MN 55343 | Services contract for energy and facilities service |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                                    ,          Case No.   **15-11876 (KG)**
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *SUPERVALU INC. <br> KARA ROBERTSON <br> P.O. BOX 990 <br> MINNEAPOLIS, MN 55440 | Transition Services Agreement |
| *SUPERVALU INC. & UNIFIED GROCERS, INC. <br> 101 JEFFERSON AVE S <br> HOPKINS, MN 55343 | Confidentiality Agreement |
| *SUTHERLAND FIBRE RECYCLING <br> ATTN: JAMES BELLIVEAU <br> 5318 E. 2ND STREET <br> #598 <br> LONG BEACH, CA 90803 | Recycling Service Contract |
| *SYNCHROGISTICS, LLC <br> ATTN: BILL JACKSON, PRESIDENT <br> 800 WEST SMITH STREET, SUITE 102 <br> MC730546 <br> GREENSBORO, NC 27401 | Dedicated Contract Services Broker Agreement |
| *T-MOBILE WEST CORPORATION <br> 12920 SE 38TH ST <br> BELLEVUE, WA 98006 | Agreement - 30922 South Pacific Coast Hwy. |
| *THE VONS COMPANIES <br> C/O SAFEWAY INC. <br> FILE NO. 72905 <br> PO BOX 60000 <br> SAN FRANCISCO, CA 94160-2905 | Assignment and Assumption of Lease, Paso Robles, CA |
| *TIGER INC. <br> P.O. BOX 702437 <br> ATTN: JIM ISENHOUR <br> TULSA, OK 74170 | Natural Gas purchase contract |

*Indicates a contract added by the current amendments to the Schedules.

B6G (Official Form 6G) (12/07) – Cont.

In re   **Haggen Opco South, LLC**                                    ,            Case No.   15-11876 (KG)
                                    **Debtor**                                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *TOWNSHIP BUILDING SERVICES, INC 230 NORTH STREET DANVERS, MA 01923 | Agreement to Provide Janitorial Services |
| *U.S. BANK NATIONAL ASSOCIATION C/O FROST BROWN TODD LLC 3300 GREAT AMERICAN TOWER 301 EAST FOURTH ST. CINCINNATI, OH 45202 | Agreement - 1031 Nevada Hwy. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 21500 Yorba Linda Blvd. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 1608 Broadway St. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 8200 El Camino Real |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 5135 Los Angeles Ave. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: CORPORATE COUNSEL 800 NICOLLET MALL, 21ST FL. BC-MN-H21R MINNEAPOLIS, MN 55402 | License Agreement - Number: 22322 - 2800 Cochran |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                                        ,              Case No.   15-11876 (KG)
                            **Debtor**                                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *U.S. BANK NATIONAL ASSOCIATION<br>ATTN: LEGAL DEPT.<br>MAILSTOP BC-MN-H21N<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 | License Agreement - Number: 22857 - 2800 Cochran |
| *U.S. BANK NATIONAL ASSOCIATION<br>ATTN: CORPORATE COUNSEL<br>800 NICOLLET MALL, 21ST FL.<br>BC-MN-H21N<br>MINNEAPOLIS, MN 55402 | License Agreement - 21035 Hawthorne Blvd. |
| *U.S. BANK NATIONAL ASSOCIATION<br>ATTN: LEGAL DEPT.<br>MAILSTOP BC-MN-H21N<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 | License Agreement - 23381 Mulholland Dr. |
| *U.S. BANK NATIONAL ASSOCIATION<br>ATTN: LEGAL DEPT.<br>MAILSTOP BC-MN-H21N<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 | License Agreement - 25636 Crown Valley Pkwy. |
| *U.S. BANK NATIONAL ASSOCIATION<br>ATTN: LEGAL DEPT.<br>MAILSTOP BC-MN-H21N<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 | License Agreement - 8850 Foothill Blvd. |
| *U.S. BANK NATIONAL ASSOCIATION<br>ATTN: LEGAL DEPT.<br>MAILSTOP BC-MN-H21N<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 | License Agreement - 36-101 Bob Hope Dr. |
| *U.S. BANK NATIONAL ASSOCIATION<br>ATTN: CORPORATE COUNSEL<br>800 NICOLLET MALL, 21ST FL.<br>BC-MN-H21N<br>MINNEAPOLIS, MN 55402 | License Agreement - 1910 N. Campus Ave. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                          ,                    Case No.   15-11876 (KG)
                        **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 2800 Fletcher Pkwy. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 3681 Avocado Ave. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 14837 Pomerado Rd. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 7895 Highland Village Place |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 10740 Westview Pkwy. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 671 Rancho Santa Fe |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 10380 East Broadway Blvd. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC** _____ ,        Case No.  **15-11876 (KG)** _____
                    **Debtor**                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 3901 Portola Pkwy |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - Number: 22297 - 28751 Los Alisos Blvd. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - Number: 22929 - 28751 Los Alisos Blvd. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 14340 Penasquitos Dr. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 27095 McBean Pkwy. |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 3655 W. Anthem Way |
| *U.S. BANK NATIONAL ASSOCIATION ATTN: LEGAL DEPT. MAILSTOP BC-MN-H21N 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | License Agreement - 820 S. Rampart Blvd. |

*Indicates a contract added by the current amendments to the Schedules.

B6G (Official Form 6G) (12/07) – Cont.

In re   **Haggen Opco South, LLC**                                          ,                    Case No.   15-11876 (KG)
                              **Debtor**                                                                                   **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *UNATA<br>720 KING ST. WEST<br>SUITE 500<br>TORONTO, ON M5V 2T3 CANADA | Master Services Contract |
| *WEB ADVANCED CORPORATION D/B/A CBL GLOBAL CORPORATION<br>36 DISCOVERY SUITE 150<br>IRVINE, CA 92618 | Multi-Tenant Commercial Sublease |
| *WELLS FARGO BANK<br>CORPORATE PROPERTIES GROUP<br>ATTN: IN-STORE GROUP (BE 198470), MAC A1792-01G<br>1620 EAST ROSEVILLE PKWY., 1ST FL., STE. 150<br>ROSEVILLE, CA 95661 | Lease Agreement - 13439 Camino Canada |
| *WELLS FARGO BANK<br>ATTN: IN-STORE GROUP (BE# 10'521) MAC A1792-01G<br>1620 EAST ROSEVILLE PARKWAY 1ST FLOOR<br>FIRST FLOOR, SUITE 150<br>ROSEVILLE, CA 95661 | Lease Agreement - 190 N. Boulder Hwy |
| *WELLS FARGO BANK<br>CORPORATE PROPERTIES GROUP<br>ATTN: IN-STORE GROUP (BE 198470), MAC A1792-01G<br>1620 EAST ROSEVILLE PKWY., 1ST FL., STE. 150<br>ROSEVILLE, CA 95661 | Lease Agreement - 7530 W. Lake Mead Blvd |
| *WELLS FARGO BANK<br>CORP PROPERTIES GROUP<br>ATTN: LEASE ADMINISTRATION<br>MAC D1116-L10, 1525 WEST W.T. HARRIS BLVD.<br>CHARLOTTE, NC 28262 | Lease Agreement - 1500 N. H St. |
| *WELLS FARGO BANK, N.A.<br>C/O CORP PROPERTIES GROUP<br>ATTN: LEASE ADMINISTRATION<br>MAC D1116-L10, 1525 WEST W.T. HARRIS BLVD.<br>CHARLOTTE, NC 28262 | Lease Agreement - 1191 E. Creston Rd. |

*Indicates a contract added by the current amendments to the Schedules.

B6G (Official Form 6G) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                                    ,                    Case No.   15-11876 (KG)
                          **Debtor**                                                                        **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *WELLS FARGO BANK, N.A. C/O CORPORATE PROPERTIES GROUP ATTN: IN-STORE GROUP MAC A1792-01G, 1620 EAST ROSEVILLE PKWY., 1ST FL., STE. 150 ROSEVILLE, CA 95661 | Lease Agreement - 5770 Lindero Canyon Rd. |
| *WELLS FARGO BANK, N.A. C/O CORP PROPERTIES GROUP ATTN: LEASE ADMINISTRATION MAC D1116-L10, 1525 WEST W.T. HARRIS BLVD. CHARLOTTE, NC 28262 | Lease Agreement - 360 East H St. |
| *WELLS FARGO BANK, N.A. C/O CORP PROPERTIES GROUP ATTN: LEASE ADMINISTRATION MAC D1116-L10, 1525 WEST W.T. HARRIS BLVD. CHARLOTTE, NC 28262 | Lease Agreement - 850 Linden Ave. |
| *WELLS FARGO BANK, N.A. C/O CORPORATE PROPERTIES GROUP ATTN: IN-STORE GROUP MAC A1792-01G, 1620 EAST ROSEVILLE PKWY., 1ST FL., STE. 150 ROSEVILLE, CA 95661 | Lease Agreement - 7800 Telegraph Rd. |
| *WELLS FARGO BANK, N.A. C/O CORP PROPERTIES GROUP ATTN: LEASE ADMINISTRATION MAC D1116-L10, 1525 WEST W.T. HARRIS BLVD. CHARLOTTE, NC 28262 | Lease Agreement - 240 South Diamond Bar Blvd. |
| *WELLS FARGO BANK, N.A. C/O CORPORATE PROPERTIES GROUP ATTN: IN-STORE GROUP (BE# 198470) MAC A1792-01G, 1620 EAST ROSEVILLE PKWY., 1ST FL., STE. 150 ROSEVILLE, CA 95661 | Lease Agreement - 4200 Chino Hills Pkwy. |
| *WELLS FARGO BANK, N.A. C/O CORP PROPERTIES GROUP ATTN: LEASE ADMINISTRATION MAC D1116-L10, 1525 WEST W.T. HARRIS BLVD. CHARLOTTE, NC 28262 | Lease Agreement - 1130 Los Osos Valley Rd. & 10th St. |

*Indicates a contract added by the current amendments to the Schedules.

B6G (Official Form 6G) (12/07) – Cont.

In re   **Haggen Opco South, LLC**                                         ,          Case No.   **15-11876 (KG)**
                            **Debtor**                                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| *WESCOM CREDIT UNION<br>ATTN: SVP, TECHNOLOGY<br>123 SOUTH MARENGO AVE.<br>PASADENA, CA 91101 | ATM Operating Agreement - 21672 Plano Trabuco Rd. |
| *WESCOM CREDIT UNION<br>ATTN: SVP, TECHNOLOGY<br>123 SOUTH MARENGO AVE.<br>PASADENA, CA 91101 | ATM Operating Agreement - 660 E. Los Angeles Ave. |
| *WESTERN SAVINGS AND LOAN ASSOCIATION<br>6001 NORTH 24TH ST<br>PHOENIX, AZ 85016 | Agreement - 8740 East Broadway |
| *WIS INTERNATIONAL<br>ATTN: TOM COMPOGIANNIS, CHIEF FINANCIAL OFFICER<br>9265 SKY PARK COURT, SUITE 100<br>SAN DIEGO, CA 92123 | Inventory Services Agreement - Dated 3/1/15 |
| *XEROX STATE & LOCAL SOLUTIONS, INC.<br>12410 MILESTONE CENTER DRIVE, 4TH FLOOR<br>GERMANTOWN, MD 20876 | Retail Purchasing Agreement for FASTRAK Toll Tags |
| 850 LINDEN, LLC<br>190 SERAFIN WAY<br>CARPINTERIA, CA 93013 | Lease re: 850 Linden Ave. |
| AGRA FIVE CITIES, LLC<br>C/O CANYON PARTNERS<br>ATTN: CONTROLLER<br>9665 WILSHIRE BLVD., STE. 200<br>BEVERLY HILLS, CA 90212 | Lease re: 1132 W Branch Street |

*Indicates a contract added by the current amendments to the Schedules.

B6G (Official Form 6G) (12/07) – Cont.

In re  **Haggen Opco South, LLC**                ,          Case No.  **15-11876 (KG)**
                   **Debtor**                                               **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ALTON PLAZA DEVELOPMENT COMPANY 360 GREENLEY ROAD NEW CANAAN, CT 6840 | Lease re: 660 E. Los Angeles Ave. |
| ANTONE CORP. 4072 BRANT ST. SAN DIEGO, CA 92103 | Lease re: 422 W. Washington St. |
| ATHENA PROPERTY MANAGEMENT 16795 VON KARMAN STE. 200 IRVINE, CA 92609 | Lease re: 72675 Highway 111 |
| BALBOA COVE GROUP, L.P. C/O RELIABLE PROPERTIES 6399 WILSHIRE BLVD. STE. 604 LOS ANGELES, CA 90048-5709 | Lease re: 3443 Sepulveda Blvd. |
| BERGER ES & RE FAMILY TRUST C/O EQUITY GROUP 8367 W FLAMINGO #201 LAS VEGAS, NV 89147-4153 | Lease re: 575 College Dr. |
| BERKE ENTERPRISES, LTD. 11027 SUNSET BLVD. LOS ANGELES, CA 90049 | Lease re: 1516 S. Pacific Coast Hwy. |
| BGN FREMONT SQUARE LTD. C/O ACP MANAGEMENT COMPANY 3720 S. SUSAN ST. STE. 100 SANTA ANA, CA 92704 | Lease re: 920 N. Ventura Rd. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**            ,         Case No. __15-11876 (KG)__
         **Debtor**                                       **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BORDER PROPERTIES, LIMITED<br>1120 SILVERADO ST.<br>STE. 6<br>LA JOLLA, CA 92037 | Lease re: 350 W San Ysidro Blvd. |
| BOUQUET CENTER PROPERTIES, LLC<br>101 N. WESTLAKE BLVD.<br>STE. 201<br>WESTLAKE VILLAGE, CA 91362 | Lease re: 26518 Bouquet Canyon Rd. |
| BRNK SIMI VALLEY, LLC<br>C/O BALBOA RETAIL PARTNERS, LLC<br>11111 SANTA MONICA BLVD.<br>STE. 340<br>LOS ANGELES, CA 90025 | Lease re: 2800 Cochran |
| CALI, ANN MARIE<br>26 ROGERS ROAD<br>LOS GATOS, CA 95030-5030 | Lease re: 2115 Artesia Bl. |
| CAMP-TENNECO<br>C/O CASTLE & COOKE, MAINLAND COMMUNITIES DIV.<br>10000 STOCKDALE HWY.<br>STE. 300<br>BAKERSFIELD, CA 93311 | Lease re: 8200 E Stockdale Hwy. |
| COLE AB LAKE HAVASU CITY AZ, LLC<br>C/O COLE REAL ESTATE INVESTMENTS<br>2325 EAST CAMELBACK RD.<br>STE. 1100<br>PHOENIX, AZ 85016 | Lease re: 1980 Mcculloch Blvd. |
| COLE AB TUCSON AZ, LLC<br>C/O COLE REIT III OPERATING PARTNERSHIP, LP<br>ATTN: PROPERTY MANAGEMENT<br>2555 E. CAMELBACK RD., STE. 400<br>PHOENIX, AZ 85016 | Lease re: 1350 N. Silverbell Rd. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC** _____ ,          Case No.   15-11876 (KG) _____
                          **Debtor**                                                         **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| COLE MT TUCSON AZ, LLC<br>C/O COLE REAL ESTATE INVESTMENTS<br>2325 EAST CAMELBACK RD.<br>STE. 1100<br>PHOENIX, AZ 85016 | Lease re: 10380 East Broadway Blvd. |
| COMM 2006-FL12 CALIFORNIA SPE LIMITED PARTNERSHIP<br>C/O LNR PARTNERS, LLC<br>1601 WASHINGTON AVE.<br>STE. 700<br>MIAMI BEACH, FL 33139 | Lease re: 2130 Pacific Coast Hwy. |
| CORRIERE, PAUL<br>120 B AVE.<br>CORONADO, CA 92118-2118 | Lease re: 150 B Ave. |
| CPF PROMENADE LLC<br>C/O SHELTER BAY RETAIL GROUP<br>2550 N. HOLLYWOOD WAY<br>#308<br>BURBANK, CA 91505 | Lease re: 27095 McBean Pkwy. |
| CROWN VALLEY PARKWAY<br>C/O KENDRICK, JACKSON & KEARL<br>2603 MAIN STREET<br>SUITE 700<br>IRVINE, CA 92614 | Lease re: 505 Telegraph Canyon Rd. |
| CROWN VALLEY SOUTH, L.L.C.<br>628 VIA LIDO NORD<br>NEWPORT BEACH, CA 92663 | Lease re: 30252 Crown Valley Pkwy. |
| DIAMONTRIS, LLC<br>300 W. VALLEY BLVD.<br>#A16<br>ALAHAMBRA, CA 91803 | Lease re: 240 South Diamond Bar Blvd. |

*Indicates a contract added by the current amendments to the Schedules.

B6G (Official Form 6G) (12/07) – Cont.

In re   **Haggen Opco South, LLC**                             ,          Case No.   **15-11876 (KG)**
                    **Debtor**                                                          **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DISCOVERY BUSINESS CENTER LLC C/O THE IRVINE COMPANY LLC ATTN: SENIOR VICE PRESIDENT, PROPERTY OPERATIONS, IRVINE OFFICE PROPERTIES 550 NEWPORT CENTER DR. NEWPORT BEACH, CA 92660 | Lease re: 49 Discovery |
| DS HAWK COMMON SQUARE, LLC P.O. BOX 6157 HICKSVILLE, NY 11802-6157 | Lease re: 2400 Las Posas Rd. |
| E.W. DAWSON CORPORATION, LTD. PO BOX 555 INGLEWOOD, CA 90307 | Lease re: 955 Carlsbad Village Dr. |
| F.F. FUND CORP. C/O LAWRENCE KADISH REAL ESTATE P.O. BOX 40 WESTBURY, NY 11590 | Lease re: 17662 17th St. |
| FAIRVIEW SHOPPING CENTER, LLC 1900 AVENUE OF STARS STE. 2475 LOS ANGELES, CA 90067 | Lease re: 175 N. Fairview Ave. |
| FLETCHER HILLS TOWN AND COUNTRY SHOPPING CENTER, LP C/O LA JOLLA MANAGEMENT COMPANY 7855 IVANHOE AVE. STE. 333 LA JOLLA, CA 92037 | Lease re: 2800 Fletcher Pkwy. |
| FOOTHILL PLAZA LLC 1850 SOSCOL AVE. STE. 207 NAPA, CA 94559 | Lease re: 771 Foothill Blvd |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                               ,          Case No.   15-11876 (KG)
                         **Debtor**                                                                        **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FW CA - FIVE POINTS SHOPPING CENTER, LLC ONE INDEPENDENT DRIVE SUITE 114 JACKSONVILLE, FL 32202 | Lease re: 3943 State St. |
| FW CA - RANCHO SAN DIEGO VILLAGE, LLC C/O REGENCY CENTERS CORPORATION ATTN: LEGAL DEPT. 121 FORSYTH ST., STE. 200 JACKSONVILLE, FL 32202 | Lease re: 3681 Avocado Ave. |
| GIG TCG WAVE MASTER PROPERTY OWNER LLC C/O GARRISON INVESTMENT GROUP LP 1290 AVE. OF THE AMERICAS NEW YORK, NY 10014 | Lease re: 8850 Foothill Blvd. |
| GIG TCG WAVE MASTER PROPERTY OWNER LLC C/O GARRISON INVESTMENT GROUP LP 1290 AVE. OF THE AMERICAS NEW YORK, NY 10014 | Lease re: 6240 Foothill Blvd. |
| GIG TCG WAVE MASTER PROPERTY OWNER LLC C/O GARRISON INVESTMENT GROUP LP 1290 AVE. OF THE AMERICAS NEW YORK, NY 10014 | Lease re: 174 East Sheldon |
| GIG TCG WAVE MASTER PROPERTY OWNER LLC C/O GARRISON INVESTMENT GROUP LP 1290 AVE. OF THE AMERICAS NEW YORK, NY 10014 | Lease re: 1031 Nevada Hwy. |
| GOLDEN EAGLE REAL ESTATE INVESMENT LP C/O GOLDEN EAGLE MANAGEMENT, LLC 2775 VIA DE LA VALLE STE. 200 DEL MAR, CA 92014 | Lease re: 2707 Via De La Valle |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                               ,          Case No.   15-11876 (KG)
                  **Debtor**                                                                        **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HAGGEN MARKETPLACE LLC<br>3145 EL CAJON BLVD.<br>SAN DIEGO, CA 92104 | Lease re: 730 Turquoise St. |
| HCP BURBANK TOWNE CENTER LLC<br>C/O ADR/PREFERRED BUSINESS PROPERTIES<br>20664 VENTURA BLVD.<br>WOODLAND HILLS, CA 91364 | Lease re: 3830 W Verdugo Ave. |
| HEC - RNBT LLC<br>C/O WELLS FARGO BANK N.A.<br>TRUSTEES OF THE ROSEMARY N. BALLMAN TRUST<br>4475 EXECUTIVE DR.<br>SAN DIEGO, CA 92121 | Lease re: 1608 Broadway St. |
| HOMA II, LLC<br>9200 WEST SUNSET BLVD.<br>PH. 9<br>WEST HOLLYWOOD, CA 90069 | Lease re: 8985 Venice Blvd. |
| HUETTNER, JR., JOHN R.<br>1700 CANTON AVE<br>TOLEDO, OH 43604 | Lease re: 25872 Muirlands Blvd. |
| INLAND AMERICAN MAC CORPORATION<br>2901 BUTTERFIELD RD<br>OAK BROOK, IL 60523 | Lease re: 28090 South Western Ave. |
| KFT ENTERPRISES, NO. 1, L.P.<br>C/O KFT MANAGEMENT, INC.<br>11620 WILSHIRE BLVD.<br>STE. 420<br>LOS ANGELES, CA 90025 | Lease re: 6235 E Spring St. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re  **Haggen Opco South, LLC**                                      ,                     Case No.  **15-11876 (KG)**
                              **Debtor**                                                                                  **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KING HARBOR PLAZA C/O WEBSCO BROKERAGE MANAGEMENT 505 E. FIRST ST. STE. H TUSTIN, CA 92780 | Lease re: 615 N. Pacific Coast Hwy. |
| LAGUNA CROWN, LLC 101 N. WESTLAKE BLVD. STE. 201 WESTLAKE VILLAGE, CA 91362 | Lease re: 7895 Highland Village Place |
| LAKEVIEW BUSINESS CENTER LLC C/O THE IRVINE COMPANY LLC ATTN: SENIOR VICE PRESIDENT, PROPERTY OPERATIONS, IRVINE OFFICE PROPERTIES 550 NEWPORT CENTER DR. NEWPORT BEACH, CA 92660 | Lease re: 3 Ada Pkwy. |
| LEVON INVESTMENTS, LLC C/O INVESTEC MANAGEMENT CORPORATION 200 E. CARILLO ST. STE. 200 SANTA BARBARA, CA 93101 | Lease re: 2010 Cliff Dr. |
| LIEUN LLC C/O JOO SUNG SON 4833 GOULD AVE. LA CANADA, CA 91011 | Lease re: 21672 Plano Trabuco Rd. |
| LINCOLN CENTER 1119 S. MISSION RD. #304 FALLBROOK, CA 92028-3225 | Lease re: 2627 Lincoln Blvd. |
| LOS OSOS COMMERCIAL LLC 547 FIVE CITIES DRIVE PISMO BEACH, CA 93449 | Lease re: 1130 Los Osos Valley Rd. & 10th St. |

*Indicates a contract added by the current amendments to the Schedules.

B6G (Official Form 6G) (12/07) – Cont.

In re   **Haggen Opco South, LLC**                    ,          Case No.   15-11876 (KG)
                    **Debtor**                                               **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MACLEOD KIMBALL, LLC<br>214 GUANTE CIR<br>SANTA BARBARA, CA 93111 | Lease re: 7800 Telegraph Rd. |
| MERCANTILE WEST LADERA, LLC<br>28811 ORTEGA HIGHWAY<br>SAN JUAN CAPISTRANO, CA 92675 | Lease re: 25636 Crown Valley Pkwy. |
| MIRA MESA MARKETPLACE WEST, LLC<br>101 N. WESTLAKE BLVD.<br>STE. 201<br>WESTLAKE VILLAGE, CA 91362 | Lease re: 10740 Westview Pkwy. |
| MOSS BUILDING I, LLC<br>C/O LAW OFFICES OF RICHARD F. MOSS<br>6345 BALBOA BLVD.<br>STE. 310<br>ENCINO, CA 91316 | Lease re: 2235 University Ave. |
| MOSS BUILDING I, LLC<br>C/O LAW OFFICES OF RICHARD F. MOSS<br>6345 BALBOA BLVD.<br>STE. 310<br>ENCINO, CA 91316 | Lease re: 21500 Yorba Linda Blvd. |
| NEWBURY OAKS MARKETPLACE LLC<br>C/O ROBERTSON PROPERTY GROUP<br>120 N. ROBERTSON BLVD.<br>LOS ANGELES, CA 90048 | Lease re: 2100 Newbury Rd. |
| OLIVER MCMILLAN RANCHO BERNARDO VILLAGE, LLC<br>733 8TH AVE.<br>SAN DIEGO, CA 92101 | Lease re: 12475 Rancho Bernardo Rd. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   Haggen Opco South, LLC                              ,                    Case No.   15-11876 (KG)
                      **Debtor**                                                                **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PAN PACIFIC RETAIL PROPERTIES, INC. 1631-B SOUTH MELROSE DRIVE VISTA, CA 92081 | Lease re: 550 E. First St. |
| PEDP, INC. 684 HIGUERA STE. B SAN LUIS OBISPO, CA 93401 | Lease re: 1321 Johnson Ave. |
| PLAZA DEL AMO PROPERTIES, LLC 11911 SAN VICENTE BLVD. STE. 300 LOS ANGELES, CA 90049 | Lease re: 21035 Hawthorne Blvd. |
| RANCHO MIRAGE BOB HOPE ASSOCIATES C/O WESTAR MANAGEMENT, INC. 2925 BRISTOL ST. COSTA MESA, CA 92626 | Lease re: 36-101 Bob Hope Dr. |
| RCEA LIMITED PARTNERSHIP 2024 CENTELLA PL. NEWPORT BEACH, CA 92660 | Lease re: 3049 Coast Highway |
| REDWOOD SANTANA LLC C/O WESTWOOD FINANCIAL CORP. 11440 SAN VICENTE BLVD. STE. 200 LOS ANGELES, CA 90049 | Lease re: 9870 Magnolia Ave. |
| REGENCY CENTERS, L.P. C/O REGENCY CENTERS CORPORATION ATTN: PROPERTY MANAGEMENT DEPT. 915 WILSHIRE BLVD., STE. 2200 LOS ANGELES, CA 90017 | Lease re: 14837 Pomerado Rd. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                                    ,          Case No.   **15-11876 (KG)**
                     **Debtor**                                                                            **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| REGENCY CENTERS, L.P.<br>C/O REGENCY CENTERS CORPORATION<br>ATTN: PROPERTY MANAGEMENT DEPT.<br>915 WILSHIRE BLVD., STE. 2200<br>LOS ANGELES, CA 90017 | Lease re: 23381 Mulholland Dr. |
| REGENCY CENTERS, L.P.<br>C/O REGENCY CENTERS CORPORATION<br>ATTN: PROPERTY MANAGEMENT DEPT.<br>915 WILSHIRE BLVD., STE. 2200<br>LOS ANGELES, CA 90017 | Lease re: 1736 E Avenida De Los Arboles |
| REGENCY MAGI, LLC<br>C/O REGENCY CENTERS, L.P.<br>121 WEST FORSYTH ST.<br>STE. 200<br>JACKSONVILLE, FL 32202 | Lease re: 2910 Bicentennial Pkwy. |
| ROIC CALIFORNIA, LLC<br>89050 TOWNE CENTER DR. STE. 108<br>SAN DIEGO, CA 92122 | Lease re: 28751 Los Alisos Blvd. |
| RONALD LI AND BETTY LI, TRUSTEES OF THE LI FAMILY TRUST DATED 5/20/2001<br>300 MURCHISON DR. #220<br>MILLBRAE, CA 94030 | Lease re: 3500 Panama Ln. |
| SEVEN J INVESTMENT CO.<br>1122 EL CENTRO ST.<br>SOUTH PASADENA, CA 91030 | Lease re: 1636 W 25th St. |
| SIMI-VETO LLC<br>C/O TOIBB ENTERPRISES<br>6355 TOPANGA CNYN BLVD #335<br>WOODLAND HILLS, CA 91367 | Lease re: 5135 Los Angeles Ave. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                                    ,                 Case No.   **15-11876 (KG)**
                          **Debtor**                                                                         **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SPIRIT SPE HG 2015-1, LLC C/O SPIRIT SPE MANAGER, LLC ATTN: PORTFOLIO SERVICING 16767 NORTH PERIMETER DR., STE. 210 SCOTTSDALE, AZ 85260-1042 | Lease re: 7660 El Camino Real |
| SPIRIT SPE HG 2015-1, LLC C/O SPIRIT SPE MANAGER, LLC ATTN: PORTFOLIO SERVICING 16767 NORTH PERIMETER DR., STE. 210 SCOTTSDALE, AZ 85260-1042 | Lease re: 360 East H St. |
| SPIRIT SPE HG 2015-1, LLC C/O SPIRIT SPE MANAGER, LLC ATTN: PORTFOLIO SERVICING 16767 NORTH PERIMETER DR., STE. 210 SCOTTSDALE, AZ 85260-1042 | Lease re: 7900 White Ln. |
| SPIRIT SPE HG 2015-1, LLC C/O SPIRIT SPE MANAGER, LLC ATTN: PORTFOLIO SERVICING 16767 NORTH PERIMETER DR., STE. 210 SCOTTSDALE, AZ 85260-1042 | Lease re: 1500 N. H St. |
| SPIRIT SPE HG 2015-1, LLC C/O SPIRIT SPE MANAGER, LLC ATTN: PORTFOLIO SERVICING 16767 NORTH PERIMETER DR., STE. 210 SCOTTSDALE, AZ 85260-1042 | Lease re: 5770 Lindero Canyon Rd. |
| SPIRIT SPE HG 2015-1, LLC C/O SPIRIT SPE MANAGER, LLC ATTN: PORTFOLIO SERVICING 16767 NORTH PERIMETER DR., STE. 210 SCOTTSDALE, AZ 85260-1042 | Lease re: 30922 South Pacific Coast Hwy. |
| SPIRIT SPE HG 2015-1, LLC C/O SPIRIT SPE MANAGER, LLC ATTN: PORTFOLIO SERVICING 16767 NORTH PERIMETER DR., STE. 210 SCOTTSDALE, AZ 85260-1042 | Lease re: 5038 W Ave. North |

*Indicates a contract added by the current amendments to the Schedules.

B6G (Official Form 6G) (12/07) – Cont.

In re   **Haggen Opco South, LLC**                              ,                Case No.   15-11876 (KG)
                                    **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SPIRIT SPE HG 2015-1, LLC C/O SPIRIT SPE MANAGER, LLC ATTN: PORTFOLIO SERVICING 16767 NORTH PERIMETER DR., STE. 210 SCOTTSDALE, AZ 85260-1042 | Lease re: 13439 Camino Canada |
| SPIRIT SPE HG 2015-1, LLC C/O SPIRIT SPE MANAGER, LLC ATTN: PORTFOLIO SERVICING 16767 NORTH PERIMETER DR., STE. 210 SCOTTSDALE, AZ 85260-1042 | Lease re: 8200 El Camino Real |
| SPIRIT SPE HG 2015-1, LLC C/O SPIRIT SPE MANAGER, LLC ATTN: PORTFOLIO SERVICING 16767 NORTH PERIMETER DR., STE. 210 SCOTTSDALE, AZ 85260-1042 | Lease re: 820 S. Rampart Blvd. |
| SPIRIT SPE HG 2015-1, LLC C/O SPIRIT SPE MANAGER, LLC ATTN: PORTFOLIO SERVICING 16767 NORTH PERIMETER DR., STE. 210 SCOTTSDALE, AZ 85260-1042 | Lease re: 11475 E Via Linda |
| STATE OF NEVADA DEPARTMENT OF TRANSPORTATION RIGHT-OF-WAY DIVISION 1263 SOUTH STEWART ST. CARSON CITY, NV 89712 | Lease re: 190 N. Boulder Hwy |
| T.G.F. COMPANY C/O SUNBELT INVESTMENT HOLDINGS, INC. 8095 OTHELLO AVE. SAN DIEGO, CA 92111 | Lease re: 5950 Balboa Ave. |
| TERRAMAR RETAIL CENTERS, LLC 5973 AVENIDA ENCINAS #300 CARLSBAD, CA 92008 | Lease re: 10633 Tierra Santa Bl. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   **Haggen Opco South, LLC**                    ,                          Case No.   **15-11876 (KG)**
       **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| THE COLONIES-PACIFIC 17, LLC<br>PO BOX 3060<br>NEWPORT BEACH, CA 92658 | Lease re: 1910 N. Campus Ave. |
| THE IRVINE COMMUNITY DEVELOPMENT COMPANY LLC<br>C/O THE IRVINE COMPANY RETAIL PROPERTIES<br>100 INNOVATION<br>IRVINE, CA 92617 | Lease re: 3901 Portola Pkwy |
| TRAILS VILLAGE CENTER COMPANY<br>41 CORPORATE PARK<br>STE. 250<br>IRVINE, CA 92714 | Lease re: 1940 Village Center Circle |
| TURNPIKE CENTER, LLC<br>C/O WELLS PROPERTIES<br>3905 STATE ST.<br>STE. 7263<br>SANTA BARBARA, CA 93105 | Lease re: 163 South Turnpike Rd. |
| VESTAR CALIFORNIA XXI, L.L.C.<br>C/O VESTAR PROPERTY MANAGEMENT<br>P.O. BOX 6320<br>SAN DIEGO, CA 92166 | Lease re: 14340 Penasquitos Dr. |
| WEINGARTEN NOSTAT, INC.<br>C/O WEINGARTEN REALTY INVESTORS, INC.<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 924133<br>HOUSTON, TX 77292-4133 | Lease re: 671 Rancho Santa Fe |
| WEINGARTEN NOSTAT, INC.<br>C/O WEINGARTEN REALTY INVESTORS, INC.<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 924133<br>HOUSTON, TX 77292-4133 | Lease re: 4200 Chino Hills Pkwy. |

*Indicates a contract added by the current amendments to the Schedules.

**B6G (Official Form 6G) (12/07) – Cont.**

In re   Haggen Opco South, LLC                                    ,                    Case No.   15-11876 (KG)
                                    **Debtor**                                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WHITESTONE ANTHEM MARKETPLACE LLC C/O WHITESTONE REIT OPERATING PARTNERSHIP, L.P. 2600 SOUTH GESSNER RD. STE. 500 HOUSTON, TX 77062 | Lease re: 3655 W. Anthem Way |
| WHITESTONE TERRAVITA MARKETPLACE, LLC C/O WHITESTONE REIT 20789 N. PIMA RD. STE. 210 SCOTTSDALE, AZ 85255 | Lease re: 34442 N. Scottsdale Rd. |
| WILLIAM BROS. MARKET NO. FIVE, INC. P.O. BOX 18194 SANTA MARIA, CA 93456-6149 | Lease re: 1191 E. Creston Rd. |
| | |
| | |
| | |
| | |

*Indicates a contract added by the current amendments to the Schedules.

Page 37 of 37

**B6H (Official Form 6H) (12/07)**

In re   **Haggen Opco South, LLC**                   ,     Case No.  **15-11876 (KG)**
                              **Debtor**                                      **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| See attached rider | |

**In re: Haggen Opco South, LLC**                                  **Case No. 15-11876 (KG)**

### Schedule H - Co-Debtor Rider

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| HAGGEN ACQUISITION, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | PNC BANK, NATIONAL ASSOCIATION<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 |
| HAGGEN ACQUISITION, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | HAGGEN PROPERTY SOUTH, LLC & HAGGEN PROPERTY NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 |
| HAGGEN OPCO NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | PNC BANK, NATIONAL ASSOCIATION<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 |
| HAGGEN OPCO NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | HAGGEN PROPERTY SOUTH, LLC & HAGGEN PROPERTY NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 |
| HAGGEN OPERATIONS HOLDINGS, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | PNC BANK, NATIONAL ASSOCIATION<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 |
| HAGGEN OPERATIONS HOLDINGS, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | HAGGEN PROPERTY SOUTH, LLC & HAGGEN PROPERTY NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 |
| HAGGEN, INC.<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | PNC BANK, NATIONAL ASSOCIATION<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 |
| HAGGEN, INC.<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | HAGGEN PROPERTY SOUTH, LLC & HAGGEN PROPERTY NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 |

In Re : Haggen Opco South, LLC                                               Case No. 15-11876 (KG)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                                    Debtor

Date _____          Signature: _____
                                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any,                          Social Security No.
of Bankruptcy Petition Preparer                                    ( *Required by 11 U.S.C. § 110.*)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

X _____                  _____
Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the <u>Chief Financial Officer</u> [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the <u>Corporation</u> [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date ____12/10/2015_____          Signature:  \s\ Blake Barnett _____

                                                                        Blake Barnett _____
                                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*