IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 15-11874 (KG) |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 16, 2015 AT 2:00 P.M. (ET)**

**\*\*AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING
HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT\*\***

**RESOLVED MATTERS**

1.  Debtors' Motion for Entry of an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004, Authorizing the Sale of Payment Terminal Assets to Supervalu Inc. and Granting Related Relief [D.I. 727, 11/16/15]

    Related Documents:

    A.  Certification of Counsel Regarding Debtors' Motion for Entry of an Order, Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004, Authorizing the Sale of Payment Terminal Assets to Supervalu Inc. and Granting Related Relief [D.I. 921, 12/8/15]

    B.  Order, Pursuant to 11 U.S.C. §§ 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004, Authorizing the Sale of Payment Terminal Assets to Supervalu Inc. and Granting Related Relief [D.I. 939, 12/9/15]

    Response Deadline:    November 30, 2015 at 4:00 p.m. (ET); Extended to December 7, 2015 for Lenders

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

      Responses Received:    None.

      Status:    An order has been entered by the Court. No hearing is required.

2. Debtors' Application for an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, (I) Authorizing the Retention and Employment of Huntley, Mulllaney, Spargo & Sullivan, Inc. as Special Real Estate Consultant to the Debtors, *Nunc Pro Tunc* to November 18, 2015 and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [D.I. 753, 11/18/15]

    Related Documents:

    A. Certification of Counsel Regarding *Revised* Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, (I) Authorizing the Retention and Employment of Huntley, Mullaney, Spargo & Sullivan, Inc. as Special Real Estate Consultant to the Debtors, *Nunc Pro Tunc* to November 18, 2015 and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [D.I. 977, 12/10/15]

    B. Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, (I) Authorizing the Retention and Employment of Huntley, Mullaney, Spargo & Sullivan, Inc. as Special Real Estate Consultant to the Debtors, *Nunc Pro Tunc* to November 18, 2015 and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [D.I. 998, 12/11/15]

    Response Deadline:    December 2, 2015 at 4:00 p.m. (ET); Extended to December 4, 2015 for Official Committee of Unsecured Creditors; Extended to December 9, 2015 at 4:00 p.m. (ET) for U.S. Trustee

    Responses Received:

    C. Informal response from the Official Committee of Unsecured Creditors

    D. Informal response from the U.S. Trustee

    Status:    An order has been entered by the Court. No hearing is required.

3. Debtors' Application for Entry of Order Authorizing the Employment and Retention of Morris, Nichols, Arsht & Tunnell LLP as Delaware Special Litigation Counsel to the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to Petition Date and Hearing Thereon [D.I. 853, 11/25/15]

    Related Documents:

    A. Supplemental Declaration of S. Mark Hurd in Support of Debtors' Application for Entry of Order Authorizing the Employment and

       Retention of Morris, Nichols, Arsht & Tunnell LLP as Delaware Special Litigation Counsel to the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to Petition Date and Hearing Thereon  [D.I. 930, 12/8/15]

B.    Certification of Counsel Regarding *Revised* Order Authorizing the Employment and Retention of Morris, Nichols, Arsht & Tunnell LLP as Delaware Special Litigation Counsel to the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to Petition Date and Hearing Thereon  [D.I. 999, 12/11/15]

C.    Order Authorizing the Employment and Retention of Morris, Nichols, Arsht & Tunnell LLP as Delaware Special Litigation Counsel to the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to Petition Date and Hearing Thereon  [D.I. 1004, 12/14/15]

<u>Response Deadline</u>:    December 9, 2015 at 4:00 p.m. (ET)

<u>Responses Received</u>:    None.

<u>Status</u>:    An order has been entered by the Court.  No hearing is required.

Dated: December 14, 2015
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ian J. Bambrick*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600  Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Elizabeth Taveras (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400  Facsimile: (212) 806-6006

*COUNSEL TO THE DEBTORS*
*AND DEBTORS-IN-POSSESSION*