IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HAGGEN HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11874 (KG)<br><br>(Jointly Administered)<br><br>Ref. No. 262, 589, 777, 779, 927, 929 and 931 |

## ORDER OVERRULING OBJECTION BY CAMP/TENNECO, GENERAL PARTNERSHIP

Upon the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363, 365, 503 and 507 for Approval of: (I) (A) Global Bidding Procedures, (B) Bid Protections, (C) Form and Manner of Notice of Sale Transactions and Sale Hearing, and (D) Assumption and Assignment Procedures; and (II) (A) Purchase Agreements, (B) Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (C) Assumption and Assignment of Certain Executory Contracts and Leases* filed by the Debtors on October 3, 2016 [Dkt. No. 262] (the "Sale Motion"); the *Objection to Cure Cost Amount Listed for Haggen Store No. 2208* [Doc. No. 589] (the "Initial Camp Tenneco Cure Amount Objection") filed by Camp/Tenneco, a California General Partnership ("Camp Tenneco") on November 5, 2015; the *Objection by Camp/Tenneco General Partnership to Assumption and Assignment of Lease and Cure Amount* filed by Camp/Tenneco on November 19, 2015 [Dkt. No. 777] (the "Camp Tenneco Objection"); the *Declaration of James Camp in Support of Objection by Camp/Tenneco General Partnership to Assumption and Assignment of Lease and Cure Amount* (the "Camp Declaration") filed by Camp/Tenneco on November 19, 2015 [Dkt. No. 779]; the *Response of Albertson's LLC to Sale Objection by Camp Tenneco, General Partnership*, filed by Albertson's on December 8, 2015 [Dkt. No. 929] (the "Albertson's Response"); the *Debtors' Response to Objection by*

*Camp/Tenneco, General Partnership at November 24, 2015 Hearing to Assumption and Assignment of Lease to Albertson's, LLC*, filed by the Debtors on December 8, 2015 [Dkt. No. 927] (the "Debtors' Response"); the *Supplemental Brief of Camp Tenneco General Partnership in Support of its Objection To Assumption and Assignment of Lease* filed by Camp Tenneco on December 8, 2015 [Dkt. No. 931] (the "Camp Tenneco Supplemental Brief"); and the Court having conducted a hearing on the Sale Motion on November 24, 2015 (the "November 24 Sale Hearing"); and the Court having conducted a supplemental hearing on December 10, 2015 (the "December 10 Hearing"); and the Court having considered (i) the Sale Motion; (ii) the Camp Tenneco Objection; (iii) the Albertson's Response; (iv) the Debtors' Response; (v) the Camp Tenneco Supplemental Brief; (vi) the record of the November 24 Sale Hearing and the December 10 Hearing (together, the "Hearings"); and (vii) the record in these chapter 11 cases; and all parties in interest having had an opportunity to be heard; and for the reasons set forth by the Court at the Hearings, it is hereby:

**ORDERED**, the assignment to Albertson's of the Debtors' lease for the store located at 8200 E. Stockdale Hwy, Bakersfield, California with Camp Tenneco as landlord (the "Lease") is hereby APPROVED; and it is further

**ORDERED**, any provision of the Lease purporting to require Camp Tenneco's consent to the assignment of the Lease to Albertson's, including, but not limited, to Section 19.5 of the Lease, is unenforceable under 11 U.S.C. § 365(f)(1); and it is further

**ORDERED**, the assignment of the Lease to Albertson's is approved notwithstanding Section 19.5 of the Lease; and it is further

**ORDERED**, the date by which Albertson's must commence operations under the Lease is May 29, 2016, based on the Court's finding that the Debtors' ceased business operations under the Lease on September 29, 2015; and it is further

**ORDERED**, Camp Tenneco's request for additional deposit or security under 11 U.S.C. § 365(l), or otherwise, is DENIED, provided that Albertson's Holdings LLC is named as tenant under the Lease; and it is further

**ORDERED**, this Order shall supplement the Sale Order entered by the Court on November 25, 2015 [Dkt. No. 861] (the "Sale Order"), which remains in full force and effect with regard to the assignment of the Lease and the other transactions contemplated in the Asset Purchase Agreement (as defined in the Sale Order); and it is further

**ORDERED**, this Court retains exclusive jurisdiction to interpret, implement and/or enforce the terms of this Order.

Dated: December 14, 2015
       Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge