IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) Case No. 15-11874 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Ref. Docket Nos. 277, 871, and ___ |

**ORDER APPROVING STIPULATION BY AND AMONG
THE DEBTORS AND THE IRVINE COMPANY LLC TO WAIVE SECTION 502(b)(6)
CLAIMS AND ABANDON FURNITURE, FIXTURES AND EQUIPMENT, FREE AND
CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AT STORE
NO. 2201, LOCATED AT 3901 PORTOLA PKWY, IRVINE, CALIFORNIA**

Upon the Stipulation (the "**Stipulation**"), by and among Haggen Holdings, LLC and its above-captioned affiliated debtors and debtors in possession and The Irvine Company LLC, a copy of which is attached hereto as **Exhibit A**, and the Court having considered the Stipulation; and good and sufficient cause appearing therefore; it is hereby

**ORDERED** that the Stipulation is approved.

Dated: December 15, 2015
Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

01:18069790.2