## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HH LIQUIDATION, LLC, *et al.*,[1] | Case No. 15-11874 (KG) |
| Debtors. | (Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HH LIQUIDATION, LLC, et al., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 16-51204 |
| COMVEST GROUP HOLDINGS, LLC, COMVEST INVESTMENT PARTNERS III, L.P., COMVEST INVESTMENT PARTNERS IV, L.P., COMVEST HAGGEN HOLDINGS III, LLC, COMVEST HAGGEN HOLDINGS, IV, LLC, COMVEST ADVISORS, LLC, HAGGEN PROPERTY HOLDINGS, LLC, HAGGEN PROPERTY SOUTH, HAGGEN PROPERTY NORTH, LLC, HAGGEN PROPERTY HOLDINGS II, LLC, HAGGEN SLB, LLC, JOHN CAPLE, CECILIO RODRIGUEZ, MICHAEL NIEGSCH, JOHN CLOUGHER, BLAKE BARNETT, WILLIAM SHANER and DERRICK ANDERSON, | |
| Defendants. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  HH Liquidation, LLC (f/k/a Haggen Holdings, LLC) (7558), HH Operations, LLC (f/k/a Haggen Operations Holdings, LLC) (6341), HH Opco South, LLC (f/k/a Haggen Opco South, LLC) (7257), HH Opco North, LLC (f/k/a Haggen Opco North, LLC) (5028), HH Acquisition, LLC (f/k/a Haggen Acquisition, LLC) (7687), and HH Legacy, Inc. (f/k/a Haggen, Inc.) (4583).  The mailing address for each of the Debtors is 26895 Aliso Creek Road, Suite B-1003, Aliso Viejo, California 92656.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS on behalf of the bankruptcy estate of
HH LIQUIDATION, LLC, et al,

          Plaintiff,

v.

DEFENDANTS LISTED ON EXHIBIT A,

          Defendant.

Adv. Pro. No. See Exhibit A

## NOTICE AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 6, 2017 AT 11:00 A.M. (ET)

**RESOLVED MATTERS**

1.  Plaintiff's Motion for an Order Enlarging Deadline to Effect Service of Original Process [D.I. 3134[2]; 9/12/17]

    Related Documents:

    A.  Certification of Counsel Regarding Revised Proposed Order Granting Plaintiff's Motion to Enlarge the Deadline to Effect Service of Original Process in Each Adversary Proceeding Through and Including March 7, 2018 [D.I. 3178; 9/29/17]

    B.  Order Granting Plaintiff's Motion to Enlarge the Deadline to Effect Service of Original  Process in Each Adversary Proceeding Through and Including March 7, 2018 [D.I. 3182; 10/2/17]

    Response Deadline:        September 26, 2017

    Responses Received:

    C.  Objection of Federal Health Sign Company, LLC and Joinder in Objections to Plaintiff's Motion for an Order Enlarging Deadline to Effect Service of Original Process [D.I. 3166; 9/26/17]

    D.  Informal Comments from ITW Food Equipment Group LLC d/b/a Hobart Service

---

[2] This motion was also filed in each of the adversary cases listed on Exhibit A.

Status:        An order has been entered by the Court.  No hearing is required.

2.    Motion of the Official Committee of Unsecured Creditors Seeking the Entry of an Order Approving and Authorizing a Protocol to Compromise Preference Claims [D.I. 3137; 9/12/17]

Related Documents:

A.    Certificate of No Objection regarding Docket No. 3137 [D.I. 3169; 9/27/17]

B.    Order Granting Motion of the Official Committee of Unsecured Creditors Seeking the Entry of an Order Approving and Authorizing a Protocol to Compromise Preference Claims [D.I. 3172; 9/28/17]

Response Deadline:        September 26, 2017

Responses Received:

Status:        An order has been entered by the Court.  No hearing is required.

**MATTER GOING FORWARD**

3.    Pretrial Conference for Adversary Case No. 16-51204

Related Documents:

A.    [REDACTED] Complaint and Objection to Claims [Adv. Case No. 16-51204; D.I. 1; 9/7/16]

B.    [SEALED] Complaint and Objection to Claims [Adv. Case No. 16-51204; D.I. 3; 9/7/16]

C.    [SEALED] Defendants' Answer [Adv. Case No. 16-51204; D.I. 16; 12/9/16]

D.    [REDACTED] Defendants' Answer [Adv. Case No. 16-51204; D.I. 24; 1/9/17]

E.    Amended Scheduling Order [Adv. Case No. 16-51204; D.I. 70]

F.    Certification of Counsel Regarding Joint Final Pretrial Order [Adv. Case No. 16-51204; D.I. 134; 9/29/17]

Response Deadline:        N/A

Responses Received:        N/A

Status:          This matter is going forward.


Dated: October 4, 2017
      Wilmington, Delaware           YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ian J. Bambrick*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Elizabeth Taveras (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*COUNSEL TO THE DEBTORS*
*AND DEBTORS-IN-POSSESSION*