# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HH LIQUIDATION, LLC, *et al.*,[1] | Case No. 15-11874 (KG) |
| Debtors. | (Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HH LIQUIDATION, LLC, et al., | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 16-51204 (KG) |
| COMVEST GROUP HOLDINGS, LLC, COMVEST INVESTMENT PARTNERS III, L.P., COMVEST INVESTMENT PARTNERS IV, L.P., COMVEST HAGGEN HOLDINGS III, LLC, COMVEST HAGGEN HOLDINGS, IV, LLC, COMVEST ADVISORS, LLC, HAGGEN PROPERTY HOLDINGS, LLC, HAGGEN PROPERTY SOUTH, HAGGEN PROPERTY NORTH, LLC, HAGGEN PROPERTY HOLDINGS II, LLC, HAGGEN SLB, LLC, JOHN CAPLE, CECILIO RODRIGUEZ, MICHAEL NIEGSCH, JOHN CLOUGHER, BLAKE BARNETT, WILLIAM SHANER and DERRICK ANDERSON, | |
| Defendants. | |

## NOTICE AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 16-20, 2017, AT 9:00 A.M. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HH Liquidation, LLC (f/k/a Haggen Holdings, LLC) (7558), HH Operations, LLC (f/k/a Haggen Operations Holdings, LLC) (6341), HH Opco South, LLC (f/k/a Haggen Opco South, LLC) (7257), HH Opco North, LLC (f/k/a Haggen Opco North, LLC) (5028), HH Acquisition, LLC (f/k/a Haggen Acquisition, LLC) (7687), and HH Legacy, Inc. (f/k/a Haggen, Inc.) (4583). The mailing address for each of the Debtors is 26895 Aliso Creek Road, Suite B-1003, Aliso Viejo, California 92656.

## MATTER GOING FORWARD

1.  Trial for Adversary Case No. 16-51204

    Related Documents:

    A.  [REDACTED] Complaint and Objection to Claims [Adv. Case No. 16-51204; D.I. 1; 9/7/16]

    B.  [SEALED] Complaint and Objection to Claims [Adv. Case No. 16-51204; D.I. 3; 9/7/16]

    C.  [SEALED] Defendants' Answer [Adv. Case No. 16-51204; D.I. 16; 12/9/16]

    D.  [REDACTED] Defendants' Answer [Adv. Case No. 16-51204; D.I. 24; 1/9/17]

    E.  Order Approving Amended Stipulation and [Proposed] Confidentiality Order [Adv. Case No. 16-51204; D.I. 59; 3/13/17]

    F.  Amended Scheduling Order [Adv. Case No. 16-51204; D.I. 70]

    G.  Order Denying Defendants' Motion in Limine to Exclude the Expert Reort and Testimony of Carol Flaton [Adv. Case No. 16-51204; D.I. 133; 9/26/17]

    H.  Memorandum Opinion Denying Defendants' Motion for Partial Summary Judgment [Adv. Case No. 16-51204; D.I. 136; 10/4/17]

    I.  Order Denying Defendants' Motion for Partial Summary Judgment [Adv. Case No. 16-51204; D.I. 137; 10/4/17]

    J.  Final Pretrial Order [Adv. Case No. 16-51204; D.I. 142; 10/6/17]

    K.  [SEALED] Defendants' Trial Brief [Adv. Case No. 16-51204; D.I. 143; 10/6/17]

    L.  [SEALED] Plaintiff's Pre-Trial Brief [Adv. Case No. 16-51204; D.I. 144; 10/6/17]

    M.  [REDACTED] Defendants' Trial Brief [Adv. Case No. 16-51204; D.I. 149; 10/10/17]

    N.  [REDACTED] Plaintiff's Pre-Trial Brief [Adv. Case No. 16-51204; D.I. 150; 10/10/17]

<u>Response Deadline</u>:     N/A

<u>Responses Received</u>:    N/A

<u>Status</u>:    This matter is going forward.

Dated: October 12, 2017
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ian J. Bambrick*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Jacobs (No. 5635)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Elizabeth Taveras (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*COUNSEL TO THE DEBTORS
AND DEBTORS-IN-POSSESSION*