IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HH LIQUIDATION, LLC, et al.[1] | Case No. 15-11874 (KG)<br>(Jointly Administered) |
| Debtors. | Objection Deadline: June 19, 2018 at 4:00 p.m. (ET)<br>Hearing Date: June 26, 2018 at 10:00 a.m. (ET) |

**APPLICATION OF GIULIANO MILLER AND COMPANY, LLC
FOR APPROVAL OF THE FINAL FEE APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS TAX
ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | |
|---|---|
| Name of Applicant: | Giuliano Miller and Company, LLC. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 29, 2016, nunc pro tunc to February 1, 2016 |
| Amount of FINAL Compensation sought as actual, reasonable and necessary for the period February 1, 2016 through May 17, 2018: | $32,210.00 |
| Amount of FINAL Expense Reimbursement sought as actual, reasonable and necessary for the period February 1, 2016 through May 17, 2018: | $102.50 |

This is a: ___ interim  _X_ Final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558); Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

1

Prior Applications:

|  |  | REQUESTED: |  | APPROVED: |  |
| --- | --- | --- | --- | --- | --- |
| **Date Filed:** | **Period Covered:** | **Fees:** | **Expenses:** | **Fees:** | **Expenses:** |
| 09/12/16 | 02/01/16-09/06/16 | $32,210.00 | $102.50 | $32,210.00 | $102.50 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HH LIQUIDATION, LLC, et al.[1] | Case No. 15-11874 (KG)<br>(Jointly Administered) |
| Debtors. | Objection Deadline: June 19, 2018 at 4:00 p.m. (ET)<br>Hearing Date: June 26, 2018 at 10:00 a.m. (ET) |

### APPLICATION OF GIULIANO MILLER AND COMPANY, LLC FOR APPROVAL OF THE FINAL FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS TAX ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Giuliano, Miller & Company, LLC ("GMCO"), tax advisors to The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors") files this Final Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses (the "Application") pursuant to sections 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). By this Application, GMCO seeks final approval of all fees and expenses previously awarded on an interim basis, for a total final allowance of fees in the amount of $32,210.00 and expenses in the amount of $102.50, and in support thereof, states:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558); Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

3

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §§157(b)(2). Venue of this Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## Background

1. On September 8, 2015 (the "Petition Date"), the Debtors filed voluntary petitions with this Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Cases.

2. On September 21, 2015, the United States Trustee for Region 3 (the "U.S. Trustee") appointed the Committee to represent the interests of all unsecured creditors in these Cases pursuant to section 1102 of the Bankruptcy Code. The members appointed to the Committee are: (i) Unified Grocers, Inc., (ii) PepsiCo, Inc., (iii) Starbucks, (iv) Santa Monica Seafood, (v) United Food and Commercial Workers International, (vi) Valassis Communications, Inc., Valassis Direct Mail, Inc., and (vi) Spirit SPE HG 2015-1, LLC; c/o Spirit SPE Manager, LLC. The *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 126] was filed on September 21, 2015.

3. Prior to the Petition Date, Debtor Haggen Holdings, LLC ("Haggen") executed an asset purchase agreement, dated December 10, 2014, with Albertson's LLC ("Albertson's"), pursuant to which Haggen purchased 146 stores from Albertson's (the "Albertson's Acquisition") for the total purchase price of $454 million. The Debtors have provided the Committee with a report prepared on December 4, 2015 by KPMG regarding the determination of the taxable gain from the disposition of such properties (the "KPMG Report").

4.  By Order dated February 1, 2016 [D.I. # 1699], the Committee retained GMCO as its tax advisors for the purpose of analyzing the determination of taxable gain from the disposition of property in connection with the Albertson's Acquisition, and has been actively advising the Committee since that date.

5.  At all relevant times, GMCO has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code and has not represented nor held any interest adverse to the estate.

6.  Except as noted above, no payments have heretofore been made or promised to GMCO for services rendered or to be rendered in any capacity whatsoever in connection with this case. There is no agreement or understanding between GMCO and any other person other than among the members of GMCO for the sharing of compensation to be received for services rendered in this case.

7.  In accordance with Local Rule 2016-2, GMCO certifies that this Application complies with the Local Rules. See Affidavit of Donna M. Miller attached hereto as **Exhibit "A"**.

### Relief Requested

8.  GMCO seeks final allowance of the fees and expenses previously awarded on an interim basis. Thus, GMCO seeks final allowance of fees in the amount of $32,210.00 and expenses in the amount of $102.50, for the period February 1, 2016 through May 17, 2018.

9.  Pursuant to Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by GMCO for its accounting fees and costs is fair and reasonable given (a) the complexity of the case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a

case under this title. See 11 U.S.C. § 330. Furthermore, the request for reimbursement of expenses is for disbursements made by GMCO.

10. The Court is authorized to award compensation and allow an interim distribution of the compensation pursuant to 11 U.S.C. § 331.

WHEREFORE, GMCO respectfully requests that the Court enter the Order submitted herewith granting GMCO final allowance for all fees in this case, in the amount of $32,210.00 and expenses in the amount of $102.50, for a total of $32,312.50, for the period February 1, 2016 through May 17, 2018, and grant such other and further relief as this Court may deem just and proper.

Dated: May 29, 2018

Giuliano Miller and Company, LLC

By: _____
Donna M. Miller, CPA, CIRA, CDBV
140 Bradford Drive
West Berlin, NJ  08091