**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: HH Liquidation, LLC , et al. | Case No.:[1] | 15-11874 |
|---|---|---|
| | Reporting Period: | 05/01/18 - 05/31/2018 |

**Monthly Operating Report**

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| **Schedule of Cash Receipts and Disbursements** | MOR-1 | x | |
| Bank Account Reconciliation/Information | MOR-1a/MOR-1b | x | |
| Detailed Operating Receipts and Disbursements | MOR-1b | x | |
| Schedule of Professional Fees Paid | MOR-1c | x | |
| Copies of Bank Statements | | N/A | |
| Cash Disbursements Journals | | N/A | |
| **Statement of Operations** | MOR-2 | x | |
| **Balance Sheet** | MOR-3 | x | |
| **Status of Post-Petition Taxes** | MOR-4 | x | |
| Copies of IRS Form 6123 | | N/A | |
| Copies of Tax Returns Filed During Reporting Period | | N/A | |
| **Summary of Unpaid Post-Petition Debts** | | N/A | |
| Listing of Aged Accounts Payable | MOR-5a | x | |
| **Accounts Receivable Reconciliation and Aging** | MOR-6 | x | |
| **Debtor Questionnaire** | MOR-7 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_/s/ Blake Barnett_                                             _6/28/2018_
Signature of Authorized Individual[2]                Date

Blake Barnett                                                       Authorized Signatory
Printed Name of Authorized Individual          Title of Authorized Individual

(1) The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer- identification number, as applicable are:  HH Liquidation, LLC  (7558), HH Opco South, LLC (7257), HH Opco North, LLC (5028), HH Acquisition, LLC (7687), HH Legacy, Inc. (4583), HH Operations, LLC (6341)

(2) Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| | | | |
|---|---|---|---|
| In re: HH Liquidation, LLC , et al. | | Case No.: | 15-11874 |
| | | Reporting Period: | 05/01/18 - 05/31/2018 |

### Listing of Debtor Entities and Notes to the Monthly Operating Report

**General:**

The report includes activity from the following Debtors and related case numbers

| Debtor | Case Number |
|---|---|
| HH Liquidation, LLC | 15-11874 |
| HH Operations, LLC | 15-11875 |
| HH Opco South, LLC | 15-11876 |
| HH Opco North, LLC | 15-11877 |
| HH Acquisition, LLC | 15-11878 |
| HH Legacy, Inc. | 15-11879 |

**Notes to the MOR:**

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in the bankruptcy cases. The financial information contained herein is unaudited, limited in scope and as discussed below, not prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP").

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position and schedule of receipts and disbursements in the future. The Debtors caution readers not to place undue reliance upon the MOR. There can be no assurance that such information is complete and the MOR may be subject to revision.

| | | | |
|---|---|---|---|
| In re: HH Liquidation, LLC , et al. | | Form No.: | MOR-1 |
| $ Figures in Thousands | | Case No.: | 15-11874 |
| | | Reporting Period: | 05/01/18 - 05/31/2018 |

### Schedule of Cash Receipts and Disbursements

| | | |
|---|---|---|
| **Bank Cash Balance 05/01** | $ | 35,694 |
| Operating Receipts | | 345 |
| Liquidation Sale Proceeds | | - |
| Transaction Inflows | | - |
| Albertsons DIP Funding | | - |
| Cash Collateralization of LCs | | - |
| Total Receipts | | 345 |

| **Disbursements by Entity:** | **Case Number:** | |
|---|---|---|
| HH Liquidation, LLC | 15-11874 | - |
| HH Operations, LLC | 15-11875 | (639) |
| HH Opco South, LLC | 15-11876 | - |
| HH Opco North, LLC | 15-11877 | - |
| HH Acquisition, LLC | 15-11878 | - |
| HH Legacy, Inc. | 15-11879 | - |
| Total Disbursements | | (639) |
| Net Cash Flow | | (295) |

| | | |
|---|---|---|
| **Bank Cash Balance 05/31/18** | $ | 35,399 |
| + Funds held by insurers characterized as restricted cash | | - |
| + Other | | 31 |
| - Outstanding Checks | | (30) |
| **Book Cash Balance 05/31/18** | $ | 35,400 |

**Notes to MOR-1:**
(a) Cash receipts and disbursement amounts are derived based on information from the Debtor's bank statements. Intercompany cash transfers between Debtors are not included in this schedule.
(b) Disbursement information has been delineated by entity were possible.
(c) Consistent with other line items, Transaction Proceeds are shown in the entity where the funds were received, which may differ from the allocation of the purchase price for those proceeds.
(d) Book to bank reconciliation is presented above. $3 million of restricted cash was returned in the month of Dec. and in exchange the balance will be retained by insurers to cover future claims.

| | | |
|---|---|---|
| In re: HH Liquidation, LLC , et al. | Form No.: | MOR-1a |
| | Case No.: | 15-11874 |
| | Reporting Period: | 05/01/18 - 05/31/2018 |

## Bank Reconciliations

The above-captioned debtors (the "Debtors") hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements.

The Debtors' standard practice is to ensure that each bank account is reconciled to bank statements at least once per reporting period within 15 days after the reporting period end.  I attest that each of the Debtors' bank accounts is reconciled to bank statements in accordance with their practices.


*/s/ Blake Barnett*                                                                                              *6/28/2018*
Signature of Authorized Individual                                                                Date


Blake Barnett                                                                                                      Authorized Signatory
Printed Name of Authorized Individual                                                         Title of Authorized Individual

In re: HH Liquidattion, LLC, et al.  
$ Figures in Thousands

Form No.: MOR-1b  
Case No.: 15-11874  
Reporting Period: 05/01/18 - 05/31/2018

| Bank Account Information | | | | |
|---|---|---|---|---|
| Legal Entity | Case Number | Bank Name / Address | Account Number (last 4 digits) | Bank Balance |
| HH Liquidation, LLC | 15-11874 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *8804 | Closed |
| HH Opco North, LLC | 15-11877 | BANK OF AMERICA<br>GLOBAL COMMERCIAL BANKING<br>800 FIFTH AVENUE, FLOOR 36<br>SEATTLE, WA 98104 | *9224 | Closed |
| HH Opco North, LLC | 15-11877 | CITIZENS ALLIANCE<br>900 6TH STREET<br>HOWARD LAKE, MN 55349 | *5617 | Closed |
| HH Opco North, LLC | 15-11877 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *2725 | Closed |
| HH Opco North, LLC | 15-11877 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *1562 | Closed |
| HH Opco North, LLC | 15-11877 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *1677 | Closed |
| HH Opco North, LLC | 15-11877 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *4253 | Closed |
| HH Opco North, LLC | 15-11877 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *9056 | Closed |
| HH Opco North, LLC | 15-11877 | WELLS FARGO<br>PO BOX 563957<br>CHARLOTTE, NC 28256-3957 | *7563 | Closed |
| HH Opco South, LLC | 15-11876 | BANK OF AMERICA<br>GLOBAL COMMERCIAL BANKING<br>800 FIFTH AVENUE, FLOOR 36<br>SEATTLE, WA 98104 | *9465 | Closed |
| HH Opco South, LLC | 15-11876 | CITIZENS ALLIANCE<br>900 6TH STREET<br>HOWARD LAKE, MN 55349 | *5633 | Closed |
| HH Opco South, LLC | 15-11876 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *1642 | Closed |
| HH Opco South, LLC | 15-11876 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *2717 | Closed |
| HH Opco South, LLC | 15-11876 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *1685 | Closed |
| HH Opco South, LLC | 15-11876 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *4245 | Closed |
| HH Opco South, LLC | 15-11876 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *9064 | Closed |
| HH Opco South, LLC | 15-11876 | WELLS FARGO<br>PO BOX 563957<br>CHARLOTTE, NC 28256-3957 | *7571 | Closed |
| HH Operations, LLC | 15-11875 | BANK OF AMERICA<br>GLOBAL COMMERCIAL BANKING<br>800 FIFTH AVENUE, FLOOR 36<br>SEATTLE, WA 98104 | *9200 | Closed |
| HH Operations, LLC | 15-11875 | BANK OF AMERICA<br>GLOBAL COMMERCIAL BANKING<br>800 FIFTH AVENUE, FLOOR 36<br>SEATTLE, WA 98104 | *9205 | Closed |
| HH Operations, LLC | 15-11875 | BANK OF AMERICA<br>GLOBAL COMMERCIAL BANKING<br>800 FIFTH AVENUE, FLOOR 36<br>SEATTLE, WA 98104 | *7860 | Closed |
| HH Operations, LLC | 15-11875 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *1634 | Closed |
| HH Operations, LLC | 15-11875 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *1618 | Closed |
| HH Operations, LLC | 15-11875 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *1589 | Closed |
| HH Operations, LLC | 15-11875 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *1597 | Closed |

| Legal Entity | Case Number | Bank Name / Address | Account Number (last 4 digits) | Bank Balance |
|---|---|---|---|---|
| | | Bank Account Information | | |
| HH Operations, LLC | 15-11875 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *1626 | Closed |
| HH Operations, LLC | 15-11875 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *5087 | Closed |
| HH Operations, LLC | 15-11875 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *5079 | Closed |
| HH Operations, LLC | 15-11875 | WELLS FARGO<br>PO BOX 563957<br>CHARLOTTE, NC 28256-3957 | *5570 | Closed |
| HH Legacy, Inc. | 15-11879 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *0401 | - |
| HH Legacy, Inc. | 15-11879 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *9720 | 250 |
| HH Legacy, Inc. | 15-11879 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *5099 | Closed |
| HH Legacy, Inc. | 15-11879 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *5178 | Closed |
| HH Legacy, Inc. | 15-11879 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *5228 | Closed |
| HH Legacy, Inc. | 15-11879 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *9712 | Closed |
| HH Legacy, Inc. | 15-11879 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *4985 | - |
| HH Legacy, Inc. | 15-11879 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *4936 | - |
| HH Legacy, Inc. | 15-11879 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *5123 | - |
| HH Legacy, Inc. | 15-11879 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *5117 | Closed |
| HH Legacy, Inc. | 15-11879 | SOLUTRAN/LAKE REGION BANK<br>59 MAIN STREET<br>NEW LONDON, MN 56273 | *526F | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *6123 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3045 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *6131 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3052 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3060 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3078 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3644 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3750 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *1117 | Closed |

| Bank Account Information | | | | |
|---|---|---|---|---|
| Legal Entity | Case Number | Bank Name / Address | Account Number (last 4 digits) | Bank Balance |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3169 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3094 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3768 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3102 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3677 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3792 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3128 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3136 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3818 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3669 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3651 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3144 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3727 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3776 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3151 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *2980 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *3701 | Closed |
| HH Legacy, Inc. | 15-11879 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *8248 | Closed |
| HH Opco North, LLC | 15-11877 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *7433 | Closed |
| HH Opco South, LLC | 15-11876 | US BANK<br>111 SW FIFTH AVENUE<br>SUITE 400<br>PORTLAND, OR 97204 | *7441 | Closed |
| HH Operations, LLC | 15-11875 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *6991 | Closed |

| Bank Account Information | | | | |
|---|---|---|---|---|
| Legal Entity | Case Number | Bank Name / Address | Account Number (last 4 digits) | Bank Balance |
| HH Operations, LLC | 15-11875 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *6983 | Closed |
| HH Operations, LLC | 15-11875 | PNC<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | *5089 | Closed |
| HH Operations - Oracle | 15-11875 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *8008 | 29,095 |
| HH Operations - Rx | 15-11875 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *7992 | - |
| HH Operations - ABS | 15-11875 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *7984 | 5,779 |
| HH Operations - ProFee | 15-11875 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *7676 | 275 |
| HH Liquidation | 15-11875 | BMO HARRIS BANK<br>111 W. MONROE STREET<br>CHICAGO, IL 60603 | *7968 | - |
| **Subtotal** | | | | 35,399 |

In re: HH Liquidation, LLC, et al.  
$ Figures in Thousands

Form No.: MOR-1b  
Case No.: 14-10867  
Reporting Period: 05/01/18 - 05/31/2018

### Detailed Operating Receipts and Disbursements

| | HH Liquidation, LLC | HH Operations, LLC | HH Opco South, LLC | HH Opco North, LLC | HH Acquisition, LLC | HH Legacy, Inc. | Total |
|---|---|---|---|---|---|---|---|
| | 15-11874 | 15-11875 | 15-11876 | 15-11877 | 15-11878 | 15-11879 | |
| **Receipts** | | | | | | | |
| Operating Receipts | - | 345 | - | - | - | - | 345 |
| Liquidation Sale Proceeds | - | - | - | - | - | - | - |
| Transaction Inflows | - | - | - | - | - | - | - |
| Albertsons DIP Funding | - | - | - | - | - | - | - |
| Cash collerization of LCs | - | - | - | - | - | - | - |
| **Total Receipts** | - | 345 | - | - | - | - | 345 |
| **Disbursements** | | | | | | | |
| Grocery Payments | - | - | - | - | - | - | - |
| DSD Payments | - | - | - | - | - | - | - |
| Rx Payables | - | - | - | - | - | - | - |
| Liquor | - | - | - | - | - | - | - |
| Payroll | - | (21) | - | - | - | - | (21) |
| H&W | - | - | - | - | - | - | - |
| Rent | - | - | - | - | - | - | - |
| Blackhawk and Moneygram | - | - | - | - | - | - | - |
| Freight | - | - | - | - | - | - | - |
| GCs | - | - | - | - | - | - | - |
| Corporate & Other | - | (62) | - | - | - | - | (62) |
| Tax | - | - | - | - | - | - | - |
| Restructuring | - | (557) | - | - | - | - | (557) |
| Interest and Fees | - | - | - | - | - | - | - |
| DIP Pay-off | - | - | - | - | - | - | - |
| **Total Disbursements** | - | (639) | - | - | - | - | (639) |
| **Net Cash Flow** | | | | | | | (295) |

**Notes to MOR-1b detailed:**  
(a) Cash receipts and disbursement amounts are derived based on information from the Debtor's bank statements.  
(b) Disbursement information has been delineated by entity where possible.  
(c) Cash disbursements for various operating debtor entities are disbursed from the HH Operations, LLC entity bank accounts and may not reflect the entity where the related expense was incurred; for additional context, refer to the expense breakdown for each comparable entity during the period:

*Memo: Expenses Incurred by Entity*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COGS | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Employee Costs | - | (10) | - | - | - | (12) | (22) |
| Rent | - | - | - | - | - | - | - |
| Other Costs | - | (557) | - | - | - | - | (557) |
| Interest Expense | - | - | (77) | (79) | - | - | (156) |
| **Total Expenses** | $ - | $ (567) | $ (77) | $ (80) | $ - | $ (12) | $ (736) |

| In re: HH Liquidation, LLC , et al. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $ Figures in Thousands | | | | | | Form No.: | | | | MOR-1c |
| | | | | | | Case No.: | | | | 15-11874 |
| | | | | | | Reporting Period: | | | | 05/01/18 - 05/31/2018 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Schedule of Professional Fees Paid** | | | | | | | |
| | | | **Check** | | **Amount Paid this Period** | | | **Amount Paid To-Date** | | |
| **Payee** | **Period Covered** [1] | **Payer** | **Number** | **Date** | **Fees** | **Expenses** | **Total** | **Fees** | **Expenses** | **Total** |
| Akerman | Various | HH Operations, LLC | Various | N/A | 3 | - | 3 | 3,066 | 19 | 3,084 |
| Alan Chapell, CIPP | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 43 | 0 | 44 |
| Alvarez & Marsal | Various | HH Operations, LLC | Various | N/A | 21 | 0 | 21 | 6,134 | 215 | 6,349 |
| Beilinson Advisory Group | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 120 | - | 120 |
| Blank Rome | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 2,040 | - | 2,040 |
| Boies Schiller & Flexner LLP | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 1,281 | 17 | 1,298 |
| FTI Consulting | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 1,056 | 46 | 1,102 |
| Giuliano Miller and Co. LLP | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 32 | - | 32 |
| Hilco Merchant Solutions [2] | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 3,986 | - | 3,986 |
| Huntley, Mullaney, Spargo & Sullivan | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 145 | - | 145 |
| JLT Specialty Insurance | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 640 | - | 640 |
| KPMG LLP | Various | HH Operations, LLC | Various | N/A | 34 | - | 34 | 1,803 | 1 | 1,804 |
| Kurtzman Carson Consultants LLC | Various | HH Operations, LLC | 5/7/2018 | N/A | 31 | 14 | 45 | 756 | 1,301 | 2,057 |
| Littler Mendelson P.C. | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 64 | 0 | 64 |
| Moss Adams LLP | N/A | HH Operations, LLC | Wire | N/A | - | - | - | - | - | - |
| Morris Nichols | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 28 | - | 28 |
| Pachulski, Stang, Ziehl & Jones | Various | HH Operations, LLC | Various | N/A | 205 | 5 | 210 | 6,984 | 991 | 7,975 |
| Pacific Pharmacy Consultants | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 1,905 | - | 1,905 |
| Resources Global Professionals | Various | HH Operations, LLC | Various | N/A | 52 | - | 52 | 1,405 | - | 1,405 |
| Sagent Advisors | N/A | HH Operations, LLC | Wire | N/A | - | - | - | 4,296 | 9 | 4,305 |
| Stroock & Stroock & Lavan LLP | Various | HH Operations, LLC | Various | N/A | 94 | 0 | 94 | 10,255 | 160 | 10,415 |
| Young Conaway Stargatt & Taylor, LLP | Various | HH Operations, LLC | Various | N/A | 75 | 0 | 75 | 2,343 | 63 | 2,406 |
| Zolfo Cooper LLC | Various | HH Operations, LLC | Various | N/A | 23 | 0 | 23 | 3,538 | 30 | 3,568 |
| **Total** | | | | | $ 537 | $ 21 | $ 557 | $ 51,919 | $ 2,853 | $ 54,772 |

**Notes to the MOR-1c:**

(1) Certain professional fees paid during this reporting period reflect payments of interim holdback fees only.

(2) Hilco invoice includes both fees and expenses, the majority of which relate to operational expenses required for the store closing sales.

| In re: HH Liquidation, LLC , et al. | | | | | | | Form No.: | MOR-2 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $ Figures in Thousands | | | | | | | Case No.: | 15-11874 |
| | | | | | | | Reporting Period: | 05/01/18 - 05/31/2018 |

### Debtor's Combined Statement of Operations (Unaudited)

| | HH Liquidation, LLC | HH Operations, LLC | HH Opco South, LLC | HH Opco North, LLC | HH Acquisition, LLC | HH Legacy, Inc. | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 15-11874 | 15-11875 | 15-11876 | 15-11877 | 15-11878 | 15-11879 | |
| Net sales | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cost of sales | - | - | - | - | - | - | - |
| **Gross profit** | - | - | - | - | - | - | - |
| Other operating income | - | 16 | 1 | - | - | (9) | 8 |
| Selling, general and administrative expense | - | (10) | - | - | - | (12) | (22) |
| Depreciation and amortization expense | - | - | - | - | - | - | - |
| **Income (Loss) from operations** | - | 6 | 1 | - | - | (21) | (14) |
| Other non operating income, net | - | - | - | - | - | - | - |
| Interest expense, net | - | - | (77) | (79) | - | - | (156) |
| Bargain purchase gain, net | - | - | - | - | - | - | - |
| Gain/(Loss) on liquidation sales | - | - | - | - | - | - | - |
| Restructuring fees | - | (557) | - | - | - | - | (557) |
| Preference Action Settlements | - | 345 | - | - | - | - | 345 |
| **Income (Loss) before income taxes** | - | (206) | (76) | (79) | - | (21) | (381) |
| Income tax provision | - | - | - | - | - | - | - |
| **Net Income (Loss)** | $ - | $ (206) | $ (76) | $ (79) | $ - | $ (21) | $ (381) |

| In re: HH Liquidation, LLC , et al. | | | | | | | Form No.: | MOR-3 |
|---|---|---|---|---|---|---|---|---|
| $ Figures in Thousands | | | | | | | Case No.: | 15-11874 |
| | | | | | | | Reporting Period: | 05/01/18 - 05/31/2018 |

### Debtor's Combined Balance Sheet (Unaudited)

| | HH Liquidation, LLC (1) | HH Operations, LLC (2) | HH Opco South, LLC | HH Opco North, LLC | HH Acquisition, LLC | HH Legacy, Inc. | Total |
|---|---|---|---|---|---|---|---|
| | 15-11874 | 15-11875 | 15-11876 | 15-11877 | 15-11878 | 15-11879 | |
| **ASSETS** | | | | | | | |
| **Current assets:** | | | | | | | |
| Cash and cash equivalents [3] | $          - | $    35,150 | $          - | $          - | $          - | $      250 | $    35,400 |
| Accounts receivable, net | - | 5,668 | - | - | - | - | 5,668 |
| Inventories | - | - | - | - | - | - | - |
| Prepaid and other current assets | - | 1,398 | - | 166 | - | - | 1,563 |
| **Total current assets** | - | 42,216 | - | 166 | - | 250 | 42,631 |
| Property and equipment, net | - | - | - | - | - | - | - |
| Other assets | (201,428) | 162,745 | 495 | 1,021 | (5,674) | 55,870 | 13,028 |
| **Total assets** | $ (201,428) | $ 204,961 | $    495 | $  1,187 | $ (5,674) | $ 56,120 | $    55,659 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | |
| **Current liabilities:** | | | | | | | |
| Accounts payable [4] | $          - | $    35,140 | $      213 | $      235 | $          - | $ 13,151 | $    48,738 |
| Inventory payable to LLC / Safeway | - | - | 67 | 23 | - | - | 90 |
| Accrued liabilities [5] | - | 2,016 | 45,010 | 24,145 | - | 5,162 | 76,333 |
| Current debt and capital lease obligations | - | - | - | - | - | - | - |
| **Total current liabilities** | - | 37,156 | 45,290 | 24,403 | - | 18,313 | 125,162 |
| Capital lease obligations | - | - | - | - | - | - | - |
| Deferred financing obligation | - | - | - | - | - | - | - |
| Long term debt facility | - | - | - | - | - | - | - |
| Other liabilities | - | - | 4,649 | 1,541 | - | 5,799 | 11,989 |
| Intercompany notes payable | (94,559) | 86,804 | 66,915 | 56,920 | 1,907 | - | 117,987 |
| **Total liabilities** | (94,559) | 123,959 | 116,854 | 82,864 | 1,907 | 24,113 | 255,138 |
| **Stockholders' equity:** | | | | | | | |
| Preferred stock | - | - | - | - | - | - | - |
| Common stock | - | - | - | - | - | 250 | 250 |
| Additional paid in capital | (106,869) | 106,498 | 38,043 | 29,425 | (7,522) | 56,553 | 116,128 |
| Retained earnings | - | (26,247) | (154,173) | (110,867) | (59) | (24,733) | (316,080) |
| Net income | - | 750 | (229) | (236) | 0 | (63) | 223 |
| **Total stockholders' equity** | (106,869) | 81,001 | (116,359) | (81,677) | (7,581) | 32,007 | (199,479) |
| **Total liabilities and stockholders' equity** | $ (201,428) | $ 204,961 | $    495 | $  1,187 | $ (5,674) | $ 56,120 | $    55,659 |

| Liabilities subject to compromise includes the following: | |
|---|---|
| Accounts payable [4] | $    46,551 |
| Accrued liabilities [5] | 79,816 |
| **Total liabilities subject to compromise** | $  126,367 |

**Notes to the MOR-3:**
(1)  HH Operations, LLC reflects intercompany eliminations with certain debtor entities (HH Opco South, LLC, HH OpCo North, LLC, and HH Acquisition, LLC) in specified accounts
(2)  HH Liquidation, LLC does not reflect intercompany and investment in subsidiary eliminations with certain non-debtor entities in specified accounts
(3)  The Company is in the process of actively reviewing accounts payable and reconciling the pre and post-petition liabilities; therefore, these figures may be subject to change
(4)  Accrued Liabilities includes the lease rejection liability of $67.1M of which approximately $20.4M is between debtor and non-debtor entities; the liability recorded on the debtor financials and the receivable on the non-

| | | |
|---|---|---|
| In re: HH Liquidation, LLC , et al. | Form No.: | MOR-4 |
| | Case No.: | 15-11874 |
| | Reporting Period: | 05/01/18 - 05/31/2018 |

**Status of Post-Petition Taxes of the Debtors**

I am familiar with the Debtor's day to day operations, business affairs and books and records.

To the best of my knowledge, the Debtors have filed all necessary federal, state and local tax returns and made all required post-petition tax payments in connection therewith in a timely manner or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

_/s/ Blake Barnett_  
Signature of Authorized Individual

_6/28/2018_  
Date

Blake Barnett  
Printed Name of Authorized Individual

Authorized Signatory  
Title of Authorized Individual

| | | | | Form No.: | MOR-5 |
|---|---|---|---|---|---|
| In re: HH Liquidation, LLC , et al. | | | | Case No.: | 15-11874 |
| $ Figures in Thousands | | | | Reporting Period: | 05/01/18 - 05/31/2018 |

**Accounts Payable (Post-Petition) Balance as of 02/28/18 (Unaudited)**

| A/P Aging [1] | Current | 0 - 30 Days | 31 - 60 Days | Over 60 Days | Total A/P |
|---|---|---|---|---|---|
| HH Legacy, Inc. [2] | - | - | - | 691 | 691 |
| HH Opco Entities [2] | - | - | - | 1,496 | 1,496 |
| Total Accounts Payable (Post-Petition) | $ - | - | - | 2,187 | $ 2,187 |

**Notes to MOR-5a:**
(1) The Company is in the process of actively reviewing Accounts Payable vendor reconciliations and reconciling post-petition liabilities; therefore, these figures may be subject to change
(2) The Company has made a thorough review of pre and post petition Accounts Payable balances and the amounts above represent our best view of the true post petition balances, most of which are disputed.  The Company is currently undergoing negotiations and an in depth review of these balances by vendor to settle them or file objections with the court.

| | | | | | | |
|---|---|---|---|---|---|---|
| In re: HH Liquidation, LLC , et al. | | | | Form No.: | | MOR-6 |
| $ Figures in Thousands | | | | Case No.: | | 15-11874 |
| | | | | Reporting Period: | | 05/01/18 - 05/31/2018 |

| **Accounts Receivable Balance as of 2/28/18 (Unaudited)** | | | | | | |
|---|---|---|---|---|---|---|
| A/R Aging | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Total A/R |
| *Trade A/R* | | | | | | |
| HH Legacy, Inc. | $- | $- | $- | $- | $- | $ - |
| HH Opco South, LLC | - | - | - | - | - | - |
| HH Opco North, LLC | - | - | - | - | - | - |
| *Pharmacy A/R* | | | | | | |
| HH Legacy, Inc. | - | - | - | - | - | - |
| HH Opco South, LLC | - | - | - | - | 943 | 943 |
| HH Opco North, LLC | - | - | - | - | 193 | 193 |
| *Credit Card Receivables* | | | | | | |
| HH Legacy, Inc. | - | - | - | - | - | - |
| *AR Allowance* | | | | | | |
| HH Opco South, LLC | - | - | - | - | (1,198) | (1,198) |
| HH Opco North, LLC | - | - | - | - | (828) | (828) |
| *Other Receivables* | | | | | | |
| HH Operations, LLC | | - | - | | 5,668 | 5,668 |
| HH Legacy, Inc. | | - | - | - | - | - |
| HH Opco South, LLC | - | - | - | - | 255 | 255 |
| HH Opco North, LLC | | - | - | - | 635 | 635 |
| **Total Accounts Receivable** | $ - | $ - | $ - | $ - | $ 5,668 | $ 5,668 |

**In re: HH Liquidation, LLC , et al.**

| | Form No.: | MOR-7 |
|---|---|---|
| | Case No.: | 15-11874 |
| | Reporting Period: | 05/01/18 - 05/31/2018 |

| | Debtor Questionnaire | Yes | No |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. | Have all post-petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. | Are workers' compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

**Explanations**