# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:

HH Liquidation, LLC, *et al.*,[1]

                    Debtors.
---------------------------------------------------------------x

Chapter 11

Case No. 15-11874 (KG)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

I, Stanley Y. Martinez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 22, 2018, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail upon the service list attached hereto to as **Exhibit A**:

- **Thirty-Second Monthly Fee Application of Resources Global Professionals for Payment of Compensation and Reimbursement of Fees and Expenses as Claims Consultants for the Period from September 1, 2018 Through September 30, 2018** [Docket No. 3912]

*(Continued on Next Page)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HH Liquidation, LLC (f/k/a Haggen Holdings, LLC) (7558), HH Operations, LLC (f/k/a Haggen Operations Holdings, LLC) (6341), HH Opco South, LLC (f/k/a Haggen Opco South, LLC) (7257), HH Opco North, LLC (f/k/a Haggen Opco North, LLC) (5028), HH Acquisition, LLC (f/k/a Haggen Acquisition, LLC) (7687), and HH Legacy, Inc. (f/k/a Haggen, Inc.) (4583). The mailing address for each of the Debtors is 26895 Aliso Creek Road, Suite B-1003, Aliso Viejo, California 92656.

- **Thirty-Seventh Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2018 Through September 30, 2018** [Docket No. 3913]

Dated: October 24, 2018

_____
Stanley Y. Martinez

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th day of October, 2018, by Stanley Y. Martinez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

STEPHANIE PARANHOS
Notary Public – California
Los Angeles County
Commission # 2210581
My Comm. Expires Aug 19, 2021

# Exhibit A

**Exhibit A**
Fee Application Notice Parties
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Blank Rome LLP | Attn: Regina Stango Kelbon, Esq. | 1201 Market Street, Suite 800 | | Wilmington | DE | 19801 |
| Haggen, Inc. | Attn Blake Barnett | 221 Rimland Drive | | Billingham | WA | 98228 |
| Landis Rath & Cobb LLP | Matthew B. McGuire & Adam G. Landis | 919 Market St | Suite 1800 | Wilmington | DE | 19801 |
| Office of the United States Trustee Delaware | Timothy J. Fox, Jr. | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler | 919 N. Market St | 17th Floor | Wilmington | DE | 19801 |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein | 780 Third Ave | 34th Floor | New York | NY | 10017 |
| Schulte Roth & Zabel LLP | Parker J. Milender & David Hillman | 919 Third Ave | | New York | NY | 10022 |
| Stroock & Stroock & Lavan LLP | Frank A. Merola and Sayan Bhattacharyya | 180 Maiden Lane | | New York | NY | 10038-1982 |

In re HH Liquidation, LLC (f/k/a Haggen Holdings, LLC), et al.,
Case No. 15-11874 (KG) Jointly Administered