## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HH Liquidation, LLC, *et al.,*[1] | ) | Case No. 15-11874 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. Docket No. 3809** |

## PLAN SUPPLEMENT FOR PLAN OF LIQUIDATION FOR HH LIQUIDATION, LLC PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

In accordance with the *Plan of Liquidation for HH Liquidation, LLC Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 24, 2018 [Docket No. 3809] (the "**Plan**"),[2] filed by HH Liquidation, LLC (the "**Debtor**"), attached hereto are draft forms, signed copies or summaries of material terms of the documents relating to the Plan and/or to be executed, delivered, assumed and/or performed in connection with the consummation of the Plan on the Effective Date, which comprise the Plan Supplement.  Subject to the terms and conditions of the Plan, the Debtor reserves all rights to amend, revise or supplement any of the documents contained in the Plan Supplement at any time before the Effective Date of the Plan, or any such other date as may be permitted by the Plan or by order of this Court.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HH Liquidation, LLC (f/k/a Haggen Holdings, LLC) (7558), HH Operations, LLC (f/k/a Haggen Operations Holdings, LLC) (6341), HH Opco South, LLC (f/k/a Haggen Opco South, LLC) (7257), HH Opco North, LLC (f/k/a Haggen Opco North, LLC) (5028), HH Acquisition, LLC (f/k/a Haggen Acquisition, LLC) (7687), and HH Legacy, Inc. (f/k/a Haggen, Inc.) (4583).  The mailing address for each of the Debtors is 26895 Aliso Creek Road, Suite B-1003, Aliso Viejo, California 92656.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

| Exhibit | Document |
|---------|----------|
| 1 | Draft of Plan Administration Agreement |
| 2 | Global Settlement Agreement |
| 3 | Benefit Fund Settlement Agreement |
| 4 | Pension Fund Settlement Agreement |
| 5 | Settlement Agreement, dated as of October 24, 2018, by and between the Debtors, the Southern California United Food and Commercial Workers Unions and Drug Employers Pension Fund, and the other parties thereto |

Dated: October 26, 2018
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ian J. Bambrick*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 576-3222
Facsimile: (302) 571-1256

-and-

STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
Sayan Bhattacharyya
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*COUNSEL TO THE DEBTORS*
*AND DEBTORS-IN-POSSESSION*