# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HH Liquidation, LLC, *et al.*,[1] | ) ) | Case No. 15-11874 (KG) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Ref. Docket No. 3902** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 3902

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the **Sixteenth Monthly Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Consultants to the Debtors and Debtors in Possession for the Period from August 1, 2018 through September 30, 2018** [Docket No. 3902] (the "**Application**") filed on October 15, 2018.

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by 4:00 p.m. (ET) on November 5, 2018.

Pursuant to the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals** [Docket No. 408], the Debtors are now authorized to pay 80% ($77,587.04) of the requested fees ($96,983.80) and 100% of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: HH Liquidation, LLC (f/k/a Haggen Holdings, LLC) (7558), HH Operations, LLC (f/k/a Haggen Operations Holdings, LLC) (6341), HH Opco South, LLC (f/k/a Haggen Opco South, LLC) (7257), HH Opco North, LLC (f/k/a Haggen Opco North, LLC) (5028), HH Acquisition, LLC (f/k/a Haggen Acquisition, LLC) (7687), and HH Legacy, Inc. (f/k/a Haggen, Inc.) (4583). The mailing address for each of the Debtors is 26895 Aliso Creek Road, Suite B-1003, Aliso Viejo, California 92656.

01:18642777.17

the requested expenses ($0.00) on an interim basis without further order of the Court.

| | |
|---|---|
| Dated: November 6, 2018<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ian J. Bambrick*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Ian J. Bambrick (No. 5455)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1256<br><br>-and-<br><br>STROOCK & STROOCK & LAVAN LLP<br>Frank A. Merola (admitted *pro hac vice*)<br>Sayan Bhattacharyya (admitted *pro hac vice*)<br>180 Maiden Lane<br>New York, New York 10038<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006<br><br>*COUNSEL TO THE DEBTORS*<br>*AND DEBTORS-IN-POSSESSION* |