# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| HH Liquidation, LLC | ) Case No. 15-11874 (KG) |
| (f/k/a Haggen Holdings, LLC), | ) |
| Debtor. | ) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Court hereby schedules the following omnibus hearing date:

**January 14, 2019, at 11:00 a.m. (ET)**

**Dated: November 28th, 2018**
**Wilmington, Delaware**

*/s/ Kevin Gross*
**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**