**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------x
: ) Chapter 11
In re: )
: ) Case No. 15-11874 (KG)
HH Liquidation, LLC )
(f/k/a Haggen Holdings, LLC),[1] )
: )
         Debtor. )
: )
-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

    I, Stanley Y. Martinez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

    On November 27, 2018, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto to as **Exhibit A**; and via First Class Mail upon the service lists attached hereto to as **Exhibit B** and **Exhibit C**:

*Remainder of page intentionally left blank*

---

[1] The Debtor in this chapter 11 case is HH Liquidation, LLC (f/k/a Haggen Holdings, LLC). The last four digits of the Debtor's Federal tax identification number are 7557 and the Debtor's mailing address is HH Liquidation, LLC, 32295 Mission Trail R8 #390, Lake Elsinore, CA 92530.

- **Debtor's Tenth Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452** [Docket No. 4001]

Dated: November 30, 2018

*[signature]*

Stanley Y. Martinez

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of November, 2018, by Stanley Y. Martinez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _[signature]_

TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

# Exhibit A

| Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to GIG TCG Wave Master Property Owner | Allen & Overy LLP | Daniel J. Guyder & Joseph Badtke-Berkow | daniel.guyder@allenovery.com; joseph.badtke-berkow@allenovery.com |
| Attorneys for Mackel-Wallis Development | Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP | Dean G. Rallis Jr. | drallis@afrct.com |
| Counsel for Convenience Retailers, LLC; & for Pacific Convenience & Fuels, LLC | Ashby & Geddes, PA | Karen B. Skomorucha Owens, Rick Palacio & Bill Bowden | kowens@ashby-geddes.com; rpalacio@ashby-geddes.com; wbowden@ashby-geddes.com |
| Counsel for Trails Village Center Company, a Nevada general partnership | Ashby & Geddes, PA | Ricardo Palacio & Benjamin W. Keenan | rpalacio@ashby-geddes.com; bkeenan@ashby-geddes.com |
| Counsel for Supervalu Inc. | Ashby & Geddes, PA | William P. Bowden & F. Troupe Mickler IV | wbowden@ashby-geddes.com; tmickler@ashby-geddes.com |
| Counsel to Michele L. Bettin | Austria Shrum LLC | J Jackson Shrum | jshrum@austriashrum.com |
| Counsel for the Spirit SPE HG 2015-1, LLC | Ballard Spahr LLP | Craig Solomon Ganz | ganzc@ballardspahr.com |
| Attorneys for Rite Aid Corporation; Spirit SPE HG 2015-1, LLC; & for Sound Northwest Properties | Ballard Spahr LLP | David L. Pollack | pollack@ballardspahr.com |
| Attorneys for Rite Aid Corporation; Spirit SPE HG 2015-1, LLC; for Sound Northwest Properties; for The Colonies-Pacific 17, LLC and Redwood Santana, LLC; & for Canyon Gateway, LLC and Peckham Properties, Inc. | Ballard Spahr LLP | Leslie C. Heilman | heilmanl@ballardspahr.com |
| Attorneys for Rite Aid Corporation; Spirit SPE HG 2015-1, LLC; for Sound Northwest Properties; for The Colonies-Pacific 17, LLC and Redwood Santana, LLC; & for Canyon Gateway, LLC and Peckham Properties, Inc. | Ballard Spahr LLP | Matthew Summers | summersm@ballardspahr.com |
| Counsel for Topco Associates, LLC and Topco Holdings, Inc | Bayard, P.A. | Scott D. Cousins | scousins@bayardlaw.com |
| Counsel for Antone Corporation | Bayard, PA | Neil B. Glassman & GianClaudio Finizio | nglassman@bayardlaw.com; gfinizio@bayardlaw.com |
| Attorneys for Palm Desert Ltd., a Limited Partnership | Bewley, Lassleben & Miller, LLP | Ernie Zachary Park | Ernie.Park@bewleylaw.com |
| Counsel for BGN Fremont Square, Ltd. | BGN Fremont Square, Ltd. | Matthew J. Salcedo | msalcedo@acpmanagement.com |
| Counsel to the Agent; & PNC Bank, National Association (Secured Parties) | Blank Rome LLP | Attn: Lawrence F. Flick, II, Esq. | Flick@BlankRome.com |
| Counsel to the Agent; & PNC Bank, National Association (Secured Parties) | Blank Rome LLP | Attn: Regina Stango Kelbon, Esq. | Kelbon@BlankRome.com |
| Counsel to the Agent; & PNC Bank, National Association (Secured Parties) | Blank Rome LLP | Michael C. Graziano & Gregory F. Vizza | graziano@blankrome.com; vizza@blankrome.com |
| Attorney for Pitch, Inc. | Bodell Bove LLC | Bruce W. McCullough | bmccullough@bodellbove.com |
| Attorneys for Harbor Distributing, LLC dba Allied Beverage and Gate City Beverage, Crest Beverage LLC, and Harbor Distributing Co | Borges & Associates, LLC | Wanda Borges | bankruptcy@borgeslawllc.com |
| Attorneys for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corportation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to GIG TCG Wave Master Property Owner | Buchanan Ingersoll & Rooney PC | Mary F. Caloway | mary.caloway@bipc.com |
| Counsel for Sound Northwest Properties | Cairncross & Hempelmann | John Rizzardi | jrizzardi@cairncross.com |
| Counsel to U.S. Bakeries Franz Family Bakeries; and for Panda Express, Inc. | Chipman Brown Cicero & Cole LLP | William E. Chipman, Jr. | chipman@chipmanbrown.com |
| Attorneys for Vestar California XXI, L.L.C. | Clark Hill PLC | David M. Blau | dblau@clarkhill.com |
| Attorneys for Vestar California XXI, L.L.C. | Clark Hill PLC | Karen M. Grivner | kgrivner@clarkhill.com |
| Attorneys for UFCW International Union | Cohen Weiss and Simon LLP | Michael S. Adler | madler@cwsny.com |
| Attorneys for UFCW International Union | Cohen Weiss and Simon LLP | Peter D. DeChiara | pdechiara@cwsny.com |
| Attorneys for UFCW International Union | Cohen Weiss and Simon LLP | Richard M. Seltzer | rseltzer@cwsny.com |
| Attorneys for Dale Henley | DBS Law | Daniel J. Bugbee | dbugbee@lawdbs.com |
| Counsel for Pitch, Inc. | Dean & Fulkerson, P.C. | Robert J. Figa | RFiga@DFLaw.com |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Attorneys for RLI Insurance Company | Dinsmore & Shohl LLP | Grace Winkler Cranley | Grace.Cranley@Dinsmore.com |
| Attorneys for Oracle America, Inc. | Doshi Legal Group, P. C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Attorneys for ROIC Washington, LLC, ROIC California, LLC and ROIC Oregon, LLC | Dunn Carney Allen Higgins & Tongue LLP | Kenneth S. Antell | kantell@dunncarney.com |
| Counsel for Supervalu Inc. | Faegre Baker Daniels LLP | Dennis M. Ryan & Christopher J. Harayda | dennis.ryan@FaegreBD.com; cj.harayda@FaegreBD.com |
| Attorneys for The Bellingham Herald | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Attorneys for Foothill Plaza, LLC | Foothill Plaza, LLC | c/o Jack Cullen | jc@foster.com |
| Attorneys for Starbucks Corporation | Fox Rothschild LLP | Joseph E. Shickich, Jr. and Bruce J. Borrus | jshickich@foxrothschild.com; bborrus@foxrothschild.com |
| Attorneys for First Data Merchant Services, ValueLink, LLC a/k/a Citi Merchant Services, and TeleCheck Services, Inc. | Fox Rothschild LLP | Prince Altee Thomas | pthomas@foxrothschild.com |

| Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Whitestone Terravita Marketplace, LLC and Whitestone Anthem Marketplace, LLC | Gellert Scali Busenkell & Brown LLC | Michael Busenkell | mbusenkell@gsbblaw.com |
| Attorneys for Berke Enterprises, Ltd. | Glickfeld, Fields & Jacobson LLP | Lawrence M. Jacobson | lmj@gfjlawfirm.com |
| Attorneys for Dynamond Building Maintenance, Inc. | Goldstein & McClintock LLLP | Maria Aprile Sawczuk | marias@restructuringshop.com |
| Attorneys for Dynamond Building Maintenance, Inc. | Goldstein & McClintock LLLP | Thomas R. Fawkes & Brian J. Jackiw | tomf@goldmclaw.com; brianj@goldmclaw.com |
| Counsel for MoneyGram Payment Systems, Inc. | Gray Plant Mooty | Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| Attorney for Alton Plaza Development Company | Hogan Mc Daniel | Daniel K. Hogan | dkhogan@dkhogan.com |
| Attorneys for CIT Finance LLC | Hogan Mc Daniel | Garvan F. McDaniel | gmcdaniel@dkhogan.com |
| Attorneys for Jordano's, Inc., Creditor | Hollister & Brace, a Professional Corporation | Peter Susi | psusi@hbsb.com |
| IRS | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Iron Mountain Information Management LLC | Iron Mountain Information Management LLC | Joseph Corrigan | bankruptcy2@ironmountain.com |
| Attorneys for Top Meridian, LLC | Karr Tuttle Campbell PS | Mark A. Bailey | mbailey@karrtuttle.com |
| Attorneys for Regency Centers L.P. and Weingarten Realty Investors | Kelley Drye & Warren LLP | Robert L. LeHane, Gilbert R. Saydah Jr. & Jennifer Raviele | KDWBankruptcyDepartment@kelleydrye.com; rlehane@kelleydrye.com; gsaydah@kelleydrye.com; jraviele@kelleydrye.com |
| Kern County Treasurer and Tax Collector Office | Kern County Treasurer and Tax Collector Office | Attn Bankruptcy Division, c/o Salina Thomas | bankruptcy@co.kern.ca.us |
| Counsel for Whitestone Terravita Marketplace, LLC and Whitestone Anthem Marketplace, LLC | Kutak Rock LLP | Michael A. Condyles & Jeremy S. Williams | michael.condyles@kutakrock.com; jeremy.williams@kutakrock.com |
| Attorneys for UFCW International Union | Law Office of Susan E. Kaufman LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Attorney for Key Mechanical Co of Washington | Law Offices of Peter C. Bronson, a PC | Peter C. Bronson | pbronson@pbronsonlaw.com |
| Attorneys for Maricopa County Treasurer | Maricopa County Attorney's Office, Civil Services Division | Peter Muthig, Deputy County Attorney | muthigk@mcao.maricopa.gov |
| Counsel for Topco Associates, LLC and Topco Holdings, Inc | McDermott Will & Emery LLP | Nathan F. Coco | ncoco@mwe.com |
| Counsel for MoneyGram Payment Systems, Inc. | McElroy, Deutsch, Mulvaney & Carpeneter LLP | Gary D. Bressler | gbressler@mdmc-law.com |
| Attorneys for UFCW Local 555-Employers Health Trust and the Oregon Retail Employees Pension Trust | McKenzie Rothwell Barlow & Coughran, PS | Noelle E. Dwarzski | noelled@mrbclaw.com |
| Attorneys for XL Insurance America, Inc. and Greenwich Insurance Company | Meltzer, Purtill & Stelle LLC | Timothy W. Brink | tbrink@mpslaw.com |
| Attorneys for IA San Pedro Garden, LLC | Menter, Rudin & Trivelpiece, PC | Kevin M. Newman | knewman@menterlaw.com |
| Attorneys for Kimco Realty Corporation | Monzack Mersky McLaughlin and Browder, P.A. | Rachel B. Mersky | rmersky@monlaw.com |
| Counsel for Anheuser-Busch Companies, Inc. | Munsch Hardt Kopf & Harr, P.C. | Jay H. Ong | jong@munsch.com |
| DE AG Office | Office of the Attorney General | Matthew Denn | attorney.general@state.de.us |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy J. Fox, Jr. | timothy.fox@usdoj.gov |
| Proposed Counsel to the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler | bsandler@pszjlaw.com |
| Proposed Counsel to the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein | rfeinstein@pszjlaw.com |
| Counsel to Gelson's Markets | Pepper Hamilton LLP | David B. Stratton & Evelyn J. Meltzer | strattod@pepperlaw.com; meltzere@pepperlaw.com |
| Counsel to Carnival Supermarket, Inc. | Pepper Hamilton LLP | Douglas D. Herrmann | herrmand@pepperlaw.com |
| Attorneys for Nestlé USA and all of its affiliates, subsidiaries and divisions; & Carnival Supermarket, Inc. | Pepper Hamilton LLP | John H. Schanne, II | schannej@pepperlaw.com |
| Attorneys for Nestlé USA and all of its affiliates, subsidiaries and divisions | Pepper Hamilton LLP | Kay Standridge Kress | kressk@pepperlaw.com |
| Attorneys for Hilco Merchant Resources, LLC | Pepper Hamilton LLP | Marcy J. McLaughlin | mclaughm@pepperlaw.com |
| Attorney for Ocean Beauty Seafoods LLC | Peterson Russell Kelly, PLLC | David C. Kelly | dkelly@prklaw.com; hcorcoran@prklaw.com |
| Counsel for Pitch, Inc. | Pitch, Inc. | Kathlyn Rasmussen | Kathy.Rasmussen@project.com |
| Counsel to Huntley, Mullaney, Spargo & Sullivan, Inc. | Polsinelli PC | Christopher A. Ward | cward@polsinelli.com |
| Attorneys for Creditor, Los Osos Commercial, LLC | Powell & Pool, LLP | Hanno T. Powell | hpowell@powellandpool.com |
| Attorneys for Creditor T.G.F. Company | Procopio, Cory, Hargreaves & Savitch LLP | Attn Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Attorneys for Creditor T.G.F. Company | Procopio, Cory, Hargreaves & Savitch LLP | Attn Zag Bassirian | zag.bassirian@procopio.com |
| Attorneys for Desert States Employers & Unions Pension Plan, Intermountain Retail Store Employees Pension Plan and UFCW & Employers Arizona Health & Welfare Trust | Reinhart Boerner Van Deuren SC | Michael D. Jankowski | mjankowski@reinhartlaw.com |
| Attorneys for Starbucks Corporation | Riddell Williams PS | Joseph E. Shickich, Jr. & Bruce J. Borrus | jshickich@riddellwilliams.com; bborrus@riddellwilliams.com |

Exhibit A
Core / 2002 Service List
Served via Electronic Mail

| Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Lieun, LLC | Ringstad & Sanders LLP | Todd C. Ringstad | todd@ringstadlaw.com |
| Counsel to Gelson's Markets | Ropes & Gray LLP | Stephen Moeller-Sally | ssally@ropesgray.com |
| Attorney for Stewart's Food Inc. | Rosenthal, Monhait & Goddess, PA | Norman M. Monhait | nmonhait@rmgglaw.com |
| Attorneys for Southern Wine & Spirits of America, Inc. and Southern Wine & Spirits of Washington, LLC | Sandler & Sandler | Martin L. Sandler | Martin@sandler-sandler.com |
| Counsel for MGP X DHP, LLC, MGP X Properties, LLC, and MGP XI Town Center Lake Forest, LLC | Saul Ewing LLP | Mark Minuti | mminuti@saul.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC | Securities and Exchange Commission NY Office | New York Regional Office | bankruptcynoticeschr@sec.gov |
| Counsel for Panda Express, Inc. | Seyfarth Shaw LLP | James B. Sowka | jsowka@seyfarth.com |
| Attorneys for CIT Finance LLC | Sheppard Mullin Richter & Hampton, LLP | Edward H. Tillinghast, III & Blanka K. Wolfe | etillinghast@sheppardmullin.com; bwolfe@sheppardmullin.com |
| Counsel for Unified Grocers, Inc. | Skadden, Arps, Slate, Meagher & Flom LLP | James J. Mazza, Jr. & Ryan A. Miller | james.mazza@skadden.com; ryan.miller@skadden.com |
| Counsel for Unified Grocers, Inc. | Skadden, Arps, Slate, Meagher & Flom LLP | Mark S. Chehi, Esq. & Alison M. Keefe, Esq. | mark.chehi@skadden.com |
| Skagit County | Skagit County Prosecuting Attorney's Office | A.O. Denny, Senior Deputy Prosecuting Attorney | arned@co.skagit.wa.us |
| Attorney for Peckham Properties, Inc. | Solomon Ward Seidenwurm & Smith LLP | Michael D. Breslauer | mbreslauer@swsslaw.com; wyones@swsslaw.com |
| Attorneys for Direct Energy Business, LLC | Stradley, Ronon, Stevens & Young, LLP | Joelle E. Polesky | jpolesky@stradley.com |
| Attorneys for Tony's Coffees & Teas, Inc. | Sullivan Hazeltine Allinson LLC | William D. Sullivan & Elihu E. Allinson III | bsullivan@sha-llc.com; zallinson@sha-llc.com |
| Counsel for Antone Corporation | Sullivan Hill Lewin Rez & Engel, a Professional Law Corporation | James P. Hill | hill@sullivanhill.com |
| Counsel for Moss Building I, LLC, Moss Building II, LLC, and Moss Building V, LLC | SulmeyerKupetz | David S. Kupetz | dkupetz@sulmeyerlaw.com |
| Attorneys for Washington County, Oregon and Clackamas County, Oregon | Sussman Shank LLP | Jeffrey C. Misley | jmisley@sussmanshank.com |
| Attorneys for Creditor Donahue Schriber | Trainor Fairbrook | Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Attorneys for United Food and Commercial Workers Union, Local No. 324 | UFCW Local No. 324 | c/o Robert A. Cantore | rac@gslaw.org; jlpaller@gslaw.org |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Attorneys for Creditor SEIU United Service Workers West | Weinberg Roger & Rosenfeld a Professional Corporation | c/o Emily P. Rich | bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net |
| Attorneys for Haggen Property Holdings, LLC, Haggen Property Holdings II, LLC, Haggen Property Holdings III, LLC, Haggen Property South, LLC and Haggen Property North, LLC, and Propco | Womble Bond Dickinson (US) LLP | Ericka F. Johnson | ericka.johnson@wbd-us.com |
| Attorneys for XL Insurance America, Inc. and Greenwich Insurance Company; for Haggen Property Holdings, LLC, Haggen Property Holdings II, LLC, Haggen Property Holdings III, LLC, Haggen Property South, LLC and Haggen Property North, LLC; & for RLI Insurance Company, and Propco | Womble Bond Dickinson (US) LLP | Kevin J. Mangan | kevin.mangan@wbd-us.com |

# Exhibit B

| Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to GIG TCG Wave Master Property Owner | Allen & Overy LLP | Daniel J. Guyder & Joseph Badtke-Berkow | 1221 Ave of the Americas | | | New York | NY | 10020 |
| Attorneys for Mackel-Wallis Development | Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP | Dean G. Rallis Jr. | 301 N Lake Ave Ste 1100 | | | Pasadena | CA | 91101-4158 |
| Counsel for Convenience Retailers, LLC; & for Pacific Convenience & Fuels, LLC | Ashby & Geddes, PA | Karen B. Skomorucha Owens, Rick Palacio & Bill Bowden | 500 Delaware Ave, 8th Floor | PO Box 1150 | | Wilmington | DE | 19899 |
| Counsel for Trails Village Center Company, a Nevada general partnership | Ashby & Geddes, PA | Ricardo Palacio & Benjamin W. Keenan | 500 Delaware Ave | 8th Floor | PO Box 1150 | Wilmington | DE | 19899 |
| Counsel for Supervalu Inc. | Ashby & Geddes, PA | William P. Bowden & F. Troupe Mickler IV | 500 Delaware Ave | 8th Floor | PO Box 1150 | Wilmington | DE | 19899 |
| Counsel to Michele L. Bettin | Austria Shrum LLC | J Jackson Shrum | One Commerce Center | 1201 N. Orange Street, Suite 502 | | Wilmington | DE | 19801 |
| Counsel for the Spirit SPE HG 2015-1, LLC | Ballard Spahr LLP | Craig Solomon Ganz | 1 East Washington St | Suite 2300 | | Phoenix | AZ | 85004-2555 |
| Attorneys for Rite Aid Corporation; Spirit SPE HG 2015-1, LLC; & for Sound Northwest Properties | Ballard Spahr LLP | David L. Pollack | 1735 Market St | 51st Floor - Mellon Bank Center | | Philadelphia | PA | 19103 |
| Attorneys for Rite Aid Corporation; Spirit SPE HG 2015-1, LLC; for Sound Northwest Properties; for The Colonies-Pacific 17, LLC and Redwood Santana, LLC; & for Canyon Gateway, LLC and Peckham Properties, Inc. | Ballard Spahr LLP | Leslie C. Heilman | 919 Market St | 11th Floor | | Wilmington | DE | 19801 |
| Attorneys for Rite Aid Corporation; Spirit SPE HG 2015-1, LLC; for Sound Northwest Properties; for The Colonies-Pacific 17, LLC and Redwood Santana, LLC; & for Canyon Gateway, LLC and Peckham Properties, Inc. | Ballard Spahr LLP | Matthew Summers | 919 Market St | 11th Floor | | Wilmington | DE | 19801 |
| Counsel for Topco Associates, LLC and Topco Holdings, Inc | Bayard, P.A. | Scott D. Cousins | 600 North King Street, Suite 400 | PO Box 25130 | | Wilmington | DE | 19801 |
| Counsel for Antone Corporation | Bayard, PA | Neil B. Glassman & GianClaudio Finizio | 600 N King St | | | Wilmington | DE | 19801-3722 |
| Attorneys for Palm Desert Ltd., a Limited Partnership | Bewley, Lassleben & Miller, LLP | Ernie Zachary Park | 13215 E. Penn St | Suite 510 | | Whittier | CA | 90602-1797 |
| Counsel for BGN Fremont Square, Ltd. | BGN Fremont Square, Ltd. | Matthew J. Salcedo | c/o ACP Management | 3720 S. Susan St, Suite 100 | | Santa Ana | CA | 92704 |
| Counsel to the Agent; & PNC Bank, National Association (Secured Parties) | Blank Rome LLP | Attn: Lawrence F. Flick, II, Esq. | The Chrysler Building | 405 Lexington Avenue | | New York | NY | 10174 |
| Counsel to the Agent; & PNC Bank, National Association (Secured Parties) | Blank Rome LLP | Attn: Regina Stango Kelbon, Esq. | 1201 Market Street, Suite 800 | | | Wilmington | DE | 19801 |
| Counsel to the Agent; & PNC Bank, National Association (Secured Parties) | Blank Rome LLP | Michael C. Graziano & Gregory F. Vizza | 130 North 18th St | One Logan Square | | Philadelphia | PA | 19103-6998 |
| Attorney for Pitch, Inc. | Bodell Bove LLC | Bruce W. McCullough | 1225 N. King St, Suite 1000 | PO Box 397 | | Wilmington | DE | 19899-0397 |
| Attorneys for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corportation | Shawn M. Christianson | 55 Second St, 17th Floor | | | San Francisco | CA | 94105-3493 |
| Counsel to GIG TCG Wave Master Property Owner | Buchanan Ingersoll & Rooney PC | Mary F. Caloway | 919 N. Market St | Suite 1500 | | Wilmington | DE | 19801 |
| Counsel for Sound Northwest Properties | Cairncross & Hempelmann | John Rizzardi | 524 Second Ave | Suite 500 | | Seattle | WA | 98104-2323 |
| Counsel to U.S. Bakeries Franz Family Bakeries; and for Panda Express, Inc. | Chipman Brown Cicero & Cole LLP | William E. Chipman, Jr. | 1313 N. Market St | Suite 5100 | | Wilmington | DE | 19801-6111 |
| Attorneys for Vestar California XXI, L.L.C. | Clark Hill PLC | David M. Blau | 151 S. Old Woodward Ave., Ste. 200 | | | Birmingham | MI | 48009 |
| Attorneys for Vestar California XXI, L.L.C. | Clark Hill PLC | Karen M. Grivner | 824 N. Market St., Ste. 710 | | | Wilmington | DE | 19801 |
| Attorneys for UFCW International Union | Cohen Weiss and Simon LLP | Michael S. Adler | 900 Third Ave | | | New York | NY | 10022-4869 |
| Attorneys for UFCW International Union | Cohen Weiss and Simon LLP | Peter D. DeChiara | 900 Third Ave | | | New York | NY | 10022-4869 |

| Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Attorneys for UFCW International Union | Cohen Weiss and Simon LLP | Richard M. Seltzer | 900 Third Ave | 21st Floor | | New York | NY | 10036 |
| Attorneys for Dale Henley | DBS Law | Daniel J. Bugbee | 155 NE 100th St | Suite 205 | | Seattle | WA | 98125 |
| BRE DDR BR Silverado AZ LLC | DDR Corp. | Renee B. Weiss | 3300 Enterprise Parkway | P.O. Box 228042 | | Beachwood | OH | 44122 |
| Counsel for Pitch, Inc. | Dean & Fulkerson, P.C. | Robert J. Figa | 801 W. Big Beaver Rd. | Fifth Floor | | Troy | MI | 48084 |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | 401 Federal Street | PO Box 898 | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Attorneys for RLI Insurance Company | Dinsmore & Shohl LLP | Grace Winkler Cranley | 227 W. Monroe St | Suite 3850 | | Chicago | IL | 60606 |
| Attorneys for Oracle America, Inc. | Doshi Legal Group, P. C. | Amish R. Doshi, Esq. | 1979 Marcus Avenue, Suite 210E | | | Lake Success | NY | 11042 |
| Counsel for Supervalu Inc. | Faegre Baker Daniels LLP | Dennis M. Ryan & Christopher J. Harayda | 2200 Wells Fargo Center | 90 S. Seventh St | | Minneapolis | MN | 55402-3901 |
| Attorneys for The Bellingham Herald | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J. Pascuzzi | 400 Capitol Mall, Suite 1750 | | | Sacramento | CA | 95814 |
| Attorneys for Foothill Plaza, LLC | Foothill Plaza, LLC | c/o Jack Cullen | 1111 3rd Ave | Suite 3000 | | Seattle | WA | 98101-3296 |
| Attorneys for Starbucks Corporation | Fox Rothschild LLP | Joseph E. Shickich, Jr. and Bruce J. Borrus | 1001 4th Ave. Suite 4500 | | | Seattle | WA | 98154 |
| Attorneys for First Data Merchant Services, ValueLink, LLC a/k/a Citi Merchant Services, and TeleCheck Services, Inc. | Fox Rothschild LLP | Prince Altee Thomas | 2000 Market Street | Twentieth Floor | | Philadelphia | PA | 19103-3222 |
| Counsel for Whitestone Terravita Marketplace, LLC and Whitestone Anthem Marketplace, LLC | Gellert Scali Busenkell & Brown LLC | Michael Busenkell | 1201 N. Orange St | Suite 300 | | Wilmington | DE | 19801-1167 |
| Attorneys for Berke Enterprises, Ltd. | Glickfeld, Fields & Jacobson LLP | Lawrence M. Jacobson | 8383 Wilshire Boulevard, Suite 341 | | | Beverly Hills | CA | 90211 |
| Attorneys for Dynamond Building Maintenance, Inc. | Goldstein & McClintock LLLP | Maria Aprile Sawczuk | 1201 N. Orange Street, Suite 7380 | | | Wilmington | DE | 19801 |
| Attorneys for Dynamond Building Maintenance, Inc. | Goldstein & McClintock LLLP | Thomas R. Fawkes & Brian J. Jackiw | 111 W Washington St Ste 1221 | | | Chicago | IL | 60602-3482 |
| Counsel for MoneyGram Payment Systems, Inc. | Gray Plant Mooty | Phillip W. Bohl | 80 South 8th St | 500 IDS Center | | Minneapolis | MN | 55402 |
| Attorneys for Macleod Kimball LLC; & Jaime L. Santana Family Trust Dated May 30, 1984 | Hogan Mc Daniel | Daniel C. Kerrick, Esq. | 1311 Delaware Ave | | | Wilmington | DE | 19806 |
| Attorney for Alton Plaza Development Company | Hogan Mc Daniel | Daniel K. Hogan | 1311 Delaware Ave | | | Wilmington | DE | 19806 |
| Attorneys for CIT Finance LLC | Hogan Mc Daniel | Garvan F. McDaniel | 1311 Delaware Ave | | | Wilmington | DE | 19806 |
| Attorneys for Jordano's, Inc., Creditor | Hollister & Brace, a Professional Corporation | Peter Susi | 1126 Santa Barbara St | | | Santa Barbara | CA | 93101 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| Iron Mountain Information Management LLC | Iron Mountain Information Management LLC | Joseph Corrigan | One Federal St | | | Boston | MA | 02110 |
| Counsel for Fairview Center L.L.C. | Katten Muchin Rosenman LLP | Dustin P. Branch & Jessica Mickelsen Simon | 2029 Century Park East | Suite 2600 | | Los Angeles | CA | 90067-3012 |
| Attorneys for Regency Centers L.P. and Weingarten Realty Investors | Kelley Drye & Warren LLP | Robert L. LeHane, Gilbert R. Saydah Jr. & Jennifer Raviele | 101 Park Avenue | | | New York | NY | 10178 |
| Kern County Treasurer and Tax Collector Office | Kern County Treasurer and Tax Collector Office | Attn Bankruptcy Division, c/o Salina Thomas | PO Box 579 | | | Bakersfield | CA | 93302-0579 |
| Counsel for Whitestone Terravita Marketplace, LLC and Whitestone Anthem Marketplace, LLC | Kutak Rock LLP | Michael A. Condyles & Jeremy S. Williams | 901 East Byrd Street, Suite 1000 | | | Richmond | VA | 23219-4071 |
| Attorneys for UFCW International Union | Law Office of Susan E. Kaufman LLC | Susan E. Kaufman | 919 North Market St | Suite 460 | | Wilmington | DE | 19801 |
| Attorney for Key Mechanical Co of Washington | Law Offices of Peter C. Bronson, a PC | Peter C. Bronson | 770 L St, Suite 950 | | | Sacramento | CA | 95814 |
| Attorneys for Maricopa County Treasurer | Maricopa County Attorney's Office, Civil Services Division | Peter Muthig, Deputy County Attorney | 222 North Central Ave | Suite 1100 | | Phoenix | AZ | 85004-2206 |
| Counsel for Topco Associates, LLC and Topco Holdings, Inc | McDermott Will & Emery LLP | Nathan F. Coco | 1000 Louisiana Street | Suite 3900 | | Houston | TX | 77002-5005 |
| Counsel for MoneyGram Payment Systems, Inc. | McElroy, Deutsch, Mulvaney & Carpeneter LLP | Gary D. Bressler | 300 Delaware Ave, Suite 770 | | | Wilmington | DE | 19801 |

| Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Attorneys for UFCW Local 555-Employers Health Trust and the Oregon Retail Employees Pension Trust | McKenzie Rothwell Barlow & Coughran, PS | Noelle E. Dwarzski | 1325 Fourth Ave | Ste 910 | | Seattle | WA | 98107 |
| Attorneys for XL Insurance America, Inc. and Greenwich Insurance Company | Meltzer, Purtill & Stelle LLC | Timothy W. Brink | 300 South Wacker Drive | Suite 2300 | | Chicago | IL | 60606 |
| Attorneys for IA San Pedro Garden, LLC | Menter, Rudin & Trivelpiece, PC | Kevin M. Newman | 308 Maltbie St | Suite 200 | | Syracuse | NY | 13204-1439 |
| Attorneys for Kimco Realty Corporation | Monzack Mersky McLaughlin and Browder, P.A. | Rachel B. Mersky | 1201 N. Orange St | Suite 400 | | Wilmington | DE | 19801 |
| Counsel for Anheuser-Busch Companies, Inc. | Munsch Hardt Kopf & Harr, P.C. | Jay H. Ong | 303 Colorado St | Suite 2600 | | Austin | TX | 78701 |
| DE AG Office | Office of the Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Timothy J. Fox, Jr. | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 |
| Proposed Counsel to the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler | 919 N. Market St | 17th Floor | | Wilmington | DE | 19801 |
| Proposed Counsel to the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein | 780 Third Ave | 34th Floor | | New York | NY | 10017 |
| Counsel to Gelson's Markets | Pepper Hamilton LLP | David B. Stratton & Evelyn J. Meltzer | 1313 N. Market St | Hercules Plaza, Suite 5100 | PO Box 1709 | Wilmington | DE | 19899-1709 |
| Counsel to Carnival Supermarket, Inc. | Pepper Hamilton LLP | Douglas D. Herrmann | 1313 N. Market St | Hercules Plaza, Suite 5100 | PO Box 1709 | Wilmington | DE | 19899-1709 |
| Attorneys for Nestlé USA and all of its affiliates, subsidiaries and divisions; & Carnival Supermarket, Inc. | Pepper Hamilton LLP | John H. Schanne, II | 1313 N. Market Street | Hercules Plaza, Suite 5100 | P.O. Box 1709 | Wilmington | DE | 19801-1709 |
| Attorneys for Nestlé USA and all of its affiliates, subsidiaries and divisions | Pepper Hamilton LLP | Kay Standridge Kress | 4000 Town Center | Suite 1800 | | Southfield | MI | 48075-1505 |
| Attorneys for Hilco Merchant Resources, LLC | Pepper Hamilton LLP | Marcy J. McLaughlin | 1313 N. Market St | Hercules Plaza, Suite 5100 | PO Box 1709 | Wilmington | DE | 19801-1709 |
| Attorney for Ocean Beauty Seafoods LLC | Peterson Russell Kelly, PLLC | David C. Kelly | 10900 NE Fourth St | Suite 1850 | | Bellevue | WA | 98004-8341 |
| Counsel for Pitch, Inc. | Pitch, Inc. | Kathlyn Rasmussen | 3600 Giddings Road | | | Auburn Hills | MI | 48326 |
| Counsel to Huntley, Mullaney, Spargo & Sullivan, Inc. | Polsinelli PC | Christopher A. Ward | 222 Delaware Ave | Suite 1101 | | Wilmington | DE | 19801 |
| Attorneys for Creditor, Los Osos Commercial, LLC | Powell & Pool, LLP | Hanno T. Powell | 7522 North Colonial Ave | Suite 100 | | Fresno | CA | 93711 |
| Attorneys for Creditor T.G.F. Company | Procopio, Cory, Hargreaves & Savitch LLP | Attn Gerald P. Kennedy | 525 B Street | Suite 2200 | | San Diego | CA | 92101 |
| Attorneys for Creditor T.G.F. Company | Procopio, Cory, Hargreaves & Savitch LLP | Attn Zag Bassirian | 525 B Street | Suite 2200 | | San Diego | CA | 92101 |
| Counsel for Yoke's Foods, Inc | Reed Smith LLP | Emily Devan | 1201 Market Street, Suite 1500 | | | Wilmington | DE | 19801 |
| Attorneys for Desert States Employers & Unions Pension Plan, Intermountain Retail Store Employees Pension Plan and UFCW & Employers Arizona Health & Welfare Trust | Reinhart Boerner Van Deuren SC | Michael D. Jankowski | 1000 North Water St | Suite 1700 | PO Box 2965 | Milwaukee | WI | 53201-2965 |
| Attorneys for Starbucks Corporation | Riddell Williams PS | Joseph E. Shickich, Jr. & Bruce J. Borrus | 1001 - 4th Avenue, Suite 4500 | | | Seattle | WA | 98154 |
| Counsel for Lieun, LLC | Ringstad & Sanders LLP | Todd C. Ringstad | 4343 Von Karman Ave Ste 300 | | | Newport Beach | CA | 92660-2098 |
| Counsel to Gelson's Markets | Ropes & Gray LLP | Stephen Moeller-Sally | 800 Boylston St | Prudential Tower | | Boston | MA | 02199-3600 |
| Attorney for Stewart's Food Inc. | Rosenthal, Monhait & Goddess, PA | Norman M. Monhait | 919 Market St, Suite 1401 | PO Box 1070 | | Wilmington | DE | 19899 |
| Interested Party | San Diego County Treasurer-Tax Collector | Dan McAllister, Treasurer-Tax Collector | Attn Bankruptcy Desk | 1600 Pacific Highway, Room 162 | | San Diego | CA | 92101 |
| Attorneys for Southern Wine & Spirits of America, Inc. and Southern Wine & Spirits of Washington, LLC | Sandler & Sandler | Martin L. Sandler | 3390 Mary St, Suite 116 | | | Miami | FL | 33133 |
| Counsel for MGP X DHP, LLC, MGP X Properties, LLC, and MGP XI Town Center Lake Forest, LLC | Saul Ewing LLP | Mark Minuti | 222 Delaware Ave, Suite 1200 | PO Box 1266 | | Wilmington | DE | 19899 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Counsel for Panda Express, Inc. | Seyfarth Shaw LLP | James B. Sowka | 233 S Wacker Dr Ste 8000 | | | Chicago | IL | 60606-6448 |
| Attorneys for CIT Finance LLC | Sheppard Mullin Richter & Hampton, LLP | Edward H. Tillinghast, III & Blanka K. Wolfe | 30 Rockefeller Plaza | | | New York | NY | 10112 |
| Counsel for Unified Grocers, Inc. | Skadden, Arps, Slate, Meagher & Flom LLP | James J. Mazza, Jr. & Ryan A. Miller | 155 N. Wacker Dr. | | | Chicago | IL | 60606 |

Exhibit B
Core / 2002 Service List
Served via First Class Mail

| Description | Company | Contact | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Unified Grocers, Inc. | Skadden, Arps, Slate, Meagher & Flom LLP | Mark S. Chehi, Esq. & Alison M. Keefe, Esq. | One Rodney Square | P.O. Box 636 | | Wilmington | DE | 19899-0636 |
| Skagit County | Skagit County Prosecuting Attorney's Office | A.O. Denny, Senior Deputy Prosecuting Attorney | 605 S. Third St | | | Mount Vernon | WA | 98273 |
| Attorney for Peckham Properties, Inc. | Solomon Ward Seidenwurm & Smith LLP | Michael D. Breslauer | 401 B Street | Suite 1200 | | San Diego | CA | 92101 |
| Attorneys for the Washington State Taxing Agencies | State of Washington | Zachary Mosner, Assistant Attorney General | 800 Fifth Ave, Suite 2000 | | | Seattle | WA | 98104-3188 |
| Counsel to U.S. Bakeries Franz Family Bakeries) | Stoel Rives LLP | Brandy A. Sargent | 760 SW 9th Ave | Suite 3000 | | Portland | OR | 97205-2586 |
| Attorneys for Tony's Coffees & Teas, Inc. | Sullivan Hazeltine Allinson LLC | William D. Sullivan & Elihu E. Allinson III | 901 N. Market St., Suite 1300 | | | Wilmington | DE | 19801 |
| Counsel for Antone Corporation | Sullivan Hill Lewin Rez & Engel, a Professional Law Corporation | James P. Hill | 550 West C St | 15th Floor | | San Diego | CA | 92101 |
| Counsel for Moss Building I, LLC, Moss Building II, LLC, and Moss Building V, LLC | SulmeyerKupetz | David S. Kupetz | 333 South Hope St | 35th Floor | | Los Angeles | CA | 90071 |
| Attorneys for Washington County, Oregon and Clackamas County, Oregon | Sussman Shank LLP | Jeffrey C. Misley | 1000 SW Broadway, Suite 1400 | | | Portland | OR | 97205 |
| Attorneys for Creditor Donahue Schriber | Trainor Fairbrook | Jennifer L. Pruski | PO Box 255824 | | | Sacramento | CA | 95865 |
| Attorneys for United Food and Commercial Workers Union, Local No. 324 | UFCW Local No. 324 | c/o Robert A. Cantore | Gilbert & Sackman, A Law Corporation | 3699 Wilshire Boulevard, Suite 1200 | | Los Angeles | CA | 90010-2732 |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 |
| Attorneys for Creditor SEIU United Service Workers West | Weinberg Roger & Rosenfeld a Professional Corporation | c/o Emily P. Rich | 1001 Marina Village Parkway | Suite 200 | | Alameda | CA | 94501-1091 |
| Attorneys for Haggen Property Holdings, LLC, Haggen Property Holdings II, LLC, Haggen Property Holdings III, LLC, Haggen Property South, LLC and Haggen Property North, LLC, and Propco | Womble Bond Dickinson (US) LLP | Ericka F. Johnson | 222 Delaware Ave | Suite 1501 | | Wilmington | DE | 19801 |
| Attorneys for XL Insurance America, Inc. and Greenwich Insurance Company; for Haggen Property Holdings, LLC, Haggen Property Holdings II, LLC, Haggen Property Holdings III, LLC, Haggen Property South, LLC and Haggen Property North, LLC; & for RLI Insurance Company, and Propco | Womble Bond Dickinson (US) LLP | Kevin J. Mangan | 222 Delaware Ave | Suite 1501 | | Wilmington | DE | 19801 |

# Exhibit C

**Exhibit C**
Affected Parties Service List
Served via First Class Mail

| Company | Contact | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| ANTICOUNI & ASSOCIATES PC | | 201 N CALLE CESAR CHAVEZ, SUITE 105 | SANTA BARBARA | CA | 93103 |
| BUCHANAN INGERSOL & ROONEY PC | GEOFFREY GRIVNER | 919 NORTH MARKET STREET, SUITE 1500 | WILMINGTON | DE | 19801 |
| DA VEGA FISHER MECHTENBERG LLP | | 232 E. ANAPAMU ST. | SANTA BARBARA | CA | 93101 |
| JOSEPH P. BARTEK | | 3504 SKYLARK LOOP | BELLINGHAM | WA | 98226-7946 |
| Lustick Kaiman & Madrone PLLC | Mark A. Kaiman | 222 Grand Ave | Bellingham | WA | 98225 |
| NOEL KERSEY | | 303 PINE ST STE 202 | KLAMATH FALLS | OR | 97601-6365 |